UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED INDUSTRIAL WORKERS PENSION                           :
PLAN,                                                       :
                                  Plaintiff,                :   22 Civ. 4838 (LGS)
                                                            :
                   -against-                                :   ORDER
                                                            :
WASTE MANAGEMENT, INC., et al.,                             :
                                  Defendants.               :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a pretrial conference in this matter is scheduled for November 30, 2022, at 4:00 P.M.  It is hereby

    **ORDERED** that the November 30, 2022, pretrial conference is **cancelled**.  A separate order will issue shortly appointing lead plaintiff and lead counsel.

Dated: November 30, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**