**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re WASTE MANAGEMENT SECURITIES LITIGATION | Case No. 1:22-cv-04838-LGS<br><br>**DECLARATION OF RYAN WARD IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT** |

I, Ryan Ward, declare and state as follows:

1.      I am an associate at the law firm of Baker Botts L.L.P. and represent Defendants in the above-captioned matter.  I am admitted to practice in the State of New York and the U.S. District Court for the Southern District of New York.

2.      I have personal knowledge of the facts stated herein and can testify competently to those facts.

3.      Attached hereto, and in support of Defendants' Motion to Dismiss the First Amended Class Action Complaint, are true and correct copies of excerpts from the following documents:

| Exhibit | Description |
|---|---|
| A | May 14, 2019 - Waste Management, Inc., Notes Prospectus Supplement (excerpt) |
| B | Feb. 13, 2020 - Waste Management, Inc., Annual Report (Form 10-K) (excerpt) |
| C | Feb. 13, 2020 - Waste Management, Inc., Press Release (excerpt) |
| D | Feb. 13, 2020 - Waste Management, Inc., Q4 2019 Earnings Call (excerpt) |
| E | Mar. 18, 2020 - Waste Management, Inc., Current Report (Form 8-K) (excerpt) |

1

| F | May 6, 2020 - Waste Management, Inc., Quarterly Report (Form 10-Q) (excerpt) |
|---|---|
| G | May 6, 2020 - Waste Management, Inc., Press Release (excerpt) |
| H | May 6, 2020 - Waste Management, Inc., Q1 2020 Earnings Call (excerpt) |
| I | June 10, 2020 - Transcript of Waste Management, Inc., Conference Presentation (excerpt) |
| J | March 2020 through April 2020 - Select Published Analyst Reports:<br><br>• Mar. 4, 2020 – UBS, "North America Environmental Services Riding out the storm in waste" (excerpt)<br><br>• Mar. 16, 2020 – Stifel, "Solid Waste: Service Based Sales 80%-85%, Volume Sensitivity Primarily Construction and Infrastructure, Cost & CapEx Cut Fast" (excerpt)<br><br>• Apr. 12, 2020 – Stifel, "WM: To Do or Not To Do - ADSW: What Should WM Do (WSWD)? Nash Equilibrium: Prisoners Dilemma Case Study." (excerpt)<br><br>• Apr. 14, 2020 – Jefferies, "Environmental Services Commercial Waste Survey Shows Space Not as Defensive; Downgrading RSG" (excerpt)<br><br>• Apr. 14, 2020 – Jefferies, "WASTE MANAGEMENT (WM)" (excerpt)<br><br>• Apr. 20, 2020 – Stifel, "Solid Waste EPS Preview: Guidance Suspended, Plans in Place for an Economic Restart, Costs Flexed Based on Pace and Scope" (excerpt)<br><br>• Apr. 23, 2020 – Jefferies, "Waste Sector (WM, RSG, WCN, CWST, GFL) Q1 Preview - What to Expect?" (excerpt) |
| K | May 2020 - Select Published Analyst Reports:<br><br>• May 3, 2020 – Stifel, "WM 1Q20 Preview: The Great Shutdown and a Deal are the Focus" (excerpt)<br><br>• May 6, 2020 – Jefferies, "Waste Management 1Q20: The Good, the Bad and the Outlook" (excerpt)<br><br>• May 6, 2020 – RBC, "Waste Management Inc Merits of Waste sector fundamentals on display amid uncertainty and volatility" (excerpt) |

| | |
|---|---|
| | • May 6, 2020 – Stifel, "WM 1Q20 Post CC: A Bottom Is in Sight; FCF is the Focus" (excerpt)<br><br>• May 8, 2020 – J.P.Morgan, "Waste Management Preparing for Some Shifts in the Business Post COVID-19" (excerpt)<br><br>• May 10, 2020 – Jefferies, "Waste Management WM/ADSW Deal Update/Thoughts" (excerpt)<br><br>• May 10, 2020 – Stifel, "WM: Fireside Chat with CFO Devina A. Rankin: Yes 2Q is Awful But the Outlook will be Just Fine: Follow the FCF" (excerpt)<br><br>• May 19, 2020 – Stifel, "Solid Waste: Lessons Learned Going into an Economic Restart and Beyond - Solid Waste will Perform Just Fine" (excerpt)<br><br>• May 28, 2020 – Baird Equity Research, "Waste Management Inc. (WM) Initiating Coverage with Outperform Rating, $115 Price Target" (excerpt) |
| L | June 2020 - Select Published Analyst Reports:<br><br>• June 2, 2020 – Stifel, "WM: If Cash on Cash Returns Matter, How Does the ADSW Deal Impact WM; It depends on What they Pay?" (excerpt)<br><br>• June 16, 2020 – Stifel, "Solid Waste AM Call Talking Points From CSI-Boston: Solid Waste Is Coming Back Better than Expected" (excerpt)<br><br>• June 16, 2020 – Jefferies, "Waste Sector (WM, RSG, WCN, CWST): June Commercial Volume Update" (excerpt)<br><br>• June 25, 2020 – Raymond James, "WM "Re-Cuts" ADSW Deal Terms; Sizing Accretion for WM & GFL" (excerpt) |
| M | Select Media Publications:<br><br>• Jan. 28, 2020 - Waste Dive, "Waste Management and Advanced Disposal working toward multi-state divestiture plan" (excerpt)<br><br>• Feb. 14, 2020 - Waste Dive, "Waste Management predicts March DOJ approval, with 'robust' divestiture interest" (excerpt)<br><br>• Mar. 17, 2020 - Department of Justice, "Justice Department Announces Antitrust Civil Process Changes for Pendency of COVID-19 Event" (excerpt) |

| | <ul><li>Mar. 18, 2020 - Waste Dive, "Waste Management reports Advanced Disposal Acquisition delayed until Q2" (excerpt)</li><li>May 20, 2020 - Waste Dive, "Waste Management and Advanced Disposal still negotiating divestitures as deal deadline looms" (excerpt)</li><li>June 23, 2020 - Waste Dive, "Waste Management-Advanced divestitures projected to be substantially above original cap" (excerpt)</li></ul> |
|---|---|

4.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 5, 2023.

*/s/ Ryan Ward*

Ryan Ward

4