# EXHIBIT A

Table of Contents

**Prospectus Supplement**
**(To Prospectus dated April 25, 2019)**

## $4,000,000,000



### $750,000,000 2.950% Senior Notes due 2024
### $750,000,000 3.200% Senior Notes due 2026
### $1,000,000,000 3.450% Senior Notes due 2029
### $500,000,000 4.000% Senior Notes due 2039
### $1,000,000,000 4.150% Senior Notes due 2049

We are offering $4,000,000,000 of our senior notes, consisting of $750,000,000 of our 2.950% senior notes due 2024 (the "2024 notes"), $750,000,000 of our 3.200% senior notes due 2026 (the "2026 notes"), $1,000,000,000 of our 3.450% senior notes due 2029 (the "2029 notes"), $500,000,000 of our 4.000% senior notes due 2039 (the "2039 notes") and $1,000,000,000 of our 4.150% senior notes due 2049 (the "2049 notes" and, collectively with the 2024 notes, the 2026 notes, the 2029 notes and the 2039 notes, the "notes"). Interest on the 2024 notes, the 2026 notes and the 2029 notes will accrue from May 22, 2019 and will be payable on June 15 and December 15 of each year, beginning December 15, 2019. Interest on the 2039 notes and the 2049 notes will accrue from May 22, 2019 and will be payable on January 15 and July 15 of each year, beginning January 15, 2020. The 2024 notes will mature on June 15, 2024, the 2026 notes will mature on June 15, 2026, the 2029 notes will mature on June 15, 2029, the 2039 notes will mature on July 15, 2039 and the 2049 notes will mature on July 15, 2049.

The notes of each series will be the senior obligations of Waste Management, Inc. and will be fully and unconditionally guaranteed by our wholly owned subsidiary, Waste Management Holdings, Inc. The notes will rank equally with all of our other senior indebtedness. The indenture under which we are issuing the notes does not restrict our ability to incur additional senior indebtedness.

We may redeem each series of the notes, in whole or in part, at any time at the redemption prices described beginning on page S-20. If a change of control triggering event as described beginning on page S-23 occurs, we may be required to offer to purchase the notes of each series from holders.

Concurrently with this offering, Waste Management, Inc. and Waste Management Holdings, Inc. are conducting an offer to purchase for cash certain senior notes issued by them, respectively. See "Summary—Recent Developments—Cash Tender Offer."

On April 14, 2019, we entered into an Agreement and Plan of Merger with Advanced Disposal Services, Inc. and Everglades Merger Sub Inc., our indirect wholly owned subsidiary. The merger agreement provides that, upon the terms and subject to the conditions set forth therein, Everglades Merger Sub Inc. will merge with and into Advanced Disposal Services, Inc., with Advanced Disposal Services, Inc. continuing as the surviving corporation and as our indirect wholly owned subsidiary. See "Summary—Recent Developments—Acquisition of Advanced Disposal."

We intend to use the net proceeds from this offering to pay a portion of the consideration for the merger described above and related fees and expenses, to fund a concurrent offer to purchase for cash certain senior notes as described above and for general corporate purposes. Please read "Use of Proceeds." This offering is not contingent on the consummation of either the tender offer or the merger. However, under specified circumstances, if the merger is not consummated on or prior to July 14, 2020, we will be required to redeem all of the outstanding 2024 notes, 2026 notes, 2029 notes and 2039 notes as described under "Description of Notes—Special Mandatory Redemption."

**Investing in the notes involves risks. See "*Risk Factors*" beginning on page S-9 of this prospectus supplement and page 6 of the accompanying prospectus.**

Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or passed upon the accuracy or adequacy of this prospectus supplement or the accompanying prospectus. Any representation to the contrary is a criminal offense.

| | 2024 Notes | | 2026 Notes | | 2029 Notes | | 2039 Notes | | 2049 Notes | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Per Note | Total | Per Note | Total | Per Note | Total | Per Note | Total | Per Note | Total |
| Public Offering Price(1) | 99.994% | $749,955,000 | 99.973% | $749,797,500 | 99.804% | $998,040,000 | 99.896% | $499,480,000 | 99.872% | $998,720,000 |
| Underwriting Discount | 0.350% | $2,625,000 | 0.400% | $3,000,000 | 0.650% | $6,500,000 | 0.750% | $3,750,000 | 0.875% | $8,750,000 |
| Proceeds to Us (excluding expenses) | 99.644% | $747,330,000 | 99.573% | $746,797,500 | 99.154% | $991,540,000 | 99.146% | $495,730,000 | 98.997% | $989,970,000 |

(1)    Plus accrued interest from May 22, 2019, if delivery occurs after that date.

The notes will not be listed on any securities exchange. Currently, there is no public market for the notes.

EXHIBIT A PAGE-1

Case 1:22-cv-04838-LGS   Document 50-1   Filed 04/06/23   Page 3 of 8

The underwriters expect to deliver the notes to investors on or about May 22, 2019 only in book-entry form through the facilities of The Depository Trust Company and its participants, including Clearstream Banking S.A. and Euroclear Bank SA/NV, as operator of the Euroclear System.

---

*Joint Book-Running Managers*

| **Credit Suisse** | **Deutsche Bank Securities** | **Goldman Sachs & Co. LLC** | **J.P. Morgan** | **Mizuho Securities** |
|---|---|---|---|---|
| **Barclays** | **BNP PARIBAS**    **BofA Merrill Lynch** | **Citigroup**    **SMBC Nikko** | **US Bancorp** | **Wells Fargo Securities** |

*Co-Managers*

| | **MUFG** | | **PNC Capital Markets LLC** | | | **Scotiabank** |
|---|---|---|---|---|---|---|
| **Academy Securities** | | **BNY Mellon Capital Markets, LLC** | **Comerica Securities** | | **MFR Securities, Inc.** | **Siebert Cisneros Shank & Co., L.L.C.** |

May 14, 2019

---

EXHIBIT A PAGE-2

Table of Contents

been demanded properly in accordance with Section 262 of the General Corporation Law of the State of Delaware) will be converted into the right to receive $33.15 per share in cash, without interest (the "Per Share Merger Consideration"), representing a total enterprise value of $4.9 billion when including approximately $1.9 billion of Advanced Disposal's net debt.

At the Effective Time, each vested and unvested option of Advanced Disposal Common Stock with a per share exercise price less than the Per Share Merger Consideration that is outstanding at the Effective Time will convert into the right to receive a cash amount equal to the product of (i) the number of shares of Advanced Disposal Common Stock subject to the option multiplied by (ii) the excess of the Per Share Merger Consideration over the per-share exercise price of such option, net of taxes. At the Effective Time, each performance share unit award outstanding as of immediately prior to the Effective Time will convert into the right to receive a cash payment equal to the product of (i) the number of shares of Advanced Disposal Common Stock equal to the greater of (x) the target number of shares of Advanced Disposal Common Stock with respect to such performance share unit award and (y) the number of shares of Advanced Disposal Common Stock that would be considered earned under the terms of such performance share unit award based on the most recent fiscal year-end results of Advanced Disposal preceding the fiscal year during which the Effective Time occurs multiplied by (ii) the Per Share Merger Consideration, net of taxes.

At the Effective Time, each restricted share unit award and restricted share award outstanding immediately prior to the Effective Time will convert into the right to receive a cash payment equal to the product of (i) the number of shares of Advanced Disposal Common Stock subject to such restricted share unit award or restricted share award multiplied by (ii) the Per Share Merger Consideration, net of taxes.

The consummation of the Merger (the "Closing") is subject to certain conditions, including (i) the affirmative vote of the holders of a majority of the outstanding shares of Advanced Disposal Common Stock, (ii) the expiration or termination of any waiting period under the Hart-Scott-Rodino Antitrust Improvements Act of 1976, as amended, and the rules and regulations promulgated thereunder, and (iii) the absence of any law or order restraining, enjoining or otherwise prohibiting the Merger. Each of our, Merger Sub's and Advanced Disposal's obligation to consummate the Merger is also subject to additional customary conditions, including (x) subject to specific standards, the accuracy of the representations and warranties of each other party, (y) performance in all material respects by each other party of its obligations under the Merger Agreement and (z) with respect to our and Merger Sub's obligations to consummate the Merger, the absence of a Material Adverse Effect (as defined in the Merger Agreement).

We are required to (i) take all actions to consummate the Merger, including using its reasonable best efforts to obtain antitrust approval and (ii) specifically commit to divest or sell assets and take other actions in connection with using its reasonable best efforts to obtain antitrust approval, up to certain limits specified in the Merger Agreement. Advanced Disposal is required to cooperate with us in connection with our efforts to obtain antitrust approval.

The Merger Agreement provides that we will be required to pay to Advanced Disposal a termination fee of $150 million under certain circumstances specified in the Merger Agreement if the Merger Agreement is terminated because (i) of the issuance of a nonappealable court order or legal restraint prohibiting the transaction for antitrust reasons or (ii) the transactions have not been consummated by April 14, 2020, and at such time, antitrust approval for the transaction has not been obtained but the other conditions to Closing have been satisfied.

We currently anticipate that the Merger will close by the first quarter of 2020. Copies of the Merger Agreement and the Voting Agreement (as defined below) are included as exhibits to our Current Report on Form 8-K filed on April 15, 2019, part of which is incorporated by reference into this prospectus supplement and the accompanying prospectus. The descriptions of the Merger, the

S-2

EXHIBIT A PAGE-3

Table of Contents

Merger Agreement and the Voting Agreement do not purport to be complete and are qualified in their entirety by reference to such agreements.

*Voting Agreement*

In addition to, and concurrently with the execution of the Merger Agreement, on April 14, 2019, Canada Pension Plan Investment Board (the "Key Stockholder") representing approximately 19% of the outstanding Advanced Disposal Common Stock entered into a Voting and Support Agreement (the "Voting Agreement") with us, pursuant to which, among other things, and subject to the terms and conditions set forth therein, the Key Stockholder agreed to vote its shares of Advanced Disposal Common Stock in favor of the adoption of the Merger Agreement and against any alternative proposal. The Voting Agreement automatically terminates upon the earliest to occur of (i) the Expiration Time (defined in the Voting Agreement as the earlier to occur of (x) the Effective Time and (y) such date and time as the Merger Agreement has been validly terminated in accordance with its terms) and (ii) the election of the Key Stockholder in its sole discretion to terminate the Voting Agreement promptly following any amendment of any term in the original Merger Agreement that reduces or changes the form of consideration payable under the Merger Agreement.

*Merger Financing*

We intend to finance the Merger through a combination of borrowings under our commercial paper program, which is fully supported by our U.S. and Canadian revolving credit facility (referred to herein as our "$2.75 billion revolving credit facility"), and a portion of the net proceeds from the notes offered hereby. Please see "Use of Proceeds."

This offering is not contingent on the consummation of the Merger. However, if we do not consummate the Merger on or prior to July 14, 2020, or if, on or prior to such date, the Merger Agreement is terminated for any reason, then we will be required to redeem all of the outstanding 2024 notes, 2026 notes, 2029 notes and 2039 notes at a redemption price equal to 101% of the aggregate principal amount thereof, plus accrued and unpaid interest to, but excluding, the redemption date. See "Description of Notes—Special Mandatory Redemption." The 2049 notes are not subject to the special mandatory redemption, and we expect the 2049 notes to remain outstanding even if we do not consummate the Merger.

We cannot assure you that we will complete the Merger on the terms contemplated in this prospectus supplement or at all.

*About Advanced Disposal*

Advanced Disposal, a Delaware corporation based in Ponte Vedra, Florida, is a leading integrated provider of nonhazardous solid waste collection, transfer, recycling and disposal services. Advanced Disposal has a presence in 16 states across the Midwest, South and East regions of the United States as well as in the Commonwealth of the Bahamas. During the twelve months ended December 31, 2018, December 31, 2017 and December 31, 2016, Advanced Disposal generated revenues of approximately $1.56 billion, $1.51 billion and $1.40 billion, respectively. Advanced Disposal also generated net income of $9.4 million and $38.3 million in the twelve months ended December 31, 2018 and December 31, 2017, respectively, and a net loss of $30.4 million for the twelve months ended December 31, 2016.

**Cash Tender Offer**

Concurrently with this offering, Waste Management, Inc. and WM Holdings are conducting an offer to purchase for cash, referred to herein as the "Tender Offer," any and all of WM Holdings' 7.10% Notes due 2026 and Waste Management, Inc.'s 7.00% Senior Notes due 2028, 7.375% Senior Notes due 2029, 7.75% Senior Notes due 2032 and 6.125% Senior Notes due 2039. We refer to these

S-3

EXHIBIT A PAGE-4

Case 1:22-cv-04838-LGS Document 50-1 Filed 04/06/23 Page 6 of 8

Table of Contents

## RISK FACTORS

*You should carefully consider the risk factors identified in Part I, Item 1A., "Risk Factors," of our Annual Report on Form 10-K for the year ended December 31, 2018, and in Part II Item 1A., "Risk Factors," of our Quarterly Report on Form 10-Q for the quarter ended March 31, 2019, before making an investment in the notes. You should also carefully consider the risks described below, the other information set forth in this prospectus supplement, the accompanying prospectus, any free writing prospectus prepared by or on behalf of us and the documents incorporated by reference in this prospectus supplement before making an investment in the notes. Additional risks and uncertainties not presently known to us, or that we currently deem immaterial, may also materially impair our business operations. The events discussed in the risk factors included or incorporated by reference in this prospectus supplement and the accompanying prospectus may occur. If they do, our business, results of operations or financial condition could be materially adversely affected. In such case, the trading price of our securities, including the notes, could decline and you might lose all or part of your investment.*

### Risks Related to the Merger

***Our planned acquisition of Advanced Disposal may not occur at all, may not occur in the expected time frame or may involve the divestiture of certain businesses and assets, which may negatively affect the trading price of our common stock and our future business and financial results.***

If the Merger is completed, Advanced Disposal will become our indirect wholly owned subsidiary. The consummation of the acquisition is not assured and is subject to certain conditions, including the affirmative vote of the holders of a majority of the outstanding shares of Advanced Disposal common stock, the expiration or termination of any waiting period under the Hart-Scott-Rodino Antitrust Improvements Act of 1976, as amended, and the rules and regulations promulgated thereunder and the absence of any law or order restraining, enjoining or otherwise prohibiting the acquisition, as well as other customary closing conditions.

The planned acquisition of Advanced Disposal is subject to a number of risks and uncertainties, including general economic and capital markets conditions; the effects that the announcement or pendency of the Merger may have on us, Advanced Disposal and our respective businesses; inability to obtain required regulatory or government approvals or to obtain such approvals on satisfactory conditions; inability of Advanced Disposal to obtain stockholder approval or satisfy other closing conditions; our inability to obtain financing on acceptable terms; the occurrence of any event, change or other circumstance that could give rise to the termination of the Merger Agreement, several of which could require us to pay a termination fee of $150 million to Advanced Disposal; legal proceedings that may be instituted related to the proposed acquisition and the legal expenses and diversion of management's attention that may be associated therewith; and unexpected costs, charges or expenses. If the planned acquisition of Advanced Disposal is not completed, if there are significant delays in completing the planned acquisition or if the planned acquisition involves an unexpected amount of required divestitures, it could negatively affect the trading price of our common stock and our future business and financial results.

***We may not realize the strategic benefits and cost synergies that are anticipated from the planned acquisition of Advanced Disposal.***

The benefits that are expected to result from the planned acquisition of Advanced Disposal will depend, in part, on our ability to realize anticipated cost synergies. Our success in realizing these benefits and cost synergies, and the timing of this realization, depends on the successful integration of Advanced Disposal. There is a significant degree of difficulty and management distraction inherent in the process of integrating an acquisition of this size. The process of integrating operations could cause business interruption and distraction. Some members of our management may be required to devote

S-9

EXHIBIT A PAGE-5

Case 1:22-cv-04838-LGS    Document 50-1    Filed 04/06/23    Page 7 of 8

Table of Contents

effectively have priority with respect to WM Holdings' assets and earnings over the claims of the holders of the notes.

**_We may not have sufficient funds to purchase the notes upon a change of control triggering event, and this covenant provides limited protection to investors._**

Holders of the notes may require us to purchase their notes upon a "change of control triggering event" as defined under "Description of Notes—Change of Control Offer" in this prospectus supplement. We cannot assure you that we will have sufficient financial resources, or will be able to arrange sufficient financing, to pay the purchase price of the notes, particularly if a change of control event triggers a similar repurchase requirement for, or results in the acceleration of, our other than existing debt.

The change of control offer covenant is limited to the transactions specified in "Description of Notes—Change of Control Offer." We have no present intention to engage in a transaction involving a change of control triggering event, although it is possible that we could decide to do so in the future. We could, in the future, enter into certain transactions, including acquisitions, refinancings or other recapitalizations, that would not constitute a change of control triggering event under the notes, but that could increase the amount of indebtedness outstanding at such time or otherwise materially adversely affect our capital structure or credit ratings.

**_You may not be able to sell the notes._**

The notes of each series will be a new issue of securities. There is no existing active trading market for the notes of any series, and a market may never develop. We do not currently intend to apply for listing of any series of the notes on any securities exchange. If a market does not develop, you may be unable to resell the notes for a long time, if at all. If the notes are traded after their initial issuance, they may trade at a discount from initial offering prices. Factors that could cause the notes to trade at a discount are:

- increases in then prevailing interest rates;

- a decline in our credit worthiness based on our business, operating results or financial condition;

- weakness in the markets for similar securities; and

- declining general economic conditions.

**_This offering is not contingent upon the completion of the Merger. If we do not consummate the Merger on or prior to July 14, 2020, or if, on or prior to such date, the Merger Agreement is terminated, we will be required to redeem all of the outstanding 2024 notes, 2026 notes, 2029 notes and 2039 notes, and we may not have the financial resources necessary to effect such redemption._**

This offering is not contingent upon the completion of the Merger. The consummation of the Merger is not assured and is subject to certain conditions, including the affirmative vote of the holders of a majority of the outstanding shares of Advanced Disposal common stock, the expiration or termination of any waiting period under the Hart-Scott-Rodino Antitrust Improvements Act of 1976, as amended, and the rules and regulations promulgated thereunder and the absence of any law or order restraining, enjoining or otherwise prohibiting the acquisition, as well as other customary closing conditions. The Merger Agreement contains certain provisions permitting its termination under certain circumstances.

If we do not consummate the Merger on or prior to July 14, 2020, or if, on or prior to such date, the Merger Agreement is terminated, we will be required to redeem all of the outstanding 2024 notes, 2026 notes, 2029 notes and 2039 notes at a redemption price equal to 101% of the aggregate principal

S-13

Table of Contents

amount of such series of notes plus accrued and unpaid interest, if any, to, but excluding, the date of such special mandatory redemption. See "Description of the Notes—Special Mandatory Redemption" in this prospectus supplement. If we redeem those series of notes pursuant to the special mandatory redemption, you may not obtain the return that you expected on your investment in those series of notes. In particular, we cannot assure that you will be able reinvest your redemption proceeds in an investment with a return that is as high as the return you would have earned on the 2024 notes, 2026 notes, 2029 notes and 2039 notes that we redeemed and that have a similar level of investment risk.

Whether or not the special mandatory redemption is ultimately triggered, the existence of the mandatory redemption provisions may adversely affect the trading prices of the 2024 notes, 2026 notes, 2029 notes and 2039 notes until such time, if any, as the Merger is consummated.

We will not be required to deposit the proceeds from the issuance of any series of notes into an escrow account pending completion of the Merger, nor will we be required to grant any security interest in or other lien on those proceeds to secure any mandatory redemption of the 2024 notes, 2026 notes, 2029 notes and 2039 notes. The redemption price will exceed the net proceeds we receive from the sale of the notes, and we may apply the cash proceeds for other purposes prior to any redemption date as described in "Use of Proceeds." If we are required to redeem all of the outstanding 2024 notes, 2026 notes, 2029 notes and 2039 notes, whether because the Merger is not completed by a specified date, the Merger Agreement is terminated or under similar circumstances, our ability to pay the redemption price may be limited by our financial resources at the time and the terms of our debt instruments and other instruments and agreements, and it is possible that we will not have sufficient financial resources available to satisfy our obligations to redeem any or all of the 2024 notes, 2026 notes, 2029 notes and 2039 notes. We may also be required to incur additional indebtedness and reduce availability under our $2.75 billion revolving credit facility to fund the redemption price.

Any failure to pay the special mandatory redemption price of the 2024 notes, 2026 notes, 2029 notes and 2039 notes when due would constitute an event of default with respect to the notes of such series pursuant to the indenture under which those notes are issued and could have a material adverse effect on our business, results of operations and financial condition and the market prices of our securities, including the notes offered hereby.

S-14