# EXHIBIT D

THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

## WM - Q4 2019 Waste Management Inc Earnings Call

## EVENT DATE/TIME: FEBRUARY 13, 2020 / 3:00PM GMT

**OVERVIEW:**

Co. reported 2019 diluted EPS of $4.40.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



EXHIBIT D PAGE-1

Client Id: 77

FEBRUARY 13, 2020 / 3:00PM, WM - Q4 2019 Waste Management Inc Earnings Call

## CORPORATE PARTICIPANTS

**Devina A. Rankin** *Waste Management, Inc. - Senior VP & CFO*

**Edward A. Egl** *Waste Management, Inc. - Director of IR*

**James C. Fish** *Waste Management, Inc. - President, CEO & Director*

**John J. Morris** *Waste Management, Inc. - Executive VP & COO*

## CONFERENCE CALL PARTICIPANTS

**Brian P. Maguire** *Goldman Sachs Group Inc., Research Division - Equity Analyst*

**Hamzah Mazari** *Jefferies LLC, Research Division - Equity Analyst*

**Hamzah Mazari** *Macquarie Research - Former MD*

**Kyle White** *Deutsche Bank AG, Research Division - Research Associate*

**Mark Neville** *Scotiabank Global Banking and Markets, Research Division - Analyst*

**Michael Edward Hoffman** *Stifel, Nicolaus & Company, Incorporated, Research Division - MD & Group Head of Diversified Industrials Research*

**Patrick Tyler Brown** *Raymond James & Associates, Inc., Research Division - MD*

**Sean D. Eastman** *KeyBanc Capital Markets Inc., Research Division - Senior Equity Research Analyst*

## PRESENTATION

**Operator**

Ladies and gentlemen, thank you for standing by, and welcome to the Waste Management Fourth Quarter Full Year 2019 Earnings Release Conference Call. (Operator Instructions) Please be advised that today's conference is being recorded. (Operator Instructions)

It is now my pleasure to turn today's program over to Mr. Ed Egl, Director of Investor Relations. Sir, please go ahead.

---

**Edward A. Egl** - *Waste Management, Inc. - Director of IR*

Thank you, Jay. Good morning, everyone, and thank you for joining us for our fourth quarter 2019 earnings conference call. With me this morning are Jim Fish, President and Chief Executive Officer; John Morris, Executive Vice President and Chief Operating Officer; and Devina Rankin, Senior Vice President and Chief Financial Officer. You'll hear prepared comments from each of them today. Jim will cover high-level financials and provide a strategic update; John will cover an operating overview; and Devina will cover the details of the financials.

Before we get started, please note that we have filed a Form 8-K this morning that includes the earnings press release and is available on our website at www.wm.com. The Form 8-K, the press release and the schedules of the press release can include important information.

During the call, you will hear forward-looking statements, which are based on current expectations, projections or opinions about future periods. We'll also be providing our outlook for 2020. This outlook does not include the impact of our planned acquisition of Advanced Disposal Services, Inc., which we may also refer to as ADS. Once we complete this acquisition, we plan to provide an updated outlook.

All such statements are subject to risks and uncertainties that could cause actual results to differ materially. Some of these risks and uncertainties are discussed in today's press release and in our filings with the SEC, including our most recent Form 10-K.

Jim and John will discuss our results in areas of yield and volume, which, unless otherwise stated, are more specifically references to internal revenue growth, or IRG, from yield or volume.

2

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

EXHIBIT D PAGE-2



Client Id: 77

## FEBRUARY 13, 2020 / 3:00PM, WM - Q4 2019 Waste Management Inc Earnings Call

In addition, beginning in the fourth quarter of 2019, we updated our calculation of core price. With advancements in technology, we collect additional transactional customer-level data, which provides us improved clarity of the impact of our pricing activities. While this does not change the year-over-year core price performance results, the new measure reflects a more precise calculation in evaluation of our revenue change. Please refer to the press release tables where we have provided 2 years of quarterly core price data using the new methodology.

During the call, Jim and Devina will discuss our earnings per diluted share, which they may refer to as EPS or earnings per share, and it'll also address operating EBITDA, which is income from operations before depreciation and amortization. Any comparisons, unless otherwise stated, will be with the fourth quarter of 2018. Net income, EPS, operating EBITDA margin, operating expense and SG&A expense results have been adjusted and projected 2020 measures are anticipated to be adjusted to enhance comparability by excluding certain items that management believes do not reflect our fundamental business performance or results of operations, including costs incurred in connection with the pending acquisition of ADS.

In prior quarters, the adjustment for ADS included the reduction of common stock repurchases from planned levels. We are no longer adjusting for this. These adjusted measures, in addition to free cash flow, are non-GAAP measures. Please refer to the earnings press release and tables, which can be found on the company's website at www.wm.com for reconciliations to the most comparable GAAP measures and additional information about our use of non-GAAP measures and non-GAAP projections.

This call is being recorded and will be available 24 hours a day beginning approximately 1 p.m. Eastern Time today until 5 p.m. Eastern Time on February 27. To hear a replay of the call over the Internet, access the Waste Management website at www.wm.com. To hear a telephonic replay of the call, dial (855) 859-2056 and enter reservation code 9977058.

Time-sensitive information provided during today's call, which is occurring on February 13, 2020, may no longer be accurate at the time of a replay. Any redistribution, retransmission or rebroadcast of this call in any form without the express written consent of Waste Management is prohibited.

Now I'll turn the call over to Waste Management's President and CEO, Jim Fish.

---

**James C. Fish** - *Waste Management, Inc. - President, CEO & Director*

Thanks, Ed, and thank you all for joining us this morning.

We're proud of how Waste Management performed in 2019. We continued our focus on optimizing our traditional solid waste business, developing our people and investing in technology to better serve our customers, and we're confident these are the right focus points to deliver long-term growth for the company.

The results are evident in our full year top line growth, which was 3.6%, despite a negative $318 million drag from commodity prices in our recycling line of business and a negative $23 million swing from the sale of renewable energy credits. Landfill pricing was one of the bright spots in 2019 and is also a great example of what the Waste Management organization can achieve when we have a shared focus. Together, the team achieved our best ever full year landfill MSW pricing in 2019 as we exceeded 3% MSW yield in every quarter, with each quarter surpassing the previous one, culminating in fourth quarter MSW yield of 4.5%.

We expect to continue to drive improved MSW pricing for the foreseeable future as our price increases keep pace with the increasing costs at our landfills. But we won't just focus on MSW pricing. We're pricing all our lines of business to ensure that we generate appropriate returns on invested capital, including our recycling and residential lines of business. John will share more about our 2020 plans for those 2 areas.

The strong revenue growth that we generated in 2019 translated into robust operating EBITDA. Our collection and disposal business saw operating EBITDA grow by 8.5% and operating EBITDA margin expand by 70 basis points, both of which were better than we expected when we gave guidance at the beginning of the year.

In 2019, our overall operating EBITDA grew by 4% despite lower-than-expected market prices for recycled commodities and renewed -- renewable energy credits. We also produced $4.40 of EPS in 2019. We're forecasting another record year in operating EBITDA in 2020, with growth of 5.2% at

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



EXHIBIT D PAGE-3

the midpoint of our guidance range. We expect to achieve this growth from continued strong performance in our collection and disposal business through a combination of price, volume and cost controls.

Last quarter, I spoke of the lack of visibility in our special waste pipeline as we were seeing hesitation from some industrial customers in committing to event work. I'm pleased to report that we're seeing more companies commit to event work so far in the first quarter, and concerns of a recession around the industrial economy have mostly abated.

We've been awarded a large coal combustion residual remediation project starting this spring. With our well-positioned asset network and expertise, we have developed a strong reputation in managing all aspects of these clean closure projects. We expect that our differentiated service offerings will result in additional jobs throughout this year.

Turning to free cash flow. We've said operating EBITDA is the best reflection of the health of our business and provides the foundation for generating free cash flow. 2019 was no exception as our robust operating EBITDA once again translated into exceptional free cash flow. We allocated more than $1.1 billion of that free cash flow to shareholder returns, growing our dividend for the 16th consecutive year. We also spent $527 million on acquisitions, an indicator of the active M&A environment we're in and then our ability to complete transactions at targeted returns. Devina will discuss capital allocation in the year ahead, but suffice it to say, that we expect to continue to reward our shareholders in 2020 by allocating a substantial portion of our free cash flow back to shareholders.

On the M&A front, obviously, closing the Advanced Disposal acquisition is expected to be the highlight for the year. We are expected -- we are excited as we near the close of this transaction, and we have great confidence in the potential of the combined organization. We anticipate that we will obtain antitrust regulatory approval by the end of March and close soon thereafter.

We've received a high level of interest from other companies in acquiring any potential businesses we might be required to divest, and we expect to complete the sale of any required divestitures shortly after the closure of our purchase of ADS. Our integration team has been working hard preparing for this close, and the team is positioned to move quickly to integrate ADS operations and to achieve our targeted synergies.

Overall, the lead story at Waste Management and within the industry as a whole is one of consistency and predictability of earnings and cash flows, resulting in excellent returns to shareholders. Devina will go through our guidance in detail, but we expect that consistency to continue into 2020 where we see a highly efficient customer and employee-centric core engine, driving a continuation of what we've seen for the past 3 to 4 years.

When you look at our annual financial results from 2017 to 2019 and now through our guidance for 2020, you'll see revenue growth in the 3% to 4% range, EBITDA growth in the 4% to 5.25% range and cash from operations less CapEx in the 5% to 12% range, all within the bands that we've communicated over the past 3 years.

The amazing part about our results is that we have had some challenges in parts of our business like recycling and renewable energy sales, yet the core business continues to churn out earnings and cash at a strong pace. This industry and this company, in particular, have been a model of strong predictable results. With a very strong consumer segment of the economy and what appears to be a recovering industrial segment so far in the new year, we are confident that this rock-solid trend will continue.

Lastly, I want to thank all of our hard-working team members who continue to make Waste Management both a great place to work and a fantastic long-term investment for our shareholders.

With that, I'll turn the call over to John and Devina to discuss our results and our 2020 guidance in more detail.

---

**John J. Morris** - *Waste Management, Inc. - Executive VP & COO*

Thanks, Jim, and good morning, everyone.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS

FEBRUARY 13, 2020 / 3:00PM, WM - Q4 2019 Waste Management Inc Earnings Call

We had a strong finish to 2019 and are pleased with our full year performance. Our disciplined pricing programs are delivering great results, which is best demonstrated by our 2019 MSW yield of 3.8%, which is 160 basis point improvement over 2018. We will continue to price our well-positioned landfills to generate an appropriate return on invested capital in a rising cost environment. More broadly, in the collection and disposal business, we've achieved 2019 yield of 2.8%, the highest yield that we've seen in a decade. As we look ahead to 2020, you will see our continued focus on pricing to overcome cost headwinds and to keep generating appropriate returns on invested capital.

What's impressive about these pricing results is that we were able to achieve this without compromising our volume results. We achieved 2.3% volume growth in 2019, which outpaced growth in the broader economy. However, as we expected, some, but not all volume growth, moderated in the fourth quarter both as a result of difficult comparisons to the fourth quarter of 2018 and the timing of special waste jobs.

The good news in 2020 is shaping up to be another solid year for volume. As Jim mentioned, coal combustion residuals should be a benefit for us in 2020 as we've already been awarded a job to start in April and there are additional jobs in the pipeline. The strong consumer economy and special waste pipeline, combined with the positive trend in service increases exceeding service decreases, gives us confidence that we'll have another good fine year in 2020.

We plan to build upon our success in 2019, continuing to execute on our focused differentiation and continuous improvement strategies in the year ahead. The team is focused on opportunities to continue to improve and optimize our collection and disposal businesses. We plan to improve ROIC in our residential line of business and improve our overall operating costs with M100 focused on labor, technology helping you improve routing and maintenance service delivery optimization focused on repair and maintenance costs.

In our residential line of business, we have several initiatives underway aimed at improving profitability. This begins with the way we bid on municipal contracts. Waste Management has led the industry on return on invested capital, and we're bringing in even greater attention to this metric in 2020. We're taking a hard look at each residential contract as it comes up for renewal and making sure that our bid prices and terms of service are keeping pace with cost inflation over time and changing recycling dynamics. We're also leveraging the data we continue to aggregate via our onboard technology to improve routing and the efficiency of our drivers with results in improved service and reduce costs. We expect to see similar results in the residential business that we achieved in the commercial line of business with these tools.

More broadly, in the collection business, we're improving efficiency and capturing savings through several efforts. First, M100 or managing 100% of our drivers' day, allows us visibility into our drivers' routes in real-time to coach for improved efficiency and an enhanced view of customer profitability. At our Investor Day last year, we said that a 1% increase in collection labor efficiency yields $25 million in savings and that we expect $75 million of total savings from M100 by 2021. We expect to capture the next $25 million of savings from M100 in 2020.

The other effort that will benefit our collection line of business is our maintenance service delivery optimization or MSDO. We expect to continue to lower maintenance cost as we did in the second half of 2019. This leads to improved operational performance by bringing increased standardization to our fleet as well as improved maintenance processes. These are just a few examples of the great work underway to further optimize our collection operations with the help of technology.

Turning to recycling. Our recycling business performed well in light of further fourth quarter erosion in recycled commodity prices. Despite a 43% year-over-year decline in our blended average commodity price to about $37, our fourth quarter EPS contribution from recycling was only lower by $0.02. For the full year, recycling commodity revenue declined $318 million, yet the business generated operating EBITDA comparable to 2018 as we were able to offset virtually all of the impact of commodity decline with an increase in fees. Our recycling performance demonstrates the success we are having in restructuring and recycling contracts to a fee-for-service model. We will also continue to make strides on improving our business-driven use of technology. At our Chicago MRF of the Future, we expect to be fully operational by the second quarter. This plan is designed to be capable of generating high-quality material with technology through positive and intelligent sorting to generate the end product our customers require.

Looking towards 2020, given the expected lower commodity price levels in the current environment, we expect a minimal impact on overall results from recycling with headwinds in the first half of the year.

5

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



EXHIBIT D PAGE-5

And finally, I want to give an update on all the work we're doing to prepare for the integration of Advanced Disposal. As Jim mentioned, we are approaching the close of the transaction and the start of the integration. We have developed detailed plans and are prepared to start integration as soon as we close. With the additional work that we have done since the third quarter, we are confident that we will be able to achieve synergies in excess of the $100 million we laid out when we announced the acquisition. We look forward to officially welcome the ADS team into the WM family.

And with that, I'll turn the call over to Devina to further discuss our financial results and 2020 outlook.

---

**Devina A. Rankin** - *Waste Management, Inc. - Senior VP & CFO*

Thanks, John, and good morning.

Our 2019 performance showcased the strong conversion of operating EBITDA from our collection and disposal businesses to cash and also our disciplined execution on managing working capital. In the fourth quarter, our cash flow from operations exceeded $1 billion and grew more than 12%, and full year cash flow from operations was almost $3.9 billion, representing growth of almost 9%. As I mentioned earlier in 2019, with our robust collection and disposal volume growth, we plan to increase capital expenditures for the year above our initial guidance of $1.75 billion. With cash flow from operations growth that also exceeded our plan, we knew we were well positioned to proactively increase our capital expenditures and still deliver on our free cash flow objective.

During the fourth quarter, we spent $286 million on capital expenditures; and for the full year, we spent $1,818,000,000. Free cash flow in the fourth quarter was $756 million, and full year free cash flow was $2,105,000,000. In 2019, the most significant contributor to our free cash flow growth was strong operating EBITDA. So we also realized benefits from working capital that we expect to reverse in 2020 and lower-than-expected cash taxes.

In the fourth quarter, we used our free cash flow to pay $218 million in dividends. For the full year, we returned $1.12 billion to shareholders comprised of $876 million in dividends and $248 million in share repurchases. In 2019, our acquisitions totaled $527 million.

Our SG&A costs as a percentage of revenue were 10.3% for the full year, which was about 25 basis points higher than what we planned. This difference is largely due to litigation and incentive compensation costs that were higher than expected. We remain committed to a long-term target of SG&A as a percentage of revenue of about 10%. In 2019, we were effective in managing our baseline costs while very intentionally investing in technology and our people. The investments we made in 2019 and will continue to make in 2020 support our customer and growth objectives as well as a number of the operational improvements that John discussed.

Late in 2019, we determined it was prudent to make an investment in our foundational finance and human resources systems. These systems serve as a platform for almost everything we do, and we have not upgraded this platform in almost 20 years. In the fourth quarter, our team started this multiyear effort. You will notice that we adjusted for these costs in our press release, and we will continue to adjust for the costs associated with this investment in the year ahead.

Our adjusted effective tax rate was 16.3% for the fourth quarter of 2019 and 20.2% for the full year. Our effective tax rate was lower in 2019 than we expected because we realized value from the fuel tax credits, we made an incremental investment in low income housing and we recognize some favorable adjustments when we finalized our tax returns for the prior year.

Our debt-to-EBITDA ratio measured based on our bank covenants was about 3.1x at the end of the year. While this measure is trending higher as we approach the ADS closing, it is within our targeted levels and positions us well to continue to execute upon our long-term capital allocation priorities of growing the business and returning cash to our shareholders.

Moving to our 2020 outlook. As a reminder, our revenue, earnings and cash flow guidance does not include the anticipated impacts of acquiring ADS. However, it is important to note that our free cash flow guidance does include an initial estimate of the incremental interest costs we will

6

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

EXHIBIT D PAGE-6



Client Id: 77

**FEBRUARY 13, 2020 / 3:00PM, WM - Q4 2019 Waste Management Inc Earnings Call**

incur for the debt raised to fund the transaction. We plan to update the remaining components of our outlook, including taxes and EPS, following the close of the acquisition.

On a stand-alone basis, we expect 2020 operating EBITDA to increase to $4.56 billion to $4.66 billion, growing by 5.2% at the midpoint, fueled by continued strong organic revenue growth. To that end, we expect core price of 4% or greater, yields of about 2.5% in collection and disposal, and total company volume growth of approximately 1.5%. We expect our strong earnings growth to drive free cash flow of between $2.15 billion and $2.25 billion.

We project capital expenditures to be between $1.7 billion and $1.8 billion in the year ahead, which is a decrease in total spending from 2019, so at or above our long-term capital spend as a percentage of revenue target. We have seen our capital investments pay off, and so we plan to continue to invest above our long-term average in 2020 with our focuses in the year ahead on landfills where volume growth is expected to remain strong and facility upgrades.

We remain committed to a capital allocation plan that maximizes long-term value and total shareholder return by prioritizing organic and acquisition-related growth, dividends and share repurchases. Given our focus on the integration of ADS, we expect tuck-in acquisition spending in 2020 to be lower than what we have seen in the last few years and more in line with our historical target of $100 million to $200 million annually.

We are pleased to be increasing our planned quarterly dividend rate for the 17th consecutive year, as announced in December, and expect our dividend payments to be about $920 million in 2020. Given this, we currently project that excess free cash flow will be at least $1 billion in 2020.

We have prudently slowed our share repurchase activity in anticipation of the Advanced Disposal acquisition. With those steps and our robust growth, our balance sheet is strong, and we are well positioned to restart our share buyback program.

We plan to begin repurchasing shares in the first quarter and expect to allocate at least $1 billion to repurchasing our stock over the course of the year.

In summary, 2019 was a successful year for Waste Management, and we can't thank the Waste Management team enough for all their hard work. 2020 is set up to be an outstanding year as we focus on execution, both on the fundamental strength and growth of our business and on the ADS integration.

With that, Jay, let's open the line for questions.

## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions) Our first question comes from the line of Brian Maguire of Goldman Sachs.

**Brian P. Maguire** - *Goldman Sachs Group Inc., Research Division - Equity Analyst*

First question just on the -- just some updated color on the ADS transaction. And initially, there was some enthusiasm that might be done a little bit sooner since like it's maybe taking just a little bit longer. Just wondering if you could comment on how the conversations are going and the remedy package or divestment package, what kind of reception you're getting in the market for that and whether you think that might go to one person or maybe now we're in a situation where we're going to be talking about multiple buyers for that?

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



EXHIBIT D PAGE-7

Client Id: 77

**FEBRUARY 13, 2020 / 3:00PM, WM - Q4 2019 Waste Management Inc Earnings Call**

**John J. Morris** - *Waste Management, Inc. - Executive VP & COO*

So Brian, what I would tell you is, is that we announced the deal on April 14. So we're just come -- we're not even at a year mark yet. And as Jim mentioned in his prepared comments, we're on a trajectory, we think, to get clearance from DOJ right towards the end of the quarter. And obviously, we're going to move to close quickly after that.

In terms of the divestiture package, what I can tell you is, is that we've had a really robust lineup of suitors, kind of I said it's kind of like a line around the block of folks who are interested in these assets. So as we progressed with our conversations with the Justice Department, we've obviously continued to move that process along at the same pace.

**Brian P. Maguire** - *Goldman Sachs Group Inc., Research Division - Equity Analyst*

Okay. And I just wanted to ask about your comments on the residential line of business. Jim and John, I think you guys both talked about how that's a focus area for 2020. As some of these larger, longer-term contracts come up for renewal, I guess, the volumes have been a little bit light in that part of the business. I'm wondering if you could just kind of comment on where you see margins in that business today versus where they've been historically and what actions you're thinking about taking in 2020 to try and improve those margins.

**James C. Fish** - *Waste Management, Inc. - President, CEO & Director*

Sure, Brian. I think first and foremost, obviously, the recycling business has had a kind of knock-on effect on residential. And in my comments, you heard me talk about that, making sure that our pricing models keep up with what the cost inflation we're seeing in the residential line of business, that we're getting the appropriate returns for the capital that we're deploying there. And I would tell you that it's obviously the lowest of the 3 collection lines. So when we look at where we're going to direct our investments, we're going to look to move those margins up here over the next handful of years.

**Brian P. Maguire** - *Goldman Sachs Group Inc., Research Division - Equity Analyst*

Okay. And just last one for me. I apologize if I missed it, but can you guys quantify the impact to EBITDA from the CNG or the fuel tax credit in 4Q and kind of what's embedded in the 2020 guidance for EBITDA?

**Devina A. Rankin** - *Waste Management, Inc. - Senior VP & CFO*

Sure. I'll cover both the EBITDA impact and the cash flow impact. So the fuel tax credit, which was recognized as a reduction to operating expenses, was about $70 million in the year, and we project that it'll be a little below $40 million in the year ahead. From a cash flow perspective, there were no cash flow benefits associated with that. That's one of the working capital headwinds that we -- that I mentioned for 2020 are actually -- it created a headwind in working capital for us this year because we recognize the earnings, and we'll recognize the free cash flow benefits in the year ahead, those free cash flow benefits for both what we recognized in the P&L this year and expect to recognize in the P&L next year are -- a total of about $90 million.

**Brian P. Maguire** - *Goldman Sachs Group Inc., Research Division - Equity Analyst*

Okay. And just to be clear, this -- the $70 million that was all in 4Q, right, because it just occurred late in the year, right?

**Devina A. Rankin** - *Waste Management, Inc. - Senior VP & CFO*

That's right.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

EXHIBIT D PAGE-8


THOMSON REUTERS

Client Id: 77

**FEBRUARY 13, 2020 / 3:00PM, WM - Q4 2019 Waste Management Inc Earnings Call**

**James C. Fish** - *Waste Management, Inc. - President, CEO & Director*

Yes, Michael. And last thing, in reference to your kind of pricing baseline question about 2.5%. As I said to Tyler, I mean, we -- our baseline was 2%, and I think it's starting to give us some confidence that we can move that baseline up. Doesn't mean we can't exceed it. I mean we obviously exceeded 2% in 2019, but we feel like we're able to -- particularly as we think about the pricing at landfills and in residential where we've been lagging for so many years, the ability to hit -- to move that baseline up by 50 basis points is, we think, certainly achievable.

**Michael Edward Hoffman** - *Stifel, Nicolaus & Company, Incorporated, Research Division - MD & Group Head of Diversified Industrials Research*

Okay. That's what I thought, but I just wanted to draw it out. And then back to Advanced Disposal quickly. You closed it. You've had this 12 months to plan. I'm assuming you've -- and I'm calling them green and yellow teams. But can you talk about some of what that planning looks like and what we can expect to see some -- what are tangible milestones that would come out that are a result of your planning?

**John J. Morris** - *Waste Management, Inc. - Executive VP & COO*

So I would tell you, Michael, that our group on our side of the fence has been hard at work really since probably June building out the plans for integration. Keep in mind, Advanced is still a separate company until we close. So our planning activities have really been on our side of the fence. And I will tell you that. I think the first year, I will -- I've said publicly, privately that our goal day 1 and really through probably day 30 or 60 is really just making sure we take care of the employees and we hang on to our customers and provide them the right service. So this is a long game for us. We're going to move as quickly as we can to achieve synergies, but we're going to do it with people and customers in -- as a priority.

**James C. Fish** - *Waste Management, Inc. - President, CEO & Director*

But it is why, and Devina talked about it in her script, it is why we've -- we're going to be pretty strict about M&A this year within that 100 to 200 range because it's -- that is not -- lowering down to that range is not indicative of the lack of a robust market or whatever. I think that's still there. But what I don't want to do is distract folks who are going to be working hard on ADS integration, to John's point, and get them somehow -- even if just mildly distracted by another acquisition. So we're going to -- we really are going to be in that 100 to 200 for the year.

Now the only caveat to that would be, let's say, we get -- we really have accelerated the integration work and the synergy work, and we get to Q4, and we feel like, wow, most of that is done and something pops up on our radar that just we can't pass up. Okay. We'll talk about it at that point. But for now, we're setting an expectation that we're going to be -- it's just going to be small tuck-ins throughout the year, and we will focus our attention on the integration work with ADS.

**Michael Edward Hoffman** - *Stifel, Nicolaus & Company, Incorporated, Research Division - MD & Group Head of Diversified Industrials Research*

Well, you're doing 5 years of tuck-ins in 1 year with ADS anyway.

**James C. Fish** - *Waste Management, Inc. - President, CEO & Director*

Exactly.

**Michael Edward Hoffman** - *Stifel, Nicolaus & Company, Incorporated, Research Division - MD & Group Head of Diversified Industrials Research*

So I mean, by all -- so I -- none of that freaks me out other than is there an accelerated level of deals just because everybody wakes up and decides there might be a socialist elected to presidency and taxes are going up, and they pull it all into 2020, you don't want to miss some of that. But I get why you ought to focus on...

17

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



EXHIBIT D PAGE-9

Client Id: 77

**FEBRUARY 13, 2020 / 3:00PM, WM - Q4 2019 Waste Management Inc Earnings Call**

**James C. Fish** - *Waste Management, Inc. - President, CEO & Director*

I won't say anything -- I won't comment on the politics now. But hopefully, nothing freaks you out.

**Michael Edward Hoffman** - *Stifel, Nicolaus & Company, Incorporated, Research Division - MD & Group Head of Diversified Industrials Research*

Well, just -- I mean, sellers have to figure out what their after-tax proceeds are going to be and if they think they've got a changing tax environment coming into '21, they move -- they're buy -- they're selling into '20.

**James C. Fish** - *Waste Management, Inc. - President, CEO & Director*

Yes.

**Operator**

Next question comes from the line of Hamzah Mazari of Jefferies.

**Hamzah Mazari** - *Jefferies LLC, Research Division - Equity Analyst*

My first question is just on ADSW. Any thoughts as to the time line to achieve the $100 million plus in synergy and sort of costs to achieve those synergies? Any framework to think about for us?

**John J. Morris** - *Waste Management, Inc. - Executive VP & COO*

Well, Hamzah, I would tell you that I think we've been pretty clear that we think for the balance of 2020, between integration and costs to achieve, not a ton of benefit in 2020. We expect that through the course of 2021, we're going to make up a good bit of ground, and you'll start to see a lot of the net benefit for the organization.

**Devina A. Rankin** - *Waste Management, Inc. - Senior VP & CFO*

And from a cost to achieve perspective, we're planning for cost to achieve to equal 1 year's worth of full synergy realization. That is exclusive of some of the transaction costs that are customary like payments to bank and things like that.

**Hamzah Mazari** - *Jefferies LLC, Research Division - Equity Analyst*

Got it. Very helpful. And then aside from solid waste and recycling, could you frame for us how big other businesses are for you today, haz waste, med waste? And is that a focus of growth post ADSW integration?

**James C. Fish** - *Waste Management, Inc. - President, CEO & Director*

Yes. We could probably -- I'll take a shot at it quickly. And then -- med waste is quite small for us, really. I think we have a couple of locations maybe in Nevada and maybe in -- on the West Coast. So med waste is small for us. The Energy Services business has been -- was a focal point for us in 2019 with the acquisition of Petro Waste. So that business essentially doubled. That has been at its very, very peak back in 2014, had been $250 million-ish in revenue, and it has fallen back to somewhere in the neighborhood of maybe $100 million in revenue. And then, of course, when we bought

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

EXHIBIT D PAGE-10



Client Id: 77

**FEBRUARY 13, 2020 / 3:00PM, WM - Q4 2019 Waste Management Inc Earnings Call**

Petro Waste, that's kind of doubled the size of it, basically. But it still is relatively small in comparison to the overall solid waste big business that we have.

And then what was the other -- oh, haz waste.

---

**John J. Morris** - *Waste Management, Inc. - Executive VP & COO*

I would tell you, Hamzah, we've seen good growth really along the M&I corridor in our hazardous waste business. We continue to make strategic investments in our facilities, both around the Gulf Coast, the Pacific Northwest, et cetera. So it's an important part of our business, I would say, if you were trying to look at it in terms of scale to $16 plus billion revenue line, I wouldn't call that necessarily material, but it is an important part of our business. It's part of our differentiated services for our M&I customer base, and we've got a great team of folks who continue to run that business very well for us.

---

**James C. Fish** - *Waste Management, Inc. - President, CEO & Director*

Yes, but I think that -- I think if you look at the growth engines there, I mean, they all have growth potential, certainly, but I would probably highlight Energy Services, it's down. I mean -- and -- but I think that ends up being a growth business for us. Whether it is kind of traditional drill cuttings or whether it's waters or what have you, that has the potential to be a growth business for us. And then I think, as John said, the M&I business, for sure, with coal combustion residuals, I mentioned the big contracts that the remediation contract that we won. We think we have a couple of others that we could win in 2020. So the pipeline looks strong there, and we feel like we've got -- there's really a small group, if not one company that can really do what we do on handling the full solution for coal combustion residuals. So that's certainly a growth opportunity for us.

---

**Hamzah Mazari** - *Jefferies LLC, Research Division - Equity Analyst*

Great. And just a last question. On landfill pricing, you talked about sort of cost inflation. We've obviously seen landfill pricing step up the last few quarters, but it's been pretty low for a long time aside from the last few quarters. Why can't you raise it a lot more? Does it take a long time to roll through your system? You had referenced sort of cost inflation of 5%. So just give us a sense of is this sort of a gradual uplift for a reason, or can you just push through higher price to cover the cost structure?

---

**James C. Fish** - *Waste Management, Inc. - President, CEO & Director*

I don't know. I mean when I looked at historical MSW pricing at 1%, and then the Q4 at 4.5%, somewhat of a quadrupling there felt pretty good to me. So could it go higher? Look, if our cost structure is 5%, at a minimum, I sure would like to get to 5%. But I'm happy with the progress we're making on it. It's not to say that we can't get up to, obviously, fully cover that cost structure. But I wanted to -- first and foremost, I wanted to make sure that we could consistently do this. We've never had any consistency in it. And now with 2019 and a bit of 2018 starting to really show consistency in landfill pricing, I'm happy with that so far, and then we'll address the number going forward.

---

**Operator**

Next question comes from the line of Mark Neville of Scotiabank.

---

**Mark Neville** - *Scotiabank Global Banking and Markets, Research Division - Analyst*

Maybe just first on the Advanced transaction. Just so I'm clear, just on the divestiture package of the program. So the deal closes, and then you'll have -- just so I'm clear, a finite sort of period of time to divest of, whatever you need to sell? Or does it need to be sold before it closes?

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

EXHIBIT D PAGE-11



**John J. Morris** - *Waste Management, Inc. - Executive VP & COO*

Well, I mean, some of those details are still being worked out, Mark, with the regulators. But historically, the industry has been allowed to a period of time post closing to be able to narrow down the divestiture package and obviously the suitors for those assets.

**Mark Neville** - *Scotiabank Global Banking and Markets, Research Division - Analyst*

Okay. And it sounds like there's enough interest there that you're sort of not a disadvantaged seller? Meaning that you don't have to sell anything.

**John J. Morris** - *Waste Management, Inc. - Executive VP & COO*

I mean, listen, I mean, I think everybody knows the history of Advanced and how they grew to where they are. And the assets that are on the list right now are obviously, though, in very high demand that we think from -- as evidenced by the number of folks who've lined up to chat with us about it.

**James C. Fish** - *Waste Management, Inc. - President, CEO & Director*

Well, I think there are assets, John, that had it not been for this acquisition, would never have seen the light of day.

**John J. Morris** - *Waste Management, Inc. - Executive VP & COO*

Yes. Agree.

**Mark Neville** - *Scotiabank Global Banking and Markets, Research Division - Analyst*

Fair. Okay. Maybe just a follow up, I guess, on the landfill pricing. Again, I presume that there is, again, the incremental -- the margin on the volume is -- the incremental margin is pretty high. So there is, I guess, some sort of upper limit to how much you can raise pricing if there is, again, an alternative sort of place to dispose. And again, if you're doing 4.5%, you're not quite at the 5%, but it feels like it could be a lot higher. But I got -- I assume there is sort of risk to losing some volume, right?

**John J. Morris** - *Waste Management, Inc. - Executive VP & COO*

Certainly, there's always risk to losing volume. I will tell you, Mark, what I've been particularly happy with is that what our revenue management team is doing to align with the operating side and using some of the data and analytical tools we have, I think we're making much, much better decisions, and our field folks have a higher degree of confidence in terms of how our assets are positioned, what do all their alternatives look like, how do we make sure we're recovering costs, covering transportation pressure, et cetera. And I think that's part of what you're seeing is, is a higher degree of confidence our team has in the analytics and the tools that we're using to make those decisions.

**Devina A. Rankin** - *Waste Management, Inc. - Senior VP & CFO*

Yes. That well-placed asset network, I think, helps ease the conversation because understanding the next best alternative for the customer is one of the fundamental inputs to this insight and our ability to execute.

20

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



EXHIBIT D PAGE-12