# EXHIBIT H

## THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

## WM - Q1 2020 Waste Management Inc Earnings Call

## EVENT DATE/TIME: MAY 06, 2020 / 2:00PM GMT

**OVERVIEW:**

Co. reported 1Q20 results.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



EXHIBIT H PAGE-1

## MAY 06, 2020 / 2:00PM, WM - Q1 2020 Waste Management Inc Earnings Call

### CORPORATE PARTICIPANTS

**Devina A. Rankin** *Waste Management, Inc. - Executive VP & CFO*

**Edward A. Egl** *Waste Management, Inc. - Director of IR*

**James C. Fish** *Waste Management, Inc. - President, CEO & Director*

**John J. Morris** *Waste Management, Inc. - Executive VP & COO*

### CONFERENCE CALL PARTICIPANTS

**Brian P. Maguire** *Goldman Sachs Group Inc., Research Division - Equity Analyst*

**Hamzah Mazari** *Jefferies LLC, Research Division - Equity Analyst*

**Jeffrey Marc Silber** *BMO Capital Markets Equity Research - MD & Senior Equity Analyst*

**Kevin Chiang** *CIBC Capital Markets, Research Division - Executive Director of Institutional Equity Research & Analyst*

**Kyle White** *Deutsche Bank AG, Research Division - Research Associate*

**Mark Neville** *Scotiabank Global Banking and Markets, Research Division - Analyst*

**Michael Edward Hoffman** *Stifel, Nicolaus & Company, Incorporated, Research Division - MD & Group Head of Diversified Industrials Research*

**Noah Duke Kaye** *Oppenheimer & Co. Inc., Research Division - Executive Director and Senior Analyst*

**Patrick Tyler Brown** *Raymond James & Associates, Inc., Research Division - MD*

**Sean D. Eastman** *KeyBanc Capital Markets Inc., Research Division - Senior Equity Research Analyst*

**Walter Noel Spracklin** *RBC Capital Markets, Research Division - MD & Analyst*

### PRESENTATION

**Operator**

Ladies and gentlemen, thank you for standing by, and welcome to the Waste Management First Quarter 2020 Earnings Release Conference Call. (Operator Instructions) Please be advised, today's conference is being recorded. (Operator Instructions)

I would now like to hand the conference over to your speaker today, Ed Egl, Senior Director of Investor Relations. Thank you. Please go ahead, sir.

---

**Edward A. Egl** - *Waste Management, Inc. - Director of IR*

Thank you, Blue. Good morning, everyone, and thank you for joining us for our first quarter 2020 earnings conference call. With me this morning are Jim Fish, President and Chief Executive Officer; John Morris, Executive Vice President and Chief Operating Officer; and Devina Rankin, Executive Vice President and Chief Financial Officer. You will hear prepared comments from each of them today. Jim will cover our COVID-19 response strategy, along with an overview of our results. John will cover an operating overview, and Devina will cover the details of the financials.

Before we get started, please note that we have filed a Form 8-K this morning that includes the earnings press release and is available on our website at www.wm.com. The Form 8-K, the press release and the schedules to the press release include important information.

During the call, you will hear forward-looking statements, which are based on current expectations, projections or opinions about future periods. All such statements are subject to risks and uncertainties that could cause actual results to differ materially. Some of these risks and uncertainties are discussed in today's press release and our filings with the SEC, including our most recent Form 10-K and subsequent Form 10-Qs.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



EXHIBIT H PAGE-2

Client Id: 77

**MAY 06, 2020 / 2:00PM, WM - Q1 2020 Waste Management Inc Earnings Call**

John will discuss our results in the areas of yield and volume, which, unless otherwise stated, are more specifically references to internal revenue growth, or IRG, from yield or volume. During the call, Jim, John and Devina will discuss operating EBITDA, which is income from operations before depreciation and amortization. Any comparisons, unless otherwise stated, will be with the first quarter of 2019. Net income, EPS, operating EBITDA margin and SG&A expenses have been adjusted to enhance the comparability by excluding certain items that management believes do not reflect our fundamental business performance or results of operations, including costs incurred in connection with the pending acquisition of ADS. These adjusted measures, in addition to free cash flow, are non-GAAP measures. Please refer to the earnings press release and tables, which can be found on the company's website at www.wm.com for reconciliations to the most comparable GAAP measures and additional information of our use of non-GAAP measures and non-GAAP projections.

This call is being recorded and will be available 24 hours a day beginning approximately 1:00 p.m. Eastern Time today until 5:00 p.m. Eastern Time on May 20. To hear a replay of the call over to the Internet, access the Waste Management website at www.wm.com. To hear a telephonic replay of the call, dial (855) 859-2056 and enter reservation code 4950049.

Time-sensitive information provided during today's call, which is occurring on May 6, 2020, may no longer be accurate at the time of a replay. Any redistribution, retransmission or rebroadcast of this call in any form without the express written consent of Waste Management is prohibited.

Now I'll turn the call over to Waste Management's President and CEO, Jim Fish.

---

**James C. Fish** - *Waste Management, Inc. - President, CEO & Director*

Thanks, Ed, and thank you all for joining us. Given the significant and widespread disruptions caused by COVID-19, we will use our time on the call to discuss our response strategy rather than focus on first quarter results. Our immediate priorities going into the shutdown were protecting our employees and providing safe and reliable service to our customers and communities. Having established a framework to achieve those early priorities, we're now focused on optimizing our business for the new environment, preserving our financial strength and flexibility and progressing towards closing the acquisition of Advanced Disposal.

We're taking steps to use the crisis to create a new normal. We're focused on opportunities to enhance our business, attracting top-quality talent and developing customer-centric solutions. I'm extremely proud of how our team has worked together proactively to address the challenges we faced during the last 2 months and how our frontline teammates continue to diligently provide essential services to our customers.

As I've said many times, at Waste Management, we put our people first, so they can take care of our customers, communities and the environment, which will, in turn, benefit our shareholders. It should be no surprise that our top priority as a leadership team has been the health, safety and financial well-being of our 45,000 team members. We wanted to ensure that our employees could focus on continuing to provide exceptional customer service and not worry about whether they'd be able to pay their bills.

So the first and probably easiest decision we made was to indefinitely guarantee 40 hours of pay for full-time employees through the duration of the pandemic, so that they know their jobs and pay will be secured even if COVID-19 reduces the number of routes or hours needed to service our customers. Of course, it's important to point out that we took immediate steps to protect the jobs of -- while we took immediate steps to protect the jobs of 45,000 employees, we're managing the labor components of operating costs through significant reductions in overtime hours.

Regarding health and safety, we're also working with vendors to make sure that we had appropriate personal protective equipment for frontline employees, including masks, gloves and a hand sanitizer. We quickly made strict changes to our daily processes to follow social distancing guidelines for our frontline employees, and we transitioned about 20,000 of our office employees to a work-from-home environment in 1 week's time. This has been a massive change to how our team performs their jobs, and overall, it's been a very successful transition.

We're also providing paid sick leave for our COVID-19-related absences for employees and have extended benefits for backup child care in light of school closures. The team has responded commendably by continuing to provide essential services to customers and communities across North America. Our team has also been focused on supporting customers, especially small and medium commercial businesses that are the lifeblood of our economies. Even with the substantial support packages, small businesses will certainly need a helping hand coming out of the shutdowns.

3

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

EXHIBIT H PAGE-3



**MAY 06, 2020 / 2:00PM, WM - Q1 2020 Waste Management Inc Earnings Call**

Given that, we've helped our customers rightsize their service levels, reducing service where necessary, temporarily pausing price increases and extending payment terms.

In addition, as I've said publicly, in an effort to support those small businesses, Waste Management is giving a free month of service to qualifying open-market small business customers as they resume their normal waste service and restart their businesses in a post-COVID-19 economy. Our customer teams are proactively contacting these small business customers in an effort to show our support and will continue to do so as states and provinces reopen across North America. We see this as the right thing to do and believe it will result in greater customer loyalty over the long term. We're optimistic that this enhanced customer loyalty, combined with the fact that we've seen less than 1% service cancellations in our commercial line of business since the start of the pandemic, are good signs for how our business will recover as businesses reopen and need our services.

We're also working with our municipal customers to address increased residential waste per unit and helping them manage recycling challenges in areas where there have been processing disruptions.

Turning to our financial results. For the first quarter, our business generated operating EBITDA of more than $1 billion. For the first 2.5 months of the quarter, our operations were performing extremely well, putting us on track to exceed our first quarter goals. Of course, the whole world changed during the second half of March, and we swiftly began to adapt our business and identify cost-saving opportunities. John and Devina will give more color on cost reductions, but I can assure you that we are maximizing our asset utilization and looking at all discretionary costs and capital spending.

Maybe even more importantly, we're looking at this unprecedented event as an opportunity to permanently change our business processes, our customer service offering, our work, our office work model and application of digital business solutions, to name a few. WM has always been a very resilient business model, and we will make sure we come out of this pandemic stronger, more differentiated and even more resilient than we were going in.

Finally, it's been about 1 year since we announced our acquisition of Advanced Disposal. Despite the general business disruption caused by COVID-19, we continue to make progress and currently anticipate being in a position to receive final antitrust regulatory approval and proceed towards closing by the end of second quarter of 2020. We're looking forward to completing this transaction, integrating the ADS team and operations and creating long-term value for our shareholders.

In closing, despite the fact that solid waste is an essential service and many parts of the business remain recession-resilient, we are suspending financial guidance we provided in February given the uncertainty around the unprecedented impact of COVID-19. At this time, we cannot forecast with reasonable accuracy the duration of the COVID-19 disruptions or the pace of recovery, particularly for small businesses. There are just too many unknowns, and any guidance at this time would be an educated guess at best.

Poor short-term visibility does not, however, alternate the very strong cash-generating ability of our business model. In past downturns, we've demonstrated the ability to flex spending, manage capital and maintain solid pricing discipline, all in order to generate strong free cash flow and strong return to our shareholders. We expect to continue to do that in today's economic environment. And most notably, now more than ever has been the right time to stand firmly behind our 45,000 team members and our small business partners to do our part to protect their futures.

With that, I'll turn the call over to John to discuss our operational results for the quarter as well as additional color on the impacts to our business from the pandemic.

---

**John J. Morris** - *Waste Management, Inc. - Executive VP & COO*

Thanks, Jim. Good morning, everyone. First, I can't emphasize enough how proud I am of the WM team. Our team members have stayed focused on safely serving our customers and communities during a time of extreme uncertainty and distraction. Despite the volatile backdrop, our frontline employees have reported to work, taking great pride in their role of providing an essential service to our cities and towns across the U.S. and Canada.

4

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

EXHIBIT H PAGE-4

 THOMSON REUTERS

## MAY 06, 2020 / 2:00PM, WM - Q1 2020 Waste Management Inc Earnings Call

**Devina A. Rankin** - *Waste Management, Inc. - Executive VP & CFO*

It really was across the board. We look at our cash receipts for our customer base really in totality. And what we saw at the end of March was an estimate of $60 million to $80 million of pullback in cash receipts from our customers, and we've seen that continue into April. We can only attribute that to our customers taking steps to slow things down. But also, we take into account the fact that we were all moving ourselves to a work-from-home environment, and we expect that they were doing the same. So we would expect that as businesses find their way back to finding a way to work in this new normal environment that we'll see a healthy bounce-back there and want to view that more as timing. We've got our eyes on it, and we will be watching it through the year.

We did -- just for additional color, we took about a $5 million charge to SG&A during the quarter for bad debt reserves because that's our best estimate of what we think that, that might mean to -- that slowdown in customer receipts might mean.

**James C. Fish** - *Waste Management, Inc. - President, CEO & Director*

Yes, I might just add one thing to that, I mean, look to Devina's point about slowdown of cash payments from customers. I mean that is not in any way surprising to us. I mean, I can't imagine that these small businesses or big business in the month of April are rushing to pay their bill, if they even got their bill, if it went to their office and they're not at the office. So I mean, it's not surprising in any way that you would see that effect from this.

And by the way, we think that the Olive branch, I guess, that we're extending to small business will actually have a positive effect on that. We think it's a sign of our commitment to them. And we think that, in return, it's a much easier call for an accounts receivable clerk to call after we've given a free month of service to a small business and say, "Hey, just want to remind you that you're in your second month coming back. Hope all is well. By the way, you're a little late on your payment. We need to make sure that gets paid." That's an easier conversation than if we never changed anything. And certainly, I don't want to be that receivables clerk calling them right now and saying, "Hey, haven't seen your payment yet." They're going to hang up the phone on me.

So I think every company will see some type of impact on DSO. I can't imagine a day where you don't see an impact on DSO coming out of 100% economic shutdown. But the goal for Devina and her team is to be in a position to recover that as quickly as we can. And just like pricing discipline, we have working capital discipline here that we will not lose focus on.

**Noah Duke Kaye** - *Oppenheimer & Co. Inc., Research Division - Executive Director and Senior Analyst*

I appreciate that. Can I sneak one more in? Just, I wanted to clarify from the prepared remarks on the ADSW timing, you said you're expecting receipt of regulatory approvals by the end of the second quarter and then moving to closing. Did you say you expect closing to occur in -- by the end of the second quarter or subsequent to that? I just wanted to understand.

**James C. Fish** - *Waste Management, Inc. - President, CEO & Director*

Well, no, I just said we anticipate being in a position to close by the end of the second quarter. I think it's important to point out that, look, when we first announced this deal, I don't remember the exact day but it was like the middle of April, at 19 or something of -- what was it, John?

**John J. Morris** - *Waste Management, Inc. - Executive VP & COO*

14.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



14

EXHIBIT H PAGE-5

Client Id: 77

## MAY 06, 2020 / 2:00PM, WM - Q1 2020 Waste Management Inc Earnings Call

**James C. Fish** - *Waste Management, Inc. - President, CEO & Director*

14. 14th of April, that we said it feels like the 14th of April 1990, honestly, because of this pandemic. But we said that it would take, we thought, between 12 and 15 months to close. We're at 13.5% or we will be, next week, so -- or 12.5%. So we're within that window in terms of this being in anticipation or anticipating being in a position to close, so we're not worried about that.

By the way, certainly, and I'm not going to blame anything on this pandemic, but look, we were moving 20,000 people to work from home. That included Chuck's attorneys who were working on this. That included DOJ attorneys. Credit to both sides for doing a nice job continuing to work even though we weren't traveling anymore. But no question, there was some impact from COVID-19 on this. We did not contemplate, when we closed this deal, any type of major economic disruption when we went about this in April of '19.

---

**Operator**

Your next question comes from the line of Michael Hoffman from Stifel.

---

**Michael Edward Hoffman** - *Stifel, Nicolaus & Company, Incorporated, Research Division - MD & Group Head of Diversified Industrials Research*

John, could I get a clarification? What was the percent change in your total yards and service in the commercial business in April?

---

**John J. Morris** - *Waste Management, Inc. - Executive VP & COO*

I think -- I think we said 16%, Michael, was the high point.

---

**Michael Edward Hoffman** - *Stifel, Nicolaus & Company, Incorporated, Research Division - MD & Group Head of Diversified Industrials Research*

So 16% actually is the actual yard change or is it the volume change?

---

**Devina A. Rankin** - *Waste Management, Inc. - Executive VP & CFO*

No, that was the yard change.

---

**John J. Morris** - *Waste Management, Inc. - Executive VP & COO*

That was the yard exchange.

---

**Michael Edward Hoffman** - *Stifel, Nicolaus & Company, Incorporated, Research Division - MD & Group Head of Diversified Industrials Research*

Yard exchange, okay. And that's the low point, and it's improved from there. Is that -- that's the point you've made?

---

**John J. Morris** - *Waste Management, Inc. - Executive VP & COO*

I would say it's improving, although as Jim said, it hasn't been as significant. It's kind of more flat in that.

---

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



EXHIBIT H PAGE-6

## MAY 06, 2020 / 2:00PM, WM - Q1 2020 Waste Management Inc Earnings Call

**John J. Morris** - *Waste Management, Inc. - Executive VP & COO*

Michael, the last point I'd put on that with regard to 40 hours, the other thing it's going to do is as we start to recover, we've got capacity in this system with those employees where we flex down the overtime. And the thing that's been really interesting, attendance and morale have never been better. And frankly, our safety results have improved and we had a really good first quarter. And we've rolled in April and had even better results in April. You could argue, it's less traffic, all those other things. But I think we're seeing the best out of our employees and they're performing exceptionally well.

**Devina A. Rankin** - *Waste Management, Inc. - Executive VP & CFO*

Absolutely.

**James C. Fish** - *Waste Management, Inc. - President, CEO & Director*

So why don't we move on? We've got -- it looks like we still have 6 or 7 folks left.

**Michael Edward Hoffman** - *Stifel, Nicolaus & Company, Incorporated, Research Division - MD & Group Head of Diversified Industrials Research*

Can I just ask 1 last question, Jim, if I may?

**James C. Fish** - *Waste Management, Inc. - President, CEO & Director*

Sure.

**Michael Edward Hoffman** - *Stifel, Nicolaus & Company, Incorporated, Research Division - MD & Group Head of Diversified Industrials Research*

Why pay terms for Advanced Disposal under the circumstance?

**James C. Fish** - *Waste Management, Inc. - President, CEO & Director*

Why -- I'm sorry, say that again.

**Michael Edward Hoffman** - *Stifel, Nicolaus & Company, Incorporated, Research Division - MD & Group Head of Diversified Industrials Research*

Why pay the current terms for Advanced Disposal, given what this pandemic has met? Why do that?

**James C. Fish** - *Waste Management, Inc. - President, CEO & Director*

Well, look, I mean, honestly, Michael, we really don't talk about those details on any acquisition, whether it's ADS or a $10 million acquisition. So I mean, I'd love to be able to answer that for you but we just don't talk about those, and we'll talk about that after the fact.

**Operator**

Your next question comes from the line of Sean Eastman from KeyBanc.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2020 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

EXHIBIT H PAGE-7

 THOMSON REUTERS