# EXHIBIT J

# ⚛ UBS

**Global Research**  |  **4 March 2020**

# North America Environmental Services
## Riding out the storm in waste

**Equities**

Americas

General Industrial Services

**Jon Windham, CFA**
Analyst
jon.windham@ubs.com
+1-617-478-4711

**William Grippin, CFA**
Analyst
william.grippin@ubs.com
+1-617-478 4740

**Daniel Ford, CFA**
Analyst
dan.ford@ubs.com
+1-212-713-2224

### WCN remains our top pick; upgrade WM, RSG & ECOL to Buy on valuation

We see the Municipal Solid Waste (MSW) space as attractive to ride out the near-term market volatility. WCN is our top idea and we expect FCF/sh growth of 13.7% 2020-24 driven by balance sheet funded M&A with opportunity to participate in WM/ADSW merger disposals a potential catalyst. Broadly, we view the recent share price declines of WM & RSG to present an opportunity and have upgraded both to Buy. We upgrade ECOL from Neutral to Buy on valuation trading at a 3-turn EV/EBITDA discount to its 3-year avg. We update our price targets for the group as we roll forward our target EV/EBITDA multiples to 2021E; Price Targets +11% on average.

### MSW: Durable cash flow generation through short-term volatility

MSW is relatively well insulated from near-term economic disruptions given the fee-for-service, contracted nature of the collection business. Waste volumes and pricing tend to lag the broader economy by 12-18 months and would likely see muted impact from a temporary economic disruption, in our view.  In addition, we expect 2020 to remain another strong M&A year, not fully reflected in consensus estimates. We forecast 2020-2024E avg. MSW FCF/sh growth of 7-14% of which 1-4% is M&A.

### The valuation hurdle just got lower

The large MSW names have declined by ~9% since 19-Feb-2020 and their FCF yield spread to 10-year Treasuries is at 315bps compared to 240bps on avg. over the last 12 months. In addition, we expect the significant cash-flow generation and strong balance sheets to enable accelerated share repurchases to support MSW share prices in 1H20 should the stock market remain weak. UBSe 2020 WM share buybacks of $1bn (1.7% of s/o and 52 trading days assuming 10% daily volume limit) and UBSe 2020 RSG share buybacks of $400mn (1% of s/o and 39 days).

### 2020 potential stock performance risks or "What could go wrong"

Interest rate risk has faded recently with 10-yr US Treasury yields -28bps in the last week and -134bps in the last year. A roll-back of the 2017 US Federal tax reform, which benefited the cash tax paying MSW industry, is a potential risk following the November election. If you would like to schedule a call with Jon, please click here.

**Figure 1: Environmental Services rating and price target changes**

| Ticker | Rating | PT | U/D% | Prior rating | Prior PT |
|---|---|---|---|---|---|
| ECOL | Buy | 60 | 34% | Neutral | 58 |
| WCN | Buy | 117 | 18% | Buy | 107 |
| WCN-TSE | Buy | 157 | 18% | Buy | 140 |
| RSG | Buy | 109 | 16% | Neutral | 90 |
| WM | Buy | 132 | 13% | Neutral | 116 |
| CLH | Neutral | 80 | 10% | Neutral | 88 |
| CWST | Neutral | 53 | 7% | Neutral | 45 |
| ADSW | Neutral | 33 | 0% | Neutral | 33 |
| CVA | Neutral | 14 | -1% | Neutral | 15.50 |

Source: UBS research

www.ubs.com/investmentresearch

This report has been prepared by UBS Securities LLC.  **ANALYST CERTIFICATION AND REQUIRED DISCLOSURES BEGIN ON PAGE 78.**  UBS does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

EXHIBIT J PAGE-1

hmiller3@wm.com Heather Miller 03/05/20 04:46:14 PM Waste Management

**Waste Management Inc**                                                                      **UBS** Research

## UPSIDE / DOWNSIDE SPECTRUM



**Upside (US$148):**   Our upside scenario would be driven by sustained 3% pricing growth through 2021 coupled with faster-than-expected realization of synergies following the acquisition of ADSW. Our upside scenario assumes pricing growth 60bps above our baseline forecast and adj. EBITDA margin 30bps above or base case by 2021E. $148 upside valuation based on 14.5x 2021E EV/EBITDA.

**Base (US$132):**   Our base case assumes the ADSW acquisition closes as expected and $300mn of revenue is divested. Our base case assumes the deal is slightly margin dilutive initially with WM achieving 28.4% adj. EBITDA margin in 2021E, flat to 2019. Our $132 price target is based on 13.5x 2021E EV/EBITDA.

**Downside (US$90):**   Our downside scenario assumes the deal fails to close as expected, driving dampened investor sentiment for the waste stocks. Our $90 downside valuation is based on an 11.0x 2021E EV/EBITDA.

---

**North America Environmental Services**   4 March 2020   EXHIBIT J PAGE-2                        ❄️UBS  32

hmiller3@wm.com Heather Miller 03/05/20 04:46:14 PM Waste Management

# STIFEL

## Solid Waste: Service Based Sales 80%-85%, Volume Sensitivity Primarily Construction and Infrastructure, Cost & CapEx Cut Fast

### Summary

Eventually the dust settles on the markets' reaction to C-19 and the knock-on consequences of travel bans, canceled/postponed sport, entertainment and other large audience-based events. Will there be an economic hit? Yes, of course, but what will that hit look like? The consumer went into this media heightened situation in good shape, well engaged and with signs of more of the same to come. So, the operative question is how quickly does the consumer re-engage? Working in the economy's favor, the weather only gets better - summer vacation season is looming and every impacted end market is going to have a deal-for-you sales to draw the consumer back out. As investors, what to own and when as this scenario begins to coalesce as the next new reality? Also, what to own in the meantime assuming going to all cash is not an option? Own a Garbage Stock.

### Key Points

- **Consumer engagement.** Since about 2012, the North American/USA consumer has demonstrated clear signs of willingness to spend. The Michigan Index data over that eight-year period, Figure 2, has grown from 75.0 in Jan 12 to 101.0 in Feb 20. Since 2012, the index has averaged ~90, remaining mostly within the range of 90-100 over the past five years. Preliminary Mar 20 data reported a slight drop to 95.9, indicating initial sentiment remains strong even with the C-19 pandemic.

- **Housing starts, building permits and home sales.** Our analysis shows that if housing starts are over 1mm new household formation helps drive new business formation. That drives commercial/small container new customer growth and service interval upgrades. For most of this past 10 years, housing starts have been well below historical demand of 1.5mm but since 2014 been consistently over 1mm starts until Dec 19 when starts pushed to 1.63mm, Figure 3. Both building permits and home sales popped too, Figure 4-5.

- **Solid Waste Business model**

  - **Collection mix what has changed.** Over the past 10 years, solid waste has worked to shift more of its indexed sales from CPI to Water/Sewer/Trash or a flat rate. And it also has seen a shift in residential, small container and large container from nearly evenly split to 25% residential, 50% commercial and 25% large container. Within large container, the permanent to temporary mix has shifted from 50:50 to 70:30. More of total collection is service based today then it was going into the Great Recession, Figure 18 (mix of res/com/roll-of).

  - **Disposal mix of recurring and discretionary.** At the peak of the last cycle special waste and C&D volume was 25% to 30% of total volume in disposal. Today, that mix is 15% to 20%. It never goes to zero and we can't see a scenario where it ever does. Watch non-residential and residential construction trends. The most important being total housing starts - if it stays over 1mm the impact is short-lived and more solid waste quickly parks equipment and repositions drivers (remember there is a driver shortage).

  - **Recycling.** Nothing new here the solid waste service market is shifting the business model from a commodity to a process fee structure. It is about 40% to 50% through that conversion where it has been able to effect change quickly. Recycled commodities are down Y/Y in guidance with the impact of the price compression coupled with company specific initiatives dampening the headwind from down $10mm to flat. YTD paper prices have improved up 40% sequentially in March compared to February, Figure 10. If the trend holds recycling would be less of a headwind, Most impacted are WCN, WM and RSG.

  - **Energy Waste.** This is a relatively new revenue source since about 2012. Today most integrated solid waste companies take in upstream energy waste disposal volume accounting for 2% to 5% of sales (about $200mm in sales at RSG, WCN and WM). This is high aggregate margin segment (50%) and high incremental and decremental margins (70%) too. It is not going to zero. Is it going to repeat 2015 - down two-thirds? Current guidance assumes down 10%. Most impacted are WCN, WM and RSG in that order.

  - **RINs.** High BTU landfill gas operations qualify for Renewable Identification Numbers (RINs). RIN prices YTD have averaged $1.36/gallon, Figure 9, with the forward price at an average of $1.60/gallon, which has the Y/Y average at $1.54/gallon compared to $1.14 in FY19. Guidance has assumed about $0.80/gallon, which translates into a $15mm to $20mm EBITDA headwind in FY20. If RIN prices stay at current levels, the headwind becomes a $15mm tailwind. Most impacted are WCN and WM.

**Michael E. Hoffman** | (443) 224-1305 | mehoffman@stifel.com
**Brian J. Butler**, CFA | (410) 246-6315 | butlerbr@stifel.com
**Aadit Shrestha** | (443) 224-1336 | shresthaa@stifel.com
**Stifel Equity Trading Desk** | (800) 424-8870

**Stifel does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
**All relevant disclosures and certifications appear on pages 12 - 16 of this report.**

Industry Update

**March 16, 2020**

**Figure 18. Solid Waste Industry – Sales Mix for 2008 (% of Total)**

| Ticker | Collection | Landfill (Including Transfer), Net of Intercompany | Recycling | Other | Total |
|---|---|---|---|---|---|
| ADSW | na | na | na | na | na |
| CWST* | 39.6% | 20.1% | 28.9% | 11.4% | 100.0% |
| RSG | 77.7% | 17.9% | na | 4.4% | 100.0% |
| WCN | 75.0% | 16.4% | na | 8.5% | 100.0% |
| WM | 64.8% | 24.8% | 8.8% | 1.5% | 100.0% |

*CWST FYE is April 30, 2009*
*Source: Company Reports*

**Figure 19. Solid Waste Industry – Sales Mix for 2019 (% of Total)**

| Ticker | Collection | Landfill (Including Transfer), Net of Intercompany | Recycling | Other | Total |
|---|---|---|---|---|---|
| ADSW | 74.8% | 16.1% | 0.6% | 8.4% | 100.0% |
| CWST | 50.1% | 24.5% | 5.8% | 19.7% | 100.0% |
| RSG | 75.1% | 18.2% | 2.7% | 4.1% | 100.0% |
| WCN | 70.8% | 20.7% | 1.2% | 7.3% | 100.0% |
| WM | 66.3% | 15.6% | 6.7% | 11.4% | 100.0% |

*Source: Company Reports*

**Figure 20. Solid Waste Industry - FY20 AEBITDA Analysis (in millions)**

| Ticker | Stifel FY20 AEBITDA Estimates | | | | | | | Company Guidance | Consensus |
|---|---|---|---|---|---|---|---|---|---|
| | Recycling | RINs | E&P | Electricity | Other | Solid Waste | Total | | |
| **ADSW** | $5 | $0 | $2 | $0 | $0 | $440 | $447 | NA | $450 |
| *% of Total* | 1% | 0% | 0% | 0% | 0% | 98% | 100% | | |
| **CVA** | $80 | $0 | $0 | $80 | $0 | $271 | $431 | $430 | $431 |
| *% of Total* | 19% | 0% | 0% | 18% | 0% | 63% | 100% | | |
| **CWST** | $5 | $0 | $0 | $0 | $9 | $158 | $172 | $172 | $173 |
| *% of Total* | 3% | 0% | 0% | 0% | 5% | 92% | 100% | | |
| **RSG** | $243 | $0 | $102 | $0 | $0 | $2,724 | $3,069 | $3,076 | $3,066 |
| *% of Total* | 8% | 0% | 3% | 0% | 0% | 89% | 100% | | |
| **WCN** | $198 | $22 | $115 | $0 | $0 | $1,450 | $1,785 | $1,773 | $1,791 |
| *% of Total* | 11% | 1% | 6% | 0% | 0% | 81% | 100% | | |
| **WM*** | $546 | $60 | $100 | $0 | $0 | $4,150 | $4,857 | $4,610 | $4,695 |
| *% of Total* | 11% | 1% | 2% | 0% | 0% | 85% | 100% | | |

*Stifel's WM estimate assumes ADSW deal closes on 3/31/2020 and WM is required to divest $350mm of annual revenue*
*Source: Company reports, Stifel estimates and FactSet*

**Figure 21 Solid Waste Industry – LTM Free Cash Flow as a Percent of LTM Sales (1Q-2000 to 4Q-2020)**



*Source: FactSet*

STIFEL

# STIFEL

**Waste Management, Inc.**
**WM– NYSE**

**April 12, 2020** — Solid Waste

**BUY**
**COMPANY UPDATE**

| Financial Summary | | |
|---|---|---|
| Changes | Previous | Current |
| Rating | — | Buy |
| Target Price | — | $115.00 |
| FY20E Revenue | — | $13.51B |
| FY21E Revenue | — | $14.52B |
| FY20E EPS | $3.53 | $3.40 |
| FY21E EPS | $4.13 | $4.05 |

| | |
|---|---|
| Price ( 04/10/20 ): | $99.85 |
| 52-Week Range: | $127 - $85 |
| Market Cap.(mm): | 42,675.9 |
| Shr.O/S-Diluted (mm): | 427.4 |
| Enterprise Val. (mm): | $53,481.0 |
| Avg Daily Vol (3 Mo): | 3,042,412 |
| Dividend / Yield: | $2.18 / 2.2% |

| EPS | 2019A | 2020E | 2021E |
|---|---|---|---|
| Q1 | $0.94 | $0.82 | $NE |
| Q2 | $1.10 | $0.63 | $NE |
| Q3 | $1.19 | $0.85 | $NE |
| Q4 | $1.19 | $1.10 | $NE |
| FY (Dec) | $4.40A | $3.40 | $4.05 |
| P/E | 22.7x | 29.3x | 24.7x |

| Revenue | 2019A | 2020E | 2021E |
|---|---|---|---|
| FY (Dec) | $15.45B | $13.51B | $14.52B |
| EBITDA | $4,383.0A | $3,791.9 | $4,246.2 |
| EV/EBITDA | 12.2x | 14.1x | 12.6x |
| FCF | $2.10B | $1.80B | $2.13B |
| FCF Yield | 4.9% | 4.2% | 5.0% |

**Price Performance**



## WM: To Do or Not To Do - ADSW: What Should WM Do (WSWD)? Nash Equilibrium: Prisoners Dilemma Case Study.

### Summary

We reiterate our Buy rating and $115 target price on Waste Management (WM, Buy, $99.85). Our thesis for WM is it has more opportunity to improve FCF conversion of its business model regardless of the macro environment. That Covid-19 will be disruptive is not in dispute, WM is more urban than its peers (55%). Yet commercial revenue is 22% of sales vs the remaining Big-4 at 24% to 31% and residential is 14% vs peers at 22% to 34%. Yes, disposal is nearly 30% compared to peers at 14% to 33%. How much added residential volume will help buffer declines in commercial from third-party landfill customers which make up about 50% of its total volume at the landfill/transfer station? Will WM walk, recut the ADSW deal or play out the hand already dealt? In our view, it will use all options at hand and ultimately seek a reduced purchase price.

### Key Points

- **ADSW deal terms reviewed.** On April 15, 2019 WM announced its intent to buy ADSW for $33.15/share for all cash or $4.9B on basic shares and $5.03B fully diluted. On then consensus, FY19 and FY20 AEBITDA the ADSW EV was 11.3x and 10.6x before synergies. WM was trading at $101.79/share or 11.4x on consensus FY20 EBITDA of $4.664B. Per the deal terms, ADSW took the Hart, Scott, Rodino (HSR) risk and gave up its go-show options. It could entertain a competing offer but could not shop the company. (WM to Buy ADSW: Merger Agreement Review, Break-up Fees and Asset Sale Thresholds). On April 15, 2019, WM believed it would close the deal in 12-15 months. An ADSW shareholder vote approved the deal on June 28, 2019.

- **Break-up provisions.** Can either party walk away from the deal, Yes. The conditions, Figure 2, include being required to divest of more than $200mm sales to gain approval of the sale in the HSR review by FTC (Federal Trade Commission). If WM walks the break-up fee is $150mm. ADSW would pay $100mm if it breaks up the transaction.

- **Material Adverse Effect (MAE) conditions.** Within the merger agreement, Figure 2, the deal can be terminated based on a MAE (sometimes referred to as material adverse change - MAC). Does Covid-19 qualify as an MAE? We suspect it is a clear option and then the courts would have to ultimately decide if Covid-19 is an act of God. Due to Covid-19, WM has alerted its municipal customers (the actual municipalities) it can and may affect force majeure, establishing a precedent that would be consistent with an MAE claim.

- **Deal financing terms.** In May 2019 WM issued five tranches of debt raising $4.0B with coupon rates between 2.95%-4.15%, Figure 3, with due dates from June 15 (2024, '26, '29) and July 15 (2039 and '49). If the ADSW deal does not close by July 14, 2020 WM will be required to repay $3B for tranches in 2024, '26, '29 & '39 at a fixed premium of 101% plus accrued but unpaid interest.

- **Regulatory delay.** On March 18, 2020, WM issued an 8K informing the market due to Covid-19 the HSR process would likely push the DOJ approval to late 2Q20.

- **What are the ADSW BOD options?** We believe WM will use the HSR approval delay to wait and see how much Covid-19 impacts 2Q at ADSW. We believe 2Q will be the hardest hit for sales and profits across all of solid waste as the industry, including ADSW, adjusts hours of service but maintains full employment against a material decline in commercial/industrial business activity and more residential volume but not necessarily sales. We, also believe DOJ will require divestments greater than $200mm. The divestments alone could trigger terminating the deal and pay a break-up fee. We then suspect WM declares MAE and could then refuse to pay the $150mm break-up fee. We suspect that move could be litigated for several years. Instead, does WM then offer the ADSW BOD a revised price. What are the options for the ADSW board and shareholders if this scenario plays out? To us it seems limited.

**Michael E. Hoffman** | (443) 224-1305 | mehoffman@stifel.com
**Brian J. Butler**, CFA | (410) 246-6315 | butlerbr@stifel.com
**Aadit Shrestha** | (443) 224-1336 | shresthaa@stifel.com
**Stifel Equity Trading Desk** | (800) 424-8870

**Stifel does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
**All relevant disclosures and certifications appear on pages 8 - 10 of this report.**

# Waste Management, Inc.

Company Update                                                                                                          **WM – NYSE**
**April 12, 2020**                                                                                                      Solid Waste

## Investment Thesis

*In our view, solid waste is a necessary service, recession resistant and produces prodigious FCF with a structural growth rate better than the overall market.*

## Key Points (continued)

- **Will WM own ADSW?** Yes, but only if it can do so at a meaningfully lower price. Walking or lowering the purchase price are the only options at this point that would demonstrate its commitment to returns based metrics, in our view.
- **Model changes.** We have adjusted our cost assumptions for 2Q20 into the 2H20 as we believe WM is flexing overtime, adjusting out incentive compensation and T&E. We now have SG&A at 10% of sales and higher operating expense in 2Q and 3Q. However, WM has committed to (and we think it makes sense to do so) keeping all of its direct labor in place with a minimum of 40 hours of service (residential collection may have more overtime due to 10% to 30% more volume in some cases). Rerouting will happen quickly but it cannot happen overnight either. Excess equipment can be parked quickly. Our previous post Covid-19 forecast for AEBITDA and FCF were $3.863B and $1.848B. Our new estimates are now $3.791B and $1.8B.
- **Other reports profiling the deal.**
  - WM: Upgrade to Buy on Transformative Acquisition
  - ADSW: Upgrade to Buy, Maximizing shareholder value by Selling

## Target Price Methodology/Risks

- **Target Price.** Our $115 target price assumes FY20E free cash flow of $1.802B with a 10-year CAGR of 5.3% and a long-term rate of 4.5%. Our analysis also assumes WM will reduce leverage to 3.2 times. We use a discount rate of 8.0%.
- **Risks**. There are always risks the target price for any security will not be realized. In addition to general market and macroeconomic risks, for Waste Management risks to our target price include working capital gains reverse and FCF upside stalls on less operating leverage as cost inflation accelerates, operating costs exceeding inflation, changes in regulatory environment as well as the company's ability to successfully manage volatility in commodity and labor expenses.

## Company Description

- Waste Management, Inc. is the largest provider of waste management disposal and environmental services in North America. Waste Management provides collection, transfer, recycling, and disposal services via a network including 399 collection operations, 249 landfills, 302 transfer stations and 103 recycling facilities. The company has 44,900 employees servicing over 21 million residential, commercial, and industrial customers. The company is headquartered in Houston, TX.

EXHIBIT 2 PAGE-6



# Jefferies

**EQUITY RESEARCH**
USA | Environmental Services

## Environmental Services

# Commercial Waste Survey Shows Space Not as Defensive; Downgrading RSG

April 14, 2020

### Key Takeaway

**Our commercial waste survey work gets us incrementally bearish on 2020 FCF growth. Moreover, we also worry about the risk of lower third-party landfill tonnage and potential for landfill pricing to decelerate (after a recent rebound). The above could lead to multiple compression as space will be viewed as less defensive. We are downgrading RSG to Hold given our thesis that a commercial recovery now will take longer.**

**Survey Results Suggest Other Shoe Has Yet to Drop.** Our commercial waste survey of 500 customers shows that ~42% of customers have asked for a service decrease or are discontinuing service, while the balance we think could snowball also if unemployment continues to free fall. From an end-market customer analysis (Figure 18), it appears ~50% of the customer base could be under pressure. Unlike 2009, we think customers in a shutdown are likely to consider cutting the waste bill much faster. For more detail on how the COVID-19 crisis is different for waste versus the financial crisis see 2020 Trash Talk: Painting the Bear Case for Waste Moreover, based on our survey, we think commercial volume decline forecasts go up ~10%+ for most names.

**Downgrade RSG to Hold.** Our downgrade of RSG to Hold is based on a more bearish view on commercial volume (see survey results in Figures 1-4), which delays any recovery in its overall volumes, which have lagged WM. Recall, RSG was pruning low margin commercial business (which WM did earlier; see Figure 5) and was close to seeing commercial turn positive pre COVID-19. RSG's valuation also has now re-rated, so is no longer the cheapest stock in the group (see Figure 26). Similar to WM, we also worry about RSG's third party transfer and disposal revenue base (~18% of the portfolio) with COVID-19 pressure which comes off at a very high margin. Given skilled labor shortages heading into COVID-19 and many taking the view that this is a short-term demand shock, we also expect decrementals for RSG and WM to be high at ~40% EBITDA. There is no change to our Hold rating on WM as commercial volumes are also a concern to the stock, and we worry that the timing of the ADSW deal in the middle of the COVID-19 crisis along with higher leverage carries execution risk. We maintain our Buy ratings for WCN and CWST, where we think pricing power is higher than the majors and M&A catalysts are greater (M&A likely pushed to the right due to COVID-19 but then should spike).

EQUITY RESEARCH
POWERED BY
Jef**data.**

**We asked over 500 SMBs, "Have you discontinued waste service or asked for service decrease?"**



Source: Jefferies Proprietary Survey

**Real Consumer Spend vs Major Commercial Volume**



Source: FactSet, Company data, Jefferies

**Commercial Exposure**



Source: Company

Hamzah Mazari, CPA *
Equity Analyst
+1 (212) 284-2076
hmazari@jefferies.com

Mario Cortellacci, CFA *
Equity Analyst
+1 (212) 284-2491
mcortellacci@jefferies.com

John Mazzoni *
Equity Associate
+1 (212) 738-5586
jmazzoni@jefferies.com

Ryan Gunning, CPA *
Equity Associate
(212) 510-3241
rgunning@jefferies.com

This report is intended for hmiller3@wm.com. Unauthorized distribution is prohibited.

**Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 27 to 33 of this report.**

* Jefferies LLC / Jefferies Research Services, LLC

EXHIBIT J PAGE-7

# Jefferies

environment in general that could help but not as much as commercial volume loss given how high-margin it is.

**Figure 23 - Waste Organic Growth vs 1Q Lagged GDP Growth**



Source: FRED, Company data, Jefferies

**Figure 24 - Waste Organic Growth vs GDP Growth**



Source: FRED, Company data, Jefferies

## M&A Pipelines Likely Getting Pushed Out Slightly

On M&A pipeline across the sector, we have heard of several deals that have closed in April however some deals are likely to get pushed out slightly given COVID-19 (in person negotiations matter, there is also likely to be some revaluations given FCF projections are changing for everyone. Having said that, we still view M&A to be pretty strong coming out of COVID-19 given the November 2020 elections and a general sense from private operators that it is better to sell ahead of any potential tax law changes.

## Ratings Changes

Our downgrade of RSG to Neutral is based on a more bearish view on commercial volume (see survey results in Figures 1-4), which delays any recovery in their overall volumes which have lagged WM. Recall RSG was pruning low margin commercial business (which WM did earlier; see Figure 5) and were close to seeing commercial turn positive pre COVID-19. RSG's valuation also has now re-rated so is no longer the cheapest stock in the group which it once was (see Figure 26). Similar to WM, we also worry about RSG's third party transfer and disposal revenue base (~18% of the portfolio) with COVID-19 pressure which comes off at a very high margin. Given skilled labor shortages heading into COVID-19 and many taking the view that this is a short-term demand shock, we also expect decrementals for RSG and WM to be high at ~40% EBITDA.

There is no change to our Hold rating on WM as commercial volumes are also a concern to the stock and we worry that the timing of the ADSW deal in the middle of the COVID-19 crisis along with higher leverage carries execution risk. Note, WM had already committed to in excess of $100mm+ of deal synergies and those could get pushed out in this time along with the fact the company has already taken on debt for the deal. Although we acknowledge there is value in the ADSW deal longer term, near term it is likely to be bumpy particularly with also a piece of the business going toward divestitures. We also believe WM integration process on ADSW will be more challenging not just due to COVID-19 but also because it has taken so long to close this deal (announced April 2019, not yet closed) that the ADSW portfolio has been struggling as per its latest results in Q4. Q4 ADSW showed organic revenue growth of 0% while WM did 2.6%. ADSW volumes were -2.2% and pricing was 2.2%.

EXHIBIT J PAGE-8

This report is intended for hmiller3@wm.com. Unauthorized distribution is prohibited.

# Jefferies

## WASTE MANAGEMENT (WM)

| RATING | PRICE | MARKET CAP |
|---|---|---|
| HOLD | $96.75^ | $41.4B |

| PRICE TARGET (PT) | UPSIDE SCENARIO PT | DOWNSIDE SCENARIO PT |
|---|---|---|
| $88.00 (FROM $94.00) | $115.00 | $72.00 |

^Prior trading day's closing price unless otherwise noted.

### Estimates

| USD | 2019A | 2020E | 2021E | 2022E |
|---|---|---|---|---|
| EPS | 4.42 | ▼ 3.64 | ▼ 3.91 | ▼ 4.38 |
| Previous | | 3.96 | 4.26 | 4.75 |
| Rev. (MM) | 15,455.0 | ▼ 14,431.2 | ▼ 14,842.8 | ▼ 15,427.0 |
| Previous | | 15,054.1 | 15,487.4 | 16,100.7 |
| FCF/Share | 4.83 | ▼ 4.00 | ▼ 4.58 | ▼ 5.26 |
| Previous | | 4.39 | 4.96 | 5.68 |
| Total FCF (MM) | 2,056.0 | ▼ 1,700.2 | ▼ 1,926.1 | ▼ 2,188.8 |
| Previous | | 1,865.2 | 2,084.3 | 2,360.0 |
| EBITDA (MM) | | | | |
| Q1 | 987.0 | ▼ 987.1 | ▼ 1,005.8 | ▼ 1,055.3 |
| Previous | | 995.3 | 1,014.5 | 1,064.5 |
| Q2 | 1,113.0 | ▼ 1,012.7 | ▼ 1,042.7 | ▼ 1,094.1 |
| Previous | | 1,067.1 | 1,100.0 | 1,154.6 |
| Q3 | 1,141.0 | ▼ 1,022.4 | ▼ 1,052.8 | ▼ 1,104.4 |
| Previous | | 1,086.5 | 1,120.3 | 1,175.6 |
| Q4 | 1,121.0 | ▼ 1,034.0 | ▼ 1,087.5 | ▼ 1,156.6 |
| Previous | | 1,078.5 | 1,135.9 | 1,208.4 |
| FY Dec | 4,362.0 | ▼ 4,056.2 | ▼ 4,188.7 | ▼ 4,410.4 |
| Previous | | 4,227.4 | 4,370.7 | 4,603.1 |

### Valuation

| | 2019A | 2020E | 2021E | 2022E |
|---|---|---|---|---|
| FY P/E | 21.9x | 26.6x | 24.7x | 22.1x |
| EV/Rev | 3.3x | 3.6x | 3.5x | 3.3x |
| P/Rev | 2.7x | 2.9x | 2.8x | 2.7x |
| FCF Yield | 4.99% | 4.13% | 4.73% | 5.44% |
| FCF Yld | 4.97% | 4.11% | 4.66% | 5.29% |
| EV/EBITDA | 11.8x | 12.6x | 12.2x | 11.6x |

## The Long View

### | Scenarios

#### Base Case

- Commercial volume headwinds (down 10%+) due to customer shutdowns from COVID-19.
- Return to mid single digit organic revenue growth in 2021 with higher operating leverage based on tech and incremental capex investments made in 2019.
- Delay in ADSW deal close (originally expected Q1 2020). Still don't expect hiccups from DoJ.
- Recycling headwind moderates.
- No significant capital allocation/portfolio catalysts given higher balance sheet leverage (3.5x Net Debt/ EBITDA) post ADSW
- $88 PT based on our pro forma 2020E FCF/Share estimate of $4.00 (accounts for ADSW deal) at ~22x P/ FCF multiple

#### Upside Scenario

- Commercial volume bounce back post COVID-19 with impact being short lived.
- Landfill pricing accelerates from current run rate of ~4.5% given change in pricing philosophy (i.e. moving away from "airline model, pricing for infrastructure asset).
- ADSW synergies of ~$100mm+ appear conservative.
- "Lags" going into a recession by 1 year. Recycling becomes a tailwind.
- Working capital improvements (lags RSG). Churn has ~150bps room for improvement.
- $115 PT based on our pro forma 2020E FCF/Share estimate of $4.80 at ~24x P/FCF multiple

#### Downside Scenario

- Commercial volumes down more then 10% for extended period of time with COVID-19 shutdowns lasting into 2021.
- Landfill pricing is at peak and volumes at peak vs peers.
- No balance sheet (M&A, etc.) catalysts given leverage.
- Investments hurt near term FCF profile and SG&A cuts in rear view mirror. Tech impact overstated.
- ADSW deal takes even longer to close and has more divestitures.
- $72 PT based on our pro forma 2020E FCF/Share estimate of $3.60 at ~20x P/FCF multiple

### | Investment Thesis / Where We Differ

- Landfill pricing is not at peak (secular and structural changes in the marketplace result in acceleration). Could go to 5-6% longer term. COVID-19 and commercial volume decline pushes benefit to the right.
- There is value in the ADSW deal longer term, but near term it is likely to be bumpy particularly with a piece of the business going toward divestitures. We also believe integration process on ADSW will be more challenging not just due to COVID-19 but also due to the fact that it has taken so long to close the deal (originally expected Q1 20, still not closed).

### | Catalysts

- Earnings
- Updates on ADSW deal
- Buybacks / higher dividend
- Acquisitions
- Inflections in pricing

This report is intended for hmiller3@wm.com. Unauthorized distribution is prohibited.

EXHIBIT J PAGE-9



# Solid Waste EPS Preview: Guidance Suspended, Plans in Place for an Economic Restart, Costs Flexed Based on Pace and Scope

## Summary

Own a Garbage Stock! Focus on FCF — yield and sustainable growth. The 1Q20 results are meaningful only to establish a basis to discuss what solid waste companies are doing in response to Covid-19 in the short, intermediate and long term. Employee safety first, full employment for now (with less overtime) and rightsize once there is clarity on the recovery of recurring revenues/customers. Operate as if Covid-19 is short-lived but plan for the consumer to not reengage until post the 2020/21 cold/flu season or a vaccine and/or a reliable antibody test is available. The message focus on price discipline, cost flexibility when and if needed and speed in which asset utilization can be adjusted. Dividends should not be at risk, actually could grow, but buybacks are on hold and M&A is tempered to determine what is being bought. FCF remains king and settles at a higher low on better cash conversion.

## Key Points

- **Message to the market.** Essential service, necessary service. Operate as if this disruption is short-lived, plan for more prolonged economic impact. Maintained full employment but on less overtime. Can flex cost and reposition equipment faster than might be expected (not days but weeks and months and not quarters either). There is no liquidity risk and FCF will be positive and at a good cash conversion rate. Post Covid-19 outlook is all about the pace of consumer engagement.

- **Annual Guidance Suspended.** We expect all the companies will refrain from updating annual guidance until there is clarity on when the economy is reopened. That does not suggest solid waste has lost the ability to predict the business model, it may be able to frame 2Q20 but not FY20. It does acknowledge the unusual short-term business disruption and the need to restart the economy and then determine what is the baseline activity of recurring collection and disposal services and the corresponding cost structure to support before providing full year guidance.

- **Valuation metrics.** We have contended Solid Waste in the next cycle would re-rate at a much higher low than previous cycles. Why, FCF conversion as a percent of sales in the past five years has improved by 50% to 75%, Figure 46. It is structural and even if FCF conversion compresses like it did in the Great Recession, down 100bp to 200bp, that will be at a higher low and suggest the re-rating of the EV multiple will be at a higher low too, Figure 46.

- **Cadence of FY20 - assuming Covid-19 is short-lived and the consumer is willing to reengage even if slowly.**

  - **1Q20:** Not so bad, last three weeks of March were a gradual deterioration not an all at once.
  - **2Q20:** Shock and Awe, big volume hit, stayed at near full employment but with less overtime.
  - **3Q20:** Sales step up vs 2Q, service intervals reduced in commercial collection initially, some business does not return.
  - **4Q20:** A new normal becomes more apparent, large gatherings still not occurring, business right-sized for recurring activity.

- **FY21 outlook.** The consumer is reengaged but at a gradual pace. FY21 looks like FY20 was supposed too and then account for lost customers from bankruptcies (nearly 5% of commercial customers failed 2008-13) and the impact of limited large gatherings of people - sports and entertainment. If the consumer is not reengaged, a prolonged recession is likely and business contracts but so do costs, capital spending and assets in service more meaningfully.

- **Cost controls more nimble than might seem possible.** Direct labor is the biggest line item cost in operating expense (21%) with as much as 20% of spend for overtime. Fuel price per gallon is down 18% versus Jan 1, 2020. Fewer hours of service reduces fuel consumption and lowers repair and maintenance spending rate. All volume based expense items come down on less volume. Indirect costs - SG&A, flex down on incentive compensation, merit increases, T&E and consultants.

- **Pricing power.** If solid waste - public or private companies - learned one lesson from the Great Recession it was the power of price increases (PI) and that unit level prices do not, should not be cut. In FY20 reported price may be a bit less than guidance if solid waste does not push the monthly PI in April and May even June. Indexed increases should happen on schedule and once the all clear is signaled, the monthly PIs can return (accounting for service interval changes that may accompany service-on-hold being restarted).

- **Asset utilization.** The second lesson learned from the Great Recession was how much more productive collection could be by operating with more overtime, automating residential fleets and improving fleet reliability. Solid waste can park equipment and right size quickly.

- **Liquidity, not a problem and Solid Waste still is a prodigious FCF generator.** All are covenant lite, all have lots of excess capacity on bank lines of credit, Figure 29, and all will produce more FCF as a percent of sales than the bottom of the Great Recession (2008-10), Figure 46. That means dividends should be safe (maybe suspended but not cut) buybacks are on hold and M&A expected to be selective (Solid Waste: Suggesting a Modern Solid Waste Company Will Bust a Covenant Shows Ignorance of the Solid Waste Business Model).

**Michael E. Hoffman** | (443) 224-1305 | mehoffman@stifel.com
**Brian J. Butler**, CFA | (410) 246-6315 | butlerbr@stifel.com
**Aadit Shrestha** | (443) 224-1336 | shresthaa@stifel.com
**Stifel Equity Trading Desk** | (800) 424-8870

**Stifel does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.
All relevant disclosures and certifications appear on pages 24 – 26 of this report.**

Industry Update
**April 20, 2020**

**Key Points (continued)**

- **Recycling update.** A silver lining among all the negative news recovered paper prices are up and up materially YTD. The pandemic has dislocated and reduced supply. The impact OCC has jumped by 196% and SOP by 52% YTD, Figure 31-34. Remember all of solid waste has worked to covert from commodity based models to process fee models. However, nearly 70% of municipal contracts are still subject to a contract renewal which would allow for ongoing conversion to a process fee from a commodity based model. Just under 50% of direct haul third-party MRF supplied volume has been converted where possible. All of that volume will benefit higher paper prices. For FY21 we assume RCP (recovered paper prices) come back down on lower demand as supply chains begin to normalize on reopening the economy.

- **RIN outlook.** Only three companies have a direct RIN exposure - ADSW, WCN and WM. All used about $0.80/gallon in FY20 guidance. Late in January RIN prices per gallon popped to $1.30 and rose to a monthly average of $1.56 in February and then began to decline to an average of $1.48/gallon in March. Prices have continued to decline and are currently at $1.04, putting the estimated April average at $1.12 with May and the remainder of the 2020 estimated at the current $1.04 level, Figure 30. Prices are down on lower overall demand for distillates. There has been an appeal to US-EPA by five states with large refining presence to lift the RFO (renewable fuel obligation). That would likely lead to the RIN price bottoming out again. Hard to know what EPA will do. Which industry has more economic risk refining or the smaller but diverse list of renewable natural gas producers that create the RINs and depend on them for the economic success of RNG production. Why are refiners asking for this relief when RIN volume corresponds to production volume and is a pass thru to the pump not a burden of the refiner?

- **Upstream E&P Waste Disposal.** On March 22 we cut the E&P Waste sales by 50% for RSG, WCN and WM for FY20 which assumed FY20 sales of about $100mm. At $10/barrel do E&P sales come down more? We assume 1Q20 sales were more or less in line with expectations. There has been activity in 2Q20 but could at $10/barrel we suspect more drilling stops. Therefore, FY20 could see another $30mm to $40mm sales at a 70% decremental come out of the models.

- **Stocks - key items of focus regarding April/May and how to relate that to Post Covid-19.**

  - **ADSW (Hold, $32.32):** 4Q19 was below expectations. Was that a non sequitur or a trend? Does WM break-up, recut, or stand by existing terms? Consensus 1Q20 revenue is $396.1mm, up 3.1% YoY versus our estimate of $388.9mm, up 1.3%. Consensus 1Q20 AEBITDA is $100.4mm (25.3% margin), up 5.8% YoY versus our estimate of $104.3mm (26.8% margin), up 9.9%. Consensus 1Q20 EPS is $0.05 versus our estimate of $0.05. Consensus 1Q20 FCF is $45.8mm versus our estimate of $73.6mm. ADSW is projected to report on May 7. No call.

  - **CWST (Hold, $42.87):** There is a trade-off of more price leverage on increased residential volume vs. lost landfill volume. Consensus 1Q20 revenue is $177.6mm, up 8.5% YoY versus our estimate of $181.0mm, up 10.6%. Consensus 1Q20 AEBITDA is $28.3mm (15.9% margin), up 6.2% YoY versus our estimate of $25.1mm (13.9% margin), down (5.8%). Consensus 1Q20 EPS is ($0.02) versus our estimate of ($0.11). Consensus 1Q20 FCF is ($0.4)mm versus our estimate of $6.9mm. CWST is scheduled to report 1Q20 results on May 07 with a call on May 08 at 10:00 AM. Dial-in: 877-838-4153. Passcode: 168 0479.

  - **CVA (Sell, $7.04):** Blended average tip fee is under pressure as high priced contracted MSW and profiled waste volume dislocations are substituted with lower priced spot market MSW volume, Environmental Solutions dips too and commodities (electricity and metals) weaken further. Consensus 1Q20 revenue is $458.3mm, up 1.2% YoY versus our estimate of $452.6mm, down (0.1%). Consensus 1Q20 AEBITDA is $75.9mm (16.6% margin), down (9.7%) YoY versus our estimate of $82.1mm (18.1% margin), down (2.2%). Consensus 1Q20 EPS is ($0.22) versus our estimate of ($0.27). Consensus 1Q20 FCF is $11.7mm versus our estimate of $22.6mm. CVA is projected to report 1Q20 results on May 07 with a call on May 08 at 8:30 AM. Dial-in: TBA.

  - **GFL (Buy, C$21.72):** Solid waste activity should be more durable than might be expected with less landfill now a benefit, thre is more risk in liquids as UMO volumes drop on less driving and soils are at risk only if infrastructure projects are halted. Consensus 1Q20 revenue is C$913.4mm, up 26.7% YoY versus our estimate of C$889.7mm, up 23.4%. Consensus 1Q20 AEBITDA is C$226.3mm (24.8% margin), up 26.3% YoY versus our estimate of C$212.6mm (23.9% margin), up 18.6%. Consensus 1Q20 EPS is (C$0.44) versus our estimate of (C$0.86). Our EPS difference suggest it is not clear consensus has picked up the FX adjustment to the Term Loan A that has to go thru the income statement. Consensus 1Q20 FCF is (C$28.1)mm versus our estimate of (C$92.2)mm. GFL is scheduled to report 1Q20 results on May 11 with a call on May 12 at 8:00 AM. Dial-in: 800-367-2403. Passcode: 3736927.

  - **RSG (Buy, $78.29):** High mix of third-party residential landfill volume helps buffer more commercial collection in the overall revenue mix. The benefit of One-Fleet success stands out: 99.9% fleet reliability improves asset utilization and flexibility. Consensus 1Q20 revenue is $2.543B, up 2.9% YoY versus our estimate of $2.536B, up 2.7%. Consensus 1Q20 AEBITDA is $716.1mm (28.2% margin), up 2.5% YoY versus our estimate of $699.3mm (27.6% margin), nearly flat Y/Y. Consensus 1Q20 EPS is $0.77 versus our estimate of $0.74. Consensus 1Q20 FCF is $226.0mm versus our estimate of $253mm. RSG is scheduled to report 1Q20 results on May 5 with a call on May 5 at 5:00 PM. Dial-in: 844-890-1789. Passcode: Republic Services.



Industry Update
**April 20, 2020**

- **Stocks - key items of focus regarding April/May and how to relate that to Post Covid-19. (continued)**
  - **WCN (Buy, $86.33):** Run locally, governed centrally means it is nimble and can adjust the model to meet the recurring demand quickly. The least urban exposure in business mix should prove a benefit vs peers. Consensus 1Q20 revenue is $1.339B, up 7.6% YoY versus our estimate of $1.357B, up 9.0%. Consensus 1Q20 AEBITDA is $397.8mm (29.7% margin), up 3.1% YoY versus our estimate of $396.6mm (29.2% margin), up 2.8%. Consensus 1Q20 EPS is $0.63 versus our estimate of $0.63. Consensus 1Q20 FCF is $203.8mm versus our estimate of $188.5mm. WCN is scheduled to report 1Q20 results on May 06 with a call on May 07 at 8:30 AM. Dial-in: 800-954-0601.
  - **WM (Buy, $98.20):** The line of business mix is neither more nor less risky than peers but the urban concentration does suggest a higher exposure to lost customers (bankruptcies) and higher mix of service interval downgrades. And then there is the ADSW merger does WM hold to existing terms, recut or break-up? It has a decision to make and stay true to its cash-on-cash return discipline. Consensus 1Q20 revenue is $3.742B, up 1.2% YoY versus our estimate of $3.613B, down (2.2%). Consensus 1Q20 AEBITDA is $1,025.1mm (27.4% margin), up 3.9% YoY versus our estimate of $956.8mm (26.5% margin), down (3.1%). Consensus 1Q20 EPS is $0.93 versus our estimate of $0.82. Consensus 1Q20 FCF is $410.9mm versus our estimate of $377.7mm. WM is scheduled to report 1Q20 results on May 06 with a call on May 06 at 10:00 AM. Dial-in: 877-710-6139. Passcode: 4950049.



# Jefferies

**EQUITY RESEARCH**
USA | Environmental Services

## Environmental Services

# Waste Sector (WM, RSG, WCN, CWST, GFL) Q1 Preview - What to Expect?

April 23, 2020

### Key Takeaway

**Heading into Q1 earnings, the focus will be on how defensive the waste sector really is in the face of COVID-19 hitting commercial volume and third party disposal tonnage. April commercial volume is down at least 10%+ and consumer exposure in industrial is also high. The ADSW/WM deal likely could get re-cut while energy headwinds well telegraphed. OCC pricing good but not enough to offset other headwinds.**

**ADSW Deal Update.** Through various channel checks and industry sources, it has now been well telegraphed that the ADSW/WM deal has taken 12 months since announcement (walkaway date 4/14 extended) and has still not closed which makes it one of the longest deals in the last decade or more to still be not solidified since announcement. Recall RSG and Allied waste (#2 AND #3) consummated their merger back in 2008 after 6 months since deal announcement and closure. That was ~$6.2bn deal (merger of equals type situation) while this is a ~$4.9 bn deal.

**ADSW Has Room for Improvement.** In Figure 1, we show ADSW results have underperformed vs the industry which suggests that organic growth has room to improve aside from cost synergies. ADSW management was actually pretty good, but the disadvantages of scale when you are <$2bn in revenue and the business is capital intensive and all your landfills are relatively new (i.e., capex runs ~11%+ of sales) then it is natural it will take sometime to get margins where they need to be. Given the above potential self-help in the ADSW portfolio and WM looking at the transaction longer term, we do not think they walk away from the deal but chances are very high they re-cut the deal given divestitures are now likely >$200mm since the time line has been so stretched. We also believe this transaction had some unique negotiations that did not occur as planned.

**A Deal Cut Seems Likely.** Note, WM has a ~$150mm break up fee while currently it is on the hook to pay ADSW $33.15/share (~$2.9bn equity; $4.9bn TV). If a WM/ADSW deal does not happen, ADSW stock is likely to trace back to the low/mid ~$20 range given its leverage and where closest peer GFL trades. For reference, if one assumes the deal is re-cut for a ~25% discount to original price WM would save ~$700mm+ on the deal. We note this is Jim Fish's first big deal as CEO (he used to be CFO and took over in 2016 after an abrupt transition in senior ranks when long time CEO Dave Steiner left). Moreover, we do not expect a re-cutting of the deal at a massive discount due to the fact that other buyers like WCN and potentially GFL including private equity would also be interested.

*For more detail on the above topic we look to Q1 earnings. We are also hosting a call for clients with WM CEO on 5/7, click **Waste Management Inc. (WM) CEO Conference Call, Thursday, 5/7 3PM ET** for invite and registration link.*

***Continued on Page 2.***



WATCH VIDEO

Hamzah Mazari, CPA *
Equity Analyst
+1 (212) 284-2076
hmazari@jefferies.com

Mario Cortellacci, CFA *
Equity Analyst
+1 (212) 284-2491
mcortellacci@jefferies.com

John Mazzoni *
Equity Associate
+1 (212) 738-5586
jmazzoni@jefferies.com

Ryan Gunning, CPA *
Equity Associate
(212) 510-3241
rgunning@jefferies.com

^Prior trading day closing price unless otherwise noted.

**Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 8 to 14 of this report.**

\* Jefferies LLC / Jefferies Research Services, LLC

EXHIBIT J PAGE-13

This report is intended for hmiller3@wm.com. Unauthorized distribution is prohibited.