# EXHIBIT K

# STIFEL

**Waste Management, Inc.**
**WM– NYSE**

**May 3, 2020**

Solid Waste

**BUY**
**EARNINGS PREVIEW**

## Financial Summary

| Changes | Previous | Current |
|---|---|---|
| Rating | — | Buy |
| Target Price | — | $115.00 |
| FY20E Revenue | — | $13.51B |
| FY21E Revenue | — | $13.97B |
| FY20E EPS | — | $3.40 |
| FY21E EPS | — | $3.86 |

| | |
|---|---|
| Price ( 05/01/20 ): | $98.21 |
| 52-Week Range: | $127 - $85 |
| Market Cap.(mm): | 41,975.0 |
| Shr.O/S-Diluted (mm): | 427.4 |
| Enterprise Val. (mm): | $52,344.0 |
| Avg Daily Vol (3 Mo): | 3,219,854 |
| Dividend / Yield: | $2.18 / 2.2% |

| EPS | 2019A | 2020E | 2021E |
|---|---|---|---|
| Q1 | $0.94 | $0.82 | $NE |
| Q2 | $1.10 | $0.63 | $NE |
| Q3 | $1.19 | $0.85 | $NE |
| Q4 | $1.19 | $1.10 | $NE |
| FY (Dec) | $4.40A | $3.40 | $3.86 |
| P/E | 22.3x | 28.8x | 25.4x |

| Revenue | 2019A | 2020E | 2021E |
|---|---|---|---|
| FY (Dec) | $15.45B | $13.51B | $13.97B |
| EBITDA | $4,383.0A | $3,791.9 | $4,085.2 |
| EV/EBITDA | 11.9x | 13.8x | 12.8x |
| FCF | $2.10B | $1.80B | $2.08B |
| FCF Yield | 5.0% | 4.3% | 5.0% |

### Price Performance



## WM 1Q20 Preview: The Great Shutdown and a Deal are the Focus

### Summary

We maintain our Buy rating and $115 target price on Waste Management (WM, Buy, $98.21). The Great Shutdown will be the focus of the 1Q20 call. The 1Q20 results are only relevant to set the stage for what has happened, what has WM done, can do and will do when the economy is at full restart following the impact of the pandemic. WM's highly concentrated urban mix adds another dimension to the conversation. Most of solid waste has an upstream E&P exposure and it is likely worse than plan. On the silver lining side, there are much better RCP (recovered paper prices) and RIN prices than was in original guidance. Does WM have a consent order from DOJ yet for the ADSW merger will be a focus too.

## Key Points

- **1Q20 forecast versus consensus.** Consensus 1Q20 revenue is $3.729B, up 0.9% YoY versus our estimate of $3.613B, down (2.2%). Consensus 1Q20 AEBITDA is $1,019.4mm (27.3% margin), up 3.3% YoY versus our estimate of $956.8mm (26.5% margin), down (3.1%). Consensus 1Q20 EPS is $0.93 versus our estimate of $0.82. Consensus 1Q20 FCF is $423.5mm versus our estimate of $377.7mm.

- **Solid Waste.** WM has often talked about its landfill concentration in 16 of 20 large urban markets. It has acknowledged its overall business mix is 55% urban. It is these differences WM will need to spend time helping investors to differentiate the impact of the Great Shutdown to its business model compared to the peer group. Like the peers, costs are more variable than not. WM has maintained full direct employment for now until there is better clarity on what a restarted economy looks like. But it can discuss planning to right-size the business model quickly when and if the need dictates.

- **Recycling and RINs.** WM is far less dependent on commodity prices than in the past. However, the recent pop in recovered paper prices (RCP) can still be a benefit as it has about 70% of municipal recycling contracts to work out new terms and less than 50% of MRF contracts as well. RCP could be a silver lining among all the gray/black of the Great Shutdown.

- **ADSW merger observations.** It is our view, WM would like to own ADSW. But at what price, if divestments exceed $200mm? There appears to be no consent order with the DOJ. Does that suggest divestments will exceed $200mm? If so does WM raise the issue on its 1Q20 earnings call and inform the market DOJ requires more than $200mm of revenues to be divested (potentially even give the precise amount of sales and EBITDA DOJ is targeting) and that it is evaluating options?

- **Questions for the call**
  - Is your digital connection with customers sufficient to have real time communications about service needs?
  - How is the regional concentration - urban vs secondary trends differentiated due to the pandemic?
  - Of direct costs what is variable versus fixed and how quickly can the variable cost be adjusted?
  - What percent of direct labor is overtime OT) and can the majority of OT come out?
  - How many commercial customers are closed but did not call in to say so and have these been rerouted out of a pick-up?
  - Service-on-hold customers, when they reopen will it be at the old service interval?
  - Once the economy is at full restart how quickly can the business model be right-sized?
  - What consideration is being given to reprice the ADSW deal?
  - What is the trend to bad debt allowance due to customer shutdowns?

- **Earnings release and call.** WM will report May 6 BMO with a call at 10AM ET. The dial-in is 877-710-6139. Passcode: 4950049

**Michael E. Hoffman** | (443) 224-1305 | mehoffman@stifel.com
**Brian J. Butler**, CFA | (410) 246-6315 | butlerbr@stifel.com
**Aadit Shrestha** | (443) 224-1336 | shresthaa@stifel.com
**Stifel Equity Trading Desk** | (800) 424-8870

**Stifel does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
**All relevant disclosures and certifications appear on pages 7 - 9 of this report.**

EXHIBIT K PAGE 1

# Jefferies

## Waste Management
## 1Q20: The Good, the Bad and the Outlook

May 6, 2020

### Key Takeaway

**What to do with WM shares: Hold on to what you own if you believe that we have found a bottom in COVID-19 volume degradation in April and that longer term synergies from the ADSW transaction are underappreciated. Although we like the WM story, we would wait for a better entry point.**

**Numbers:** WM reported Q1 EPS of $0.93 versus consensus of $0.92. The slight beat came primarily from below the line items (interest and taxes). The company pulled 2020 guidance which is not a surprise.

**Good:** (1) volumes held up better in Q1 (modest COVID-19 impact in late March); (2) synergies from ADSW expected to be $100mm+; (3) acquisitions added ~80bps to growth rate; and (4) FCF expected to be more resilient; (5) only 1% of commercial customers canceled service so far.

**Bad:** (1) Q1 pricing was soft (~2.2% or 30 bps below expectations); (2) pro forma leverage post ADSW deal will be higher; (3) taking a pause on share buybacks; (4) higher than expected SG&A run rate (~10.5% of sales) on technology costs; and (5) Q1 COVID revenue impact cited as $40mm and ~40bps margin impact

**Outlook:** WM tone was slightly more cautiously optimistic than RSG in calling April as a bottom particularly given low visibility on the shape of the recovery for SMB in commercial segment. Although WM does not break out SMB exposure they did say that ~60-65% of the volume degradation in commercial came on the retail, office, restaurant and education customer segments. For more details on commercial exposure see 2020 Trash Talk: Painting the Bear Case for Waste, Commercial Waste Survey Shows Space Not as Defensive; Downgrading RSG. April volumes in commercial were down 16% with the last week down 15% suggesting that trends maybe bottoming out. Moreover, April third party landfill tons as well as industrial roll off was down ~20% while commercial was down ~16% and residential was up 25%. We think landfill volumes on the MSW side bottomed in the first half of April while special waste and C&D have likely bottomed in the back half of April. The company believes as the economy opens up landfill volume and industrial will likely come back first.

**Continued on Page 3.**

This report is intended for hmiller3@wm.com. Unauthorized distribution is prohibited.

---

### Target | Estimate Change

USA | Environmental Services

| | |
|---|---|
| RATING | **HOLD** |
| PRICE | $96.80^ |
| MARKET CAP | $41.3B |
| PRICE TARGET (PT) | $97.00 (FROM $88.00) |
| UPSIDE SCENARIO PT | $132.00 |
| DOWNSIDE SCENARIO PT | $80.00 |

^Prior trading day's closing price unless otherwise noted.

**FY Dec**

| USD | 2019A | 2020E | 2021E | 2022E |
|---|---|---|---|---|
| **EPS** | 4.42 | ↑4.13 | ↑4.51 | ↑4.90 |
| *Prev.* | | *3.64* | *3.91* | *4.38* |
| **FY P/E** | 21.9x | 23.4x | 21.4x | 19.8x |

Hamzah Mazari, CPA *
Equity Analyst
+1 (212) 284-2076
hmazari@jefferies.com

Mario Cortellacci, CFA *
Equity Analyst
+1 (212) 284-2491
mcortellacci@jefferies.com

John Mazzoni *
Equity Associate
+1 (212) 738-5586
jmazzoni@jefferies.com

Ryan Gunning, CPA *
Equity Associate
(212) 510-3241
rgunning@jefferies.com

---

**Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 5 to 10 of this report.**

* Jefferies LLC / Jefferies Research Services, LLC

EXHIBIT K PAGE-2

# Jefferies

This report is intended for hmiller3@wm.com. Unauthorized distribution is prohibited.

**A key theme for the sector coming out of COVID-19** is if work from home continues for longer structurally the residential business is likely to see higher costs as most of it is a fixed fee rather than volume centric business. Residential garbage disposed of has gone up by ~25% for example in the pandemic as we stay at home longer. The company continues to try and negotiate with municipalities on raising pricing to cover costs but those discussions can take a while.

**Turning to pricing,** it was a little softer than expected in Q1 and likely into Q2 not because the company is not being disciplined but rather due to a purposeful strategy to go out and give certain pandemic impacted commercial customers price relief. Overall less than 10% of commercial customers changed their service due to COVID-19. WM sees ~1% commercial customers not coming out of COVID-19 after taking proactive measures to identify closed businesses. Service reductions, extending payment terms, a free month of service, and temporary pauses in price increases for certain commercial customers will hurt Q2 pricing. We note that Q1 saw an increase in core price of 5.5%, landfill core price of 4.3%, and collection and disposal yield of 2.2%. But regarding Q2, we point out that the free month of service might not be for the month of April for all customers as some would be the first month that customers come back and reestablish service. Moreover, price relief is being focused mainly on those directly impacted by COVID not but small businesses. If there is a small healthcare facility or small grocery store, they are not being offered help the way a restaurant would be. We note that yield is calculated using current period volume and as a result in a declining volume environment there will be downward pressure on yield, but that does not indicate lower prices.

**Detrimentals and cost side.** Although we think decremental margins are running ~40%, the company is taking costs out pro actively particularly on the over time side (~15% of total labor costs are overtime and they were down ~60%). WM also mentioned taking out ~$0.10 for every $1 drop in revenue on the SG&A line. On the direct operating cost line, the company is working on route optimization and has cut routes by 6% on commercial, 13% on industrial and parked 6% of trucks. Overall, on the margin front WM had expected ~100bps 2020 EBITDA margin expansion heading into the year pre COVID. Post COVID, we believe if the current Q1 run rate continues the negative margin impact this year could be ~100bps. Longer term coming out of this pandemic, there is likely a greater focus on not just the residential business but also to digitalize service including the company's ERP system (2022/2023 original time line).

**On the ADSW deal,** the company is hopeful it closes by the end of Q2 and not surprisingly did not comment in a public forum whether they were looking to re-cut that deal.

**Lastly on capital allocation,** the company is pausing buybacks and focusing on FCF with capex expected to be pulled back ~10% (keep in mind 1/3 of capex is growth related which can be flexed down as volumes drop). The company did highlight on the working capital side they have seen customers pull back on cash receipts to the tune of ~$60-80mm which continued into early Q2 but not yet any significant spikes in bad debt.

EXHIBIT K PAGE-3

This report is intended solely for ebaraho1@wm.com

**EQUITY RESEARCH**



## Capital Markets

RBC Dominion Securities Inc.
**Walter Spracklin** (Analyst)     **Ryall Stroud** (Associate)
(416) 842-7877                      (416) 842-7876
walter.spracklin@rbccm.com         ryall.stroud@rbccm.com

May 6, 2020

# Waste Management Inc

## Merits of Waste sector fundamentals on display amid uncertainty and volatility

**Our view:** The indications provided by mgmt into Q2 trends were encouraging; and the call highlights reflected the strong investment characteristics that define the waste industry. We believe that mgmt is taking all the appropriate measures to deal with COVID-19 and we underline our preference for the Waste sector over most in this environment. Maintain Sector Perform on WM simply on a relative recommendation basis.

### Key points:

**Q1/20 results in-line.** WM reported Q1/20 adj. EBITDA of $1,013MM (+2.6% Y/Y), which was only slightly below our $1,025MM and closer to consensus $1,016MM. Revenue of $3,729MM was just shy of our $3,770MM, as yield of -0.1%, was below our forecast for +2.0% in the quarter. Volumes positively impacted performance, coming in at +0.3% for the quarter and ahead of our expectations of -0.5%. Overall an in-line quarter.

**Guidance pulled, but insights provided on the call into Q2.** While 2020 guidance was pulled (as expected) the company provided good granular color into the week by week trends through April and even into May. While trends worsened through the course of late March to mid-April, it was interesting to note that the rate of decline improved notably in late April. Accordingly, mgmt struck a positive tone around those trends, similar to what we heard from the company's peer last night. Mgmt astutely highlighted the small business customer as a key area of uncertainty. Overall, we view the outlook provided as best that could be provided given the circumstances and likely skewed to the "better than expected" side.

**Mgmt taking the right measures.** Mgmt is taking a series of measures in response to COVID-19, which include: capex reduction of ~10% for 2020; SG&A cut by 10% of COVID-related revenue declines; and overtime reductions of 50%-60%. The company is also providing its customers a degree of temporary relief, which is expected to impact yields - but only for the period prior to reopening. Overall, we view the measures taken as appropriate and any negative impact from these policies as temporary.

**Adjusting estimates, target to $97 (from $99).** We are revising our estimates to take into account Q1/20 actuals and mgmt's near term commentary regarding the pandemic. As such, our 2020E EBITDA moves to $4,375MM (from $4,693MM) and our 2021 EBITDA goes to $5,035MM (from $5,097MM). Applying our 2021 EBITDA to our 11x target multiple (unch.) gets us to our $97 PT (from $99).

## Sector Perform

NYSE: WM; USD 96.80

## Price Target USD 97.00 ↓ 99.00

| WHAT'S INSIDE | |
|---|---|
| ☐ Rating/Risk Change | ☑ Price Target Change |
| ☐ In-Depth Report | ☑ Est. Change |
| ☐ Preview | ☑ News Analysis |

### Scenario Analysis*

| | Downside Scenario | Current Price | Price Target | Upside Scenario |
|---|---|---|---|---|
| | 68.00 | 96.80 | 97.00 | 123.00 |
| | ↓ 28% | | ↑ 2% | ↑ 29% |

*Implied Total Returns

### Key Statistics

| | | | |
|---|---|---|---|
| Shares O/S (MM): | 426.4 | Market Cap (MM): | 41,276 |
| Dividend: | 2.18 | Yield: | 2.3% |
| | | Enterprise Val. (MM): | 55,579 |
| | | Avg. Daily Volume: | 3,123,780 |

## RBC Estimates

| FY Dec | 2018A | 2019A | 2020E | 2021E |
|---|---|---|---|---|
| **Revenue (B)** | 14.9 | 15.5 | 16.0 | 17.5 |
| Prev. | | | 16.6 | 17.8 |
| **EBITDA, Adj** | 4,216.0 | 4,383.0 | 4,375.0 | 5,035.0 |
| Prev. | | | 4,693.0 | 5,097.0 |
| **Free Cash Flow** | 2,084.0 | 2,105.0 | 1,916.0 | 2,296.0 |
| Prev. | | | 2,139.0 | 2,352.0 |
| **EPS, Adj Diluted** | 4.20 | 4.40 | 4.26 | 5.30 |
| Prev. | | | 4.81 | 5.43 |
| **P/AEPS** | 23.0x | 22.0x | 22.7x | 18.3x |

| Revenue (B) | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2019 | 3.7A | 3.9A | 4.0A | 3.8A |
| 2020 | 3.7A | 3.7E | 4.3E | 4.2E |
| Prev. | 3.8E | 4.2E | | 4.3E |
| 2021 | 4.3E | 4.3E | 4.5E | 4.5E |
| Prev. | | 4.5E | | |
| **EBITDA, Adj** | | | | |
| 2019 | 987.0A | 1,134.0A | 1,141.0A | 1,121.0A |
| 2020 | 1,013.0A | 947.0E | 1,204.0E | 1,211.0E |
| Prev. | 1,025.0E | 1,205.0E | 1,241.0E | 1,222.0E |
| 2021 | 1,178.0E | 1,234.0E | 1,326.0E | 1,297.0E |
| Prev. | 1,187.0E | 1,283.0E | | 1,301.0E |

Note Enterprise Value includes net debt associated with the closing of the currently pending Advanced Disposal acquisition.
All values in USD unless otherwise noted.

Priced as of prior trading day's market close, EST (unless otherwise noted).

EXHIBIT K PAGE 4

**For Required Non-U.S. Analyst and Conflicts Disclosures, see page 10.**

**RBC Capital Markets appreciates your consideration in the 2020 Institutional Investor All-America Research Team survey.**

This report is intended solely for ebaraho1@wm.com

**Waste Management, Inc.**

## Key takeaways from the quarter

**2020 guidance suspended, early indications of COVID-19 impact provided.** In conjunction with the release of Q1/20 results, management also elected to suspend their full-year 2020 guidance – a move we view as largely expected. The company cited the uncertainty around the impact of COVID-19 and an inability to forecast with accuracy the duration of the disruptions or the pace of the recovery (particularly for small businesses) as reasons for the suspension. Specific impacts from COVID-19 during the quarter were as follows:

- A reduction in landfill and industrial collection volumes;
- Volume-driven revenue in the commercial collection business held up relatively well in March, though service decreases accelerated late in the month and into the second quarter;
- An increase in container weights in the residential line of business;
- A $6 million increase in SG&A expenses, driven by technology costs incurred to accelerate work-from-home capabilities;
- A decline in operating EBITDA margin of approximately 40 basis points, which the company attributes to volume declines in their higher-margin lines of business and cost pressures in the residential line of business; and
- WM noted that in its higher-margin lines of business, the company effectively flexed operating costs with volume changes, particularly labor and fleet costs, mitigating margin pressure.

**Colour provided on recent volume trends.** WM was able to provide helpful insight into volume recent volume trends, noting that roll-off (large container) volumes were down ~20% at the low point (mid-April) before mgmt started to notice trends improve into May. On the landfill side, the company commented that landfill volumes for MSW bottomed between the first and second week of April, while special waste and C&D was a little later on, though mgmt has started to see improvements W/W with volumes starting to come back on line. The key here is that despite having a more cautious tone on the near term volume outlook than competitor RSG had during its call last night, the general pattern appears to be the same with a bottoming out of volumes occurring in roughly mid-April and signs of recovery starting to emerge. Overall, we believe the company should have little difficulty managing through the pandemic and should still be able to generate robust FCF for full-year 2020 (note our FCF is modestly reduced to $1.9B from $2.1B previously).

**Cost structure and capex profile offer clarity on decremental margins.** On the call, the company noted that landfill capital spending makes up ~1/3 of overall capex while also commenting on an opportunity to flex spending for containers and heavy equipment. In particular, we view mgmt's expectation to reduce capex by 10% from planned levels while lowering SG&A spending by 10% of COVID-19 related revenue declines as further highlighting the flexibility of WM's cost structure and capex profile. Taken together, management believes the total margin impact from COVID-19 will be around 100bps, with our current forecasts reflecting this and calling for Adj. EBITDA margins of 27.4% for 2020E vs. the 28.4% recorded during 2019.

**Update on ADSW acquisition.** Mgmt noted that despite the disruption caused by COVID-19, the company continues to make progress on the ADSW acquisition and currently anticipates being in a position to receive final regulatory approval and proceed towards closing by the end of Q2/20. No commentary was provided on the magnitude of potential divestitures or potential suitors for the assets. We note that while this is in-line with the previous timeline provided by the company, we have elected to shift up contribution from the acquisition into Q3/20 (from Q2/20) to reflect our belief that official closing will likely occur in the beginning of the third quarter.

EXHIBIT K PAGE-5

This report is intended solely for ebaraho1@wm.com

Waste Management, Inc.

## Valuation and Recommendation

**Modestly reducing estimates; PT lowered to $97 (from $99), maintain Sector Perform.** We are revising our estimates to take into account Q1/20 actuals and management's near term commentary regarding the pandemic. Accordingly, we see Q2/20 volumes arriving at -7% (from -5%) with Q3/20 remaining unchanged at -3.5% while our yield forecast for Q2-Q4 is reduced to 1% (from 2%). We have also shifted contribution from the ADSW acquisition to start in Q3/20 (vs. our prior forecasts which reflected full contribution in Q2/20) to better reflect commentary from management on the anticipated closing timeline. As such, our 2020E EBITDA moves to $4,375MM (from $4,693MM) and our 2021 EBITDA goes to $5,035MM (from $5,097MM). We have elected to keep our target multiple unchanged 11x, and when applied to our 2021E EBITDA, takes us to our $97 price target (from $99) – implying all-in return of 2% and forming the basis of our Sector Perform rating.

**Our take.** We view indications provided by management on the conference call as encouraging and further supportive of the strong investment characteristics and attractive fundamentals of the industry. As we look ahead, we see a strong pricing environment coupled with pockets of volume strength that are beginning to emerge (particularly on the landfill side) as more than offsetting near term uncertainty from small business customers. That said, on a relative return basis, we continue to see more attractive investment opportunities elsewhere in the sector.

Exhibit 3: Estimates and Revisions

| ($MM unless specified) | 2020E | | | | 2021E | | |
|---|---|---|---|---|---|---|---|
| | Old | Current | Var | Y/Y | Old | New | Y/Y |
| Revenue | 16,624 | 15,992 | (3.8%) | 3.5% | 17,814 | 17,522 | 9.6% |
| Total Expenses | 13,510 | 13,222 | (2.1%) | 3.7% | 14,409 | 14,151 | 7.0% |
| **Adj. EBITDA** | **4,693** | **4,375** | **(6.8%)** | **-0.2%** | **5,097** | **5,035** | **15.1%** |
| *EBITDA Margin* | 28.2% | 27.4% | -87bp | -100bp | 28.6% | 28.7% | 138bp |
| Adj. Free Cash Flow | 2,139 | 1,916 | (10.5%) | -9.0% | 2,352 | 2,296 | 19.8% |
| FCF per share | $5.09 | $4.49 | (11.9%) | -8.9% | $5.69 | $5.48 | 22.1% |
| Adj. EPS (f.d.) | $4.81 | $4.26 | (11.5%) | -3.2% | $5.43 | $5.30 | 24.5% |

Source: Company reports, RBC Capital Markets estimates

**Walter Spracklin,** (416) 842-7877; walter.spracklin@rbccm.com    5

EXHIBIT K PAGE-6

# STIFEL

## Waste Management, Inc.
### WM– NYSE

**May 6, 2020**      Solid Waste

**BUY**

## ANALYSIS OF SALES/EARNINGS

### Financial Summary

| Changes | Previous | Current |
|---|---|---|
| Rating | — | Buy |
| Target Price | $115.00 | $110.00 |
| FY20E Revenue | $13.51B | $14.29B |
| FY21E Revenue | $13.97B | $14.06B |
| FY20E EPS | $3.40 | $3.69 |
| FY21E EPS | $3.86 | $3.85 |

| | |
|---|---|
| Price ( 05/06/20 ): | $96.80 |
| 52-Week Range: | $127 - $85 |
| Market Cap.(mm): | 41,372.3 |
| Shr.O/S-Diluted (mm): | 427.4 |
| Enterprise Val. (mm): | $51,741.0 |
| Avg Daily Vol (3 Mo): | 3,256,007 |
| Dividend / Yield: | $2.18 / 2.3% |

| EPS | 2019A | 2020E | 2021E |
|---|---|---|---|
| Q1 | $0.94 | $0.93A | $NE |
| Q2 | $1.10 | $0.76 | $NE |
| Q3 | $1.19 | $0.93 | $NE |
| Q4 | $1.19 | $1.07 | $NE |
| FY (Dec) | $4.40A | $3.69 | $3.85 |
| P/E | 22.0x | 26.2x | 25.1x |

| Revenue | 2019A | 2020E | 2021E |
|---|---|---|---|
| FY (Dec) | $15.45B | $14.29B | $14.06B |
| EBITDA | $4,383.0A | $3,980.3 | $4,021.0 |
| EV/EBITDA | 11.8x | 13.0x | 12.9x |
| FCF | $2.10B | $1.56B | $1.92B |
| FCF Yield | 5.1% | 3.8% | 4.6% |

*For FY20 we assume Capital Spending is only cut by 10% vs FY20 guidance*

### Price Performance



## WM 1Q20 Post CC: A Bottom Is in Sight; FCF is the Focus

### Summary

We maintain our Buy rating but revise our target price to $110 on Waste Management (WM, Buy, $98.21). The North American economies, which were shutdown in March and April, are beginning to reopen. Solid waste data supports that observation. WM concurs with that outlook. For WM, commercial collection is the greatest concern (22.5% of FY19 sales). That very issue begs the question, why is WM pursuing ADSW at current terms? If it wants to own it, fine, but re-trade the deal. In the meantime, WM is flexing operating and SG&A costs to adjust to lower sales due to the Great Shutdown. In addition, it is cutting capital spending, putting the buyback on hold, but standing by the dividend as it husbands cash and focuses on maximizing FCF generation.

### Key Points

- **Conference Call Observations**
  - ADSW is on track for a late 2Q approval and close per WM.
  - No comment on whether it will retrade the price, given the clear business model pressure the Great Shutdown has perpetuated.
  - Commercial collection yards down 16% in April.
  - Commercial collection leveled off at down 15% the first week of May.
  - Early May trends suggest a bottom has been struck across all lines of business.
  - Big business customer (roll-off) trends are recovering.
  - Small business customer recovery is mixed and uncertain with over 55% in vulnerable types of business (restaurants etc).
  - SG&A cost reductions targeted at $0.10 for every $1 of sales lost.
  - Capital spending cut 10% off the low- to high-range from FY20 guidance - $1.7B to $1.8B.
  - Residential mix is 25% subscription and 75% contract.
  - Subscription, can price in volume increases now while Contracts are negotiated.
  - OT was 15% of direct labor in FY19 and is down about 60% now (50% in late 1Q20).
  - Margin pressure from COVID is suggested to be down 100bp versus guidance (50bp Y/Y).
  - One-free month of service to qualified commercial customers will be booked against price.
  - Volume pressure seems to have peaked at low 20% for volume based sales.
- **ADSW merger update.**
  - We get why WM would like to own ADSW (even if the divestments are more than $200mm sales).
  - What we do not get is why it would not seek to re-trade the price if divestments exceed the $200mm sales limit in the merger agreement.
  - WM, in our view, is in full control of this dialog.
  - WM's repeated uncertainty about the outlook for commercial collection at WM has to be even more relevant for what is it buying at ADSW (25% of FY19 sales was commercial).
  - And how does an integration happen as the economy restarts and shutdown restrictions ease, but are not lifted entirely?

**Michael E. Hoffman** | (443) 224-1305 | mehoffman@stifel.com
**Brian J. Butler**, CFA | (410) 246-6315 | butlerbr@stifel.com
**Aadit Shrestha** | (443) 224-1336 | shresthaa@stifel.com
**Stifel Equity Trading Desk** | (800) 424-8870

**Stifel does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
**All relevant disclosures and certifications appear on pages 7 - 9 of this report.**

EXHIBIT K PAGE 7



North America Equity Research
08 May 2020

# Waste Management

## Preparing for Some Shifts in the Business Post COVID-19

While WM is seeing some improving signs, the company is more somber in realizing that the post-COVID-19 world may look different from the old normal. The rate of decline is slowing in certain areas, but it is unclear when small businesses are going to re-open and what that will look like. It also seems like the timing around closing the Advanced Disposal deal has slipped to early Q3 from Q2. We are lowering our estimates to reflect lower average yield due to service pauses and greater decremental margins but less severe volume declines. Our $108 PT is based on our 2021 estimates instead of 2020, as we believe 2021 better represents the earnings power of the company in a more normalized environment.

- **Possible pushback in ADSW deal closing.** WM anticipates "being in a position to receive final anti-trust regulatory approval and proceed towards closing by the end of 2Q20." In mid-March WM had anticipated closing the merger mid- to late 2Q20 with a slight delay from the original timeline due to COVID-19 work constraints. To us, now it sounds like the deal may not close until Q3, but we still expect the merger to go through.

- **Rate of decline slowing in certain areas.** WM has seen some encouraging signs and is trying to pinpoint the bottom. We think management probably has an inclination but they are not ready to call it yet. Industrial and landfill volumes were down over 20%, but the rate of decline has slowed. The company has also seen some commercial areas turn positive towards the end of April, but it is unclear when small businesses are going to reopen and what that will look like. In residential, volumes could remain elevated as some people continue to work from home. In the meantime, WM is flexing costs where possible and aims to reduce capex by about 10% this year, though it is also working on a few initiatives that could increase spend. These projects include enhancing the work-from-home protocol, such as establishing appropriate performance metrics, improving the company's self-service experience for customers, as well as the ERP system buildout.

## Neutral

**WM, WM US**

Price (07 May 20): $101.45

**Price Target (Dec-20): $108.00**

**Metals & Mining and Waste**

**Stephanie Yee** AC
(1-212) 622-5032
stephanie.yee@jpmorgan.com
**Bloomberg** JPMA YEE <GO>
J.P. Morgan Securities LLC

### Key Changes (FYE Dec)

|  | Prev | Cur |
|---|---|---|
| Adj. EPS - 20E ($) | 3.80 | 3.31 |
| Adj. EPS - 21E ($) | 4.34 | 4.07 |
| Adj. EBITDA - 20E ($ mn) | 3,997 | 3,833 |
| Adj. EBITDA - 21E ($ mn) | 4,355 | 4,333 |

### Quarterly Forecasts (FYE Dec)

**Adj. EPS  ($)**

|  | 2019A | 2020E | 2021E |
|---|---|---|---|
| Q1 | 0.94 | 0.93 | 0.96 |
| Q2 | 1.10 | 0.64 | 0.99 |
| Q3 | 1.19 | 0.80 | 1.04 |
| Q4 | 1.19 | 0.94 | 1.08 |
| FY | 4.42 | 3.31 | 4.07 |

### Style Exposure

| Quant Factors | Current %Rank | Hist %Rank (1=Top) | | | |
|---|---|---|---|---|---|
|  |  | 6M | 1Y | 3Y | 5Y |
| Value | 87 | 90 | 91 | 86 | 80 |
| Growth | 71 | 70 | 66 | 39 | 71 |
| Momentum | 30 | 34 | 27 | 63 | 57 |
| Quality | 35 | 30 | 22 | 54 | 53 |
| Low Vol | 2 | 1 | 1 | 1 | 1 |
| ESGQ | 26 | 15 | 17 | 91 | 98 |

Sources for: Style Exposure – J.P. Morgan Quantitative and Derivatives Strategy; all other tables are company data and J.P. Morgan estimates.

**See page 7 for analyst certification and important disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

EXHIBIT K PAGE-8

www.jpmorganmarkets.com

This document is being provided for the exclusive use of ebaraho1@wm.com.

# Jefferies

**EQUITY RESEARCH**
Waste Management (WM)

## Waste Management
## WM/ADSW Deal Update/Thoughts

May 10, 2020

| FLASH NOTE | |
|---|---|
| USA | Environmental Services | |
| RATING | **HOLD** |
| TICKER | **WM** |
| PRICE | **$100.97^** |
| PRICE TARGET (PT) | **$97.00** |
| MARKET CAP | **$43.1B** |

^Prior trading day's closing price unless otherwise noted.

### Key Takeaway

**Based on conversations with industry participants, and previously on Bloomberg, the DOJ is requiring divestitures in the WM/ADSW deal to be done up front at the same time of closure, which has a number of implications for the space, which we outline below.**

**This is New Territory for Waste.** The waste space back in the 2008 AW/RSG deal, which was much larger and only took 6 months to close, did not have the requirement by the DOJ of dealing with divestitures in advance. In fact, the divestitures from that deal were announced in Feb 2009 to WCN, which was *after* not *before* the deal closed. We are assuming WM's legal team was aware of the above change, given the fact that the DOJ has changed the way it does business. Recent deals have entailed divestitures to be figured out and allowed at same time a deal closes or before per various risk arb desks.

**Higher Likelihood of One Buyer.** We believe given the tighter timeline to get to a Q2 close implies that buyer valuation of divestiture assets should be a lot further along, which we do not believe is the case from talking to potential larger buyers. We believe that there could be a higher likelihood that the timeline gets shifted to the right, a higher chance it also goes to one buyer, and also potential for WM to use this opportunity for longer time frame to potentially re-cut the deal with ADSW. We do not believe any re-cutting will be at a big discount. It is also important to acknowledge that most of that would be on the basis of divestiture requirements and COVID-19. We do not blame the ADSW team, which has had to likely deal with limited leeway to do anything like M&A or a customer base that knows it is in process of sale, which likely limits net new business opportunity similar to other transactions where there is a long time frame from announcement to closure.

**Who Will Get the Divestitures.** We believe aggressive buyers who have low overlap and capital to get a deal done fast have higher chances in winning out on the ADSW deal. WCN and GFL come top of the mind, followed by RSG. Keep in mind, GFL has been on an acquisition spree in the US ahead of coming public recently and also just did a debt deal so has ~$CAD 1.35bn of liquidity. Alternatively, WCN has taken down every large divestiture in the space, was also a bidder on the ADSW assets after WM and at the same time has low net leverage at 2.3x with liquidity of ~$2bn+. Divestitures, roughly assuming they are $200mm, maybe could fetch ~$500mm+ depending on what COVID-19 related multiple adjustments are, which could be probably a half a turn to a turn on EBITDA, depending on what one's view is when volumes get back to pre-COVID levels (a 2022 time frame will require a larger discount to the valuation). RSG has been quiet but it always tends to be. In recent years, RSG (unlike WCN and WM) has not done deals over $1bn (for about a decade) and the largest transactions have been outside of solid waste in recycling and E&P waste.

Hamzah Mazari, CPA *
Equity Analyst
+1 (212) 284-2076
hmazari@jefferies.com

Mario Cortellacci, CFA *
Equity Analyst
+1 (212) 284-2491
mcortellacci@jefferies.com

John Mazzoni *
Equity Associate
+1 (212) 738-5586
jmazzoni@jefferies.com

Ryan Gunning, CPA *
Equity Associate
(212) 510-3241
rgunning@jefferies.com

**Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 2 to 7 of this report.**

* Jefferies LLC / Jefferies Research Services, LLC

EXHIBIT K PAGE-9

This report is intended for hmiller3@wm.com. Unauthorized distribution is prohibited.

# STIFEL

# Waste Management, Inc.
## WM– NYSE

**May 10, 2020**

Solid Waste

## BUY
## COMPANY UPDATE

### Financial Summary

| Changes | Previous | Current |
|---|---|---|
| Rating | — | Buy |
| Target Price | $110.00 | $115.00 |
| FY20E Revenue | — | $14.29B |
| FY21E Revenue | — | $14.06B |
| FY20E EPS | — | $3.69 |
| FY21E EPS | $3.85 | $3.88 |

| | |
|---|---|
| Price ( 05/08/20 ): | $100.97 |
| 52-Week Range: | $127 - $85 |
| Market Cap.(mm): | 43,154.6 |
| Shr.O/S-Diluted (mm): | 427.4 |
| Enterprise Val. (mm): | $53,524.0 |
| Avg Daily Vol (3 Mo): | 3,324,188 |
| Dividend / Yield: | $2.18 / 2.2% |

| EPS | 2019A | 2020E | 2021E |
|---|---|---|---|
| Q1 | $0.94 | $0.93A | $NE |
| Q2 | $1.10 | $0.76 | $NE |
| Q3 | $1.19 | $0.93 | $NE |
| Q4 | $1.19 | $1.07 | $NE |
| FY (Dec) | $4.40A | $3.69 | $3.88 |
| P/E | 22.9x | 27.3x | 26.1x |

| Revenue | 2019A | 2020E | 2021E |
|---|---|---|---|
| FY (Dec) | $15.45B | $14.29B | $14.06B |
| EBITDA | $4,383.0A | $3,980.3 | $4,063.2 |
| EV/EBITDA | 12.2x | 13.4x | 13.2x |
| FCF | $2.10B | $1.80B | $1.98B |
| FCF Yield | 4.9% | 4.2% | 4.6% |

*For FY20 we assume Capital Spending is only cut by 10% vs FY20 guidance*

### Price Performance



## WM: Fireside Chat with CFO Devina A. Rankin: Yes 2Q is Awful But the Outlook will be Just Fine: Follow the FCF

### Summary

We maintain our Buy rating and raise the target price to $115 for Waste Management (WM, Buy, $100.97). We hosted CFO Devina A. Rankin to a fireside chat with investors Friday, May 8. Our discussion covered lessons learned from the Great Recession. How WM has responded to the Great Shutdown. How that has impacted its business to date and what WM may look like as North America exits the impact of the Great Shutdown. Finally, we sought insight to WMs intentions regarding its pending merger with ADSW and does it have terms to finalize a consent order with DOJ or will it seek to walk or retrade the deal given the economic pressures from the Great Shutdown on its own business, imagine what that might be at ADSW too. The replay number for the fireside chat is 800-332-6854, passcode 730118#.

### Key Points

- **General observations as the Great Shutdown unfolded.**
  - **Pros**
    - Resilience of the business model.
    - Effectiveness of the workforce as the day-to-day operating environment changed.
    - Frontline social distancing but yet no interruption in services.
    - Back office and frontline coordination despite work-from-home (WFH) and social distancing.
  - **Cons**
    - Adoption of technology needed to operate has been slow.
    - WFH transition is done and now fully functional but it was not without challenges.
    - Still do not have total real-time access to the customer but there is progress
  - Speed the business activity declined belied the usual lag expected in an economic slowdown.
    - Service interval downgrades happened instantaneously.
    - In retrospect there was a lag but it was days not months.
    - Less than 1% of customers canceled.
    - That may prove conservative as the recovery unfolds and some commercial customers ultimately fail or reduce service.
    - In the Great Recession nearly 5% of solid waste industry commercial customers failed between 2008-13.
- **Lessons learned from the Great Recession.**
  - Nimble, in a word, as business contracted it realigned assets to maintain productivity and with it operating leverage quickly.
    - Rerouting - happening now
    - Park equipment - already have
  - Power of price
    - No need or market pressure to cut unit prices
    - Using data to maximize where and how much to push price
    - No, repeat no need to chase volume using price
    - Fully expect to resume monthly price increases (PIs) as the economy reopens
    - Not seeing competitive reaction of small/independent service companies using price to fill a truck
    - FY20 yield outlook of 2.5% was on pace before mix shifted due to the Great Shutdown
    - 1Q is typically the low in reported price/yield - 2.2% 1Q20

**Michael E. Hoffman** | (443) 224-1305 | mehoffman@stifel.com
**Brian J. Butler**, CFA | (410) 246-6315 | butlerbr@stifel.com
**Aadit Shrestha** | (443) 224-1336 | shresthaa@stifel.com
**Stifel Equity Trading Desk** | (800) 424-8870

**Stifel does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
**All relevant disclosures and certifications appear on pages 6 - 10 of this report.**

- **Thoughts on ADSW.**
  - Remember what metrics drive the WM incentive compensation
    - LTIP
    - Rolling FCF growth.
    - Total shareholder return (TSR).
    - Annual
    - Quality organic revenue growth (Yield and Volume).
    - EBIT margin expansion Y/Y.
    - EBITDA dollar growth Y/Y.
  - If the returns principals hold then WM should either walk or retrade to a lower price its deal with ADSW
    - They declined to comment, one way or another
  - Believes there is a path to a consent order with DOJ
    - Would not indicate if divestments are more than $200mm
  - Positive WFH experience so far suggests integration should not be unduly impacted
- **Model Changes**
  - We revised our outlook for sustainable sales growth (4.5% to 5%), incremental margin expansion (30bp per year after recovering in FY21) and cash conversion improving to 50%-55% of EBITDA as working capital savings and capital spending discipline combine with operating leverage.
  - Our FY20 forecast adjusts FCF to $1.8B (assumes a 55% decremental FCF margin on sales lost to the Great Shutdown).
  - FY21 EPS increases on a better recovery in margins as sales return faster than cost increase.


**Target Price Methodology/Risks**

- **Target Price.** Our $115 target price assumes FY20E free cash flow of $1.801B with a 10-year CAGR of 5.2% and a long-term rate of 4.5%. Our analysis also assumes WM will reduce leverage to 3.3 times. We use a discount rate of 8.0%.
- **Risks**. There are always risks the target price for any security will not be realized. In addition to general market and macroeconomic risks, for Waste Management risks to our target price include working capital gains reverse and FCF upside stalls on less operating leverage as cost inflation accelerates, operating costs exceeding inflation, changes in regulatory environment as well as the company's ability to successfully manage volatility in commodity and labor expenses.


**Company Description**

- Waste Management, Inc. is the largest provider of waste management disposal and environmental services in North America. Waste Management provides collection, transfer, recycling, and disposal services via a network including 399 collection operations, 249 landfills, 297 transfer stations and 104 recycling facilities. The company has 45,000 employees servicing over 21 million residential, commercial, and industrial customers. The company is headquartered in Houston, TX.



# STIFEL

**Solid Waste**

INDUSTRY UPDATE
**May 19, 2020**

## Solid Waste: Lessons Learned Going into an Economic Restart and Beyond - Solid Waste will Perform Just Fine

### Summary

The uncharted territory following the Great Shutdown as revealed on the 1Q20 earnings calls demonstrates several key characteristics and issues facing solid waste. Unit price is holding just fine, with open market price still possible as local economies reopen. Service companies demonstrated how nimble they can be with immediate actions to flex variable costs (outside of the health and safety spending to protect front line employees) and maintain good asset utilization. There were clear signs the worst so far was mid-to-late April (depending on the region of North America). There is a tacit concord there will be business failures greater than the service cancelation rate to date. No matter how this plays out solid waste will sustain unit price, rationalize costs and assets and cut capital spending, as needed and therefore continue to be a robust FCF generator.

### Key Points

- **April message.** All the reporting companies (five of six except ADSW) provided some insight into the business trends in April, Figure 1. Three of five gave a revenue impact and maybe volume/yards/pulls too and two of five only gave volume/yards/pulls for April. WM did quantify the 1Q20 impact at $40mm (for the last two weeks of March).
  - **Our observations:**
    - *The unit measure impact (volume/yards/pulls) was less than many expected and when that was translated into sales it was deemed a better outcome than expected.*
    - *Cost are more variable and solid waste reacted quickly with cuts made and done.*
    - *All are seeing a bottom and bounce in commercial collection (except WM were activity leveled off but the recovery was more muted in commercial collection) and all are experiencing a recovery in third-party disposal and roll-off.*
    - *Geography (what/when was the scope of shutdown mandated) mattered more than urban vs non-urban mix. Urban and strict shutdown combined had the most negative impact on sales (Canada/Montreal or NYC/NY State).*
- **Variable costs.** As a group the incremental margin was defined as 40% (except GFL as it has less high margin disposal in the mix) but the decremental is more likely between 40% and 50%. Labor and overtime (OT) stood out with most at 15% of FY19 direct labor OT. All the companies framed the reduction in overtime as 20% to 60%, Figure 2. Across the remaining operating expense mix many items are directly linked to levels of activity, Figure 3. If hours of service are lower than less is spent on fuel (before the price/gallon drop on lower oil prices) and repairs and maintenance. If less volume goes into disposal (transfer/landfill) then all the ton based costs decline too (subcontractor, landfill operating expense, host fees).
  - **Our observations:**
    - *Nimble, in a word nimble. The Great Recession taught solid waste how much it could turn its assets more and how quickly it could respond to structural changes to the business model.*
    - *Cost cuts are done if business activity is in a recovery.*
    - *Adversity tends to present challenges and solid waste tends to respond with outcomes that are better than expected going in, therefore sales come back on with less incremental costs added.*
- **Recovery.** The early data shows a rebound bound in commercial service cycles, roll-off pulls and third-party disposal. Geography and the scope/severity of shutdown orders and how those come off will be a key determinant what a recovery looks like. Shut down everything including construction and then let at least construction restart and a big volume swing happens. On the other hand, small business dependent on foot traffic is likely to go thru a much slower gradual recovery.
  - **Our observations:**
    - *For now the Great Shutdown economic hit and recovery looks like a swoosh vs a V or U.*
    - *Less than 1% cancels in commercial collection is probably a head fake.*
    - *Some commercial customers will not open, will reduce service on a restart, will reduce service at a later (in FY20) date or fail at a later date.*
    - *Service companies proved they can be nimble and rightsize quickly.*
    - *Working capital pressures will increase but bad debt allowances probably does not go higher than 0.5% of sales, Figure 4.*

**Michael E. Hoffman** | (443) 224-1305 | mehoffman@stifel.com
**Brian J. Butler**, CFA | (410) 246-6315 | butlerbr@stifel.com
**Aadit Shrestha** | (443) 224-1336 | shresthaa@stifel.com
**Stifel Equity Trading Desk** | (800) 424-8870

**Stifel does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
**All relevant disclosures and certifications appear on pages 26 – 28 of this report.**

Industry Update
**May 19, 2020**

**Key Points (continued)**

- **Post Recovery**. No one knows the answer to what will the North American economy will be in FY21. It seems likely it will be better than 2Q20 and 2H20 is better than 1H20 with each month/quarter better than the previous one. What is certain is solid waste is a necessary (and essential service). And no matter where the trash is generated it has to be picked up. In addition, solid waste will use the structural changes in services to make adjustments to the operating model.
  - **Our observations:**
    - *FY21 has to have roll-over negative volume pressure if for no other reason 1Q20 did not reflect a full impact of the Great Shutdown.*
    - *Take-all residential collection contracts have to change and provisions for secular volume changes from WFH (work-from-home) shifts need to be addressed in contracts two.*
    - *Municipal government incomes are going to be impacted by the loss of commercial business (failures from the shutdown) and real estate value compression is a real risk which would have a long-term rolling impact on local property taxes.*
    - *Recycling will survive but not everywhere due to the value proposition between it and disposal.*
    - *M&A could be on a tear in 2H20 into FY21 as sellers already motivated by 2022 personal tax expiration are not prepared to ride out another slow economic recovery like the pace of the recovery from the Great Recession,* Figure 5.
- **What to watch?** When it is all said and done solid waste and consumer engagement are inextricably linked. Yes more than 80% of solid waste sales are service based not volume based. When an engaged consumer shops, dines, vacations, travels, entertains and buys or renovate houses all rolls thru the solid waste business model in more customers, improving service intervals and added tons in post-collection (disposal).
  - **Our observations.**
    - *Housing starts. Buying a home is the single largest purchase the vast majority of consumers will ever make. Housing starts above 1mm leads to a recurring thesis: household formation will drive new business formation.*
    - *Housing starts for 60-years typically recovered quickly as an economy rebound, Figure 6.*
    - *That premise stood the test of time except post the Great Recession when housing starts did not break 1mm consistently until 2014 and then peaked at 1.34mm before mostly holding in a range of 1.2mm to 1.3mm, Figure 7.*
    - *Demand between 2014-2019 was at about 1.5mm but housing prices, a lift in mortgage rates, Figure 7, following the Fed raising rates kept starts below until 4Q19.*
    - *In 4Q19 housing starts jumped to 1.59mm and settled at 1.62mm in Jan and 1.57mm in Feb, clearly there was a willingness by consumers to buy.*
    - *Housing starts are down to 891k in April after falling to 1.28mm in March. The low after the Great Recession was 478k in April 2009.*
    - *Consumer sentiment as measured by the Michigan Consumer Confidence showed the consumer reengaged after the Great Recession about 2012/13 with no doubts it was back beginning in 2014 right thru early 1Q20, Figure 8.*
- **Stocks**
  - **ADSW (Hold, $32.48) -** July 13 and no consent order and both parties walk with no break-up fee. Is WM in a slow walk to that end since divestments are now nearing $350mm sales and $100mm of EBITDA.
  - **CWST (Hold, $48.90)** - Sustainable well above the cost of inflation price leverage in collection and disposal coupled with tuck-in deals once the M&A market is the catalyst to further upside in the FCF conversion to a $100mm target by 2024.
  - **GFL (Buy, C$24.80) -** Quality of revenue upgrade can support price at 4% or better. Sitting on C$1.3B of dry powder for ongoing consolidation. Soils far less cyclical than feared, Liquids as cyclical as expected. FCF conversion can improve to low double digit percent of sales**.**
  - **RSG (Buy, $81.01) -** Steady repeatable discipline around solid waste operating execution delivers price better than inflation, low customer churn and operating leverage translating into healthy upper-single digit FCF growth on a baseline of $1B.
  - **WCN (Buy, $91.57) -** Nimble coupled with a unique business mix means it exits the turmoil stronger and better positioned to sustain strong organic and deal growth and maintain a superior FCF conversion ratio off a baseline of $800mm plus.
  - **WM (Buy, $98.33).** Its own efforts to drive down operating cost, improve disposal price, lower customer churn and extract excess working capital could add $200mm to $300m to baseline FCF of $1.8B to $2B, and may well exceed the benefit of closing on ADSW at terms. Will DOJ seek to extract too high of a divestment sales target to reach a consent order?



# Waste Management Inc. (WM)

## Initiating Coverage with Outperform Rating, $115 Price Target


BAIRD

**Initiating coverage with Outperform rating, $115 price target.** We believe it is a new era at WM, highlighted by faster EBITDA growth, margin improvement and yield/volume growth vs. history. With near-term economic headwinds already discounted in the stock, we believe investors should instead focus on potential opportunities post COVID-19 (revisiting less profitable residential contracts, e-commerce adoption and cost reductions) and what we see as numerous tailwinds coalescing in 2021. Bottom line, we like the setup for both fundamentals and the stock for solid near-term and steady long-term returns.

- **Initiating coverage with an Outperform rating and $115 price target** based on 13.5x EV/2021E EBITDA, equal to the one-year TTM average and consistent with a ~1.0x relative multiple vs. the S&P 500, including ADSW. Also introducing 2020/2021 EPS estimates of $3.59 and $4.11, respectively.

- **A new era at WM.** Under CEO Jim Fish's leadership, WM has unlocked higher levels of EBITDA growth (+6.3% average 2016-2019), margin improvement (2019 EBITDA margins +190bps vs. 2015), Collection & Disposal yield (+2.4% average, highlighted by a recent uptick in MSW yield), and overall volume growth (+2.3% average) – all despite a collapse in recycled commodity prices. We believe it is a new era at the company, following more tepid results pre-2016.

- **Unique set of assets has significant value.** We consider WM's landfill network – which accounts for over 30% of the US market (volume basis) – to be a significant strategic asset, and a key point of differentiation. We also see option value in the company's network of recycling assets, should returns recover to previous levels (fee-for-service model + higher recycled commodity prices).

- **COVID-19 opportunities should pay future dividends.** With near-term economic headwinds a foregone conclusion, we are more interested in potential opportunities stemming from COVID-19, including the opportunity to revisit less-profitable residential contracts (including those with sub-par recycling economics), accelerate the adoption of e-commerce, and potentially lower the company's cost structure (via increased work-from-home, reduced reliance on overtime, and similar).

- **Numerous tailwinds expected to coalesce in 2021.** We see a gradual recovery in commercial/industrial and third-party landfill activity, lapping of adjusted customer payment terms, and normalizing residential disposal volumes supporting premium incremental margins in year one of recovery. A full year of ADSW earnings should also help optics, including any initial synergy capture. All told we model 2021 operating EBITDA of $4.8 billion, up 18% vs. 2020 levels.

- **Stock sets up well from here.** The stock's recent decline is consistent with major peak-to-trough declines since 2001, and WM remains near its relative trough. From here, we see a return to WM's steady long-term trajectory, with the stock roughly in line or better vs. the market 13 of the last 20 years. Conversely, WM should also outperform the broader indices if the market should cool off again.

## INITIATING COVERAGE

### 1-Year Price Chart



### Stock Data

| | |
|---|---|
| Rating: | Outperform |
| Suitability: | Lower Risk |
| Price Target: | $115 |
| Price (5/28/20): | $106.50 |
| Market Cap (mil): | $45,412 |
| Shares Out (mil): | 426.4 |
| Average Daily Vol (mil): | 3.35 |
| Dividend Yield: | 2.0% |

### Estimates

| FY Dec | 2019A | 2020E | 2021E |
|---|---|---|---|
| Q1 | 0.94 A | 0.93 A | |
| Q2 | 1.11 A | 0.72 E | |
| Q3 | 1.19 A | 0.96 E | |
| Q4 | 1.19 A | 0.98 E | |
| **Fiscal EPS** | **4.40 A** | **3.59 E** | **4.11 E** |
| Fiscal P/E | 24.2x | 29.7x | 25.9x |

Chart/Table Sources: FactSet and Baird Data. Price chart reflects most recent closing price.

[ **Please refer to Appendix - Important Disclosures and Analyst Certification** ]

**WM is the largest company in the US municipal solid waste industry**

**David J. Manthey, CFA**
Sr. Research Analyst
dmanthey@rwbaird.com
813.288.8503

**Luke L. Junk, CFA**
Sr. Research Associate
ljunk@rwbaird.com
414.298.5084

**Quinn T. Fredrickson**
Research Associate
qfredrickson@rwbaird.com
414.765.3640

EXHIBIT K PAGE-14

# Advanced Disposal Acquisition (Pending)

**Transaction overview.** WM has agreed to acquire Advanced Disposal (ticker: ADSW) for total consideration of $4.9 billion, including assumed debt, with cash consideration of $33.15/share or approximately $3 billion. This represents approximately 11.5x EV/2019E EBITDA pre-synergies, or ~9.5x synergized EBITDA (more details below). The transaction is expected to close late-2Q20 and is being financed via an already-completed $4 billion senior note offering with coupons ranging between 2.95%-4.15%. The deal is expected to be immediately accretive to adjusted EPS and cash flow.

**Business overview.** With 2019 revenue of over $1.6 billion, Advanced Disposal was the fifth-largest provider of waste management services in North America. The company's regional network spans 16 states in the South, East and Midwest, as well as the Bahamas. ADSW's network consists of 95 collection operations, 73 transfer stations, three MRFs, and 41 owned/operated landfills, serving 2.8 million residential customers and 200,000 commercial and industrial customers – representing a 15% increase in total customer count at WM.

**ADVANCED DISPOSAL ASSET NETWORK**



*Source: Company presentation*

**Synergies.** Management is confident that total synergies will exceed $100 million, split between operating expense savings (~80%) and lower capital expenditures (~20%). Synergy capture is seen weighted to 2021 and beyond, with limited initial synergies anticipated in 2020. The estimated cost to achieve these synergies is $100 million, with integration work largely expected to be completed in the first year following the acquisition. In addition to explicit synergies, WM also expects to leverage recent investments in technology and people to drive enhanced efficiency across ADSW's network.

**Divestitures.** The merger agreement with ADSW contemplates divestitures of no more than $200 million in revenue, but management has not characterized this as "red line" that could prevent the deal from getting done. Regardless of the level of divestitures ultimately required by the Department of Justice, WM expects high demand for any available ADSW assets based on preliminary conversations with many potential buyers.