# EXHIBIT L

# STIFEL

**Waste Management, Inc.**
**WM– NYSE**

June 2, 2020

Solid Waste

## BUY
## COMPANY UPDATE

| Financial Summary | | |
|---|---|---|
| **Changes** | **Previous** | **Current** |
| Rating | — | Buy |
| Target Price | — | $115.00 |
| FY20E Revenue | — | $14.29B |
| FY21E Revenue | — | $14.06B |
| FY20E EPS | — | $3.69 |
| FY21E EPS | — | $3.88 |
| Price ( 06/01/20 ): | | $106.01 |
| 52-Week Range: | | $127 - $85 |
| Market Cap.(mm): | | 45,308.7 |
| Shr.O/S-Diluted (mm): | | 427.4 |
| Enterprise Val. (mm): | | $55,598.0 |
| Avg Daily Vol (3 Mo): | | 3,266,377 |
| Dividend / Yield: | | $2.18 / 2.1% |

| EPS | 2019A | 2020E | 2021E |
|---|---|---|---|
| Q1 | $0.94 | $0.93A | $NE |
| Q2 | $1.10 | $0.76 | $NE |
| Q3 | $1.19 | $0.93 | $NE |
| Q4 | $1.19 | $1.07 | $NE |
| FY (Dec) | $4.40A | $3.69 | $3.88 |
| P/E | 24.1x | 28.7x | 27.4x |

| Revenue | 2019A | 2020E | 2021E |
|---|---|---|---|
| FY (Dec) | $15.45B | $14.29B | $14.06B |
| EBITDA | $4,383.0A | $3,980.3 | $4,063.2 |
| EV/EBITDA | 12.7x | 14.0x | 13.7x |
| FCF | $2.10B | $1.80B | $1.98B |
| FCF Yield | 4.6% | 4.0% | 4.4% |

*For FY20 we assume Capital Spending is only cut by 10% vs FY20 guidance*

### Price Performance



## WM: If Cash on Cash Returns Matter, How Does the ADSW Deal Impact WM; It depends on What they Pay?

### Summary

We reiterate our Buy rating and $115 target price on Waste Management (WM, Buy, $106.01). On April 15, 2019, WM proposed to pay $33.15 per ADSW share ($5.026B EV or 11.27x forecast FY19 EBITDA). Divestitures were assumed to be $200mm with $50mm EBITDA. We estimate WM assumed a 10% IRR and 6% sustainable FCF growth post closing. WM targeted $100mm of FCF synergies. It appears there are more divestments and lower starting EBITDA (pre-Covid impact). At terms, the ADSW deal would lower the FY19 ROIC from 13.7% to 11.7% compared to 12.4% in FY17. Since April19, ADSW paid down $60mm of debt, but produced FY19 EBITDA of $425mm vs. expectations of $446mm. As such, holding constant the IRR (10%) and FCF growth rate (6%), the purchase price would need to come down to $24.23/share. Otherwise the IRR falls to 7.5% or the synergies have to rise to $186mm.

### Key Points

- **ROIC calculations versus traditional approach.**
  - **WM NOPAT calculation.** Annual adjusted income from operations less adjusted provisions for income taxes (adds back tax benefit/loss related to one time items to the reported income taxes), Figure 1.
  - **Stifel NOPAT calculation and comparison.** Our calculation for NOPAT reduces adjusted income from operations by taxes paid. In comparison, since cash taxes paid vs. book taxes were lower in both years, our NOPAT is higher by $185mm in 2019 and $236mm in 2017. NOPAT in 2019 is $2.332B per WM and $2.517B under our method, Figure 1.
  - **WM Invested Capital.** Starts with average total debt and stockholders' equity over the past four quarters reduced by average cash and cash equivalents over the same period.
  - **Stifel Invested Capital Method.** We use year-end total assets and add back cumulative impairments and subtract short term liabilities excluding debt and cash required for operations. We consider cash required for operations as either actual cash, or if it is less, 5% of the combination of operating expenses, SG&A and D&A. In comparison, IC per WM in 2019 was $16.978B versus $24.385B under our method.
  - **ROIC comparison.** We use the average of current and prior year-end invested capital to calculate ROIC (Return on Invested Capital). Based on these assumptions, we calculate ROIC improving from 9.8% in 2017 to 10.3% in 2019. WMs method shows ROIC improving from 12.4% to 13.7%.
- **ROIC comparison to peers.**
  - **WM method.** The WM ROIC was 12.4% in 2017 improving to 13.7% in 2019. The bulk of the driver of this improvement is NOPAT, which increased by 27% vs. an IC increase of 15%, Figure 1. Tax reform reduced the tax rate to 20% in 2019 from 36% in 2017. On a 36% tax rate, book taxes would have been around $850mm and ROIC would have been 11.6% in FY19, a decline from FY17. We cannot replicate the WM calculation for RSG and WCN for 2017 and 2019. ROIC was flat for RSG (11.2% to 11.3%) and declined for WCN (11.2% to 10.7%). We assume tax reform created a similar upside to ROIC for RSG. WCN has the complexity of Canadian taxes in mix. Another, complication is bonus depreciation and how and when it has been applied, Figure 2.

**Michael E. Hoffman** | (443) 224-1305 | mehoffman@stifel.com
**Brian J. Butler**, CFA | (410) 246-6315 | butlerbr@stifel.com
**Aadit Shrestha** | (443) 224-1336 | shresthaa@stifel.com
**Stifel Equity Trading Desk** | (800) 424-8870

**Stifel does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
**All relevant disclosures and certifications appear on pages 13 - 15 of this report.**

EXHIBIT L PAGE 1

**Waste Management, Inc.**

Company Update

**WM – NYSE**

**June 2, 2020**

Solid Waste

## Investment Thesis

- *In our view, solid waste is a necessary service, recession resistant and produces prodigious FCF with a structural growth rate better than the overall market.*

## Key Points (continued)

- **ROIC comparison to peers (continued)**
  - **Traditional method.** Our ROIC method has WM absolute ROIC at 10.3% in 2019, better than RSG and WCN at 8.7% and 6.6%, respectively. However, we have not accounted for pooling of interest accounting impact on both WM and RSG. We suspect the IC for each are understated by billions of dollars. That is why the incremental improvements to ROIC become more impactful in our view vs. the absolute comparisons. RSG posted the better incremental improvement going from 6.8% in 2017 to 8.7% in 2019 as NOPAT improved 36% versus average IC of 6%. WCN's ROIC improved from 5.9% to 6.6% with NOPAT and average IC increasing 26% and 12%. WM's ROIC improvement was the lowest at 50bps going from 9.8% to 10.3%, driven by an increase in NOPAT of 22% versus 15% average IC, Figure 3.

- **Impact of ADSW deal to WM cash on cash returns.**
  - **April 15, 2019 deal terms.** On April 15, 2019, ADSW was expected to produce FY19 and FY20 EBITDA of $446mm and $473mm, respectively, with FCF of $142mm and $150mm, which put the EV valuation at 11.27x and 10.62x (before synergies). The divestments were assumed at $200mm and $50mm of EBITDA at the same valuation as WM was paying (before synergies) for ADSW. WM assumed total FCF synergies of $100mm: $35mm operating, $30mm cash interest savings (160bp lower debt cost) and $35mm less capital spending. Inferred in the WM valuation, we believe, is a 10% IRR and 6% sustainable FCF growth rate.
  - **What is WM buying today.** The ADSW EBITDA is down to ~$400mm EBITDA (we assume the pandemic impact to FY20 forecast of $365mm is normalized). At $33.15/share plus net debt, the current EV is $4.966B vs $5.026B when announced April 15, 2019, or 12.42x. The EV difference accounts for ADSW paying down $60mm of debt in FY19. The $46mm reduction in expected Y-1 EBITDA accounts for the higher valuation difference of 115bp.
  - **FCF post synergies and divestments now.** We assume divestments are now $350mm sales and $95mm EBITDA. With the increase in divestments, we assume total savings/synergies go up to $111mm from $100mm, resulting from capital spending savings increase of $18mm offset by operating and interest expenses synergies declining by $7mm, Figure 5.
  - **Assuming 10% IRR and 6% FCF growth rate inferred in the original purchase price what can WM pay now?** Based on our divestment and synergies assumptions, WM can only pay $24.23/share, or a 10.3x deal multiple, Figure 6. Otherwise, synergies/cost savings would have to increase by $75mm to $186mm from our current estimate of $111mm, or IRR would have to come down to 7.5% from 10%.
  - **Deal Impact to ROIC.** Under current deal terms, we calculate ADSW ROIC of 2.6% pre-divestments and synergies based on WM ROIC method. Post merger and with the impact of synergies and divestments with EBITDA sold at 10x, the WM 2019 ROIC would be reduced to 11.7% from 13.7% at $33.15 share price under current terms and to 12.2% based on a share price of $24.23/share, Figure 4.

## Target Price Methodology/Risks

- **Target Price.** Our $115 target price assumes FY20E free cash flow of $1.801B with a 10-year CAGR of 5.2% and a long-term rate of 4.5%. Our analysis also assumes WM will reduce leverage to 3.3x. We use a discount rate of 8.0%.
- **Risks**. There are always risks the target price for any security will not be realized. In addition to general market and macroeconomic risks, for Waste Management risks to our target price include working capital gains reverse and FCF upside stalls on less operating leverage as cost inflation accelerates, operating costs exceeding inflation, changes in regulatory environment as well as the company's ability to successfully manage volatility in commodity and labor expenses.

## Company Description

- Waste Management, Inc. is the largest provider of waste management disposal and environmental services in North America. Waste Management provides collection, transfer, recycling, and disposal services via a network including 399 collection operations, 249 landfills, 297 transfer stations and 104 recycling facilities. The company has 45,000 employees servicing over 21 million residential, commercial, and industrial customers. The company is headquartered in Houston, TX.





## Solid Waste AM Call Talking Points From CSI-Boston: Solid Waste Is Coming Back Better than Expected

### Summary

Solid Waste: CSI-Boston Observations: Before: was Great, During: Not As Bad as Feared & After: So far So Good.

### Key Points

**What – Before, During & After Covid/Great Shutdown – Lessons Learned from CSI-Boston**

1. Before: Solid Waste was off to a strong start with robust price and active M&A.

2. During: Initial impact late March, bottoms in mid-to-late April with sales and volumes trough at down 9% to 25% depending on the line of business. The bottom was not as deep as feared.

3. After: As state economies reopened, commercial collection and roll-off collection began a recovery and landfill volumes lifted; recovery has been better than expected.

**Why – Restart Observations**

1. Impact to volumes and margins were less negative than expected.

2. Most service-on-hold commercial customers came back on-line at the same service interval.

3. Scope and pace of a recovery dependent on the degree a state economy is reopened.

4. Residential volumes are up from WFH but less than the peak and lite commercial volumes plus better landfill volumes help dampen or offset totally the added residential cost.

**Why Now – Truisms in Solid Waste**

1. **Price –** unit price is not under pressure, actual price increases still happening.

2. **Cost containment –** cuts came out fast focused on time and weight based metrics and many can come back on slower than sales rebound.

3. **Balance sheets and liquidity –** cash collections good, liquidity strong no covenant risks, slight uptick in bad debt.

4. **FCF Outlook –** will prove to be robust even if capital spending is nearly normal.

5. **Cares Act –** payroll cash tax deferral a real benefit – interest free loan for two years with Dec21 and Dec22 payback.

6. **M&A Trends –** short pause, activity restarting, logistics less cumbersome; Covid sellers and election uncertainty could drive activity to above normal in 2H.

7. **ESG –** acknowledge the need to set goals, with clear timelines and regular updates.

**Additional**

1. **Stock Outlook from Here** (prices are as of the close, June 15, 2020)

   a. **ADSW (Hold, $31.34) -** Time has passed to get a shareholder vote done to approve a lower price from WM before the July 13 termination date. Does that mean it is done at terms, or WM holds a tender offer at a lower price, or a lower price is agreed to and the termination date is extended at the same time, or is there no consent order agreement from DOJ with WM and the deal just terminates?

   b. **CWST (Hold, $50.30) -** Back on track to meet 2021 FCF target with upside to $100mm by 2024. (see CSI webcast)

   c. **CVA (Hold, $9.46) -** Blended average tip fee is leveling off and if the current trend line holds 4Q20 could see it turn positive. It should return to better than FY19 levels of $59.08 when volumes are back to normal. (see CSI webcast)

   d. **GFL (Buy, C$24.97) -** Solid waste recovery is enhanced by further progress improving operating leverage too. Soils proving less cyclical and liquids slower to rebound even with VMT uptick; FCF target 14% of sales by 2022. (see CSI webcast)

   e. **RSG (Buy, $81.66) -** On pace to hit the low end of the original FCF guidance of $1.175B as the recovery of commercial collection and landfill is better week to week (service intervals and weight) on a leaner cost structure. (see CSI webcast)

   f. **WCN (Buy, $91.36) -** Pace and scope of recovery suggests original 200bp margin hit could be less by 20bp to 50bp with upside to $750mm FCF target too. (see CSI webcast)

   g. **WM (Buy, $104.49) -** Nearly 60% of sales are in Canada or states that are not reopened fully. That means WM's business activity may recover more slowly than the peer group. WM should walk or recut ADSW deal to maintain high quality cash-on-cash returns. (see CSI webcast)

**Michael E. Hoffman** | (443) 224-1305 | mehoffman@stifel.com
**Brian J. Butler**, CFA | (410) 246-6315 | butlerbr@stifel.com
**Aadit Shrestha** | (443) 224-1336 | shresthaa@stifel.com
**Stifel Equity Trading Desk** | (800) 424-8870

**Stifel does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
**All relevant disclosures and certifications appear on pages 2 - 4 of this report.**

# Jefferies

**EQUITY RESEARCH**
USA | Environmental Services

## Environmental Services
## Waste Sector (WM, RSG, WCN, CWST): June Commercial Volume Update

June 23, 2020

### Key Takeaway

**Our June commercial waste survey suggests commercial volume recovery is coming in quicker than expected baring another lockdown which is positive for the space. Having said that, we still prefer names with M&A catalysts and superior pricing with less potential resi WFH margin impact. WCN and CWST stack up better than RSG and WM for now.**

**Commercial Survey Suggests the Recovery in Commercial Volume is Coming in Better Than Expected.** We did a second round of surveys with ~500 respondents in mid June (first round was early April) to get a sense for how commercial waste volumes could be trending. Of the ~500 surveyed, ~400 were customers of the public solid waste companies (WM, RSG, WCN, CWST). Our work suggests ~62% of small businesses that reduced or discontinued service have asked for service increases which indicates the recovery in commercial volume is coming in better than expected. This is also consistent with states reopening, better than expected employment gains in May on the back of construction, hospitality and leisure, and better than expected retail sales print in May. Our survey also jibes with WCN comments in our recent meetings (see WCN Management Meeting Takeaways) that solid waste volumes could improve 100-200bps sequentially. Moreover, our economist commentary (see Tracking the Reopening of the US Economy with Real-Time Data) is broadly consistent with the trends of sequential improvement as US small business activity (measured by total employee hours) has retraced 60% of its decline and 40% of previously closed retail locations have reopened.

**Prefer Names with M&A Catalysts (WCN, CWST).** Although commercial volume is rebounding, we do not think we see positive volume until 1H 2021 (remember Q2 will be a very easy comp) for the sector. In terms of the stocks, we continue to prefer WCN and CWST which are names where there is M&A "pent-up demand" post COVID-19 and where the residential margin pressure (on the back of greater WFH dynamics) is limited due to various offsets (more subscription mix, more franchise/exclusive contracts).

**Brunt of Resi Margin Impact to be Felt in Q2 (Impacts WM/RSG More).** It is also worth pointing out that the brunt of the residential margin impact is likely to be seen in Q2 given "full shutdown" impact being more pronounced. It would also not surprise us to see at least 50bps margin pressure from the majors or more due to weaker muni resi profitability. The renegotiation of muni resi contracts is not a short process, can be complicated and can probably last a number of years. As the sector saw with recycling the process can take 3 years and still not be 100% complete.

**Overall pricing trends continue to hold up** and it will be interesting to see if landfill pricing ramps up in Q2 given the counter balance between higher industry discipline and lower industry volume tonnage.

**Figure 1 - If you reduced or discontinued waste service, have you since asked for a service increase?**



Source: Jefferies Proprietary Survey

**Figure 2 - Have you discontinued waste service or asked for service decrease?**



Source: Jefferies Proprietary Survey

Hamzah Mazari, CPA *
Equity Analyst
+1 (212) 284-2076
hmazari@jefferies.com

Mario Cortellacci, CFA *
Equity Analyst
+1 (212) 284-2491
mcortellacci@jefferies.com

John Mazzoni *
Equity Associate
+1 (212) 738-5586
jmazzoni@jefferies.com

Ryan Gunning, CPA *
Equity Associate
(212) 510-3241
rgunning@jefferies.com

**Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 9 to 15 of this report.**

* Jefferies LLC / Jefferies Research Services, LLC

EXHIBIT L PAGE-4

This report is intended for hmiller3@wm.com. Unauthorized distribution is prohibited.

# Jefferies

## WASTE MANAGEMENT (WM)

| RATING | PRICE | MARKET CAP |
|---|---|---|
| **HOLD** | **$103.70^** | **$44.2B** |

| PRICE TARGET (PT) | UPSIDE SCENARIO PT | DOWNSIDE SCENARIO PT |
|---|---|---|
| **$103.00 (FROM $97.00)** | **$132.00** | **$80.00** |

^Prior trading day's closing price unless otherwise noted.

| Estimates | | | | |
|---|---|---|---|---|
| USD | 2019A | 2020E | 2021E | 2022E |
| Rev. (MM) | 15,455.0 | 15,241.0 | 15,752.1 | 16,377.2 |
| *Previous* | | | | |
| EBITDA (MM) | 4,362.0 | 4,304.0 | 4,511.8 | 4,682.6 |
| *Previous* | | | | |
| Total FCF (MM) | 2,056.0 | 1,864.4 | 2,200.0 | 2,442.4 |
| *Previous* | | | | |
| FCF/Share | 4.83 | 4.40 | 5.24 | 5.89 |
| *Previous* | | | | |
| EPS | | | | |
| Q1 | 0.94 | 0.93A | 1.06 | 1.15 |
| *Previous* | | | | |
| Q2 | 1.10 | 0.98 | 1.07 | 1.14 |
| *Previous* | | | | |
| Q3 | 1.19 | 1.06 | 1.14 | 1.21 |
| *Previous* | | | | |
| Q4 | 1.19 | 1.17 | 1.24 | 1.40 |
| *Previous* | | | | |
| FY Dec | 4.42 | 4.13 | 4.51 | 4.90 |
| *Previous* | | | | |

| Valuation | | | | |
|---|---|---|---|---|
| USD | 2019A | 2020E | 2021E | 2022E |
| EV/Rev | 3.5x | 3.6x | 3.5x | 3.3x |
| EV/EBITDA | 12.5x | 12.7x | 12.1x | 11.7x |
| FCF Yld | 4.65% | 4.22% | 4.98% | 5.52% |
| P/Rev | 2.9x | 2.9x | 2.8x | 2.7x |
| FCF Yield | 4.65% | 4.24% | 5.06% | 5.68% |
| FY P/E | 23.5x | 25.1x | 23.0x | 21.2x |

## The Long View

### Scenarios

**Base Case**

- Commercial volume headwinds (down 10%+) due to customer shutdowns from COVID-19.
- Return to mid single digit organic revenue growth in 2021 with higher operating leverage based on tech and incremental capex investments made in 2019.
- Delay in ADSW deal close (originally expected Q1 2020). Still don't expect hiccups from DoJ.
- Recycling headwind moderates.
- No significant capital allocation/portfolio catalysts given higher balance sheet leverage (3.5x Net Debt/EBITDA) post ADSW
- $103 PT based on our pro forma 2021E FCF/Share estimate of $5.24 (accounts for ADSW deal) at ~19.5x P/FCF multiple

**Upside Scenario**

- Commercial volume bounce-back post COVID-19 with impact being short- lived.
- Landfill pricing accelerates from current run rate of ~4.5% given change in pricing philosophy (i.e. moving away from "airline model, pricing for infrastructure asset).
- ADSW synergies of ~$100mm+ appear conservative.
- "Lags" going into a recession by 1 year. Recycling becomes a tailwind.
- Working capital improvements (lags RSG). Churn has ~150bps room for improvement.
- $132 PT based on our pro forma 2021E FCF/Share estimate of $6.29 at ~21x P/FCF multiple

**Downside Scenario**

- Commercial volumes down more then 10% for extended period of time with COVID-19 shutdowns lasting into 2021.
- Landfill pricing is at peak and volumes at peak vs peers.
- No balance sheet (M&A, etc.) catalysts given leverage.
- Investments hurt near-term FCF profile and SG&A cuts in rear view mirror. Tech impact overstated.
- ADSW deal takes even longer to close and has more divestitures.
- $80 PT based on our pro forma 2021E FCF/Share estimate of $4.72 at ~17x P/FCF multiple

### Investment Thesis / Where We Differ

- Landfill pricing is not at peak (secular and structural changes in the marketplace result in acceleration). Could go to 5-6% longer term. COVID-19 and commercial volume decline pushes benefit to the right.
- There is value in the ADSW deal longer term, but near term it is likely to be bumpy particularly with a piece of the business going toward divestitures. We also believe integration process on ADSW will be more challenging not just due to COVID-19 but also due to the fact that it has taken so long to close the deal (originally expected Q1 20, still not closed).

### Catalysts

- Earnings
- Updates on ADSW deal
- Buybacks / higher dividend
- Acquisitions
- Inflections in pricing

June 23, 2020
Please see important disclosure information on pages 9 - 15 of this report.

EXHIBIT L PAGE-5

This report is intended for hmiller3@wm.com. Unauthorized distribution is prohibited.

# RAYMOND JAMES

US RESEARCH | PUBLISHED BY
RAYMOND JAMES & ASSOCIATES

## WASTE MANAGEMENT, INC.  (WM-NYSE)

Waste and Industrial Services | Waste Services
**Patrick Tyler Brown, CFA** | (404) 442-5803 | tyler.brown@raymondjames.com
**Charles Wohlhuter, Sr. Res. Assoc.** | (404) 442-5832 | charles.wohlhuter@raymondjames.com

**JUNE 25, 2020 | 12:05 AM EDT
COMPANY BRIEF**

### WM "Re-Cuts" ADSW Deal Terms; Sizing Accretion for WM & GFL

| **Outperform 2** | |
|---|---|
| Suitability | Medium Risk/ Income |

- **Updated WM-ADSW Deal Terms:** After a long and much anticipated wait, Waste Management (WM) issued a press release announcing new terms to its pending acquisition of Advanced Disposal (ADSW/$30.17/Not Covered) that included a new purchase price of $30.30 per share in cash vs. the prior $33.15 per share cash offer, $345 million in revenue divestitures (GFL Environmental buying essentially all assets immediately following WM-ADSW deal closing), and a closing date by the end of 3Q20 subject to shareholder and regulatory approvals. We believe a "re-cut" of the deal was long anticipated, particularly given that ADSW's stock price had meandered down from its prior takeout price as the market felt like it was clearly anticipating an event like this to take place, in our view. While the $345 million of divestitures were even higher than we originally anticipated (we felt it could be $200-300 million), in our view, re-cutting the price and having a bidder in tow for the divested assets (GFL) reduces risk around WM being able to close this deal and should incrementally quell speculation around "what if" scenarios. That said, the release did not include any updates around accretion, but WM still expects "annual cost and capex synergies to exceed" the previous $100 million level, despite what we view as more divestitures than anticipated. Further, recall that WM was already effectively "money good" to complete the deal prior to this announcement given the raise of some ~$3 billion in May 2019. However, given circumstances, WM now expects that its outstanding senior notes issued in May 2019 that carried a special mandatory redemption feature will be redeemed pursuant to their terms and funding the transaction will be done with a combination of credit facilities, commercial paper, and/or other financing options. While we stress the deal has not yet been cleared by regulatory bodies and ADSW shareholders still must approve the deal, we do feel there's a high likelihood WM will be able to (finally) cross the finish line.

- **Sketching Out Accretion for WM:** While specifics around accretion were not provided, we've included our updated proforma sketch on page-three with the updated terms to help conceptualize contribution. Big picture, we estimate ADSW will boost EBITDA by a high-single digit percentage incorporating 2021 consensus estimates for ADSW and the announced divestitures. Further, while WM is targeting $100 million of expense and capex synergies, we assume ~$75 million are P&L savings of which ~75% are garnered in the first year which could prove conservative depending on how well the integration process goes. Our FCF accretion estimate, on the other hand, is likely more fluid given unknown specifics of the ultimate financing decisions, cash tax implications, and even timing of capex savings. Above all, based on our assumptions (including a slight discount to the 2021 consensus FCF estimate of $130 million for ADSW), we peg FCF/share accretion in the high-single digit percentage range - a level we feel confident about.

- **Sketching Out Accretion for GFL:** Since there had been ongoing chatter around GFL being first in line for divestitures, GFL's press release (immediately following WM's) was not surprising in our view. This said, the pre-synergy purchase price multiple of ~9x EBITDA (on our math) is arguably attractive when compared to where peers in the space are trading (average in the low double-digits on our 2021 estimates). As a reminder, GFL reports in CAD and the deal terms are noted in USD and need to be converted. Looking at our proforma sketch

### MARKET DATA

| | |
|---|---|
| Current Price (Jun-24-20) | $101.37 |
| Market Cap (mln) | $42,780 |
| Current Net Debt (mln) | $10,327 |
| Enterprise Value (mln) | $53,107 |
| Shares Outstanding (mln) | 422.0 |
| 30-Day Avg. Daily Value (mln) | $234.6 |
| Dividend | $2.18 |
| Dividend Yield | 2.2% |
| 52-Week Range | $85.34 - $126.79 |
| BVPS | $15.82 |
| ROE | 28.0% |
| Net Debt as % of Cap | 61% |

### KEY FINANCIAL METRICS

| | 1Q | 2Q | 3Q | 4Q |
|---|---|---|---|---|
| Non-GAAP EPS ($, Dec FY) | | | | |
| 2019A | | | | |
| | 0.94 | 1.11 | 1.19 | 1.19 |
| 2020E | | | | |
| | 0.93 | 0.81 | 0.97 | 1.08 |
| 2021E | | | | |
| | 0.93 | 1.15 | 1.17 | 1.16 |

| | 2019A | 2020E | 2021E |
|---|---|---|---|
| Non-GAAP EPS ($, Dec FY) | | | |
| | 4.40 | 3.79 | 4.41 |
| P/E (Non-GAAP) | | | |
| | 23.0x | 26.8x | 23.0x |
| GAAP EPS ($, Dec FY) | | | |
| | 3.91 | 3.58 | 4.31 |
| Revenue (mln) ($, Dec FY) | | | |
| | 15,455 | 14,750 | 15,800 |
| Operating Margins (Dec FY) | | | |
| | 18.2% | 17.4% | 18.6% |
| EBITDA (mln) ($, Dec FY) | | | |
| | 4,385 | 4,100 | 4,500 |
| FCF/Share ($, Dec FY) | | | |
| | 4.93 | 4.35 | 5.21 |

*Source: Thomson One, Raymond James & Associates. Quarterly figures may not add to full year due to rounding.*
*Non-GAAP EPS excl. one-time and unusual items.*

**Please read domestic and foreign disclosure/risk information beginning on page 4 and Analyst Certification on page 5.**

EXHIBIT L PAGE 6

hmiller3@wm.com Heather Miller 06/25/20 02:35:00 PM Waste Management