# EXHIBIT M

The Wayback Machine - https://web.archive.org/web/20200128184129/https://www.wastedive.com/news/waste-ma...



# Waste Management and Advanced Disposal working toward multi-state divestiture plan

Following ongoing DOJ dialogue, a package of potential divestitures is circulating that could clear the $4.9 billion deal for antitrust approval. Multiple buyers are viewed as increasingly likely.

By Cole Rosengren

Updated Jan. 28 2020, 12:28 p.m. CST •Published Jan. 28, 2020

Waste Management's biggest acquisition in decades is scheduled to close within months and activity to finalize a divestiture package is underway.

Given the antitrust scrutiny expected for the Texas giant's $4.9 billion deal to buy Advanced Disposal Services, both parties agreed to sell assets worth up to $200 million in annual revenue if needed. While Waste Management CEO Jim Fish's prediction that the deal could close even sooner than Q1 has since been walked back, the company reports all is copasetic.

"We continue to work with the Department of Justice and expect to close within the original 12 to 15-month timeline as we originally guided," spokesperson Janette Micelli told Waste Dive via email. "Everything is progressing as expected."

Advanced referred a request for comment to Waste Management.

EXHIBIT M PAGE-1

Sources outside of the two companies indicate a multi-market divestiture package has been circulating since late last year. It's now considered possible that package could be worth more than the projected $200 million, but as of this month details were still not finalized. Competitors and customers are closely watching which assets in an expected four or more states will end up on that list.

## Look to the north

The Department of Justice's (DOJ) two main areas of focus for judging market concentration have traditionally been disposal assets and "small container commercial waste collection." The agency does not comment on ongoing antitrust reviews and has made no public statements about where the process stands following a second request for information in July 2019. DOJ staff have likely been conducting in-depth research for months, per the agency's standard practice.

"They're typically going to call a number of customers, they're going to talk sometimes to competitors as well," said Eric Lewis, a former economist in DOJ's Antitrust Division and current assistant professor at Texas A&M University, adding that cooperation from the companies is also important. "They don't want DOJ to get it wrong, so if they can get them good info from the get-go that really helps DOJ to evaluate things."

Lewis said beyond the initial research phase – which could involve outside consultants – DOJ economists and attorneys will also spend significant time evaluating what they've found and potentially following up on areas of concern.

For this deal, the DOJ has enlisted research assistance from at least one outside firm. Some local haulers, county staff and others

EXHIBIT M PAGE-2



# Waste Management predicts March DOJ approval for Advanced deal, with 'robust' divestiture interest

2019 earnings were favorable, despite prolonged recycling headwinds, and landfill pricing continues to rise. Executives now anticipate $100 million-plus in synergies if the Advanced deal closes.

Published Feb. 14, 2020



Cole Rosengren
Lead Editor

*E.A. Crunden*

### 2019 EARNINGS

| | |
|---|---|
| Revenue | $15.46B |
| YoY Change | 3.7%▲ |
| Net Income | $1.67B |

### Q4 EARNINGS

| | |
|---|---|
| Revenue | $3.85B |
| Net Income | $447M |

Waste Management closed out 2019 with $4.28 billion in operating EBITDA — up 4% over 2018 — driven in part by ongoing

EXHIBIT M PAGE-3

strength in its collection and disposal business that more than offset recycling headwinds. Annual MSW landfill pricing was the company's best yet, with CEO Jim Fish touting during a company earnings call that he believes new levels are "really here to stay" after many years of volatility.

The industry giant projected further growth in 2020, with operating EBITDA as high as $4.66 billion and free cash flow possibly as high as $2.25 billion. That does not factor in a looming acquisition that would be the company's largest in decades.

## All eyes on Advanced

- A $4.9 billion bid to acquire Advanced Disposal Services, announced in April 2019, is still pending antitrust approval from the U.S. Department of Justice (DOJ). COO John Morris reiterated past guidance that it is "on a trajectory we think to get clearance from DOJ right towards the end of the quarter."

- Executives anticipate DOJ could allow them to close the deal before completing required divestitures. That divestiture package has attracted "a really robust lineup of suitors" according to Morris, who likened it to "a line around the block of folks who are interested in these assets."

- Following approval, Morris now expects Waste Management could "achieve synergies in excess of the $100 million we laid out" and start seeing those gains in 2021 after an initial integration period.

Speculation has been swirling about the status of this deal in recent months, following a relatively tight-lipped discussion during the company's October Q3 call. As reported by Waste Dive in January, a divestiture package worth $200 million or more in annualized revenue has been circulating since late last year. Sources indicate it

EXHIBIT M PAGE-4

could ultimately include assets in states such as Wisconsin, Illinois, Pennsylvania, Georgia or possibly elsewhere.

Given overlap by large competitors in some of the relevant markets, many now expect there might have to be two buyers. One financial analyst asked about this in a broader question on Thursday's call, but executives did not address it. Morris said some of the expected divestitures are "in very high demand" given their quality, with Fish describing them as assets that "had it not been for this acquisition, would have never seen the light of day."

Beyond those required regulatory steps, Waste Management appears to be equally focused on a detailed integration plan to retain both employees and customers. The challenges of syncing up an acquisition of this scale are well-known, especially for Waste Management given its past experience.

During a December conference call with financial firm UBS, Fish described the task ahead as akin to integrating 10 smaller companies, given the industry's local nature. Citing multi-year issues in Kansas City, Kansas after the 2015 acquisition of Deffenbaugh Industries, Fish said the company had learned the importance of good local leadership and cautioned that "I don't want to spend three years trying to integrate ADS."

## Closing out 2019

- Fish described 2019 landfill pricing as one of the year's "bright spots" because it was increasing at a steadier rate to cover leachate costs, which he said are now going up "on a permanent basis." Yield is also beginning to improve for residential collection, which will be a continued focus — along with transfer stations — this year.

 An official website of the United States government
Here's how you know

THE UNITED STATES
DEPARTMENT *of* JUSTICE
STICE NEWS

**Department of Justice**

Office of Public Affairs

FOR IMMEDIATE RELEASE                                          Tuesday, March 17, 2020

# Justice Department Announces Antitrust Civil Process Changes for Pendency of COVID-19 Event

**Process Changes Will Ensure that the Department Can Carry Out Its Enforcement Mission While Protecting the Health and Safety of Its Employees and the American Public**

The Department of Justice Antitrust Division announced today that it has adopted a series of temporary changes to its civil merger investigation processes, which will remain in place during the pendency of the coronavirus (COVID-19) event. These changes will ensure that the Antitrust Division will be able to continue operations as its employees carry out their duties to protect American consumers under a mass telework directive, in accordance with health guidance from the CDC, WHO, and other health authorities.

"As the Antitrust Division takes steps to protect the health and safety of its work force and the parties that appear before it, these process changes will ensure that the Division can continue to review transactions efficiently and effectively," said Assistant Attorney General Makan Delrahim of the Department of Justice's Antitrust Division. "The Division remains open for business, and we will continue to carry out our mission to protect competition and the American consumer. We are in this together and intend to work cooperatively with the business community on pending mergers, consistent with our responsibilities under the antitrust laws and to protect the health and safety our employees and the public."

The civil process changes include the following:

- For mergers currently pending or that may be proposed, the Antitrust Division is requesting from merging parties an additional 30 days to timing agreements to complete its review of transactions after the parties have complied with document requests. If circumstances require, the Division may revisit its timing agreements with merging parties in light of further developments.
- The Antitrust Division will allow electronic filing of Hart-Scott-Rodino submissions.
- The Antitrust Division will conduct all meetings by phone or video conference (where possible), absent extenuating circumstances.
- All scheduled depositions temporarily will be postponed and will be rescheduled using secure videoconferencing capabilities.

For questions regarding these process changes, please contact Amy Fitzpatrick at 202-476-0529, or Amy.Fitzpatrick@usdoj.gov.

**Topic(s):**
Antitrust

**Component(s):**



# Waste Management reports Advanced Disposal acquisition delayed until Q2

The two companies have been working toward federal antitrust approval for many months, with a multi-state divestiture package close to finalized, but COVID-19 is now cited as a delaying factor.

Published Jan. 28, 2020  •  Updated March 18, 2020

 Cole Rosengren
Lead Editor

_Waste Management_

**_UPDATE: March 18, 2020:_** _Waste Management filed a notice with the Securities and Exchange Commission that it now anticipates receiving federal regulatory approval to acquire Advanced Disposal Services later than expected, putting the deal on track to close "mid to late second quarter 2020." The company cited the ongoing COVID-19 outbreak as a factor. This comes after executives reported on a Feb. 13 earnings call they were still confident in a late March approval._

Waste Management's biggest acquisition in decades is scheduled to close within months and activity to finalize a divestiture package is underway.

Given the antitrust scrutiny expected for the Texas giant's $4.9 billion deal to buy Advanced Disposal Services, both parties agreed to sell assets worth up to $200 million in annual revenue if needed. While Waste Management CEO Jim Fish's prediction that

EXHIBIT M PAGE-7

the deal could close even sooner than Q1 has since been walked back, the company reports all is copasetic.

"We continue to work with the Department of Justice and expect to close within the original 12 to 15-month timeline as we originally guided," spokesperson Janette Micelli told Waste Dive via email. "Everything is progressing as expected."

Advanced referred a request for comment to Waste Management.

Sources outside of the two companies indicate a multi-market divestiture package has been circulating since late last year. It's now considered possible that package could be worth more than the projected $200 million, but as of this month details were still not finalized. Competitors and customers are closely watching which assets in an expected four or more states will end up on that list.

## Look to the north

The Department of Justice's (DOJ) two main areas of focus for judging market concentration have traditionally been disposal assets and "small container commercial waste collection." The agency does not comment on ongoing antitrust reviews and has made no public statements about where the process stands following a second request for information in July 2019. DOJ staff have likely been conducting in-depth research for months, per the agency's standard practice.

"They're typically going to call a number of customers, they're going to talk sometimes to competitors as well," said Eric Lewis, a former economist in DOJ's Antitrust Division and current assistant professor at Texas A&M University, adding that cooperation from the companies is also important. "They don't want DOJ to get it



# Waste Management and Advanced Disposal still negotiating divestitures as deal deadline looms

The parties have less than two months to receive Department of Justice approval and close this $4.9 billion transaction. A look at competitive concerns around Chicago show the complexities involved.

Published May 20, 2020



Cole Rosengren
Lead Editor

*Courtesy of Advanced Disposal Services*

More than 13 months after Waste Management announced plans to acquire Advanced Disposal Services for $4.9 billion, the parties still await federal regulatory approval with less than two months until a significant deadline.

The deal continues to be viewed favorably in the financial community, with more than $100 million in operational synergies anticipated, at a time when transactions in numerous other industries are unraveling due to the pandemic's economic disruptions. But its extended length to completion has not gone unnoticed. Many analysts, brokers and industry sources Waste Dive has spoken to in recent weeks are wondering whether a price cut might be attempted, and why a divestiture agreement isn't finalized yet. Multiple potential buyers could still be in the mix for divestitures, though that list appears to have narrowed lately.



# Waste Management-Advanced divestitures projected to be substantially above original cap

Published June 23, 2020

 Cole Rosengren
Lead Editor

*Courtesy of Advanced Disposal Services*

## Dive Brief:

- The U.S. Department of Justice (DOJ) could potentially require anywhere from $250 million to $370 million worth of divestitures from Waste Management's pending acquisition of Advanced Disposal Services, based on assessments from multiple sources including financial analysts with Jefferies and Stifel. The merger agreement's original cap was for divestitures worth $200 million in annual revenue.

- GFL Environmental is now the expected buyer for most or all of those assets, with a heavy focus on Wisconsin where M&A news service CTFN recently reported the DOJ may be asking for additional divestitures. In a Monday report, Stifel estimated the Canadian company could pay upward of $760 million for a package with notable assets in Great Lakes states and operations elsewhere. GFL did not respond to a request for comment.

- Waste Management did not reply to a request for comment on reports about the divestiture package or whether it still expected

EXHIBIT M PAGE-10

the deal to close by the end of Q2, now one week away. During a June 10 Stifel virtual conference, CFO Devina Rankin said "the Waste Management team works closely with the DOJ to continue to move the transaction forward." Advanced deferred to Waste Management for comment.

## Dive Insight:

One of the largest deals the North American waste industry has seen in years is also becoming among its longest in recent memory, as the parties await federal antitrust approval more than 14 months after first announcing the $4.9 billion transaction. Beyond the Q2 closing target (already extended from Q1 due in part to COVID-19 disruptions), they are also heading toward a July 13 walk date that could prompt complex contractual discussions around break-up fees and debt financing if the deal is not complete.

Recent reporting from The Capitol Forum, another M&A-focused subscription service, indicated an extension was considered likely, although none of the parties have confirmed such plans. And while an extension could also come with a possible renegotiation of terms, in part because the divestitures are believed to be well above the original cap, at least one analyst who covers the sector does not believe this would be a deal breaker if it occurs.

"We don't think there will be a big discount on any kind of renegotiating," Hamzah Mazari, a managing director at Jefferies, told Waste Dive. In his view, the deal is still attractive for Waste Management – even with higher-than-anticipated divestitures – and the core case holds up despite a recent contraction in Advanced's business.

EXHIBIT M PAGE-11