```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED INDUSTRIAL WORKERS PENSION                             :
PLAN,                                                         :
                                                              :
                              Plaintiff,                      :     22 Civ. 4838 (LGS)
                                                              :
              -against-                                       :     ORDER
                                                              :
WASTE MANAGEMENT, INC., et al.,                               :
                                                              :
                              Defendants.                     :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendants filed a motion to dismiss the Amended Complaint on April 6, 2023 (Dkt. 48);

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b)(3)(B), all discovery and other proceedings were stayed during the pendency of the motion to dismiss;

WHEREAS, Defendants' motion to dismiss was granted in part and denied in part on March 27, 2024 (Dkt. 58). It is hereby

**ORDERED** that a pretrial conference will be held by telephone on **April 24, 2024, at 4:00 P.M.** The parties shall call (888) 363-4749 and enter the access code 558-3333. The telephonic conference is public, and the time of the conference is approximate, but the parties shall be ready to proceed by that time. All pretrial conferences must be attended by the attorney who will serve as principal trial counsel. The parties shall ensure they are all dialed into the conference call by the appointed conference time. It is further

**ORDERED** that, by **April 17, 2024**, Plaintiff and the remaining Defendants shall meet and confer and file a joint Proposed Civil Case Management Plan and Scheduling Order in the form available at the Court's website (https://www.nysd.uscourts.gov/hon-lorna-g-schofield).  It is further

**ORDERED** that Defendants shall file an answer to the Amended Complaint by **May 10, 2024**.

Dated: March 28, 2024
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE