UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                                      :

In re WAST E MANAGEMENT SECURITIES    :        22 Civ. 4838 (LGS)
LITIGATION                                             :
                                                                    :                **ORDER**
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a telephonic conference was held on April 24, 2024.  For the reasons discussed at the conference, it is hereby

       **ORDERED** that by **April 26, 2024**, the parties shall file a joint letter outlining a proposed detailed discovery schedule in relation to the class certification motion, including dates for expert disclosures and time periods for expert depositions.  It is further

       **ORDERED** that by **May 24, 2024**, the parties shall submit any joint proposed protective order.

       The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, including the requirement to file joint status letters every 45 days beginning July 16, 2024.

Dated: April 24, 2024
       New York, New York

                                                                            LORNA G. SCHOFIELD
                                                                UNITED STATES DISTRICT JUDGE