# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— X

In re WASTE MANAGEMENT SECURITIES :   Civil Action No. 1:22-cv-04838-LGS
LITIGATION                                            :

———————————————————————— X   <u>CLASS ACTION</u>

### DECLARATION OF MARGARET R. BOWEN
### IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
### <u>AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL</u>

I, Margaret R. Bowen, declare as follows:

1.     I am a Trustee of the Seafarers Officers & Employees Pension Plan, the Administrator of the Seafarers Money Purchase Pension Plan, and the Administrator of the United Industrial Workers Pension Plan (together, "Lead Plaintiffs" or the "Plans"). I respectfully submit this declaration on behalf of the Plans in support of Lead Plaintiffs' Motion for Class Certification.

2.     Lead Plaintiffs are institutional investors that purchased Waste Management redeemable senior notes at issue in this litigation within the period of February 13, 2020 and June 23, 2020, inclusive. *See* ECF Nos. 15-2; 33.

3.     In my capacity as Trustee and/or Administrator of the Plans, I am responsible for overseeing this litigation on behalf of Lead Plaintiffs. Lead Plaintiffs have reviewed and monitored the progress of this litigation on an ongoing basis and have overseen the efforts of Lead Counsel Robbins Geller Rudman & Dowd LLP ("Robbins Geller" or the "Firm"). Lead Plaintiffs have been kept informed, through Robbins Geller, of significant aspects of and developments in this case, including the filing of the amended complaint, the briefing on defendants' motion to dismiss, the Court's decision denying defendants' motion to dismiss, and discovery.

4.     Lead Plaintiffs now seek appointment as class representatives. Should the court grant the Motion for Class Certification and appoint Lead Plaintiffs as class representatives, Lead Plaintiffs will continue to oversee and vigorously prosecute this litigation. Lead Plaintiffs

understand that as class representatives they will continue to owe a duty to all the members of the proposed class to provide fair and adequate representation, and Lead Plaintiffs will continue to act in the best interest of the proposed class. Lead Plaintiffs are willing to serve as representatives on behalf of the class, including by producing documents in this litigation and providing testimony at deposition and trial, if necessary.

5.    Lead Plaintiffs selected Robbins Geller as proposed class counsel based on the Firm's substantial experience and expertise in prosecuting securities class actions. Further, Lead Plaintiffs believe that Robbins Geller has the necessary financial and human resources to prosecute this case effectively, as it has to date.

6.    For all of these reasons, and for those described in the other documents that are being filed in connection with the Motion for Class Certification, Lead Plaintiffs respectfully request that the Court grant the Motion for Class Certification, appoint the Plans as Class Representatives, and appoint Robbins Geller as Class Counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 7th day of June 2024, at _Camp Springs, MD_

_____
MARGARET R. BOWEN