# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re WASTE MANAGEMENT SECURITIES LITIGATION | Civil Action No. 1:22-cv-04838-LGS |

REPORT ON MARKET EFFICIENCY AND DAMAGES METHODOLOGY

PROFESSOR STEVEN P. FEINSTEIN, PH.D., CFA

June 14, 2024

Confidential

**TABLE OF CONTENTS**

I.   SCOPE OF PROJECT AND REPORT ...................................................................1

II.  CREDENTIALS .................................................................................................2

III. CONCLUSIONS.................................................................................................4

IV.  FACTUAL BACKGROUND................................................................................5

    A.   About the Company ...................................................................................5

    B.   About the Waste Management Notes ........................................................7

        1.   The LBF5 2.950% June 2024 Notes ...............................................8

        2.   The LBH1 3.200% June 2026 Notes ..............................................8

        3.   The LBG3 3.450% June 2029 Notes ...............................................9

        4.   The LBJ7 4.000% July 2039 Notes ...............................................10

V.   SUMMARY OF LEAD PLAINTIFFS' ALLEGATIONS................................................10

VI.  MARKET EFFICIENCY DEFINITION......................................................................12

VII. DISTINGUISHING CHARACTERISTICS OF BONDS AND THE BOND MARKETS ...............................................................................................................15

VIII. INDICATORS OF MARKET EFFICIENCY ..............................................................17

    A.   The *Cammer* Factors.................................................................................17

    B.   The *Krogman* Factors ...............................................................................20

    C.   Courts in the Second Circuit Apply the *Cammer* and *Krogman* Factors to Evaluate the Efficiency of Markets for Debt Securities ........................................21

IX.  ANALYSIS OF THE EFFICIENCY OF THE MARKET FOR THE WASTE MANAGEMENT NOTES..........................................................................................24

    A.   Trading Volume (*Cammer* Factor 1) ........................................................25

        1.   Par Value Traded and Average Weekly Turnover.....................................25

        2.   Trade Frequency .........................................................................26

    B.   Analyst Coverage and Other Avenues of Information Dissemination (*Cammer* Factor 2)..............................................................................................27

        1.   Analyst Coverage.......................................................................27

        2.   Institutional Ownership and Buy-Side Analysis.......................................29

        3.   News Coverage, Filings, and Conference Calls.........................................31

        4.   Credit Rating Agencies .................................................................31

    C.   Market Makers and Prominent Underwriters (*Cammer* Factor 3)........................33

    D.   Form S-3 Registration Eligibility (*Cammer* Factor 4)............................................36

Confidential

E. *Krogman* Factors.................................................................................38

    1. Outstanding Par Value (*Krogman* Factor 1)..............................................38

    2. Float (*Krogman* Factor 2) ...............................................................39

    3. Bid-Ask Spread (*Krogman* Factor 3)......................................................40

X. EMPIRICAL DEMONSTRATION OF MARKET EFFICIENCY FOR THE WASTE MANAGEMENT NOTES (*Cammer* Factor 5) .....................................................42

    A. Event Study........................................................................................44

        1. A Caveat About Non-Significant Security Price Movements ..................45

        2. Selection of Event Study Event .................................................47

        3. Regression Analysis to Isolate the Impact of Company-Specific Information .................................................................49

    B. Event Study Results .............................................................................55

    C. Further Empirical Evidence of Bond Market Efficiency.......................................56

XI. WASTE MANAGEMENT NOTES EFFICIENCY SUMMARY AND CONCLUSION..................................................................................57

XII. COMMON DAMAGES METHODOLOGY ....................................................................58

XIII. LIMITING FACTORS AND OTHER ASSUMPTIONS.................................................63

XIV. APPENDIX-1: PROCESSING THE NOTE DATA ......................................................64

    A. About the TRACE Dataset and FINRA Members.................................................64

    B. Processing the TRACE Dataset for Cancels, Corrections, and Reversals.............64

    C. Processing the TRACE Dataset for Trades with Affiliated Non-Members...........65

    D. Processing the TRACE Dataset for Duplicate Trades Submissions.....................65

        1. Identifying the Universe of Potentially Duplicate Submissions...............66

        2. Evaluating Potentially Duplicate Submissions Against the Original Trade ....................................................................66

    E. Analyzing TRACE Data .........................................................................66

XV. APPENDIX-2: LOGARITHMIC RETURNS ...................................................................67

Confidential

## I.    SCOPE OF PROJECT AND REPORT

1. Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiffs, asked me to determine whether four debt securities issued by Waste Management, Inc. ("Waste Management" or the "Company") traded in an efficient market during the period from 13 February 2020 through 23 June 2020, inclusive (the "Class Period"). The CUSIPs for the four debt securities (collectively, the "Notes" or "Waste Management Notes") were: (i) 94106LBF5 (the "LBF5 Notes"); (ii) 94106LBH1 (the "LBH1 Notes"); (iii) 94106LBG3 (the "LBG3 Notes"); and (iv) 94106LBJ7 (the "LBJ7 Notes").

2. Lead Counsel also asked me to determine if there is a methodology that is consistent with Lead Plaintiffs' theory of liability that can be used to compute Section 10(b) damages commonly for all Class members, the investors who bought or otherwise acquired the Waste Management Notes during the Class Period.[1]

3. To make these determinations, I analyzed the market for the Waste Management Notes, the price behavior of the Waste Management Notes, and the factors that are generally accepted indicators of market efficiency for publicly traded securities and debt securities in particular. I examined Company press releases, conference call transcripts, news articles, SEC filings, trading activity of the Waste Management Notes, the performance of the overall stock market, the performance of Waste Management's industry sector, the changes in interest rates for benchmark bonds, the availability of Waste Management analyst reports published during the Class Period, as well as other pertinent data and documents. I read Lead Plaintiffs' Amended Complaint for Violations of the Federal Securities Laws, filed 17 January 2023 (the "Complaint"), and the Court's Opinion and Order, filed 27 March 2024 ("MTD Order").[2] Exhibit-1 hereto lists the documents and data I considered in preparing this report and arriving at the opinions expressed herein.

---

[1] Section 10(b) damages are compensable losses for Class members who have claims pursuant to Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") and Securities and Exchange Commission ("SEC") Rule 10b-5 adopted thereunder (collectively, "Section 10(b)"). "Lead Plaintiffs" are Lead Plaintiffs Seafarers Officers & Employees Pension Plan, Seafarers Money Purchase Pension Plan, and United Industrial Workers Pension Plan, together.

[2] I understand that in the MTD Order, the Court granted in part and denied in part Defendants' Motion to Dismiss. I understand that the Section 10(b) claim against Defendant Nagy is dismissed. (MTD Order, pp. 13 and 19).

Confidential                                        1

4. This report presents my methodology, findings, and conclusions.

5. My work in this matter is ongoing. I reserve the right to amend, refine, or supplement my analyses and opinions in the event that I become aware of additional information, evidence, arguments, or analyses that bear on my work in this matter.

## II.    CREDENTIALS

6. I am an Associate Professor of Finance at Babson College, and the founder and president of Crowninshield Financial Research, Inc., a financial economics consulting firm.

7. I hold a Ph.D. in Economics from Yale University, a Master of Philosophy degree in Economics from Yale University, a Master of Arts degree in Economics from Yale University, and a Bachelor of Arts degree in Economics from Pomona College. I also hold the Chartered Financial Analyst ("CFA") designation, granted by the CFA Institute.

8. At Babson College, I have taught undergraduate and MBA-level courses in Capital Markets, Investments, Equity Analysis, Fixed Income Analysis, Financial Management, Risk Management, Quantitative Methods, and Security Valuation. I have also taught executive courses on investments and corporate financial management for numerous corporations. The other courses I have taught are listed in my curriculum vitae, which is attached as Exhibit-2.

9. I have held the Chair in Applied Investments at Babson College and served as the Director of the Stephen D. Cutler Center for Investments and Finance, a research and education center dedicated to the study and teaching of investments and capital markets.

10. Prior to joining the faculty at Babson College, I taught at Boston University. Preceding my academic posts, I was an Economist at the Federal Reserve Bank of Atlanta where my primary responsibilities were to monitor financial markets, analyze proposed regulation, and advise the Bank President in preparation for his participation in meetings of the Federal Open Market Committee – the government body responsible for monetary policy in the United States ("U.S.").

11. I have published extensively in the field of finance. My finance articles have appeared in the *Atlanta Federal Reserve Bank Economic Review*, *Derivatives Quarterly*, *Derivatives Weekly*, *The Engineering Economist*, *The Journal of Risk*, *The American Bankruptcy Institute Journal*, *The Journal of Financial Planning*, *The Journal of Forensic Economics*,

*Managerial Finance*, *Risk Management*, *Primus*, and *The Review of Quantitative Finance and Accounting*. I am the author of *Finance and Accounting for Project Management*, published by the American Management Association. I wrote two chapters in the book *The Portable MBA in Finance and Accounting* – one on corporate financial planning and the other on risk management. An article I recently co-authored about assessing market efficiency and computing damages in class action securities cases has been accepted for publication and is forthcoming in the University of Pennsylvania Journal of Business Law.

12. I have presented research and analysis at the annual conventions of the American Finance Association, Financial Management Association, Eastern Finance Association, Midwestern Finance Association, the Academy of Financial Services, the Multinational Finance Society, the Taxpayers Against Fraud Education Fund Conference, the International Conference on Applied Business Research, and the National Association of Certified Valuators and Analysts (NACVA) Business Valuation and Financial Litigation Super Conference.

13. A list of my presentations and published articles can be found in my curriculum vitae, which is attached as Exhibit-2.

14. I have been selected to review papers for numerous finance journals and conferences. Specifically, I have reviewed finance textbook manuscripts for Prentice-Hall, Elsevier, Blackwell, and Southwestern Publishing. I have been quoted on matters relating to finance and investments in *The Wall Street Journal*, *The Washington Post*, *The New York Times*, *The Financial Times*, *The Boston Globe*, and *Bloomberg News*. Further, my research relating to financial analysis and valuation has been discussed in *The Wall Street Journal*, *Bond Buyer*, and *Grant's Municipal Bond Observer*.

15. I am a member of the American Finance Association, the Financial Management Association, the National Association of Forensic Economics, the CFA Institute, the CFA Society Boston, the North American Case Research Association, and NACVA. I have served as a member of the CFA Society Boston education committee and ethics subcommittee. I also served on the Fixed Income Specialization Examination Committee of the CFA Institute.

16.     The CFA designation is the premier credential for financial analysts worldwide. In order to receive this credential, applicants must pass a series of three exams covering such topics as economics, equity analysis, financial valuation, business analysis, quantitative methods, investment analysis, portfolio management, risk management, financial accounting, and ethical and professional standards. For over ten years I taught in the Boston University CFA Review Program and the CFA Society Boston Review Program. In both of these programs I taught candidates at the most advanced level of the CFA curriculum.

17.     In addition to my teaching, research, and academic community responsibilities, I practice extensively as a financial consultant. My clients are primarily law firms that are prominent in securities litigation and have previously included the SEC, the Internal Revenue Service, the Attorney General of the State of Illinois, and the National Association of Securities Dealers. As an expert in financial economics, over the past 28 years, I have conducted analyses and presented opinions related to financial markets, valuation, and damages in more than 200 cases. Exhibit-3 lists my prior testimony over the past four years.

18.     I am the sole owner of the consulting firm Crowninshield Financial Research, Inc., which receives compensation for the work performed by me and the staff who assist me. My firm is being compensated at a rate of $1,050 per hour for my work, and a range of lower rates for analysts and other personnel who are assisting me on this case. My compensation is not contingent on my findings or on the outcome of this matter.


### III.    CONCLUSIONS

19.     The Waste Management Notes traded in an efficient market over the course of the Class Period.

20.     I examined the generally accepted and widely used indicia of market efficiency set forth in *Cammer v. Bloom*, 711 F. Supp. 1264, 1273 (D.N.J. 1989) ("*Cammer*") and *Krogman v. Sterritt*, 202 F.R.D. 467, 474-78 (N.D. Tex. 2001) ("*Krogman*"). Consistent with financial economic principles and empirical research, these factors are probative indicators of market efficiency. Courts in the Second Circuit have accepted and applied the factors as

Confidential                                        4

dispositive evidence of market efficiency.[3] The Waste Management Notes satisfied all of the *Cammer* and *Krogman* factors.

21.  One of the *Cammer* factors is empirical evidence of the subject security demonstrating market efficiency. The Waste Management Notes satisfied this factor test with a high degree of statistical certainty. Statistical analysis examining the empirical behavior of the Waste Management Notes proves that there was a cause-and-effect relationship between the release of new information and movement in the prices of the Notes. Event study analysis proved the Waste Management Notes responded to Company-specific information and to changes in market interest rates over the course of the Class Period. Therefore, the Waste Management Notes satisfied the fifth *Cammer* factor by empirically demonstrating market efficiency during the Class Period.

22.  Based on the foregoing, I conclude that Waste Management Notes traded in an efficient market throughout the Class Period.

23.  Section 10(b) damages in this matter can be computed for all Class members using a common methodology that is consistent with Lead Plaintiffs' theory of liability. Specifically, the out-of-pocket damages methodology, which is used in virtually all Section 10(b) class action securities cases, is appropriate and applicable here.

## IV.    FACTUAL BACKGROUND

### A.    About the Company

24.  Waste Management is a holding company that provides "comprehensive waste management environmental services."[4] Throughout the Class Period, Waste Management operated through subsidiaries focusing on specific regions, and offered services including "collection, transfer, disposal, and recycling and resource recovery."[5] As of the start of the Class Period, the Company owned or operated 249 landfill sites and managed 302 transfer

---

[3] *See*, *e.g., Waggoner v. Barclays PLC*, 875 F.3d 79 (2d Cir. 2017); *In re Petrobras Sec. Litig.*, 312 F.R.D. 354, 369 (S.D.N.Y. 2016); *In Re: Vale S.A. Sec. Litig.*, 1:15-cv-9539-GHW, 2019 WL 11032303 (S.D.N.Y. Sept. 27, 2019); and *Pearlstein v. Blackberry Ltd.*, 13-cv-07060-CM-KHP, 2021 WL 253453 (S.D.N.Y. Jan. 26, 2021).

[4] Waste Management, Inc., Form 10-K for the fiscal year ended 31 December 2019, filed 13 February 2020, p. 3.

[5] Waste Management, Inc., Form 10-K for the fiscal year ended 31 December 2019, filed 13 February 2020, p. 3; and Waste Management, Inc., Form 10-K for the fiscal year ended 31 December 2020, filed 22 February 2021, p. 3.

stations in North America.[6] The Company was also a "leading developer, operator and owner of landfill gas-to-energy facilities in the United States."[7]

25.    For fiscal year ("FY") 2019 and FY 2020, the Company reported revenues of $15.46 billion and $15.22 billion, respectively.[8] For FYs 2019 and 2020, the Company reported net income of $1.67 billion and $1.50 billion, respectively.[9]

26.    In April 2019, prior to the start of the Class Period, Waste Management announced that it had entered into a definitive agreement to acquire Advanced Disposal Services, Inc. ("ADS") for $4.9 billion.[10] ADS assets and customers were primarily located in the eastern half of the United States.[11] ADS had revenues of $1.56 billion for FY 2018.[12] At the time of announcement, Waste Management stated that it would finance the transaction using bank debt and senior notes.[13] Waste Management also stated that it expected the transaction to close by the first quarter of 2020.[14]

---

[6] Waste Management, Inc., Form 10-K for the fiscal year ended 31 December 2019, filed 13 February 2020, p. 3.

[7] Waste Management, Inc., Form 10-K for the fiscal year ended 31 December 2019, filed 13 February 2020, p. 3; and Waste Management, Inc., Form 10-K for the fiscal year ended 31 December 2020, filed 22 February 2021, p. 3.

[8] Waste Management, Inc., Form 10-K for the fiscal year ended 31 December 2019, filed 13 February 2020, p. 32; and Waste Management, Inc., Form 10-K for the fiscal year ended 31 December 2020, filed 22 February 2021, p. 38.

[9] Waste Management, Inc., Form 10-K for the fiscal year ended 31 December 2019, filed 13 February 2020, p. 32; and Waste Management, Inc., Form 10-K for the fiscal year ended 31 December 2020, filed 22 February 2021, p. 38.

[10] "Waste Management to Acquire Advanced Disposal for $4.9 Billion Adding Complementary Assets and Customer Base in the Eastern United States," *Business Wire*, Company press release, 15 April 2019 6:00 AM.

[11] "Waste Management to Acquire Advanced Disposal for $4.9 Billion Adding Complementary Assets and Customer Base in the Eastern United States," *Business Wire*, Company press release, 15 April 2019 6:00 AM.

[12] "Waste Management to Acquire Advanced Disposal for $4.9 Billion Adding Complementary Assets and Customer Base in the Eastern United States," *Business Wire*, Company press release, 15 April 2019 6:00 AM.

[13] "Waste Management to Acquire Advanced Disposal for $4.9 Billion Adding Complementary Assets and Customer Base in the Eastern United States," *Business Wire*, Company press release, 15 April 2019 6:00 AM.

[14] "Waste Management to Acquire Advanced Disposal for $4.9 Billion Adding Complementary Assets and Customer Base in the Eastern United States," *Business Wire*, Company press release, 15 April 2019 6:00 AM.

## B.    About the Waste Management Notes

27.    The Waste Management Notes were U.S. dollar-denominated senior unsecured securities with face values between $500 million and $1.0 billion.[15] The maturities of the Notes ranged from five years to 20 years when issued.[16]

28.    The proceeds from the issuance of the Notes were to be used to "pay a portion of the consideration for the Merger and related fees and expenses."[17] The Waste Management Notes carried a "special mandatory redemption" feature which required the Company to redeem the Notes at a "price equal to 101% of the aggregate principal amount," plus any accrued or unpaid interest if the Company terminated or did not consummate the acquisition of ADS on or prior to 14 July 2020.[18]

29.    Secured debt, as opposed to unsecured debt, in the case of a company liquidation would receive payment first from the sale of the corporate assets that secured the debt, similar to a distribution of proceeds from a property sale in a mortgage foreclosure. Senior unsecured debt follows the secured debt holders in the queue to receive payment from corporate assets. Senior unsecured debt receives liquidation proceeds before subordinated debt, preferred shareholders, and common stock shareholders. Similarly, interest on senior unsecured debt must be paid before common and preferred stock dividends are distributed.[19]

---

[15] "Waste Management Announces Pricing of $4 Billion Senior Notes," *Business Wire*, Company press release, 14 May 2019 8:05 PM.

[16] "Waste Management Announces Pricing of $4 Billion Senior Notes," *Business Wire*, Company press release, 14 May 2019 8:05 PM.

[17] Waste Management, Inc., Form 424B5, filed 16 May 2019, p. S-15.

[18] Waste Management, Inc., Form 424B5, filed 16 May 2019; and "Waste Management Announces Pricing of $4 Billion Senior Notes," *Business Wire*, Company press release, 14 May 2019 8:05 PM.

[19] See, *e.g.*, "Fixed Income Securities: Defining Elements," by Moorad Choudhry and Stephen Wilcox, *Fixed Income and Derivatives CFA Curriculum*, CFA Institute, 2019, p. 5; and "Fundamentals of Credit Analysis," by Christopher Gootkind, *Fixed Income and Derivatives CFA Curriculum*, CFA Institute, 2019, p. 309: "Payments of interest and repayment of principal (amount borrowed) are a prior claim on the company's earnings and assets compared with the claim of common shareholders." In the event of a bankruptcy, "[u]nsecured creditors have a right to be paid in full before holders of equity interests (common and preferred shareholders) receive value on their interests."

### 1.    The LBF5 2.950% June 2024 Notes

30.    Waste Management issued the LBF5 Notes on 14 May 2019, prior to the start of the Class Period. The aggregate principal amount was $750 million, and the maturity date was 15 June 2024.[20] The notes were assigned CUSIP 94106LBF5.[21] The LBF5 Notes paid coupon interest semi-annually on the 15th of June and December, at a rate of 2.950% per annum.[22] The LBF5 Notes were issued at a price of $99.994 per $100 of par value.[23]

31.     The LBF5 Notes were redeemed on 20 July 2020 for $101 per $100 of par value.[26]

### 2.    The LBH1 3.200% June 2026 Notes

32.    On 14 May 2019, Waste Management also issued the LBH1 Notes. These notes also had an aggregate principal amount of $750 million. The maturity date of the LBH1 Notes was 15 June 2026.[27] The notes were assigned CUSIP 94106LBH1.[28] The LBH1 Notes paid coupon interest semi-annually on the 15th of June and December, at a rate of 3.200% per annum.[29] The LBH1 Notes were issued at a price of $99.973 per $100 of par value.[30]

---

[20] "Waste Management Announces Pricing of $4 Billion Senior Notes," *Business Wire*, Company press release, 14 May 2019 8:05 PM.

[21] *Bloomberg*.

[22] Waste Management, Inc., Form 424B5, filed 16 May 2019, p. S-18.

[23] Waste Management, Inc., Form 424B5, filed 16 May 2019.

[24]

[25]

[26] "Waste Management Announces the Redemption of Special Mandatory Redemption Notes," *Business Wire*, Company press release, 15 July 2020, 8:05 AM.

[27] "Waste Management Announces Pricing of $4 Billion Senior Notes," *Business Wire*, Company press release, 14 May 2019 8:05 PM.

[28] *Bloomberg*.

[29] Waste Management, Inc., Form 424B5, filed 16 May 2019, p. S-18.

[30] Waste Management, Inc., Form 424B5, filed 16 May 2019.

33. [32] The LBH1 Notes were redeemed on 20 July 2020 for $101 per $100 of par value.[33]

### 3.    The LBG3 3.450% June 2029 Notes

34.    On 14 May 2019, Waste Management also issued the LBG3 Notes. The aggregate principal amount was $1.0 billion. The maturity date for these notes was 15 June 2029.[34] The notes were assigned CUSIP 94106LBG3.[35] The LBG3 Notes paid coupon interest semi-annually on the 15th of June and December, at a rate of 3.450% per annum.[36] The LBG3 Notes were issued at a price of $99.804 per $100 of par value.[37]

35.     The LBG3 Notes were redeemed on 20 July 2020 for $101 per $100 of par value.[40]

---

[31]

[32] 

[33] "Waste Management Announces the Redemption of Special Mandatory Redemption Notes," *Business Wire*, Company press release, 15 July 2020, 8:05 AM.

[34] "Waste Management Announces Pricing of $4 Billion Senior Notes," *Business Wire*, Company press release, 16 May 2019 8:05 PM.

[35] *Bloomberg*.

[36] Waste Management, Inc., Form 424B5, filed 16 May 2019, p. S-18.

[37] Waste Management, Inc., Form 424B5, filed 16 May 2019.

[38]

[39] 

[40] "Waste Management Announces the Redemption of Special Mandatory Redemption Notes," *Business Wire*, Company press release, 15 July 2020, 8:05 AM.

Confidential                9

### 4.     The LBJ7 4.000% July 2039 Notes

36.     Waste Management issued the LBJ7 Notes along with the other three notes on 14 May 2019. The LBJ7 Notes had an aggregate principal amount of $500 million and a maturity date of 15 July 2039.[41] These notes were assigned CUSIP 94106LBJ7.[42] The LBJ7 Notes paid coupon interest semi-annually on the 15th of January and July, at a rate of 4.000% per annum.[43] The LBJ7 Notes were issued at a price of $99.896 per $100 of par value.[44]

37.      The LBJ7 Notes were redeemed on 20 July 2020 for $101 per $100 of par value.[47]

## V.     SUMMARY OF LEAD PLAINTIFFS' ALLEGATIONS

38.     Among the most important factors that determine a debt security's market price are the market yield on similar notes trading in the marketplace, the note's own coupon rate, and the length of time over which investors expect the note's coupons will be paid. If the coupon rate a note pays is greater than the market yield on similar debt securities, the note will typically sell for a premium price – that is, greater than $100 per $100 of face value.[48] If investors expect to receive a relatively high coupon rate for a long period of time, the note's premium, reflected in its market price, will be greater than if investors expect to receive the high coupons only for a short period of time, all else equal.

---

[41] "Waste Management Announces Pricing of $4 Billion Senior Notes," *Business Wire*, Company press release, 14 May 2019 8:05 PM.

[42] *Bloomberg*.

[43] Waste Management, Inc., Form 424B5, filed 16 May 2019, p. S-18.

[44] Waste Management, Inc., Form 424B5, filed 16 May 2019.

[45]

[46]

[47] "Waste Management Announces the Redemption of Special Mandatory Redemption Notes," *Business Wire*, Company press release, 15 July 2020, 8:05 AM.

[48] Face value is also known as par value. The terms are synonymous.

Confidential

39. The Notes at issue in this case were issued close to their par values, indicating that their respective coupon rates were in line with the market yields of similar bonds trading in the marketplace. However, when market interest rates fell during the Class Period, the market prices of the Waste Management Notes increased, in accordance with the appropriate inverse relationship between note value and market interest rates.[49] The Waste Management Notes traded at substantial premiums – that is, prices well above $100 per $100 of face value.

40. Because the Notes were trading at a premium, the length of time the Notes would remain outstanding was a critically important piece of information for investors and the market price of the Notes. The Waste Management Notes carried a special mandatory redemption feature, by which Waste Management would be "required to redeem the Notes at a fixed price" of 101% of par should the acquisition of ADS not be completed by 14 July 2020.[50] That is, if the ADS acquisition should fail or be delayed beyond 14 July 2020, investors would need to surrender the Notes for a price of $101 per $100 of face value, even if the Notes had been trading at a price much greater than $101. The likelihood and timing of the ADS acquisition, and information related thereto, thus became critically important to the Waste Management Note investors and for the pricing of the Notes.

41. Lead Plaintiffs allege that, over the course of the Class Period, Defendants repeatedly assured investors that the acquisition of ADS was progressing as planned, while withholding information about the U.S. Department of Justice ("DOJ") antitrust review and subsequent renegotiation, which ultimately delayed the acquisition of ADS.[51]

42. Lead Plaintiffs allege that the date by which the acquisition of ADS would close was material to Notes investors as any delay beyond 14 July 2020 would trigger the special mandatory redemption feature.[52]

---

[49] *Investments*, by Zvi Bodie et al., McGraw-Hill Education, 12th Edition, 2021, p. 496.

[50] Complaint, ¶2.

[51] Complaint, ¶2.

[52] Complaint, ¶¶2, 14, 57, 85, and 100.

43.    On 24 June 2020, Defendants announced revised acquisition terms, including an expected transaction closing date after 14 July 2020.[53] The delay triggered the special mandatory redemption feature of the Notes, causing substantial losses to investors in the Notes.[54]

> "Throughout the Class Period, Notes investors had been willing to pay premium prices well above par value, with the Notes assigned investment grade ratings and trading as high as 121 cents on the dollar based on Defendants' repeated assurances about the status of the DOJ's antitrust review and consequent timing to complete the ADS acquisition. The June 24, 2020 announcement revealed to Notes investors that these assurances were false and misleading and that Defendants had misrepresented the true facts of the DOJ's antitrust review, repeatedly and falsely stating that the DOJ's review was proceeding as anticipated, omitting to disclose known material facts to the contrary, and falsely reassuring investors that Waste Management was therefore 'on a trajectory' to complete the ADS acquisition by the End Date. The June 24, 2020 announcement thus eviscerated the Notes' premium, causing the price to drop to approximately 103 cents on the dollar in anticipation of the SMR [special mandatory redemption], and continuing to decline until the Notes' redemption at 101% of par on July 20, 2020."
> **Complaint, ¶13.**

## VI.    MARKET EFFICIENCY DEFINITION

44.    The definition of market efficiency set forth by Judge Alfred J. Lechner, Jr. in the seminal 1989 *Cammer v. Bloom* decision is often cited as a legal authority on the meaning of market efficiency for legal purposes and is consistent with the definition of informational efficiency generally accepted by the academic finance community:

> "As relevant here, courts have permitted a rebuttable presumption of reliance in the case of securities traded in 'efficient markets' (i.e., markets which are so active and followed that material information disclosed by a company is expected to be reflected in the stock price)."
> ***Cammer*, 711 F. Supp. 1273 n.11.**

---

[53] Complaint, ¶12.

[54] Complaint, ¶13.

45. Simply put, market efficiency means that material public information is not ignored by the market, but rather is considered by market participants, and is incorporated and reflected in the trading prices of securities with reasonable promptness.

46. In the *Cammer* case, Judge Lechner cited definitions offered by commentators Alan Bromberg and Lewis Lowenfels and by renowned financial economist and Nobel Laureate Eugene Fama:

> "An efficient market is one which rapidly reflects new information in price."
> **Cammer, 711 F. Supp. at 1276 n.17 (citing Bromberg & Lowenfels, 4 *Securities Fraud and Commodities Fraud*, § 8.6 [1988]; *see also Bromberg and Lowenfels on* Securities Fraud, vol. 5, no. 2, Chapter 7 (titled "Private Actions"), Thomson Reuters (2nd edition 2013), at § 7:484.**

> "A market in which prices always 'fully reflect' available information is called 'efficient.'"
> **Cammer, 711 F. Supp. 1264, at 1280, citing "Efficient Capital Markets: A Review of Theory and Empirical Work," by Eugene Fama, *The Journal of Finance*, vol. 25, no. 2, 1970.**

47. In his 1991 follow-up article titled "Efficient Capital Markets: II," Professor Fama elaborated, qualifying the definition to conform to economic realities rather than the perfect ideal:

> "I take the market efficiency hypothesis to be the simple statement that security prices fully reflect all available information. … A weaker and economically more sensible version of the efficiency hypothesis says that prices reflect information to the point where the marginal benefits of acting on information (the profits to be made) do not exceed the marginal costs."
> **"Efficient Capital Markets: II," by Eugene Fama, *The Journal of Finance*, vol. 46, no. 5, 1991, p. 1575.**

48. Professor Fama and a group of preeminent economists described market efficiency and the state of the profession's general understanding in an amici curiae brief that they submitted in 2014 to the U.S. Supreme Court in the *Halliburton II* case.[55] They explained that it is a widely accepted principle that security prices generally react to and reflect material public

---

[55] See, *Halliburton Co. v. Erica P. John Fund, Inc.*, 573 U.S. 258 (2014) ("*Halliburton II*").

information, which is the essence of informational market efficiency. They explained this point, as follows:

> "There is widespread debate about market efficiency among economists, and the signatories of this brief include participants with varying positions on that debate. It is critical, however, to be clear about what issues are in dispute – and what issues are not. Economists disagree about whether markets *perfectly* process information and how quickly they do so; about whether prices reflect the fundamental value of the underlying stock; … and about whether it is possible to 'beat the market' by pursuing various investment strategies designed to exploit pricing anomalies. Such disagreements existed when *Basic* [*Inc. v. Levinson*, 485 U.S. 224] was decided in 1988, and they exist today. But economists do *not* generally disagree about whether market prices respond to new material information." **Brief of Financial Economists as *Amici Curiae* in Support of Respondents, in *Halliburton Co. v. Erica P. John Fund, Inc.*, Case No. 13-1317 (U.S. Supreme Court), dated 5 February 2014, p. 3 (available at 2014 WL 526436) (emphasis in original).**

49.    The U.S. Supreme Court in the 1988 *Basic v. Levinson* decision focused on the same important characteristic at the heart of these definitions of market efficiency – that security prices react to and therefore reflect publicly available material information:

> "The fraud on the market theory is based on the hypothesis that, in an open and developed securities market, the price of a company's stock is determined by the available material information regarding the company and its business … ."
> ***Basic, Inc. v. Levinson*, 485 U.S. 224, 241 (1988).**

50.    The U.S. Supreme Court's 2013 *Amgen* decision reiterated the definition of market efficiency at the heart of the fraud-on-the-market principle, as follows:

> "The fraud-on-the market premise is that the price of a security traded in an efficient market will reflect all publicly available information about a company … ."
> ***Amgen, Inc. v. Connecticut Retirement Plans & Trust Funds*, 568 U.S. 455, 488 (2013).**

51.    In its 2014 *Halliburton II* decision, the U.S. Supreme Court clarified definitively that the market efficiency relevant to a securities case is the property that the security at issue reacts to and therefore reflects material public information:

Confidential                                          14

"Even the foremost critics of the efficient-capital-markets hypothesis acknowledge that public information generally affects stock prices. … Debates about the precise *degree* to which stock prices accurately reflect public information are thus largely beside the point. 'That the … price [of a stock] may be inaccurate does not detract from the fact that false statements affect it, and cause loss,' which is 'all that *Basic* requires.'"
*Halliburton II,* 573 U.S. at 272 (emphasis in original; internal citations omitted).

"To recognize the presumption of reliance, the Court explained, was not 'conclusively to adopt any particular theory of how quickly and completely publicly available information is reflected in market price.' The Court instead based the presumption on the fairly modest premise that 'market professionals generally consider most publicly announced material statements about companies, thereby affecting stock market prices.'"
*Halliburton II,* 573 U.S. at 272-73 (internal citations omitted).

52.    An efficient market, as defined and discussed by *Cammer*, *Basic*, *Amgen*, *Halliburton II*, Alan Bromberg and Lewis Lowenfels, Professor Fama, and other leading scholars, is a market in which publicly available information is incorporated into the price of a security such that the trading price reflects publicly available information with reasonable promptness. As precedent cases have recognized, market efficiency is relevant to a securities case because it addresses the question of whether false information (*e.g.*, in the form of an alleged misrepresentation or omission) would likely have impacted the prices at which investors bought and sold securities, and upon which investors relied.

53.    According to the preeminent economists who authored the *Halliburton II* amici curiae brief and whose views represent the widely accepted understanding in the finance profession, it would be an exception to a generally prevailing rule for a market for a publicly traded security to be informationally inefficient rather than efficient.

## VII.    DISTINGUISHING CHARACTERISTICS OF BONDS AND THE BOND MARKETS

54.    The corporate bond market is a highly developed and active market. The trading behavior and price movements of corporate bonds, however, typically differ markedly from those of common stock. Notwithstanding the various distinguishing features of bonds, published peer-reviewed empirical research has concluded that the markets for large corporate bonds are informationally efficient.

"[T]he informational efficiency of corporate bond prices is similar to that of the underlying stocks. We find that stocks do not lead bonds in reflecting firm-specific information. We further examine price behavior around earnings news and find that information is quickly incorporated into both bond and stock prices, even at short return horizons. Finally, we find that measures of market quality are no poorer for the bonds in our sample than for the underlying stocks."

**"The Informational Efficiency of the Corporate Bond Market: An Intraday Analysis," by Edith Hotchkiss and Tavy Ronen, _The Review of Financial Studies_, vol. 15, no. 5, 2002, p. 1325.**

55.  The bond market is populated by large institutional investors, pension funds, and hedge funds that typically trade large quantities per transaction, much larger than typical stock market trades.[56] Consequently, bond transactions generally are for larger quantities than typical stock trades. Consistent with this regularity, ████████████████████████ ████████████████████████████████████████████████████████ ██████████████████████████████

56.  While bond trade volumes tend to be large, bonds generally trade less frequently than stocks. Unlike the stock issued by large corporations, corporate bonds may not trade every day. But, as bond trades are generally conducted by large institutions, the market participants executing the larger (though less frequent) trades are informed, and trade decisions are usually backed by research and analysis, which promotes informational efficiency in the bond market.

57.  Compared to stock, bond valuations are by design less sensitive to most company news. Bonds are fixed income securities, meaning that unlike equities, they pay fixed specified contractual cash flows to investors, and those "coupon" payments have senior priority over the dividends paid to equity investors. The seniority of bonds over stock in the corporate capital structure also means that in the case of a bankruptcy's priority of claims, the bond holders get paid back first before any liquidation value is distributed to equity holders. As a result of the fixed contractual cash flows and the senior priority of claims, bonds from a particular company will generally not react to company information in the same manner as

---

[56] See, _e.g._, a typical bond transaction is 50 times larger than a typical stock transaction. "An Empirical Study of Bond Market Transactions," by G. Hong and A. Warga, _Financial Analysts Journal_, vol. 56, no. 2, March/April 2000.

[57] ████████████████████████

the prices of common stock from the same company.[58] That is, when new information is released that causes a price reaction in the common stock of a company, the appropriate and efficient price reaction for a company's bonds could be a small reaction or no price reaction at all.

> "Corporate bonds will likely trade less frequently than stocks because outside macro-economic and internal financial factors generally both have smaller effects on bond pricing than on stock pricing. Unlike common stocks, corporate bonds have predictable cash flows, predictable terminal values, fixed upside opportunities—namely, redemption at par value or $100 in our example—and a priority claim in a sale or liquidation of the corporation's assets. As such, many corporate bonds are close substitutes for one another. … On the other hand, corporate equity does not have predictable cash flows, predictable terminal values, fixed upside opportunities, or priority on the corporate assets."
> **"Fraud on the Market: Analysis of the Efficiency of the Corporate Bond Market," by Michael Hartzmark et al., *Columbia Business Law Review*, vol. 2011, no. 3, p. 677 (footnote omitted).**

## VIII.    INDICATORS OF MARKET EFFICIENCY

### A.      The *Cammer* Factors

58.    The *Cammer* opinion enumerates five factors that indicate whether the market for a stock is efficient. These factors can be applied to debt securities as well, taking into account the differences between stocks and bonds, and their markets. As described below, economic rationales support each factor as an indicator of market efficiency. The five *Cammer* factors are 1) trading volume, 2) coverage by securities analysts, 3) number of market makers, 4) eligibility of the issuing company for Form S-3 registration, and 5) empirical evidence that the security price reacts to new, company-specific information.

---

[58] See, *e.g.*, "What Does Nasdaq's High-Yield Bond Market Reveal about Bondholder-Shareholder Conflict?" by Gordon Alexander et al., *Financial Management*, vol. 29, no. 1, Spring 2000, pp. 23–39; and "Wealth Redistributions or Changes in Firm Value: An Analysis of Returns to Bondholders and Stockholders Around Dividend Announcements," by George Handjinicolaou and Avner Kalay, *Journal of Financial Economics*, vol. 13, no. 1, March 1984, pp. 35–63.

59.     Empirical research has confirmed that trading volume,[59] number of market makers, analyst coverage,[60] and high institutional ownership are indicative of market efficiency:

> "Consistent with the efficiency indicators used recently by the courts, the inefficient firms have lower mean trading volume, fewer market makers, lower analyst following, and lower institutional ownership (number and percentage) than efficient firms."
> **"The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," by Brad Barber et al., *The Journal of Corporation Law*, 1994, p. 302.**

60.     Published peer-reviewed research that I conducted (with Miguel Villanueva, Ph.D.) found that the *Cammer* factors are generally dispositive indicators of stock price reactivity to information and therefore informational market efficiency. We explained that:

> "Our findings that the *Cammer*/*Krogman* factors are generally dispositive of reactivity supports the widespread use by courts of the *Cammer*/*Krogman* factors as indicia of market efficiency."
> **"Stock Price Reactivity to Earnings Announcements: The Role of the *Cammer*/*Krogman* Factors," by Miguel Villanueva and Steven Feinstein, *Review of Quantitative Finance and Accounting*, vol. 57, no. 1, 2021, p. 233.**

---

[59] See, *e.g.*, "Trading Volume and Cross-Autocorrelations in Stock Returns," by Tarun Chordia and Bhaskaran Swaminathan, *The Journal of Finance*, vol. 55, no. 2, 2000, p. 913 ("Additional tests indicate that this effect is related to the tendency of high volume stocks to respond rapidly and low volume stocks to respond slowly to marketwide information").

[60] See, *e.g.*, "Sophisticated Investors and Market Efficiency: Evidence from a Natural Experiment," by Yong Chen et al., *Journal of Financial Economics*, vol. 138, no. 2, 2020, p. 323 ("Our findings confirm the role of sell-side analysts in providing valuable information to stock market participants and helping facilitate stock market efficiency."); "The Role and Regulation of the Research Analyst," by Jill Fisch, Chapter 17 of the *Research Handbook on the Economics of Corporate Law*, edited by Claire Hill and Brett McDonnell, Edward Elgar, 2012, pp. 315 and 317 ("The role of the research analyst (also known as an equity analyst or a securities analyst) is to provide information to the marketplace. Analysts enhance capital market efficiency by enabling stock prices to reflect information and by reducing the need for each investor individually to gather and analyze that information. … Research analysts collect information about specific firms and the overall market. They then package that information for use by investors in trading decisions."); and "Investment Analysis and the Adjustment of Stock Prices to Common Information," by Michael Brennan et al., *The Review of Financial Studies*, vol. 6, no. 4, 1993, p. 800 ("Recent theory suggests that the number of analysts may have an effect on the speed of adjustment to new information. For instance, Holden and Subrahmanyam (1992) and Foster and Viswanathan (1993), in important extensions to the classic model of Kyle (1985), have shown that as the number of informed investors increases, the share price will reflect new information more rapidly; this would suggest an association between the number of analysts and the speed of adjustment, if the number of analysts can be regarded as a proxy for the number of informed investors").

61.    Consistent with financial economic theory and empirical research, the language used by the *Cammer* court describes the factors not as a checklist of five necessary factors, but rather as individual pieces of evidence that are each probative of the degree to which the market for a security is expected to be efficient:

> "There are several different characteristics pertaining to the markets for individual stocks which are probative of the degree to which the purchase price of a stock should reflect material company disclosures."
> **Cammer, 711 F. Supp. at 1283.**

62.    The *Cammer* opinion describes the nature of the five factors as follows:

> "There are several types of facts which, if alleged, might give rise to an inference that Coated Sales [stock] traded in an efficient market. It is useful to set forth an explanation of how the existence of such facts would cause the understanding that disclosed company information (or misinformation) would be reflected in the company's stock price, the underpinning of the fraud on the market theory."
> **Cammer, 711 F. Supp. at 1285-86 (footnote omitted), citing Peil v. Speiser, 806 F.2d 1154, 1160 (3d Cir. 1986).**

> "First, plaintiffs could have alleged there existed an average weekly trading volume during the class period in excess of a certain number of shares. *Abell v. Potomac Ins. Co.*, 858 F.2d 1104, 1121 (5th Cir. 1988)."
> ***Id.* at 1286 (footnote omitted), citing *Abell v. Potomac Ins. Co.*, 858 F.2d 1104, 1121 (5th Cir. 1988).**

> "Second, it would be persuasive to allege a significant number of securities analysts followed and reported on a company's stock during the class period."
> ***Id.***

> "Third, it could be alleged the stock had numerous market makers."
> ***Id.***

> "Fourth, as discussed, it would be helpful to allege the Company was entitled to file an S-3 Registration Statement in connection with public offerings … ."
> ***Id.* at 1287.**

> "Finally, it would be helpful to a plaintiff seeking to allege an efficient market to allege empirical facts showing a cause and effect relationship between unexpected corporate events or financial releases and an immediate response in the stock price."
> *Id.*

> "As previously noted, one of the most convincing ways to demonstrate efficiency would be to illustrate, over time, a cause and effect relationship between company disclosures and resulting movements in stock price."
> *Id.* at 1291.

### B.    The *Krogman* Factors

63.    In addition to the five *Cammer* factors that indicate market efficiency, numerous courts consider three additional factors recognized by the Fifth Circuit Court of Appeals in *Unger v. Amedisys Inc.*, 401 F.3d 316 (5th Cir. 2005), and the district court in *Krogman*, to be indicative of market efficiency. These additional factors, the *Krogman* factors, are 1) the company's market capitalization, 2) the security's float, and 3) the typical bid-ask spread.

64.    A company's market capitalization is the total value of all its outstanding common stock shares. It equals the number of shares outstanding multiplied by the market price per share. Typically, the larger is a company's market capitalization, the more prominent and well-known the company will be. Larger companies tend to attract more analysts and news media coverage and gain the attention of greater numbers of investors, including large institutional investors. All these characteristics, which accompany a large market capitalization, promote the efficiency of the markets for the company's securities.

65.    For assessing the efficiency of a company's notes, it is reasonable to measure not only the market capitalization of the issuing company, which is the value of the outstanding stock, but also the total value of the notes at issue. An analog to market capitalization when assessing note market efficiency is the total outstanding value of the subject notes.

66.    A stock's float is the number of shares outstanding less those shares held by insiders and affiliated corporate entities. It is the number of shares available for trading by outside investors in the open market. Float is closely related to market capitalization but focuses on the shares available for trading rather than all outstanding shares. Stocks with large float tend to trade more actively, attract more analysts and news media coverage, and garner the

Confidential                                        20

attention of a greater number of investors, including large institutional investors. All these characteristics, which occur when a company has high float, promote market efficiency.

67. For assessing note market efficiency, the analog to stock float would be the total outstanding value of the subject notes less any notes held by insiders and affiliated corporate entities. As insiders rarely own their company's notes, as was the case here, a note's float generally equals its total outstanding value.

68. The bid-ask spread is the difference between the price at which market makers are offering to buy a security and the price at which they are offering that security for sale. If a security is actively traded and information about the security is readily available, the bid-ask spread tends to be narrow. A narrow bid-ask spread makes trading in the security less costly for investors and thereby tends to attract greater interest, greater coverage, and greater volume, all of which, in turn, promote market efficiency.[61]

69. Villanueva and Feinstein [2021] empirically examined and evaluated the market capitalization and bid-ask spread *Krogman* factors and found them to be generally dispositive indicators of stock price reactivity, and therefore, informational market efficiency.[62]

### C.    Courts in the Second Circuit Apply the *Cammer* and *Krogman* Factors to Evaluate the Efficiency of Markets for Debt Securities

70. Recognizing that the design characteristics of bonds are different from those of common stock, courts have acknowledged that the criteria relied upon when assessing market efficiency for stocks is applied differently to bonds.[63]

---

[61] See, *e.g.*, "The Cost of Transacting," by Harold Demsetz, *The Quarterly Journal of Economics,* vol. 82, no. 1, 1968, pp. 33-53; "Bid-Ask Spreads and Trading Activity in the S&P 100 Index Options Market," by Thomas George and Francis Longstaff, *Journal of Financial and Quantitative Analysis*, vol. 28, no. 3, 1993, pp. 381-397; and "Liquidity and Market Efficiency," by Tarun Chordia et al., *Journal of Financial Economics*, vol. 87, no. 2, 2008, pp. 249-268.

[62] "Stock Price Reactivity to Earnings Announcements: The Role of the *Cammer*/*Krogman* Factors," by Miguel Villanueva and Steven Feinstein, *Review of Quantitative Finance and Accounting*, vol. 57, no. 1, 2021, pp. 203-234.

[63] *See, e.g.*, *In re HealthSouth Corp. Sec. Litig.*, 261 F.R.D. 616, 633 (N.D. Ala. 2009), wherein the court found that the *Cammer* and *Krogman* factors were appropriate for evaluating the efficiency of the market for bonds, "while taking into account the differences in the trading of bonds from stocks."

Confidential                                    21

71.   Courts in the Second Circuit have accepted and applied the *Cammer* and *Krogman* factors, with modification to some factors to address the structural differences between bonds and stocks, to assess the efficiency of markets for debt securities. Additional debt-specific factors have been considered as well.

> "The Second Circuit has not adopted a test for the market efficiency of stocks or bonds. *See Teamsters Local 445 Freight Div. Pension Fund v. Bombardier, Inc.*, 546 F.3d 196, 204 n.11 (2d Cir. 2008). However, it has recognized that courts generally apply a set of eight factors, known as the '*Cammer* factors.' *Id.; see Cammer v. Bloom*, 711 F. Supp. 1264, 1286 (D.N.J. 1989) (setting out five factors); *Krogman v. Sterritt*, 202 F.R.D. 467, 478 (N.D. Tex. 2001) (considering three additional '*Cammer*' factors)."
> **In re Petrobras Sec. Litig., 312 F.R.D. 354, 364-365, 369 (S.D.N.Y. 2016).**

> "The remaining four *Cammer* Factors and three *Krogman* Factors support a finding of market efficiency."
> **In re Vale 2019 WL 11032303, at \*13-\*14.**

72.   Other Courts have also accepted and applied the *Cammer* and *Krogman* factors, with accommodations for the differences between bonds and stocks, as dispositive of market efficiency for debt securities.

> "Although the showings to establish market efficiency for bond markets differs from the showing for stock exchanges, courts tend to employ the *Cammer* factors as an analytical tool when determining whether bonds traded in an efficient market. See *Bombardier Inc.*, 546 F.3d at 210*; In re DVI Inc. Sec. Litig.*, 249 F.R.D. 196, 214 (E.D. Pa. 2008) aff'd sub nom. *In re DVI, Inc. Sec. Litig.*, 639 F.3d 623 (3d Cir. 2011) (explaining that 'the Court will take the same general approach for determining the market-efficiency of DVI's Senior Notes as with DVI common stock, bearing in mind [the] structural differences [between debt and equity securities markets]'); *In re Safety-Kleen Corp. Bondholders Litig.*, No. 3:00-1145-17, 2004 WL 3115870, at \*4 (D.S.C. Nov. 1, 2004)."
> **In re Nii Holdings, Inc., 311 F.R.D. 401, 409 (E.D. Va. 2015).**

73.   In its decision in the case *In Re Petrobras Sec. Litig.*, 312 F.R.D. 354, 93 Fed. R. Serv. 3d 1548 (S.D.N.Y. 2016) ("*Petrobras*") the Court enumerated seven factors that are probative for evaluating whether the market for a debt security is efficient. The seven factors are 1) par value and float, 2) coverage by securities analysts and credit rating agencies, 3) number

of market makers and underwriters, 4) institutional ownership, 5) eligibility for Form S-3 registration, 6) trading volume and frequency, and 7) empirical evidence that the price of the debt security reacts to new, company-specific information.

74.    The *Petrobras* opinion describes the nature of the modified factors as follows:

> "To analyze the Petrobras debt markets, Feinstein omitted some *Cammer* factors, modified others, and considered additional debt-specific factors. The Court agrees that the modified Cammer factors provide a useful rubric to evaluate debt markets."
> ***In re Petrobras Sec. Litig.*, 312 F.R.D. at 366.**

> "The first modified Cammer factor considers the par value and float of the debt securities."
> *Id.*

> "The second modified Cammer factor considers analyst and credit rating agency coverage of the debt securities."
> *Id.*

> "The third modified Cammer factor considers the market makers and underwriters for the debt securities."
> *Id.*

> "The fourth modified Cammer factor considers institutional ownership of the debt securities."
> *Id.*

> "The fifth modified Cammer factor again considers the ability of the issuer to file a Form S-3."
> *Id.*

> "The sixth modified Cammer factor considers trading volume and frequency."
> *Id.*

> "The final modified Cammer factor is the fifth unmodified Cammer factor: empirical evidence of a cause and effect relationship between events and an immediate response in the price of the debt securities."
> *Id.* **At 367.**

Confidential                                    23

**IX.    ANALYSIS OF THE EFFICIENCY OF THE MARKET FOR THE WASTE MANAGEMENT NOTES**

75.    Notwithstanding the characteristics that differentiate bonds from stocks, the Waste Management Notes satisfied all of the *Cammer* and *Krogman* factors, compelling the conclusion that they traded in an efficient market.

76.    To investigate whether the market for the Waste Management Notes was efficient, I examined the factors that are generally accepted by both financial economists and the courts to be indicative of market efficiency for publicly traded securities, giving special attention to the distinctive features of bonds, bond investing, and the bond market juxtaposed to common stock.

77.    To facilitate my study I obtained,

78.    Appendix-1 describes my treatment of the

---

[64]

[65]

### A.    Trading Volume (*Cammer* Factor 1)

#### 1.    Par Value Traded and Average Weekly Turnover

79.    I examined the trading volume for the Waste Management Notes ██████████████

████████████████████████████████████████████████████████████████████████

████████████████████████

**Table-1: Average Weekly Trading Volume and Percentage Turnover During the Class Period**

| Note | Average Weekly Par Value Trading Volume | Average Weekly Turnover |
|---|---|---|
| LBF5 Notes LBH1 Notes LBG3 Notes LBJ7 Notes | ████████ | ████ |

**Source:** ████████████████████

**Note:** Calculations performed by Crowninshield Financial Research.

80.    For notes, ██████████████████████████████████████████████

██████████ Notwithstanding that notes generally trade less actively than do stocks, and that Courts make an accommodation in the *Cammer* volume factor for notes on account of this regularity.[66] ██████████████████████████████████████████

████████████████████████████████████████████████████████████████

██████████████████[68] In the case of the common stock of Coated Sales, Inc., the *Cammer* court cited the conclusion of Alan R. Bromberg and Lewis D. Lowenfels that "weekly trading of 2% or more of the outstanding shares would justify a strong presumption that the market for the security is an efficient one; 1% would justify a substantial

---

[66] Daily trading volume for each of the Waste Management Notes as a percentage of the outstanding issue is computed by summing the face amount traded, dividing by the number of days in the Class Period, and then dividing by the size of the outstanding issue. Weekly trading volume for each of the Waste Management Notes is computed by multiplying the daily trading volume by five (the number of trading days in a typical week).

[67] *In re DVI Inc. Sec. Litig.*, 249 F.R.D. 196 (E.D. Pa. 2008) at 215 (finding that even where a particular "trading volume would not likely support a finding of an efficient market for equities, it [was] sufficient to support such a finding for corporate bonds").

[68] *Cammer*, 711 F. Supp. at 1286.

presumption."[69] The trading volume for the Waste Management Notes ███████████ ████████████████████████████████████████████████████████████████ ███████████.

81.    Consistent with the *Cammer* opinion, economic theory, and empirical research, the █████ trading volume in the Waste Management Notes ████████████████████████████ ████████████████████████████████.

### 2.    Trade Frequency

82.    The trading frequency of the Waste Management Notes, ████████████████████████ ████████████████████████████████████████████████████████████████████ ███████████████ A published, peer-reviewed study by Mahanti et al. [2008] observes that relatively few corporate bonds trade more frequently than 200 days per year.[70] Mahanti et al. [2008] examined a large sample of U.S. corporate bonds, and found that the typical bond examined had an average time elapsed between successive trades of 12-22 days.[71] ████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████.

83.    Following Mahanti et al. [2008], ████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ███████.

84.    Among Waste Management Notes, ████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ █████████████████.

---

[69] *Id.* at 1293.

[70] "Latent Liquidity: A New Measure of Liquidity, With an Application to Corporate Bonds," by Sriketan Mahanti et al., *Journal of Financial Economics*, vol. 88, no. 2, 2008, p. 278. The Mahanti et al. analysis is presented in Exhibit-4.

[71] *Id.* p. 282.

**Table-2: Average Days Elapsed Between Successive Trades for Waste Management Notes**

| Note | Average Days Elapsed Between Successive Trades |
|---|---|
| LBF5 Notes | ████ |
| LBH1 Notes | |
| LBG3 Notes | |
| LBJ7 Notes | |

**Source:** ███████████████

**Note:** Calculations performed by Crowninshield Financial Research.

85. The trading frequency of the Waste Management Notes ██████████████

██████████████████████████████████████

██████████████████████████████████████

████████████████████████

## B. Analyst Coverage and Other Avenues of Information Dissemination (*Cammer* Factor 2)

### 1. Analyst Coverage

86. Securities analysts interpret and disseminate information about the companies they cover. They conduct research and provide valuation opinions, which help market participants acquire relevant information and understand the implications of that information for valuation and investment decisions. Consequently, securities analysts facilitate the flow and digestion of information within the marketplace. The presence of analysts and their functions, promote efficiency.

87. Barber et al. [1994] found that coverage by one or two analysts strengthened the presumption of efficiency for a publicly traded stock.[72]

88. I was able to obtain from *LSEG Workspace* and from counsel 56 analyst reports published by 13 different analyst firms during the Class Period about Waste Management: Argus, BMO, Bank of America, CFRA, CIBC, Deutsche Bank, Jefferies, JPMorgan, Morningstar, Oppenheimer, RBC Capital Markets, Scotiabank, and UBS.[73] Therefore, based on analyst

---

[72] "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," by Brad Barber et al., *The Journal of Corporation Law*, 1994, pp. 310-311.

[73] *LSEG* (London Stock Exchange Group) *Workspace*, formerly known as *Refinitiv Eikon*.

reports I was able to obtain, at least 13 analyst firms covered Waste Management during the Class Period.

89. Over the full year leading up to the end of the Class Period, I was able to obtain 107 analyst reports about Waste Management, published by 14 different analyst firms. The additional covering firm was Macquarie Research. A list of the analyst reports can be found in Exhibit-1.

90. Transcripts of Waste Management's conference calls conducted during the Class Period confirm that at least four additional analyst firms also followed the Company: Goldman Sachs, KeyBanc, Raymond James, and Stifel Nicolaus. This documentation confirms that at least 17 analyst firms followed the Company during the Class Period.

91. Furthermore, during the Class Period, 17 different analysts contributed to the Waste Management consensus earnings estimates surveyed and reported by *LSEG Workspace*. The consensus surveys confirm that at least 17 analysts covered Waste Management during the Class Period.

92. Coverage by 17 analyst firms is broad analyst coverage. Waste Management's analyst coverage was more extensive than the coverage by one or two analysts that Barber et al., [1994] found strengthened the presumption of efficiency for a publicly traded stock.[74]

93. The Waste Management analyst reports that I reviewed reported information relevant to the valuation of the Waste Management Notes. The reports reported and analyzed the Company's leverage, liquidity, and ability to service debt. Importantly, they also tracked the status of the pending ADS acquisition. Reports from all 13 analyst firms whose reports I was able to obtain mentioned the pending acquisition. Six of the 13 analyst firms discussed the debt raised to finance the pending ADS acquisition (*i.e.*, the Waste Management Notes). Exhibit-5 lists the analyst reports that mentioned the pending acquisition of ADS and/or discussed the Waste Management Notes.

94. Consistent with the *Cammer* opinion, financial economic principles, and published empirical research, the extensive coverage of Waste Management by professional securities analysts is compelling evidence that the market for the Waste Management Notes was an efficient market throughout the Class Period.

---

[74] "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," by Brad Barber et al., *The Journal of Corporation Law*, 1994.

### 2. Institutional Ownership and Buy-Side Analysis

95. According to published empirical research, high institutional ownership of a security promotes market efficiency.[75] Financial institutions and investment management companies bring their expertise and sophistication to the marketplace. These institutions often employ financial analysts who conduct their own research on the securities they buy, thereby expanding analyst coverage.

96. Numerous financial institutions owned the Waste Management Notes during the Class Period. ██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████ ██ █████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████

**Table-3:** ████████████████████████████████████████
███████████████████████

| Note | | | |
|------|---|---|---|
| LBF5 Notes | | █ | |
| LBH1 Notes | | █ | |
| LBG3 Notes | | █ | |
| LBJ7 Notes | | █ | |
| Notes in Aggregate | | █ | |

Source: ███████████████████

97. According to the █████████████████████████████████████
████████████████████████ at some point during the Class Period.

---

[75] See, *e.g.*, "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," by Brad Barber et al., *The Journal of Corporation Law*, 1994, p. 292; and "Sophisticated Investors and Market Efficiency: Evidence from a Natural Experiment," by Yong Chen et al., *Journal of Financial Economics*, vol. 138, no. 2, 2020.

[76] ████████████████████████████████████████████████
████████████████████████████

98.    SEC filings by registered investment management companies also indicate widespread institutional ownership of the Waste Management Notes. Investment management companies are required to file a monthly portfolio investments report, Form N-Port, with the SEC.[77] The requirement applies to "a registered management investment company, or an exchange-traded fund organized as a unit investment trust, or series thereof." The SEC makes publicly available each reporting institution's holdings as of the end of the respective institution's fiscal quarters. Holdings sold before the end of a month will not be reported by the company, and holdings sold before the end of a fiscal quarter will not be disclosed to the public. Nonetheless, according to this SEC filing data, at least 119 investment management companies owned one or more of the Waste Management Notes at some point during the Class Period.[78] Table-4 presents the number of investment management companies that owned each of the Waste Management Notes at some point during the Class Period according to the SEC filing data.

**Table-4: Investment Management Companies Holding Waste Management Notes During the Class Period**

| Note | Investment Management Companies |
|---|---|
| LBF5 Notes | 54 |
| LBH1 Notes | 50 |
| LBG3 Notes | 74 |
| LBJ7 Notes | 52 |
| Notes in Aggregate | 119 |

**Source:** EDGAR.

---

[77] According to the SEC, Form N-Port "is to be used by a registered management investment company, or an exchange-traded fund organized as a unit investment trust, or series thereof ('Fund'), other than a Fund that is regulated as a money market fund … or a small business investment company ('SBIC') …, to file reports of monthly portfolio holdings pursuant to rule 30b1-9 under the Act (17 CFR 270.30b1-9)." (Form N-Port, accessed at https://www.sec.gov/files/formn-port.pdf).

[78] According to the data in SEC filings, 119 institutions held Waste Management Notes on at least one of the following quarterly reporting dates during the Class Period: 28/29 February 2020, 31 March 2020, 30 April 2020, and 31 May 2020. There may have been additional institutions that held Waste Management Notes during the Class Period, but not on those quarterly reporting dates.

Confidential                                          30

99. ████████████████████████████████████████████████

████████████████████ and in the number of investment management firms that reported holding the Notes in their SEC filings. This broad institutional ownership of the Waste Management Notes supports the conclusion that the Notes traded in an efficient market throughout the Class Period.

### 3.    News Coverage, Filings, and Conference Calls

100. The news media also facilitate the flow of information to the marketplace, thereby promoting market efficiency.

101. The news media coverage of Waste Management was extensive during the Class Period. The *Factiva* database contains 285 articles published about the Company during the 131-calendar-day Class Period.[79] The *Factiva* articles include published news articles and Company press releases.

102. Information about Waste Management was also disseminated in SEC filings, conference calls, and announcements on the Company's website.[80]

103. Therefore, throughout the Class Period, substantial attention was paid to Waste Management by market participants, and information about Waste Management was readily available to market participants through the news media, analyst reports, Company financial reports, Company statements, and various other sources. This attention, news coverage, and provision of information is further compelling evidence of the efficiency of the market for Waste Management Notes throughout the Class Period.

### 4.    Credit Rating Agencies

104. Coverage by credit rating agencies is another channel through which information and analysis about a company's debt instruments reaches investors. This infrastructure for disseminating and analyzing information promotes the efficiency of the market in which the debt instrument trades.

---

[79] This figure is based on a *Factiva* search in "All Sources" for articles published during the Class Period where "Waste Management, Inc." was the "Company" search field parameter. This is the number of news articles after removing duplicates identified by *Factiva* as "Identical."

[80] https://www.wm.com.

Confidential                                    31

105. To arrive at bond ratings, credit rating agencies perform detailed analyses of bond issuers, considering a vast array of business and financial information. According to Standard & Poor's ("S&P"), S&P only provides ratings when they have adequate information.[81] Thus, not only does coverage by a rating agency foster market efficiency, but it also is evidence that the market is sufficiently developed so that the relevant information is available.

106. Credit rating agencies monitor and periodically update company credit ratings. This ongoing monitoring is known as surveillance.

> "Conduct Ongoing Surveillance
> Fitch's ratings are typically monitored on an ongoing basis and the review process is a continuous one. Monitored credit ratings are also subject to a review by a rating committee, at least once annually. Certain sovereign and international public finance credit ratings are reviewed at least every six months, according to a calendar of scheduled review dates. Analysts will convene a committee to review the credit rating instead of waiting for the next scheduled review if a business, financial, economic, operational or other development can reasonably be expected to result in a rating action."
> **"Ratings Process," *FitchRatings*, accessed at https://www.fitchratings.com/products/ ratings-process.**

107. The three major credit rating agencies, Fitch, Moody's, and S&P (collectively, the "Credit Rating Agencies") rated the Waste Management Notes when the Notes were issued, and they provided ongoing surveillance coverage throughout the Class Period.

108. Fitch not only rated the Waste Management Notes but also published detailed research and credit analyses addressing the Notes. For example, Fitch provided the following analysis on 8 April 2020:

> "Fitch Ratings has affirmed Waste Management, Inc's (WM) and Waste Management of Canada Corporation's Long-Term Issuer Default Rating (IDR) and senior unsecured rating at 'BBB+'. In addition, Fitch has affirmed WM's Short-Term IDR and commercial paper at 'F2'. The Rating Outlook has been revised to Negative. … The Negative Outlook reflects Fitch's caution in the face of deteriorating economic conditions, following the coronavirus outbreak, which is exacerbated by risks associated with the pending $4.9 billion acquisition of Advanced Disposal (ADSW) which is

---

[81] "What to Expect From S&P Global Ratings' U.S. Public Finance Rating Process," S&P Global, 29 August 2023, accessible at https://www.spglobal.com/ratings/en/research/articles/230829-what-to-expect-from-s-p-global-ratings-u-s-public-finance-rating-process-12734875.

expected to close in mid-2020. Revenue and EBITDA will be pressured in the near-term with commercial and industrial markets facing broad-scale shutdowns. Should a recovery in WM's performance be delayed, likely due to a slowed economic recovery, or challenges related to the ADSW acquisition prevent it from deleveraging to below 3.0x by the end of 2022, the ratings could be downgraded."
**"Fitch Affirms Waste Management at 'BBB+'; Revises Outlook to Negative,"** *Fitch Solutions*, **8 April 2020.**

109. Table-5 presents the Credit Rating Agencies' ratings of Waste Management before, during, and after the Class Period. This coverage by the Credit Rating Agencies during the Class Period is additional compelling evidence of the efficiency of the market for the Waste Management Notes during the Class Period.

**Table-5: Credit Rating History of Waste Management, Inc.**

| Agency | Category | Date | Rating |
|--------|----------|------|--------|
| Moody's | Senior Unsecured Debt | 5/7/2018 | Baa1 |
| | | 2/28/2024 | A3 |
| Fitch | Senior Unsecured Debt | 10/17/2017 | BBB+ |
| | | 8/31/2023 | A- |
| S&P | Long-Term Local Issuer | 12/12/2013 | A- |

**Source:** Bloomberg.

C.    **Market Makers and Prominent Underwriters (*Cammer* Factor 3)**

110. The market-making infrastructure for a security, including the number of market makers, is the third factor that the *Cammer* court determined may indicate market efficiency. Market makers are financial intermediaries who trade in a particular security, standing ready to buy and sell with individual investors, institutions, and other market makers. A large number of market makers implies that many market participants are trading that particular security. A large number of market makers for a particular security provides a high degree of liquidity and the competition among them lowers transaction costs. With a large number of market makers, it is generally easy for investors to execute trades in a timely fashion and with reasonable transaction costs. These features preclude certain

Confidential                                                    33

potential impediments to trading and conveyance of information, and therefore promote and indicate market efficiency.

111. Like most corporate bonds, the Waste Management Notes traded in the over-the-counter market.[82,83] The over-the-counter market is an electronically linked group of market participants where trading takes place between large broker/dealers who act on behalf of themselves or their clients.[84] These market participants or broker-dealers act as market makers by quoting prices at which they buy and sell a bond and facilitate trading in the bond.[85] In the over-the-counter bond market, dealers carry inventory and stand ready to buy and sell bonds, supplying "immediacy" and "reliable price information" to the market.[86] The over-the-counter markets are regulated by FINRA.[87] Since 2002, TRACE has been providing transparency to the bond market by capturing "real-time consolidated transaction data."[88] Broker-dealers who are FINRA member firms are obligated to report all transactions to TRACE within 15 minutes of execution.[89]

112. ███████████████████████████████████████████████████████ All FINRA members are broker-dealers.[90] However, ███████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████

---

[82] Waste Management, Inc., Form 424B5, filed 16 May 2019, p. S-38.

[83] See, *e.g.*, "Fixed-Income Markets: Issuance, Trading, and Funding," by Moorad Choudhry et al., *Fixed Income and Derivatives CFA Curriculum*, CFA Institute, 2019, p. 64 "In addition, unlike common shares that are primarily issued and traded in organized markets, the issuance and trading of bonds very often occurs in over-the-counter (OTC) markets."

[84] "The Primary and Secondary Bond Markets," by Frank Fabozzi and Frank Jones, Chapter 3, in *The Handbook of Fixed Income Securities*, 7th edition, edited by Frank Fabozzi and Steven Mann, McGraw-Hill, 2005, pp. 42-43.

[85] "The Primary and Secondary Bond Markets," by Frank Fabozzi and Frank Jones, Chapter 3, in *The Handbook of Fixed Income Securities*, 7th edition, edited by Frank Fabozzi and Steven Mann, McGraw-Hill, 2005, pp. 42-43.

[86] "The Primary and Secondary Bond Markets," by Frank Fabozzi and Frank Jones, Chapter 3, in *The Handbook of Fixed Income Securities*, 7th edition, edited by Frank Fabozzi and Steven Mann, McGraw-Hill, 2005, p. 41.

[87] https://www.finra.org/rules-guidance/key-topics/fixed-income.

[88] https://www.finra.org/rules-guidance/key-topics/fixed-income.

[89] https://www.finra.org/filing-reporting/trade-reporting-and-compliance-engine-trace/trace-reporting-timeframes.

[90] https://www.finra.org/rules-guidance/rulebooks/corporate-organization/article-i-definitions-0#:~:text=(r)%20%22 FINRA%20member%22,admitted%20to%20membership%20in%20FINRA.

██████████████████████████████████████ Other proxy variables support this conclusion.

113.    Specifically, the Waste Management Notes had numerous underwriters that helped issue the Notes. Investment banks that underwrite fixed-income offerings subsequently serve as market makers for the issues.

> "It would be a mistake to think that once the bonds are all sold, the investment banking firm's ties with the deal are ended. Those who bought the bonds will look to the investment banking firm to make a market in the issue. This means that the investment banking firm must be willing to take a principal position in secondary market transactions."
> **"The Primary and Secondary Bond Markets," by Frank Fabozzi and Frank Jones, Chapter 3, in *The Handbook of Fixed Income Securities*, 7th edition, edited by Frank Fabozzi and Steven Mann, McGraw-Hill, 2005, p. 33.**

114.    The Waste Management Notes were underwritten by some of Wall Street's largest and most prominent investment banks. According to SEC filings, there were at least 20 underwriters of the Waste Management Notes, including: Academy, Barclays, BNP Paribas, BNY Mellon, Bank of America, Citigroup, Comerica, Credit Suisse, Deutsche Bank, Goldman Sachs, JPMorgan, MFR, Mizuho, MUFG, PNC, Scotia, Siebert Cisneros Shank & Co., SMBC Nikko, U.S. Bancorp, and Wells Fargo.[91]

115.    Additionally, three investment banks that published analyst reports covering Waste Management stated in those reports that they also make a market in Waste Management securities. JPMorgan, RBC Capital Markets, and UBS published reports stating that they made a market in Waste Management securities during the Class Period.[92]

116.    Based on the ██████████████████████████████████ the number of investment banks that underwrote the Waste Management Notes offering, the fact that underwriters typically make markets in the securities they underwrite, and the disclosures that analyst firms were market makers in the market for Waste Management

---

[91] Waste Management, Inc., Form 424B5, filed 16 May 2019, p. S-37.

[92] See, *e.g.*, "Core Trends Remain Healthy Into 2020 Despite Ongoing Headwinds in Recycling," by Walter Spracklin and Ryall Stroud, RBC Capital Markets, analyst report, 13 February 2020, p. 10; "4Q Operational Miss. 2020 Guidance OK but Street Expectations High," by Stephanie Yee, JPMorgan, analyst report, 13 February 2020, p. 2; and "4Q19: Guide In-line w/ Pre-ADSW Expectations," by Jon Windham et al., UBS, analyst report, 13 February 2020, p. 5.

securities, it is apparent that there were numerous market makers for the Waste Management Notes, thus satisfying the third *Cammer* factor.

**D.      Form S-3 Registration Eligibility (*Cammer* Factor 4)**

117.   Form S-3 registration is a simplified process that publicly traded U.S. companies can use to register securities with the SEC for a security offering to raise capital. Also known as "short-form" registration, Form S-3 registration is simpler and more expedited as compared to a regular Form S-1 registration. However, to be eligible for Form S-3 registration, companies must satisfy certain requirements pertaining to size and report filing history.

118.   The *Cammer* court observed that Form S-3 registration eligibility is indicative of market efficiency because the report filing requirement ensures that financial data are available to market participants, and the public float requirement indicates that many market participants would have examined the information. The *Cammer* court explained, as follows:

> "Proposed Form S-3 recognizes the applicability of the efficient market theory to the registration statement framework with respect to those registrants which usually provide high quality corporate reports, including Exchange Act reports, and whose corporate information is broadly disseminated, because such companies are widely followed by professional analysts and investors in the market place. … Because of the foregoing observations made by the SEC, the existence of Form S-3 status is an important factor weighing in favor of a finding that a market is efficient."
> **Cammer, 711 F. Supp. at 1284-85.**

> "The 'public float' aspect of the Form S-3 requirements ensures that enough investors have in fact read the previously filed document."
> **Id. at 1285.**

119.   At the time of the *Cammer* opinion, the conditions for Form S-3 registration were that a company had filed financial reports with the SEC for 36 months and had an outstanding float over $150 million held by non-affiliates, or $100 million of such float coupled with annual trading volume exceeding 3 million shares.[93]

---

[93] "Revisions to the Eligibility Requirements for Primary Securities Offerings on Forms S-3 and F-3," SEC Release No. 33-8812, 20 June 2007.

120. In 1992, the SEC revised its Form S-3 registration eligibility requirements to 12 months of filings and at least $75 million of float. Since 2007, the SEC has allowed companies with less than $75 million of float to file a Form S-3 registration as long as the company has been filing financial reports for at least a year, has "a class of common equity securities listed and registered on a national securities exchange, and the issuers do not sell more than the equivalent of one-third of their public float in primary offerings over any period of 12 calendar months."[94]

121. A company is eligible to use Form S-3 to offer non-convertible debt securities if it has issued "at least $1 billion in non-convertible securities, other than common equity, in primary offerings for cash, not exchange, registered under the Securities Act, over the prior three years; or (ii) has outstanding … at least $750 million of non-convertible securities, other than common equity, issued in primary offerings for cash, not exchange, registered under the Securities Act."[95]

122. Waste Management regularly and timely filed required SEC financial reports.[96] Also, Waste Management's average float during the Class Period of $44.02 billion far exceeded the $75 million float size required for Form S-3 registration. Waste Management's equity float exceeded the minimum float requirement throughout the entire Class Period. Additionally, the Company had issued the Waste Management Notes on May 2019. These Notes were registered under the Securities Act and had a face value of $3.0 billion in the aggregate, far exceeding the requirement of issuing at least $1 billion in non-convertible securities for cash.[97] Satisfying all requisite conditions, Waste Management was eligible for Form S-3 registration for both stock and bonds throughout the Class Period.

---

[94] "Revisions to the Eligibility Requirements for Primary Securities Offerings on Forms S-3 and F-3," SEC Release No. 33-8878, 19 December 2007.

[95] Form S-3, p. 5. (accessed at https://www.sec.gov/files/forms-3.pdf).

[96] See records of Waste Management's SEC filings of Form 10-K and Form 10-Q available at www.sec.gov/edgar.

[97] Waste Management, Inc., Form 424B5, filed 16 May 2019.

123.    This eligibility demonstrated that Waste Management possessed the characteristics of size, visibility, and provision of data that foster and indicate the efficiency of the market for the Waste Management Notes. Consistent with the *Cammer* opinion, Waste Management's eligibility for Form S-3 registration supports a conclusion that the market for the Waste Management Notes was efficient throughout the Class Period.

### E.    *Krogman* Factors

#### 1.    Outstanding Par Value (*Krogman* Factor 1)

124.    Just as large market capitalization indicates the efficiency of a market for common stock, the size of the issuing company and the size of a note issue are factors that are relevant for assessing the efficiency of the market for a company's debt securities. Large size attracts attention and increases visibility for all of a company's securities.

125.    During the Class Period, Waste Management ranked among the largest companies in the U.S., as measured by market capitalization. Over the course of the Class Period, the market capitalization of Waste Management common stock ranged between $37.3 billion and $53.6 billion, averaging $44.1 billion. This average market capitalization was larger than the respective market capitalizations of 97.8% of all publicly traded companies in the U.S.[98]

126.    Waste Management was not a small, obscure company, which escaped the notice of market participants. Rather, the Company was very large, highly visible, and well covered – facts that support a conclusion of market efficiency for all of the Company's securities, including the Notes.

127.    The Waste Management Notes issues were also extraordinarily large. The outstanding value of just the Waste Management Notes by themselves was larger than the entire market capitalizations of most publicly-traded companies, respectively. The aggregate par value of the Waste Management Notes totaled $3.0 billion, which is larger than the respective

---

[98] Market capitalizations for all other companies were computed as averaged month-end values, using data from CRSP for February 2020 through May 2020.

market capitalizations of 81.6% of all public companies listed on the NYSE, AMEX, NASDAQ, and ARCA during the Class Period.[99]

128.    The outstanding par values of the Waste Management Notes were even individually larger than the respective market capitalizations of most publicly-traded companies.[100]

    i.    The LBJ7 Notes had an outstanding par value of $500 million, which is larger than the respective market capitalizations of 57.9% of all public companies listed on the NYSE, AMEX, NASDAQ, and ARCA during the Class Period.

    ii.    The LBF5 Notes and LBH1 Notes each had outstanding par values of $750 million, which is larger than the respective market capitalizations of 64.2% of all public companies listed on the NYSE, AMEX, NASDAQ, and ARCA during the Class Period.

    iii.    The LBG3 Notes had an outstanding par value of $1.0 billion, which is larger than the respective market capitalizations of 67.8% of all public companies listed on the NYSE, AMEX, NASDAQ, and ARCA during the Class Period.

### 2.    Float (*Krogman* Factor 2)

129.    Float measures how much of an issued security is available for trading by the general public. It is the outstanding amount minus any amount held by insiders and related corporate entities. Float can be analyzed in terms of number of units, dollar value, or as a percentage of the total outstanding issue.

130.    Whether measured in terms of its market capitalization or common stock float, Waste Management was indisputably one of the largest companies in the world (and was so during the Class Period). On average during the Class Period, there were 423.62 million Waste Management common stock shares outstanding, of which 422.98 million (99.85%) were

---

[99] Using averaged month-end data from CRSP for February 2020 to May 2020. I grouped public companies into deciles, so that the 1st decile contains the largest 10% of all public companies listed on the NYSE, AMEX, NASDAQ, and ARCA while the 10th decile contains the smallest 10%.

[100] The court *In re Enron Corp. Sec., Derivative & "ERISA" Litig.*, 529 F. Supp. 2d 644 (S.D. Tex. 2006), found that large aggregate outstanding par amount was indicative of bond market efficiency.

in float. Over the course of the Class Period, Waste Management's stock float ranged between $37.3 billion and $53.5 billion, averaging $44.02 billion. This average float was larger than the entire respective market capitalizations (including shares held by insiders and affiliates) of 97.8% of all other publicly traded companies in the U.S.[101]

131. Focusing on just the Waste Management Notes, their float too was extraordinarily large. The Company's public filings did not indicate that insiders held any portion of the Company's outstanding Notes. Consequently, the float of the Waste Management Notes equaled their total amount outstanding, which was a par value of $3.0 billion. This amount was larger than the respective common stock market capitalizations of at least 81.6% of all public companies listed on the NYSE, AMEX, NASDAQ, and ARCA during the Class Period.

132. Even the smallest issue among the Waste Management Notes (LBJ7 Notes) had a par value float of $500 million, which was greater than the common stock market capitalizations of 57.9% of all publicly traded companies in the U.S.

133. The large outstanding floats of the Waste Management Notes, individually and in the aggregate, are indicative of the efficiency of the market in which they traded.

### 3.    Bid-Ask Spread (*Krogman* Factor 3)

134. ███████████████████████████████████████ ███████████████████████████ the bid-ask spreads for the Notes ████ ████████████ However, *Bloomberg* and *LSEG Workspace* both present estimates of the Note bid-ask spreads based on analysis of data available to them.

135. I obtained from *Bloomberg* and *LSEG Workspace* these analytically estimated daily closing bid and ask quotes for the Waste Management Notes during the Class Period. *Bloomberg* explains that its estimated bid and ask quotes are "evaluated" using an algorithm based on "Direct Observations" and "Observed Comparables."[102] *LSEG Workspace* explains that it

---

[101] Market capitalizations for all other companies were computed as averaged month-end values, using data from CRSP for February 2020 through May 2020.

[102] According to *Bloomberg*'s pricing methodology, "Direct Observations uses Trades and/or Executable and/or Indicative quotes on the Target Bond," and "Observed Comparables" uses direct observations on comparable bonds to derive a relative value price on the Target Bond when direct market observations on the Target Bond are insufficient."

arrives at estimates for bid and ask quote by analyzing trade prices, broker quotes, the new issue market, and comparable securities.[103]

136. Exhibit-6a and Exhibit-6b presents the bid and ask price data for Waste Management Notes provided by *Bloomberg* and *LSEG Workspace*, respectively.

137. I measured the percentage bid-ask spread as the difference between the bid and ask quotes divided by the average of the bid and ask quotes, which is the standard way of measuring percentage bid-ask spreads in the finance literature.

138. As shown in Table-6, according to the *Bloomberg* data, for the four Notes, the bid-ask spread averages during the Class Period ranged between 0.35% and 0.93%. *LSEG Workspace*'s estimated bid-ask spreads were lower, with the averages ranging between 0.12% and 0.41%.

**Table-6: Average Bid-Ask Spreads for Waste Management Notes During the Class Period**

| Note | Average Bid-Ask Spread using *Bloomberg* Estimates | Average Bid-Ask Spread using *LSEG Workspace* Estimates |
|---|---|---|
| LBF5 Notes | 0.35% | 0.12% |
| LBH1 Notes | 0.58% | 0.17% |
| LBG3 Notes | 0.51% | 0.24% |
| LBJ7 Notes | 0.93% | 0.41% |

**Sources:** Bloomberg and LSEG Workspace.

**Note:** Calculations performed by Crowninshield Financial Research.

139. The Waste Management Note bid-ask spreads were narrow, supporting a conclusion of market efficiency. For comparison purposes, the average month-end bid-ask spread for all stocks traded on American exchanges over the course of the Class Period, as reported in the Center for Research in Security Prices ("CRSP") database, was 0.83%. The average

---

[103] "Methodology Guide," *Refinitiv Evaluated Pricing Service*, Fixed income and Derivative Evaluated Pricing, version 6.2, p. 39. *LSEG Workspace* further describe their data sources and analysis as follows: "Broker/Dealer Quotes: Refinitiv has relationships with all the major broker/dealers who supply pricing levels and market information. The evaluation team is responsible for maintaining and growing the supply of broker/dealer quotes. Executable quotes are live tradable markets. Executable quotes are preferred inputs for most pricing processes but are typically not available for all but a few issues."

bid-ask spreads of the LBF5 Notes, LBH1 Notes, and LBG3 Notes, calculated from either data source, were substantially narrower than that.

140.   The average bid-ask spread on the LBJ7 Note was substantially lower than the average among all publicly traded stocks according to the *LSEG Workspace* data. According to the *Bloomberg* data, that Note's bid-ask spread was slightly higher than the average within the universe of all stocks, but relatively in line.

141.   While the LBJ7 Notes' average bid-ask spread according to the *Bloomberg* data was marginally higher than the average among all stocks during the Class Period, it is noteworthy that this average bid-ask spread was lower than the average among all stocks prevailing during the class period considered in the *Krogman* case that recognized narrow bid-ask spreads to be an indicator of market efficiency. The average percentage bid-ask spread during the *Krogman* class period was 4.34%. Thus, the LBJ7 Notes' bid-ask spread during the Class Period was narrow relative to the standards that indicated market efficiency when that determination was made by the *Krogman* court.

142.   In sum, based on either data source, the bid-ask spreads on the Waste Management Notes were sufficiently narrow to support a conclusion of market efficiency.

## X.   EMPIRICAL DEMONSTRATION OF MARKET EFFICIENCY FOR THE WASTE MANAGEMENT NOTES (*Cammer* Factor 5)

143.   The fifth *Cammer* factor is empirical evidence showing a cause-and-effect relationship between the release of company-specific information and movements in the security price.[104] The *Cammer* court noted that a demonstration of a cause-and-effect relationship "would be helpful to a plaintiff seeking to allege an efficient market."[105]

---

[104] *Cammer*, 711 F. Supp. at 1291.

[105] *Id*. at 1287.

144. While the *Cammer* court stated that the empirical factor is "helpful" and "convincing," my understanding is that more recently, consistent with financial economic principles and published empirical findings, courts have found that the empirical *Cammer* factor is not necessary to establish market efficiency, especially when the other factors are satisfied, and circumstances are not unusual.[106]

145. In particular, courts in the Second Circuit have concluded that the fifth *Cammer* factor is not necessary when the other *Cammer* and *Krogman* factors indicate market efficiency.

> "[W]e conclude that a plaintiff seeking to demonstrate market efficiency need not always present direct evidence of price impact through event studies."
> **Waggoner, 875 F.3d at 97.**

> "The remaining four *Cammer* Factors and three *Krogman* Factors support a finding of market efficiency. The Second Circuit explained that if these seven factors are satisfied, the fifth *Cammer* Factor is not necessary for a finding of market efficiency."
> **In re Vale, 2019 WL 11032303, at \*14.**

> "Although, unlike the ADSs, the analysis of the Notes does not mirror the analysis in *Waggoner* as significantly, the weight of the indirect evidence under *Krogman* and the first four *Cammer* factors, which tip in favor of efficiency, suggest that Vale Notes, too, traded in an efficient market. See, e.g., In re NII Holdings, Inc. Sec. Litig., 311 F.R.D. 401, 413 (E.D. Va. 2015) ("[E]ven if the fifth *Cammer* factor were considered weak, the evidence offered in support of the other *Cammer* factors as well as the non-*Cammer* factors is more than sufficient to demonstrate by a preponderance of the evidence that the stocks and bonds at issue traded in an efficient market.").
> **In re Vale S.A. Sec. Litig., No. 19-cv-526-RJD-SJB 2022 WL 122593, at \*16 (E.D.N.Y. Jan. 11, 2022).**

> "The only factor that is subject to disagreement is *Cammer*'s fifth factor, *i.e.*, whether there was a 'demonstration of a cause and effect relationship between [BlackBerry]'s unexpected, material disclosures and changes in stock price.' *Waggoner*, 875 F.3d at 94 (alteration omitted) (quoting

---

[106] *See, e.g.*, *Waggoner*, 875 F.3d at 97 ("a plaintiff seeking to demonstrate market efficiency need not always present direct evidence of price impact through event studies").

> *Bombardier*, 546 F.3d at 200). As the Second Circuit noted in *Waggoner*, where the remaining four Cammer factors and the three Krogman factors all point toward market efficiency, a court can dispense with the fifth Cammer factor completely."
> **Pearlstein, 2021 WL 253453, at \*16.**

146. Nonetheless, significant security price reactions to new, valuation-relevant information do demonstrate market efficiency and are compelling evidence of market efficiency. The event study that I conducted for the Waste Management Notes provides such empirical evidence.

147. All of the Waste Management Notes exhibited statistically significant price reactions to the Company's disclosure on 24 June 2020 that the ADS transaction would not close until after 14 July 2020, triggering the special mandatory redemption feature in the Notes. This result proves that the Waste Management Notes responded to Company-specific information, which is the hallmark of an efficient market. The reaction of the Notes to the surprising Company news demonstrated the efficiency of the market in which the Notes traded.

## A.     Event Study

148. Event studies test whether a security responds to new information. Event study analysis is one of the most commonly used analytic methodologies employed by finance researchers to assess the impact of information and events on security prices.

149. Campbell et al. [1997] describe and provide examples of the event study methodology and write about how this method is generally accepted and widely used in academic research.[107] Gold et al. [2017] describe how the methodology is generally accepted and widely used in forensic applications.[108]

150. An event study measures how much a security price rises or falls in response to new, company-specific information. One component of an event study is statistical regression analysis that determines how much of a security price change is explained by market-wide and industry sector factors, rather than company-specific information. This identification allows the researcher to assess if the security efficiently reacted to market-wide

---

[107] See, *e.g.*, "Event-Study Analysis," by John Campbell et al., Chapter 4 of *The Econometrics of Financial Markets*, 2nd edition, Princeton University Press, 1997.

[108] "Federal Securities Acts and Areas of Expert Analysis," by Kevin Gold et al., Chapter 27 of the *Litigation Services Handbook*: *The Role of the Financial Expert*, 6th edition, edited by Roman Weil et al., John Wiley & Sons, Inc., 2017.

information, such as interest rates, and also allows those market and sector influences to be statistically factored out so that one can determine if company-specific information has moved the security price.

151.  The portion of a security price change that cannot be attributed to market-wide or sector factors is called the residual security price movement or "residual return." The event study isolates the residual return and tests whether the residual return can reasonably be explained as merely a random fluctuation.

152.  If a security's event date residual return is statistically significant, it indicates that the security price movement cannot be attributed to market factors, sector factors, or to random volatility, but rather was caused by new, company-specific information. A significant security price reaction to the release of company information demonstrates market efficiency.

### 1.    A Caveat About Non-Significant Security Price Movements

153.  It is important to note that an event study tests the joint hypothesis that: (i) the security trades in an efficient market; (ii) the disseminated information is economically material for that particular security; and (iii) the appropriate valuation impact of the information disseminated on the event date is of such a large magnitude as to exceed the threshold for statistical significance, according to valuation principles. A finding of statistical significance indicates market efficiency, but a finding of non-significance does not necessarily establish inefficiency, because a modest non-significant security price reaction may be the appropriate and efficient security price reaction to a particular announcement or event.[109]

154.  For example, if a company reports business results that are in line with the expectations of analysts and investors, although the announcement would be important, the mix of information may not have changed sufficiently on that date to warrant a statistically significant security price change. The release of important information consistent with market expectations would maintain the security price, whereas important information inconsistent with prior expectations would cause a change in the security price. Similarly,

---

[109] *See, e.g.*, "Event Studies in Securities Litigation: Low Power, Confounding Effects, And Bias," by Alon Brav and J.B. Heaton, *Washington University Law Review*, 30 March 2015, p. 602.

if an important announcement is made alongside countervailing news that impacts the security price in the opposite direction, the combined mix of news may cause no statistically significant security price reaction in an efficient market. In these examples, a modest security price movement, or even no movement at all, may be the appropriate security price reaction in an efficient market. In such cases, the event study finding that the security return was non-significant would not indicate inefficiency. In fact, in such cases, the non-significant security price movement would show that the security behaved as it should in an efficient market.[110]

155.    Similarly, when a company deceives analysts and investors by concealing important information, with either misrepresentations or omissions, the effect of the concealment would generally not be a statistically significant security price movement at the time of the misrepresentation or omission, or over the duration of the concealment. Instead, the concealment would maintain the mix of public information as it was previously, so the price impact would be maintenance of the price level where it was previously. Thus, by keeping the security price from falling, such a misrepresentation or omission would introduce or maintain artificial inflation by propping up the security price.

156.    Moreover, much of the information that may be economically material for a stock is not economically material for a senior debt security. Because stocks are a residual claim on a company's cash flows after notes and preferred stocks have been paid their contractual coupons and principal, the cash flows accruing to stock investors are highly sensitive to a company's revenue and earnings. Thus, stock prices in an efficient market are sensitive to

---

[110] Of note, it is becoming increasingly recognized in the literature that the 95% confidence level is not the only statistical finding dispositive of correlation and causation. While significance at the 95% confidence level provides strong proof that the information conveyed by the disclosure event caused the price reaction, it is also well known and now generally accepted that significance at less than the 95% confidence level is informative as well.

Significance at less than the 95% confidence level certainly does not disprove that an event impacted the security's price. *See, e.g.*, *A Guide to Econometrics*, by Peter Kennedy, 6th edition, Blackwell Publishing, 2008, p. 60 ("Hypothesis tests are usually conducted using a type I error rate (probability of rejecting a true null) of 5%, but there is no good reason why 5% should be preferred to some other percentage. The father of statistics, R.A. Fisher, suggested it in an obscure 1923 paper, and it has been blindly followed ever since. Rosnow and Rosenthal (1989, p. 1277) recognize that 'surely, God loves the .06 as much as the .05'").

Note also that "New Views on Statistical Significance Affect Expert Testimony," by Josh Becker et al., *Law360.com*, 23 May 2019 ("[s]tatistical significance may be part of an expert's reasoning, but the expert should also consider all possible explanations for a scientific conclusion, including study design and the underlying scientific processes that affect the result. To the extent there are other studies or data that contradict the expert's conclusion, the expert should not dismiss that other data merely because it is not statistically significant").

changes in announced and projected revenue and earnings. Senior notes on the other hand are paid first, and thus their expected cash flows and valuations are insulated from all but the most extreme vacillations in expected or announced company cash flows.[111]

> "Consequently, in efficient capital markets the price of the investment-grade bonds is not very sensitive to day-to-day stock price fluctuations of the issuer, nor will it always react to corporate announcements."
> **"Fraud on the Market: Analysis of the Efficiency of the Corporate Bond Market," by Michael Hartzmark et al., *Columbia Business Law Review*, vol. 2011, no. 3, p. 672 (footnote omitted).**

157.    The pricing of notes for a bankruptcy-remote company like Waste Management is typically a function primarily of the note's terms, such as coupon rate and maturity date, which generally do not change, and market interest rates and credit rating, which may change.

### 2.    Selection of Event Study Event

158.    For an event study test of market efficiency, events should be selected on the basis of an independent analysis of which candidate events are informative about market efficiency. These events may be either related or unrelated to alleged misrepresentations, omissions, or corrective disclosures. In the same vein, an ideal candidate event for testing market efficiency should not necessarily be excluded simply because it also happens to be related to the allegations of the case.

159.    According to generally accepted principles of bond valuation, because of their senior status, the value of the Waste Management Notes were substantially insulated from all but the most extreme news affecting the Company's financial performance. Over the course of the Class Period there were no such extreme announcements or events affecting Waste Management's performance, prospects, and solvency. The ratings from all three major Credit Rating Agencies remained unchanged at investment grade throughout the Class Period. As noted above, Fitch affirmatively reiterated the Note's rating during the Class Period.

---

[111] *See, e.g.*, "Understanding the Efficiency of the Market for Preferred Stock," by Michael Hartzmark and H. Nejat Seyhun, *Virginia Law and Business Review*, Spring 2014, pp. 9-10.

160. To identify potential event dates for a Waste Management Note event study test of market efficiency, I reviewed all Company news and analyst reports during and immediately following the Class Period. My review and analysis indicated that the information announced on 24 June 2020 was the only event that was of such import as to reasonably be expected to elicit a security price reaction over the threshold for statistical significance according to theoretical valuation principles. That day, Waste Management issued a press release announcing revised terms for the ADS acquisition.[112] Among other things, Waste Management announced that it expected the acquisition of ADS to close by the end of the third quarter of 2020.[113] As a result of the delay in the closing, the Company expected to redeem the Waste Management Notes pursuant to the special mandatory redemption feature at 101% of par value.[114] As the market prices of the Notes had previously been well in excess of 101% of par value, this was very negative news for the Notes.

161. An analyst assessing market efficiency empirically cannot manufacture suitable events to test. The analyst must accept that there may or may not be many or any suitable events in the relevant history of the Company. For a particular security, a paucity of suitable events for testing efficiency is not an indicator of inefficiency for that security, but rather is a condition that affects the ability to test.[115] Fortunately, in the case of the Waste Management Notes, there is an excellent candidate event for testing market efficiency – the disclosure at the end of the Class Period.

---

[112] "Waste Management and Advanced Disposal Announce Revised Terms of Acquisition and Agreement to Sell Substantially All Anticipated Regulatory Divestitures to GFL Environmental," *Business Wire*, Company press release, 24 June 2020 8:11AM.

[113] "Waste Management and Advanced Disposal Announce Revised Terms of Acquisition and Agreement to Sell Substantially All Anticipated Regulatory Divestitures to GFL Environmental," *Business Wire*, Company press release, 24 June 2020 8:11AM.

[114] "Waste Management and Advanced Disposal Announce Revised Terms of Acquisition and Agreement to Sell Substantially All Anticipated Regulatory Divestitures to GFL Environmental," *Business Wire*, Company press release, 24 June 2020 8:11AM.

[115] For further elaboration on this point, see for example, "What a Solar Eclipse has to do with Market Efficiency," by Daniel Bettencourt and Steven Feinstein, *Law360.com*, 2017, accessible at https://www.law360.com/articles/984744.

### 3. Regression Analysis to Isolate the Impact of Company-Specific Information

162. An event study incorporates regression analysis that determines how much of a security's return following an event was driven by market-wide and industry sector factors, as opposed to Company-specific information. The regression analysis also gauges background volatility and tracks the behavior of the security on non-event dates, against which the security's residual return on the event date can be compared to assess whether it stands out as statistically significant.

163. The methodology, which is generally accepted and widely used in econometric modeling, involves running a regression to determine how the price of the subject security typically behaves in relation to market-wide and industry sector factors. The method then uses the regression model to determine how much of each event day's actual return is explained by those market and sector effects. The portion of the security return that is attributable to market and sector factors is called the "explained return."

164. The explained return is subtracted from the actual return to isolate the residual return, which is the security's return after controlling for explanatory market and sector effects. The residual return reflects the impact of company-specific information on the security price, if any.

165. To compute the residual returns for the Waste Management Notes, I ran regressions modeling the daily return of each note as a function of: (i) a constant term; (ii) the return of the overall stock market; (iii) an industry sector index return; and (iv) the return of a market benchmark bond ("Benchmark Bond"). The Benchmark Bond return variable in the regression model captures the effect of changes in the market interest rate.

#### a. Market and Sector Indices

166. For the overall stock market factor, I used the CRSP NYSE/AMEX/NASDAQ/ARCA Market Index (the "Market Index"), which is a generally accepted and widely used measure of the overall stock market performance. The Market Index appropriately incorporates payment of dividends by the constituent companies.

Confidential                                    49

167. For the industry sector factor, I used the same sector index that Waste Management identified as representative of its industry sector for SEC Regulation S-K disclosure purposes. Regulation S-K requires a public company to identify an index or peer group that is representative of its industry sector.[116] In its FY 2019 Form 10-K filing, the Company compared the performance of its shares to the Dow Jones Waste & Disposal Services Index.[117]

168. Because Waste Management common stock was a constituent of the Dow Jones Waste & Disposal Services Index, I reconstructed the index to remove Waste Management common stock to arrive at a sector index that excludes Waste Management (the "Sector Index"). This adjustment is necessary so that the Sector Index would control for only industry sector news and not also Waste Management company-specific news. The Sector Index appropriately incorporates payment of dividends by the constituent companies.

169. The daily returns of the Benchmark Bonds were computed by pricing each day a hypothetical bond with the same coupon and maturity of the respective Waste Management Notes, applying the yield-to-maturity from a market index matched to the Company's credit rating. The market index yields were drawn from the ICE BofA Single-A US Corporate Index and the ICE BofA BBB US Corporate Index (the "Merrill Indices").[118] Since the Company's credit rating was between the ratings of the Merrill Indices, I interpolated between the yields of the two Merrill Indices straddling the Company credit rating.

170. For example, on 3 March 2020, the yield from the ICE BofA Single-A US Corporate Index was 2.08% and the yield from the ICE BofA BBB US Corporate Index was 2.72%. Therefore, the yield of the Benchmark Bond for the Waste Management Notes was 2.51%, two-thirds of the way from the Single-A yield to the BBB yield. This yield was then used to price a Benchmark Bond for each of the Waste Management Notes with the same coupon and maturity as each respective Note. The next trading day, 4 March 2020, the Single-A

---

[116] 17 CFR §229.201.

[117] Waste Management, Inc., Form 10-K for fiscal year ended 31 December 2019, filed 13 February 2020, p. 31.

[118] Data obtained from FRED (Federal Reserve Economic Data) provided by the Federal Reserve Bank of St. Louis: ICE BofA Single-A US Corporate Index Effective Yield [BAMLC0A3CAEY]; and ICE BofA BBB US Corporate Index Effective Yield [BAMLC0A4CBBBEY].

rated index yield fell to 2.03% and the BBB rated index yield fell to 2.67%, resulting in a new yield for the Benchmark Bond of 2.46%. This yield was then used to reprice each Benchmark Bond. For this sequence of yields, the logarithmic return of the Benchmark Bond for the LBF5 Notes on 4 March 2020 was 0.20%, for example. In this manner, daily returns for the respective Benchmark Bonds for all the Waste Management Notes were computed.

172. All returns used in the regressions were logarithmic returns – *i.e.*, the natural logarithm of the ratio of the current day's closing price to the previous day's closing price. Logarithmic returns are commonly used in event studies and equity analysis because of various computational advantages.[119]

173. ███████████████████ I performed a regression analysis for each of the Waste Management Notes. As is common in bond markets, █████████████████████ ██████████████████ The regression data series included only days on which there was a trading price for two consecutive trading days, so that a one-day return could be computed. Thus, all returns for the Waste Management Notes and Benchmark Bonds are one-day logarithmic returns.

174. For each of the Waste Management Notes, a regression was estimated using all available daily returns for one full calendar year ending on the last day of the Class Period ("Estimation Period"). The choice of using one year of data preceding the event of interest is a widely used and generally accepted practice in event study analysis.



> "Three general choices for the placement of an estimation window are before the event window, surrounding the event window, and after the event window."
> **"Materiality and Magnitude: Event Studies in the Courtroom," by David Tabak and Frederick Dunbar in *Litigation Services Handbook: The Role of the Financial Expert*, 3rd edition, edited by Roman Weil et al., John Wiley & Sons, Inc., 2001, p. 19.5.**

175. For each date in the Estimation Period and for each Note, I computed the explained portion of the security return by adding: (i) the estimated regression intercept term; (ii) the day's Market Index return multiplied by the Market Index regression coefficient; (iii) the day's Sector Index return multiplied by the Sector Index regression coefficient; and (iv) the day's

---

[119] Appendix-2 presents the mathematical formula for the logarithmic return and a discussion of the measure.

Benchmark Bond return multiplied by the Benchmark Bond regression coefficient. I then computed the residual return for each day and for each Note by subtracting the explained return from the actual return.

176. Waste Management Note prices, trading volume, and returns are shown in Exhibit-7a and Exhibit-7b. Exhibit-8 presents the Market Index returns and Sector Index returns. Exhibit-9 presents the yields of the Merrill Indices used to compute the Benchmark Bonds.

### b. *Accommodating Heteroskedasticity with the Newey-West Procedure*

177. The most commonly used regression estimation procedure is called "ordinary least squares" or "OLS."[120]

178. A prerequisite condition for valid OLS regression analysis, however, is that the residual returns have the same volatility throughout the entire estimation period. This condition is called homoskedasticity. If residual return volatility is not constant, that alternative condition is called heteroskedasticity, a complexity in the data that may require a more advanced regression estimation procedure to assure that tests of statistical significance are reliable.

179. I tested for heteroskedasticity using the White diagnostic and found significant heteroskedasticity in all four Note regressions.[121,122] The Breusch-Pagan test found significant heteroscedasticity in two of the regressions, the regressions for the LBH1 Notes and LBG3 Notes.

180. To accommodate and correct for the presence of heteroskedasticity (non-constant volatility among the residual returns), I re-ran all four regressions and repeated the tests for statistical significance applying the Newey-West procedure. The Newey-West procedure

---

[120] "Event-Study Analysis," by John Campbell et al., Chapter 4 of *The Econometrics of Financial Markets*, Princeton University Press, 1997.

[121] The Breusch-Pagan and White tests are generally accepted and widely used diagnostic tests for heteroskedasticity. See e.g., "A Simple Test for Heteroskedasticity and Random Coefficient Variation," by Trevor Breusch and Adrian Pagan, *Econometrica*, vol. 47, no. 5, 1979, pp. 1287-1294; "A Note on Studentizing a Test for Heteroskedasticity," by Roger Koenker, *Journal of Econometrics*, vol. 17, no. 1, 1981, pp. 107-112; and "A Heteroskedasticity-Consistent Covariance Matrix Estimator and a Direct Test for Heteroskedasticity," by Halbert White, *Econometrica*, vol. 48, no. 4, 1980, pp. 817-838.

[122] The White test found significant heteroskedasticity in the regression of all the Waste Management Notes. The Breusch Pagan test found heteroskedasticity in the regression of LBH1 and LBG3 Notes.

accommodates changing volatility by estimating the applicable volatility for each test date.[123] The day-specific volatility estimate is constructed from the respective day's values of the regression variables and the estimated Newey-West covariance matrix of the regression coefficients. The estimates of volatility derived from the Newey-West methodology converge to their true values, so the procedure is "robust" to heteroskedasticity. With the Newey-West methodology applied to compute the standard error of each residual return in the estimation period, I constructed the $t$-statistics for every residual return in the Estimation Period.

181.    As discussed below, the declines in the Waste Management Note prices on 24 June 2020 were so extreme, that they stand out as statistically significant under every testing methodology, including both OLS and Newey-West.

### c.     t-Test of Statistical Significance

182.    For all days during the Estimation Period, I conducted a statistical test called a $t$-test to determine whether the residual return of the Waste Management Notes was statistically significant. Statistical significance for an event date means that the event day return, after controlling for the overall stock market, industry sector, and interest rate effects, was of such magnitude that it cannot reasonably be attributed to random volatility but must have been caused by Company-specific information.

183.    A $t$-test compares the residual return on an event date to the typical residual returns exhibited over the regression estimation period. If the event date residual return is far greater (positively or negatively) than the typical residual return, and exceeds the threshold where volatility could reasonably be the sole cause of the residual return, then the $t$-test indicates that the event residual return is deemed statistically significant.[124]

---

[123] "A Simple, Positive Semi-Definite, Heteroskedasticity and Autocorrelation Consistent Covariance Matrix," by Whitney Newey and Kenneth West, *Econometrica*, vol. 55, no. 3, 1987, pp. 703-708; *A Guide to Econometrics*, by Peter Kennedy, 6th edition, Blackwell Publishing, 2008, p. 343; and *Introduction to Econometrics*, by James Stock and Mark Watson, 3rd edition, Pearson, 2015, p. 545.

[124] This test is called the $t$-test because it involves the computation of a $t$-statistic, which is the event day residual return divided by the estimated standard deviation of the residual return. If the absolute value of the $t$-statistic is greater than the critical $t$-statistic value (1.96 for large samples), the likelihood that the residual return could have been caused by random volatility alone is less than 5%. This is generally accepted to be so unlikely that the random volatility explanation can be rejected, and the security return for that day is deemed statistically significant at the 95% confidence level. If the absolute value of the $t$-statistic is greater than the critical $t$-statistic value of 2.58 for large

184. Statistical significance of a tested information event means that the event return could not reasonably have been caused by random volatility, so, with market, sector and interest rate factors also accounted for, the residual stock price movement must have been caused by information about the company.

185. I conducted the *t*-tests using the OLS estimated *t*-statistics and alternatively with the *t*-statistics computed using the Newey-West procedure. When applying the Newey-West procedure, the *t*-test makes use of the level of random volatility uniquely estimated for the respective event day in question.

### d.    *Empirical Histogram Test of Statistical Significance*

186. I also assessed statistical significance of the Waste Management Note returns on the 24 June 2020 event date using the empirical histogram method. Under this methodology, a particular residual return is deemed statistically significant if its *t*-statistic resides in either the positive or negative most extreme 2.5% tail of the respective empirical histogram of all other *t*-statistics from all other residual returns in the estimation or comparison sample of data. This empirical histogram methodology accords with generally accepted practice explicated in published peer-reviewed methodology.[125]

187. I applied the test alternatively using OLS estimated *t*-statistics and also using the Newey-West estimated *t*-statistics. Given how extreme were the Note price reactions to the 24 June 2020 announcement, as discussed next, there was no difference in the results between the two methods.

188. Exhibit-10a through Exhibit-10d present the regression results for the Waste Management Notes. Exhibit-11 presents the results of the event study.

189. Exhibit-12a through Exhibit-12d presents the event study metrics for all dates during the Estimation Period.

---

samples, the likelihood that the residual return could have been caused by random volatility alone is less than 1%, and the security return for that day is deemed statistically significant at the 99% confidence level.

[125] See *e.g.*, "Valid Inference in Single-Firm, Single-Event Studies," by Jonah Gelbach et al., *American Law and Economics Review*, vol. 15, no. 2, 2013; "A Note on the Asymptotic Distribution of Sample Quantiles," by A. M. Walker, *Journal of the Royal Statistical Society*, Series B, vol. 30, no. 3, 1968; and "Securities Litigation Event Studies in the Covid Volatility Regime," by Steven Feinstein and O. Miguel Villanueva, *Journal of Forensic Economics*, vol. 30, no. 1, 2022.

**B.    Event Study Results**



191.    These residual returns are extraordinarily severe for a debt instrument. In fact, for each bond, the residual decline was the most extreme residual price movement over the course of the entire year preceding the Estimation Period. On this basis alone, one can conclude that these price declines were statistically significant.

192.    All the four residual returns were associated with OLS estimated $t$-statistic values and Newey-West estimated $t$-statistic values that surpassed the critical $t$-statistic threshold of -1.96. Table-7 presents the OLS estimated $t$-statistic value and the Newey-West estimated $t$-statistic value associated with the residual return on 24 June 2020 for the Waste Management Notes.

**Table-7 OLS Estimated $t$-Statistic Value and the Newey-West Estimated $t$-Statistic Value Associated with the Residual Returns on 24 June 2020**

| Note | OLS Estimated $t$-statistic | Newey-West Estimated $t$-statistic |
|------|------|------|
| LBF5 Notes | -9.06 | -8.94 |
| LBH1 Notes | -11.21 | -10.90 |
| LBG3 Notes | -11.88 | -11.69 |
| LBJ7 Notes | -4.73 | -4.64 |

**Note:** Calculations performed by Crowninshield Financial Research.

193.    These results confirm that the Notes' residual price declines were too severe to have been merely random fluctuations, but rather must have been reactions to the negative news received by the market that trading day. The likelihood of obtaining residual returns of these magnitudes and associated $t$-statistics if only random volatility (rather than

Confidential                                    55

information) was impacting the Notes' prices is virtually nil. The Notes' returns are statistically significant at greater than the 99.9% confidence level, compelling the conclusion that the market demonstrated efficiency, reacting profoundly to the Company's surprising announcement.

194. The empirical histogram tests confirm these conclusions. For each note, the residual return, the OLS *t*-statistic, and the Newey-West *t*-statistic on 24 June 2020 each ranked as the number one most extreme value in the entire year. The reaction of the Waste Management Notes to the Company's disclosure on 24 June 2020 was indisputably statistically significant. The Waste Management Notes demonstrated market efficiency, promptly responding to the Company announcement.

195. These findings demonstrate a cause-and-effect relationship between the release of information and movements in the prices of the Waste Management Notes, which is the hallmark of an efficient market.

### C.    Further Empirical Evidence of Bond Market Efficiency

196. In addition to the event study results, the regressions results that describe how the Note prices typically behaved over the course of the Estimation Period provide additional compelling evidence of the efficiency of the market for the Waste Management Notes.

197. According to fundamental principles of note valuation, the value of a bond should change on a day-to-day basis in response to changes in the market interest rate. A higher market interest rate would make a fixed coupon bond less attractive to investors, and should therefore reduce its price, all else equal. Alternatively, a lower market interest rate should boost the bond price, all else equal.

> "We have seen already that bond prices and yields are inversely related, and we know that interest rates can fluctuate substantially. As interest rates rise and fall, bondholders experience capital losses and gains."
> **Investments, by Zvi Bodie et al., McGraw-Hill Education, 12th edition, 2021, p. 496.**

198. In an efficient market, investors would notice market interest rate changes and such changes would be incorporated into the trading prices of the Notes.

199. The Benchmark Bond return variable in the regressions reflects changes in market interest rates. The regression results show that all of the Notes moved significantly on a day-to-day basis with the Benchmark Bond return. The Benchmark Bond return is an extremely statistically significant explanatory variable of the Waste Management Notes' returns according to the regression results.

200. This finding is compelling proof of the efficiency of the market for the Waste Management Notes throughout the Class Period. The day-to-day cause-and-effect relationship thusly demonstrated between changes in market interest rates and the prices of the Waste Management Notes, proves that market participants did not ignore valuation-relevant information when pricing and trading the Waste Management Notes.

## XI.    WASTE MANAGEMENT NOTES EFFICIENCY SUMMARY AND CONCLUSION

201. The Waste Management Notes had numerous market makers facilitating trading in these securities. Trading volume of all four Notes surpassed the trading volume standard for a strong presumption of market efficiency. Compared to other bonds, the trading frequency of the Waste Management Notes was extraordinarily frequent and active.

202. The Company was widely covered by analysts and the news media. The Notes also enjoyed dedicated coverage from Credit Rating Agencies. Institutional ownership of the Waste Management Notes was widespread.

203. The Company was eligible for Form S-3 registration throughout the Class Period. Waste Management made regular and timely filings with the SEC. Financial information about the Company was always readily available to investors and analysts. The Notes' bid-ask spread was narrow, relative to contemporaneous and historical benchmarks, even when compared to bid-ask spreads of stocks.

204. Not only was the Company's market capitalization high, but the Waste Management Note issues, in the aggregate and individually, were also extraordinarily large.

205. The Waste Management Notes satisfied the empirical *Cammer* factor, observably reacting to new, valuation-relevant information. The event study proved that there was a cause-and-effect relationship between new, Company-specific information and movements in the prices of the Waste Management Notes.

206.    The prices of the Waste Management Notes incorporated market interest rate information on a day-to-day basis over the course of the Class Period, as is evident in the highly statistically significant relationship between the Benchmark Bond returns and the Waste Management Notes returns. This finding is additional empirical evidence that market participants monitored available valuation-relevant information and impounded that information into the market prices of the Waste Management Notes continuously. The information was not ignored. This finding is additional compelling evidence supporting the conclusion that the market for the Waste Management Notes was an efficient market throughout the entire Class Period.

207.    In sum, the Waste Management Notes satisfied all the *Cammer* and *Krogman* factors over the course of the entire Class Period. No impediments to market efficiency were present. Given these facts, I conclude that the market for the Waste Management Notes was an efficient market throughout the entire Class Period.

## XII.    COMMON DAMAGES METHODOLOGY

208.    Lead Counsel also asked me to opine on whether Section 10(b) damages can be measured for all Class members using a common Class-wide methodology for each of the Waste Management Notes that is consistent with Lead Plaintiffs' theory of liability.

209.    Section 10(b) addresses liability for investor losses sustained in connection with the purchase or sale of a security as a result of fraud, including Defendants' alleged material misrepresentations and/or omissions.

210.    It should be noted that I have not conducted a loss causation analysis or computed damages at this time, nor have I been asked to do so. If asked, I will do so at the appropriate stage of this litigation. The full loss causation analysis that is necessary to calculate damages in the current case requires the full development of the factual record.

211. The out-of-pocket damages methodology discussed herein is consistent with Lead Plaintiffs' theory of liability and can be applied commonly for all Class members. The out-of-pocket damages methodology is used to compute damages in virtually all securities class action cases. It has been acknowledged as the appropriate damages methodology in published legal scholarship.[126]

212. This damage computation methodology allows the calculation of individual and Class-wide damages stemming from alleged fraud. The methodology accommodates alternative potential determinations of liability with respect to specific alleged misrepresentations and omissions. Economic analyses, including valuation and empirical event study analysis, can be used to estimate the relationship between specific statements/omissions or sets of statements/omissions and the subsequent effect on security prices. This applies to artifices, affirmative statements, omissions, and/or corrective disclosures. As such, Class-wide damages in response to any specific misrepresentations and omissions ultimately established by the Lead Plaintiffs can be calculated in a straightforward manner common to all Class members.

213. Artificial inflation is the difference between the observed market price of a security and what that security price would have been but for the fraud. An investor who buys a security that is artificially inflated is overpaying by the amount of the artificial inflation in the security.

214. Out-of-pocket damages are the amount the investor overpaid for the security on account of the fraud, less any artificial inflation they recovered upon sale or disposition of the security. Therefore, for the security, out-of-pocket damages are measured as the difference between the amount of the security price inflation at purchase and the amount of inflation in the security price at sale or, if held, at the end of the Class Period, taking into account formulaic prescriptions in relevant case law and statutes.

---

[126] See, *e.g.*, "Cause for Concern: Causation and Federal Securities Fraud," by Jill Fisch, *Iowa Law Review*, vol. 94, 2009; and "Use of Modern Finance Theory in Securities Fraud Cases Involving Actively Traded Securities," by Daniel Fischel, *The Business Lawyer*, vol. 38, no. 1, 1982, p. 7 ("Isolating the effect of the alleged misconduct on the firm's stock price is required by the out-of-pocket measure of damages, the traditional method for computing damages in open market trading cases under the rule 10b-5, which limits recovery to the difference between the price paid or received, and the 'real' value of the security at the time of the purchase/sale").

215.   To the extent that there may be specific issues complicating the quantification of artificial inflation encountered in the execution of the out-of-pocket damages methodology due to potentially unique facts and circumstances of this case, the standard tools of valuation analysis can be applied as needed to value the Waste Management Notes in the but-for scenario, and that but-for price can then be compared with the actual prevailing market price to arrive at the measure of artificial inflation. That is, the standard array of valuation tools commonly used to value securities can be applied to measure what the price of the Waste Management Notes would have been but for the fraud, and that but-for valuation would determine how much artificial inflation was in the observed market price.

216.   Valuation analysis is undertaken continuously, every day, for virtually every publicly traded security, and these tools address the very complexities that could potentially be encountered in the course of computing inflation and damages in this case. Valuations assuming alternative scenarios are commonly conducted by analysts and investors.

217.   Among the commonly used valuation tools that are available to investors and analysts in real time, and forensic analysts when computing damages, are, for example: comparable bond analysis, credit analysis, and solvency analysis. In addition, forensic analysts have the added benefit of capably using event study analysis, which quantifies the price effects that occurred when information did reach the market.

218.   Assuming that a verdict is entered in favor of the Lead Plaintiffs on the allegations of fraud, Section 10(b) per-note damages for each investor can be measured as follows:

   i.   First, valuation tools, which would include event study analysis, and potentially other empirical analyses, if necessary, would be used to establish if the corrective disclosure caused the prices of Waste Management Notes to fall. This analysis, after controlling for potentially non-fraud-related information, would establish whether the fraud had caused the security price to be artificially inflated, and if the corrective disclosure caused that artificial inflation to dissipate, in turn causing investor losses. This analysis would apply on a Class-wide basis.

ii.   Second, an inflation ribbon would be constructed, using generally accepted empirical analysis and valuation tools, indicating how much artificial inflation caused by the alleged fraud was in the prices of the Waste Management Notes on each day during the Class Period, if any. An inflation ribbon is a time series of the difference between a security's actual price observed in the marketplace, and the estimated price that the security would have traded at each day had there been full disclosure. Construction of the inflation ribbon generally employs event study analysis, combined with widely used and generally accepted valuation tools. The inflation ribbon is often constructed by working chronologically backwards from the final corrective disclosure to the start of the Class Period, accounting for alleged fraud-related residual price declines as they occurred. Inflation prior to a corrective disclosure that dissipated inflation is greater than the inflation afterward by the amount of inflation that dissipated. The corrective disclosure that finally eliminates all remaining artificial inflation may occur at or after the end of the Class Period.

iii.   Supplementing event study results, the full array of generally accepted and widely used valuation tools can be applied, if necessary, to calculate the but-for security price under the assumption of prior full disclosure. This analysis would also apply on a Class-wide basis.

iv.   This analysis enables computation of the artificial inflation ribbon even in cases where there is confounding information, changes in the concealed information, and changes in the value of the concealed information, among other potential complexities. This analysis would also apply on a Class-wide basis. My reading of Lead Plaintiffs' allegations and my review of the experience of the Company over the course of the Class Period uncovered no facts or circumstances that are extraordinarily unusual or might make application of this methodology exceptionally difficult.

v.   Third, the measure of per-security damages generally applied in Section 10(b) cases is the reduction in the inflation ribbon over an investor's holding period (the economic/inflation loss). That is, for each Class member,

per-security damages would be calculated as the difference between the inflation on the date the security was purchased and the inflation on the date those same security was subsequently sold.

vi. Per-security damages are limited, however, to be no greater than the decline in security price over the investor's holding period, which is the investment loss actually sustained.

vii. Pursuant to the Private Securities Litigation Reform Act of 1995 (15 U.S.C. §78u-4(e)), for purposes of computing the investment loss limitation on damages, for any security sold during the 90-day period after the final corrective disclosure, the investment loss is computed as if the selling price was the greater of the actual selling price or the average closing price following the final corrective disclosure up to the sale date. For any security held 90 days or more beyond the final corrective disclosure, the investment loss is computed as if the security were sold for the average closing price over the 90 days following the final corrective disclosure.

viii. The calculation of each Class member's per-security damages would be a mechanical arithmetic exercise for all Class members who bought the Waste Management Notes during the Class Period, conducted the same way for all Class members, applying the results of the Class-wide analyses described above to each Class member's trading data.

219. In the instant case, just as in virtually all Section 10(b) class action securities cases, damages for all Class members can be computed in the same way, applying this common methodology to all Class members, using the out-of-pocket damages methodology, in accordance with widely used and generally accepted methodology and common analytics, and readily available daily pricing information for the Waste Management Notes. This damages computation methodology is consistent not only with Lead Plaintiffs' theory of liability, but also with governing statutes and case law.

220. I have not yet been asked to calculate damages. The exact damages calculations will depend, in part, on completion of the discovery and full development of the factual record in this case. However, any valuation or computational complexities that may be encountered in the execution of the damages methodology will affect all Class members

commonly, and therefore will be addressed in a common fashion. The methodology described above is generally accepted and widely used for calculating damages under Section 10(b) for all Class members in securities class actions.

## XIII.  LIMITING FACTORS AND OTHER ASSUMPTIONS

221.  This report is furnished solely for the purpose of court proceedings in the above-referenced matter and may not be used or referred to for any other purpose. The analysis and opinions contained in this report are based on information available as of the date of this report. I reserve the right to amend, refine, or supplement this report in the event that I become aware of additional information, evidence, arguments, or analyses which bear on my work on this matter.


Steven P. Feinstein, Ph.D., CFA

## XIV.   APPENDIX-1: PROCESSING THE NOTE DATA



**A.**

A1-1.

**B.**

A1-2.

A1-3.





## XV.    APPENDIX-2: LOGARITHMIC RETURNS

A2-1.  Logarithmic returns, rather than percent change returns, are commonly used in security return regressions and event study analysis and were used in the regression modeling here. The formula for a logarithmic return is:

$$R_t = \ln\left(\frac{P_t + d_t}{P_{t-1}}\right)$$

where:
$R_t$ is the logarithmic return on day t;
$P_t$ is the security price at the end of day t;
$P_{t-1}$ is the security price from the previous day, day t-1;
$d_t$ is the dividend on day t, if any.

A2-2.  The formula for converting a logarithmic return into a dollar return is:

$$DR_t = P_{t-1} \cdot (e^{R_t} - 1)$$

where:
$DR_t$ is the dollar return on day t;
$P_{t-1}$ is the security price from the previous day, day t-1;
e is natural e (approximately 2.7);
$R_t$ is the logarithmic return on day t.

A2-3.  If a security falls from $20 to $18, the percent change in price is -10%, equal to the $2 decline divided by the original $20 price. The logarithmic return, however, is -10.54%, equal to ln ($18/$20).

A2-4.  The logarithmic return relates a price change to an average of the original, final, and intervening prices over the course of a price decline. As such, for large price declines, it is possible for a logarithmic price decline to exceed 100%, since the price decline may be greater than the average of the beginning and ending prices.

A2-5.  An attractive feature of a logarithmic return is that it can be decomposed into contributing factors linearly. That is, the portion of a logarithmic return caused by company-specific information is isolated by subtracting from the total logarithmic return the portion of the total return caused by the market and industry sector factors.

**Exhibit-1**
**Documents and Other Information Considered**

**CASE LEGAL DOCUMENTS**

- Amended Complaint for Violations of the Federal Securities Laws, filed 17 January 2023.
- Opinion and Order, filed 27 March 2024.

**NEWS ARTICLES AND PRESS RELEASES**

- Factiva news articles from 13 February 2019 to 23 June 2021, downloaded using the following search parameters: All Sources; All Authors; Company: Waste Management, Inc.; All Subjects; All Industries; All Regions.
- "Fitch Affirms Waste Management at 'BBB+'; Revises Outlook to Negative," *Fitch Solutions*, 8 April 2020.
- "Waste Management to Acquire Advanced Disposal for $4.9 Billion Adding Complementary Assets and Customer Base in the Eastern United States," *Business Wire*, Company press release, 15 April 2019 6:00 AM.
- "Waste Management Announces Pricing of $4 Billion Senior Notes," *Business Wire*, Company press release, 14 May 2019 8:05 PM.
- "Waste Management and Advanced Disposal Announce Revised Terms of Acquisition and Agreement to Sell Substantially All Anticipated Regulatory Divestitures to GFL Environmental," *Business Wire*, Company press release, 24 June 2020 8:11AM.
- "Waste Management Announces the Redemption of Special Mandatory Redemption Notes," *Business Wire*, Company press release, 15 July 2020, 8:05 AM.

**ANALYST REPORTS**

Analyst reports, 1 April 2019 through 31 December 2020, obtained from Lead Plaintiffs' Counsel, in the following files:

- WM analyst reports 04012019-12312020 vol01.
- WM analyst reports 04012019-12312020 vol02.
- WM analyst reports 04012019-12312020 vol03.
- WM analyst reports 04012019-12312020 vol04.
- WM analyst reports 04012019-12312020 vol05.
- WM analyst reports 04012019-12312020 vol06.

**Exhibit-1**
**Documents and Other Information Considered**

**SEC FILINGS**

- Waste Management, Inc., Form SC 13G/A, filed 13 February 2019.
- Waste Management, Inc., Form 8-K, filed 14 February 2019.
- Waste Management, Inc., Form 10-K, filed 14 February 2019.
- Waste Management, Inc., Form 8-K, filed 25 February 2019.
- Waste Management, Inc., Form DEFA14, filed 27 March 2019.
- Waste Management, Inc., Form DEF 14, filed 27 March 2019.
- Waste Management, Inc., Form 8-K, filed 15 April 2019.
- Waste Management, Inc., Form 8-K, filed 25 April 2019.
- Waste Management, Inc., Form S-3ASR, filed 25 April 2019.
- Waste Management, Inc., Form 10-Q, filed 25 April 2019.
- Waste Management, Inc., Form 8-K, filed 14 May 2019.
- Waste Management, Inc., Form 424B3, filed 14 May 2019.
- Waste Management, Inc., Form FWP, filed 15 May 2019.
- Waste Management, Inc., Form 424B5, filed 16 May 2019.
- Waste Management, Inc., Form 8-K, filed 17 May 2019.
- Waste Management, Inc., Form 8-K, filed 20 May 2019.
- Waste Management, Inc., Form 8-K, filed 30 May 2019.
- Waste Management, Inc., Form 11-K, filed 30 May 2019.
- Waste Management, Inc., Form 8-K, filed 18 July 2019.
- Waste Management, Inc., Form 8-K, filed 25 July 2019.
- Waste Management, Inc., Form 10-Q, filed 25 July 2019.
- Waste Management, Inc., Form 8-K, filed 22 August 2019.
- Waste Management, Inc., Form 10-Q, filed 23 October 2019.
- Waste Management, Inc., Form 8-K, filed 23 October 2019.
- Waste Management, Inc., Form 8-K, filed 12 November 2019.
- Waste Management, Inc., Form 8-K, filed 20 November 2019.
- Waste Management, Inc., Form SC 13G/A, filed 6 February 2020.
- Waste Management, Inc., Form SC 13G/A, filed 12 February 2020.
- Waste Management, Inc., Form 8-K, filed 13 February 2020.
- Waste Management, Inc., Form 10-K, filed 13 February 2020.
- Waste Management, Inc., Form SC 13G/A, filed 13 February 2020.
- Waste Management, Inc., Form 8-K, filed 25 February 2020.
- Waste Management, Inc., Form 8-K, filed 18 March 2020.
- Waste Management, Inc., Form DEFA14, filed 27 March 2020.
- Waste Management, Inc., Form DEF 14, filed 27 March 2020.
- Waste Management, Inc., Form 8-K/A, filed 2 April 2020.
- Waste Management, Inc., Form DEFA14, filed 17 April 2020.
- Waste Management, Inc., Form 8-K, filed 6 May 2020.

**Exhibit-1**
**Documents and Other Information Considered**

- Waste Management, Inc., Form 10-Q, filed 6 May 2020.
- Waste Management, Inc., Form 8-K, filed 15 May 2020.
- Waste Management, Inc., Form 11-K, filed 18 June 2020.
- Waste Management, Inc., Form 8-K, filed 24 June 2020.
- Waste Management, Inc., Form 8-K, filed 15 July 2020.
- Waste Management, Inc., Form S-8, filed 30 July 2020.
- Waste Management, Inc., Form S-8, filed 30 July 2020 (1).
- Waste Management, Inc., Form 10-Q, filed 30 July 2020.
- Waste Management, Inc., Form 8-K, filed 30 July 2020.
- Waste Management, Inc., Form 8-K, filed 25 September 2020.
- Waste Management, Inc., Form 8-K, filed 30 October 2020.
- Waste Management, Inc., Form 10-Q, filed 2 November 2020.
- Waste Management, Inc., Form 8-K, filed 2 November 2020.
- Waste Management, Inc., Form 8-K, filed 3 November 2020.
- Waste Management, Inc., Form 424B3, filed 5 November 2020.
- Waste Management, Inc., Form FWP, filed 6 November 2020.
- Waste Management, Inc., Form 424B5, filed 9 November 2020.
- Waste Management, Inc., Form 8-K, filed 12 November 2020.
- Waste Management, Inc., Form 8-K, filed 18 November 2020.
- Waste Management, Inc., Form SC 13G/A, filed 1 February 2021.
- Waste Management, Inc., Form SC 13G/A, filed 10 February 2021.
- Waste Management, Inc., Form SC 13G/A, filed 12 February 2021.
- Waste Management, Inc., Form 8-K, filed 18 February 2021.
- Waste Management, Inc., Form 10-K, filed 22 February 2021.
- Waste Management, Inc., Form 8-K, filed 1 March 2021.
- Waste Management, Inc., Form S-8 POS, filed 1 March 2021.
- Waste Management, Inc., Form S-8, filed 1 March 2021.
- Waste Management, Inc., Form 8-K, filed 16 March 2021.
- Waste Management, Inc., Form DEFA14, filed 31 March 2021.
- Waste Management, Inc., Form DEF 14, filed 31 March 2021.
- Waste Management, Inc., Form 8-K, filed 27 April 2021.
- Waste Management, Inc., Form 10-Q, filed 27 April 2021.
- Waste Management, Inc., Form 424B3, filed 28 April 2021.
- Waste Management, Inc., Form 424B5, filed 29 April 2021.
- Waste Management, Inc., Form FWP, filed 29 April 2021.
- Waste Management, Inc., Form 8-K, filed 4 May 2021.
- Waste Management, Inc., Form 8-K, filed 13 May 2021.
- Waste Management, Inc., Form 11-K, filed 27 May 2021.

**Exhibit-1**
**Documents and Other Information Considered**

## CONFERENCE CALL TRANSCRIPTS

- "Q4 2018 Waste Management Inc Earnings Call," *Thomson Reuters*, conference call, 14 February 2019.
- "Waste Management Inc at Bank of America Merrill Lynch Global Agriculture and Materials Conference," *Thomson Reuters*, conference call, 28 February 2019.
- "Waste Management Inc at Raymond James Institutional Investors Conference," *Thomson Reuters*, conference call, 5 March 2019.
- "Q1 2019 Waste Management Inc Earnings Call," *Thomson Reuters*, conference call, 25 April 2019.
- "Waste Management Inc at Stifel WasteExpo Investor Summit," *Thomson Reuters*, conference call, 6 May 2019.
- "Waste Management Inc at Goldman Sachs Industrials and Materials Conference," *Thomson Reuters*, conference call, 16 May 2019.
- "Waste Management Inc Investor Day," *Thomson Reuters*, conference call, 30 May 2019.
- "Waste Management Inc at Stifel Cross Sector Insight Conference," *Thomson Reuters*, conference call, 11 June 2019.
- "Q2 2019 Waste Management Inc Earnings Call," *Thomson Reuters*, conference call, 25 July 2019.
- "Q3 2019 Waste Management Inc Earnings Call," *Thomson Reuters*, conference call, 23 October 2019.
- "Q4 2019 Waste Management Inc Earnings Call," *Thomson Reuters*, conference call, 13 February 2020.
- "Waste Management Inc at Bank of America Merrill Lynch Global Agriculture & Materials Conference," *Thomson Reuters*, conference call, 26 February 2020.
- "Q1 2020 Waste Management Inc Earnings Call," *Thomson Reuters*, conference call, 6 May 2020.
- "Waste Management Inc Annual Shareholders Meeting," *Thomson Reuters*, conference call, 12 May 2020.
- "Waste Management Inc at Stifel Cross Sector Insight Conference (Virtual)," *Thomson Reuters*, conference call, 10 June 2020.
- "GFL Environmental Inc Announces US$835 Million Acquisition of Assets and Expansion of U.S. Footprint – M&A Call," *Thomson Reuters*, conference call, 25 June 2020.
- "Q2 2020 Waste Management Inc Earnings Call," *Refinitiv*, conference call, 30 July 2020.

**Exhibit-1**
**Documents and Other Information Considered**

## ACADEMIC AND PROFESSIONAL LITERATURE

- Alexander, Gordon J., Any K. Edwards, and Michael G. Ferri, "What Does Nasdaq's High-Yield Bond Market Reveal about Bondholder-Shareholder Conflict?" *Financial Management*, vol. 29, no. 1, Spring 2000.
- Barber, Brad, Paul Griffin, and Baruch Lev, "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," *The Journal of Corporation Law*, 1994.
- Becker, Josh, Aaron Block, and Patrick Hill, "New Views on Statistical Significance Affect Expert Testimony," *Law360.com*, 2019.
- Bettencourt, Daniel, and Steven Feinstein, "What a Solar Eclipse has to do with Market Efficiency," *Law360.com*, 2017.
- Bodie, Zvi, Alex Kane, and Alan Marcus, *Investments*, 12th edition, McGraw-Hill Education, 2021.
- Brav, Alon and J.B. Heaton, "Event Studies in Securities Litigation: Low Power, Confounding Effects, and Bias," *Washington University Law Review*, vol. 93, no. 2, 2015.
- Brennan, Michael, Narasimhan Jegadeesh, and Bhaskaran Swaminathan, "Investment Analysis and the Adjustment of Stock Prices to Common Information," *The Review of Financial Studies*, vol. 6, no. 4, 1993.
- Breusch, Trevor, and Adrian Pagan, "A Simple Test for Heteroskedasticity and Random Coefficient Variation," *Econometrica*, vol. 47, no. 5, 1979.
- Bromberg, Alan, Lewis Lowenfels, and Michael Sullivan, *Bromberg and Lowenfels on Securities Fraud*, vol. 5, 2nd edition, Thomson Reuters, 2013.
- Campbell, John, Andrew Lo, and A. Craig MacKinlay, "Event-Study Analysis," Chapter 4 of *The Econometrics of Financial Markets*, 2nd edition, Princeton University Press, 1997.
- Chen, Yong, Bryan Kelly, and Wei Wu, "Sophisticated Investors and Market Efficiency: Evidence from a Natural Experiment," *Journal of Financial Economics*, vol. 138, no. 2, 2020.
- Chordia, Tarun, and Bhaskaran Swaminathan, "Trading Volume and Cross-Autocorrelations in Stock Returns," *The Journal of Finance*, vol. 55, no. 2, 2000.
- Chordia, Tarun, Richard Roll, and Avanidhar Subrahmanyam, "Liquidity and Market Efficiency," *Journal of Financial Economics*, vol. 87, 2008.
- Choudhry, Moorad, Steven Mann and Lavone Whitmer, "Fixed-Income Markets: Issuance, Trading, and Funding," *Fixed Income and Derivatives CFA Curriculum*, vol. 5, CFA Institute, 2019.
- Choudhry, Moorad, and Stephen Wilcox, "Fixed Income Securities: Defining Elements," *Fixed Income and Derivatives CFA Curriculum*, vol. 5, CFA Institute, 2019.
- Demsetz, Harold, "The Cost of Transacting," *The Quarterly Journal of Economics,* vol. 82, no. 1, 1968.

**Exhibit-1**
**Documents and Other Information Considered**

- Fabozzi, Frank J., and Frank J. Jones, "The Primary and Secondary Bond Markets," *The Handbook of Fixed Income Securities*, 7th edition, edited by Frank J. Fabozzi and Steven V. Mann, McGraw-Hill, 2005.
- Fama, Eugene, "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance*, vol. 25, no. 2, 1970.
- Fama, Eugene, "Efficient Capital Markets: II," *The Journal of Finance*, vol. 46, no. 5, 1991.
- Feinstein, Steven and Miguel Villanueva, "Securities Litigation Event Studies in the Covid Volatility Regime," *Journal of Forensic Economics*, vol. 30, no. 1, 2022.
- Fisch, Jill, "Cause for Concern: Causation and Federal Securities Fraud," *Iowa Law Review*, vol. 94, 2009.
- Fisch, Jill, "The Role and Regulation of the Research Analyst," Chapter 17 of the *Research Handbook on the Economics of Corporate Law*, edited by Claire Hill and Brett McDonnell, Edward Elgar, 2012.
- Fischel, Daniel, "Use of Modern Finance Theory in Securities Fraud Cases Involving Actively Traded Securities," *The Business Lawyer*, vol. 38, no. 1, 1982.
- Gelbach, Jonah B., Eric Helland, and Jonathan Klick, "Valid Inference in Single-Firm, Single-Event Studies," *American Law and Economics Review*, vol. 15, no. 2, 2013.
- George, Thomas, and Francis Longstaff, "Bid-Ask Spreads and Trading Activity in the S&P 100 Index Options Market," *Journal of Financial and Quantitative Analysis*, vol. 28, no. 3, 1993.
- Gold, Kevin, Eric Korman, and Ahmer Nabi, "Federal Securities Acts and Areas of Expert Analysis," Chapter 27 of the *Litigation Services Handbook*: *The Role of the Financial Expert*, 6th edition, edited by Roman Weil, Daniel Lentz, and Elizabeth Evans, John Wiley & Sons, Inc., 2017.
- Gootkind, Christopher, "Fundamentals of Credit Analysis," *Fixed Income and Derivatives CFA Curriculum*, vol. 5, CFA Institute, 2019.
- Handjinicolaou, George, and Avery Kalay, "Wealth Redistributions or Changes in Firm Value: An Analysis of Returns to Bondholders and Stockholders Around Dividend Announcements," *Journal of Financial Economics*, vol. 13, no. 1, March 1984.
- Hartzmark, Michael, Cindy A. Schipani, and H. Nejat Seyhun, "Fraud on the Market: Analysis of the Efficiency of the Corporate Bond Market," *Columbia Business Law Review*, vol. 2011, no. 3, 2011.
- Hartzmark, Michael and H. Nejat Seyhun, "Understanding the Efficiency of the Market for Preferred Stock," *Virginia Law & Business Review*, vol. 6, no. 3, Spring 2014.
- Hotchkiss, Edith, and Tavy Ronen, "The Informational Efficiency of the Corporate Bond Market: An Intraday Analysis," *The Review of Financial Studies*, vol. 15, no. 5, 2002.
- Hong, G., and A. Warga, "An Empirical Study of Bond Market Transactions," *Financial Analysts Journal*, vol. 46, no. 2, March/April 2000.
- Kennedy, Peter, *A Guide to Econometrics*, 6th edition, Blackwell Publishing, 2008.

**Exhibit-1**
**Documents and Other Information Considered**

- Koenker, Roger, "A Note on Studentizing a Test for Heteroskedasticity," *Journal of Econometrics*, vol. 17, no. 1, 1981.
- Mahanti, Sriketan, Amrut Nashikkar, Marti Subrahmanyam, George Chacko, and Gaurav Malik, "Latent Liquidity: A New Measure of Liquidity, With an Application to Corporate Bonds," *Journal of Financial Economics*, 2008.
- Newey, Whitney and Kenneth West, "A Simple, Positive Semi-Definite, Heteroskedasticity and Autocorrelation Consistent Covariance Matrix," *Econometrica*, vol. 55, no. 3, 1987.
- Stock, James, and Mark Watson, *Introduction to Econometrics*, 3rd ed., Pearson, 2015.
- Tabak, David and Frederick Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," Chapter 19 of the *Litigation Services Handbook: The Role of the Financial Expert*, 3rd edition, edited by Roman Weil, Michael Wagner, and Peter Frank, John Wiley & Sons, Inc., 2001.
- Villanueva, Miguel, and Steven Feinstein, "Stock Price Reactivity to Earnings Announcements: The Role of the *Cammer*/*Krogman* Factors," *Review of Quantitative Finance and Accounting*, vol. 57, no. 1, 2021.
- Walker, A.M., "A Note on the Asymptotic Distribution of Sample Quantiles," *Journal of the Royal Statistical Society*, Series B, vol. 30, no. 3, 1968.
- White, Halbert, "A Heteroskedasticity-Consistent Covariance Matrix Estimator and a Direct Test for Heteroskedasticity," *Econometrica*, vol. 48, no. 4, 1980.


**DATA AND DATABASES**

- Bloomberg
- CRSP (Center for Research in Security Prices)
- EDGAR (Electronic Data, Gathering, Analysis, and Retrieval)
- Factiva
- ███████████████████████████
- FRED (Federal Reserve Economic Data)
- LSEG Workspace (formerly known as Refinitiv Eikon)
- S&P



**Exhibit-1**
**Documents and Other Information Considered**

## LEGAL CASES

- *Amgen Inc. v. Connecticut Retirement Plans and Trust Funds*, 568 U.S. 455 (2013).
- *Basic, Inc. v. Levinson*, 485 U.S. 224 (1988).
- *Cammer v. Bloom*, 711 F. Supp. 1264 (D.N.J. 1989).
- *Halliburton Co. v. Erica P. John Fund, Inc.*, 573 U.S. 258 (2014).
- *In re DVI Inc. Sec. Litig.*, 249 F.R.D. 196 (E.D. Pa. 2008).
- *In re Enron Corp. Sec., Derivative & "ERISA" Litig.*, 529 F. Supp. 2d 644 (S.D. Tex. 2006).
- *In re HealthSouth Corp. Sec. Litig.*, 261 F.R.D. 616 (N.D. Ala. 2009).
- *In re Nii Holdings, Inc.*, 1:14-CV-227(LMB/JFA) (E.D. Va. Nov. 17, 2015).
- *In re Petrobras Securities Litigation*, 312 F.R.D. 354 (S.D.N.Y 2016).
- *In Re: Vale S.A. Sec. Litig.*, 1:15-cv-9539-GHW, 2019 WL 11032303 (S.D.N.Y. Sept. 27, 2019).
- *In re Vale S.A. Sec. Litig.*, 19-cv-526-RJD-SJB, 2022 WL 122593, (E.D.N.Y. Jan. 11, 2022).
- *Krogman v. Sterritt*, 202 F.R.D. 467 (N.D. Tex. 2001).
- *Pearlstein v. BlackBerry Ltd.*, 13-cv-07060-CM-KHP, 2021 WL 253453 (S.D.N.Y. Jan. 26, 2021).
- *Unger v. Amedisys, Inc.*, 401 F.3d 316 (5th Cir. 2005).
- *Waggoner v. Barclays PLC*, 875 F.3d 79 (2d Cir. 2017).

## OTHER

- 17 CFR §229.201.
- Brief of Financial Economists as *Amici Curiae* in Support of Respondents, *Halliburton Co. and David Lesar v. Erica P. John Fund, Inc.,* Case No. 13-317 (U.S. Supreme Court), 5 February 2014.
- https://www.finra.org/about.
- https://www.finra.org/filing-reporting/trace.
- https://www.finra.org/rules-guidance/key-topics/fixed-income.
- https://www.finra.org/filing-reporting/trade-reporting-and-compliance-engine-trace/trace-reporting-timeframes.
- https://www.sec.gov/files/formn-port.pdf.
- https://www.sec.gov/files/forms-3.pdf.
- https://www.spglobal.com/ratings/en/research/articles/230829-what-to-expect-from-s-p-global-ratings-u-s-public-finance-rating-process-12734875.
- www.standardandpoors.com.
- https://www.wm.com.

**Exhibit-1**
**Documents and Other Information Considered**

- "Methodology Guide," *Refinitiv Evaluated Pricing Service*, Fixed income and Derivative Evaluated Pricing, version 6.2.
- Private Securities Litigation Reform Act of 1995 (15 U.S.C. § 78u-4(e)).
- "Revisions to the Eligibility Requirements for Primary Securities Offerings on Forms S-3 and F-3," SEC Release No. 33-8812, 20 June 2007.
- "Revisions to the Eligibility Requirements for Primary Securities Offerings on Forms S-3 and F-3," SEC Release No. 33-8878, 19 December 2007.
- Section 10(b) of the Securities Exchange Act of 1934.
- Any other documents cited in the report.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

Babson College
Finance Division
Babson Park, MA 02457
781-239-5275
Feinstein@Babson.edu

## EDUCATION

1989   YALE UNIVERSITY
Ph.D. in Economics (Concentration in Finance)

1986   YALE UNIVERSITY
M.Phil. in Economics

1983   YALE UNIVERSITY
M.A. in Economics

1981   POMONA COLLEGE
B.A. in Economics (Phi Beta Kappa, *cum laude*)

## TEACHING EXPERIENCE

1996 - present        BABSON COLLEGE
Babson Park, MA
Full-time Faculty, Finance Division
Associate Professor (2000-present)
Donald P. Babson Chair in Applied Investments (2002-2010)
Faculty Director of the Babson College Fund (2002-2009)
Director of the Stephen D. Cutler Investment Management Center
(2002-2007)
Assistant Professor (1996-2000)

1990 - 1995        BOSTON UNIVERSITY SCHOOL OF MANAGEMENT
Boston, MA
Full-time Faculty, Department of Finance

1993 - 1994        WASHINGTON UNIVERSITY, OLIN SCHOOL OF BUSINESS
St. Louis, MO
Visiting Assistant Professor, Department of Finance

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

## BUSINESS EXPERIENCE

2008 - present          CROWNINSHIELD FINANCIAL RESEARCH, INC.
                        Brookline, MA
                        President and Senior Expert

1996 - 2008             THE MICHEL-SHAKED GROUP
                        Boston, MA
                        Senior Expert (2001 - 2008)
                        Affiliated Expert (1996 - 2001)

1987 - 1990             FEDERAL RESERVE BANK OF ATLANTA
                        Economist

## PROFESSIONAL DESIGNATIONS

1998    Awarded the Chartered Financial Analyst designation by the Association for Investment
        Management and Research.

## RESEARCH AWARDS

1999    Greater Boston Real Estate Board/Real Estate Finance Association – Research Grant and
        Featured Speaker at Real Estate Finance Association Meetings.

## PAPERS AND PUBLICATIONS

"The Class Certification of Exchange-Listed Options in Securities Class-Action Litigation," (with Don Chance and Onnig Dombalagian) forthcoming in *University of Pennsylvania Journal of Business Law*, 2024.

"Securities Litigation Event Studies in the Covid Volatility Regime," (with Miguel Villanueva) *Journal of Forensic Economics*, vol. 30, no. 1, 2022.

"Stock Price Reactivity to Earnings Announcements: The Role of the *Cammer*/*Krogman* Factors," (with Miguel Villanueva) *Review of Quantitative Finance and Accounting*, vol. 57, no. 1, 2021.

"What A Solar Eclipse Has To Do With Market Efficiency," (with Daniel Bettencourt) *Law360.com*, 2017.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Underestimation of Securities Fraud Aggregate Damages Due to Inter-Fund Trades," (with Gang Hu, Mark Marcus, and Zann Ali) *Journal of Forensic Economics*, September 2013, Vol. 24, No. 2, 161-173.

"Lehman Equity Research Tipping: Evidence in the Stock Price Data," Working paper, March 2010. Cited in *New York Times* May 19, 2012, and made available on the *New York Times* website.

"Distortion in Corporate Valuation: Implications of Capital Structure Changes," (with Allen Michel and Jacob Oded) *Managerial Finance*, 2011, Vol. 37(8), 681-696.

"Market Signals of Investment Unsuitability," (with Alexander Liss and Steven Achatz) Law360.com, June 3, 2010. Available from http://www.law360.com/articles/170690.

"Planning Capital Expenditure," in *The Portable MBA in Financing and Accounting*, J. L. Livingstone and T. Grossman, editors, New York: Wiley, 3rd edition 2001, and 4th edition 2009.

"Financial Management of Risks," in *The Portable MBA in Financing and Accounting*, J. L. Livingstone and T. Grossman, editors, New York: Wiley, 2nd edition 1997, 3rd edition 2001, and 4th edition 2009.

"Fraud-on-the-Market Theory: Is a Market Efficient?" (with Allen Michel and Israel Shaked) *American Bankruptcy Institute Journal*, May 2005.

"Valuation of Credit Guarantees," (with Allen J. Michel and Israel Shaked) *Journal of Forensic Economics* 17(1), pp. 17-37, 2005.

"A Better Understanding of why NPV Undervalues Managerial Flexibility," (with Diane Lander) in *The Engineering Economist*, 2002, Volume 47, Number 4.

"Teaching the Strong-Form Efficient Market Hypothesis: A Classroom Experiment," *Journal of Financial Education*, fall 2000.

*A Future for Real Estate Futures: Potential Applications of Derivatives in Real Estate Investment and Finance* (with Linda Stoller). Monograph. Boston: Real Estate Finance Association / Greater Boston Real Estate Board, May 2000.

"The Risk Budget: Using Your Human Resources," (with John Marthinsen and John Edmunds) *Risk Management*, April 2000.

"Scenario Learning: A Powerful Tool for the 21st Century Planner," (with Jeffrey Ellis and Dennis Stearns) *The Journal of Financial Planning*, April 2000.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Protecting Future Product Liability Claimants in the Case of Bankruptcy," (with Allen Michel and Israel Shaked) *American Bankruptcy Institute Journal*, January 2000.

"Measuring Risk with the Bodie Put When Stocks Exhibit Mean Reversion," *The Journal of Risk*, Vol. 1, No. 3, 1999.

"Just-in-Time Mathematics: Integrating the Teaching of Finance Theory and Mathematics," (with Gordon Prichett) *Primus*, Vol. IX, No. 2, June 1999.

*Atlanta Park Medical Center v. Hamlin Asset Management.* (with Natalie Taylor). Babson Case Collection, Harvard Business School Press, 1998.

"Dealing with Delta," *Derivatives Week*, VII, No. 44, November 2, 1998.

"Expected Return in Option Pricing: A Non-Mathematical Explanation," *Derivatives Week*, VII, No. 35, August 31, 1998.

"When Hedges Fail: The Put Paradox and its Solution," *Derivatives Quarterly*, Vol. 4, No. 2, Winter 1997.

*Finance and Accounting for Project Management*. New York: American Management Association, 1996.

"International Investing," in *Irwin's Directory of Emerging Market Brokerages*. New York: Irwin, 1996.

"The Hull and White Implied Volatility," Boston University Working Paper #92-51, 1992.

"Immunizing Against Interest Rate Risk Using the Macaulay Duration Statistic: An Assessment," (with Don Smith) in *Financial Systems and Risk Management*, the proceedings of the US-Japan Forum on Financial Strategy in the 1990s, sponsored by Osaka Foundation of International Exchange and Boston University, August 1991.

"Covered Call Options: A Proposal to Ease LDC Debt," (with Peter Abken) *Federal Reserve Bank of Atlanta Economic Review*, March/April 1990.  Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"Forecasting Stock-Market Volatility Using Options on Index Futures," *Federal Reserve Bank of Atlanta Economic Review*, May/June 1989.  Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"The Black-Scholes Formula is Nearly Linear in Sigma for At-the-Money Options; Therefore Implied Volatilities from At-the-Money Options are Virtually Unbiased," Federal Reserve Bank of Atlanta Working Paper #88-9, December 1988.

"The Effect of the 'Triple Witching Hour' on Stock Market Volatility," (with William Goetzmann) *Federal Reserve Bank of Atlanta Economic Review*, September/October 1988. Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"Stock Market Volatility," *Federal Reserve Bank of Atlanta Economic Review*, November/December 1987.

Book review of *In Who's Interest: International Banking and American Foreign Policy*, by Benjamin J. Cohen, Yale University Press, in *Federal Reserve Bank of Atlanta Economic Review*, Summer 1987.

## PRESENTATIONS

"Proving and Disproving Market Efficiency for Appraisal Hearings," at the NACVA/CTI Business Valuation and Financial Litigation Super Conference, July 2023.

"SPAC Public Warrant Valuation Using Iterative Monte Carlo Simulation," (with Ayussh Ahuja, Achraf Krafssi, and Dukalion Tsapalas) at the Financial Management Association Annual Meeting, October 2021.

"Stock Price Reactivity to Earnings Announcements: A Cross-Sectional Analysis of the *Cammer/Krogman* Factors," (with Miguel Villanueva) at the Boston Area Finance Symposium, April 2018.

"Stock Price Reactivity to Earnings Announcements: A Cross-Sectional Analysis of the *Cammer/Krogman* Factors," (with Miguel Villanueva) at the Eastern Finance Association Conference, April 2018.

"Determining the Defendant's Ability to Pay," at Taxpayers Against Fraud Education Fund Conference, October 2010.

"The Computation of Damages in Securities Fraud Cases," at the Grant and Eisenhofer Institutional Investor Conference, December 2002.

"The Role of the Financial Expert in Complex Litigation," at the Financial Management Association Conference, October 2000.

Confidential                                    81

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Entrepreneurial Incentives and Resource Allocation Among Corporate Venturing Initiatives," (with Joel Shulman and U. Srinivasa Rangan), Babson Entrepreneurship Research Conference, May 2000.

"Application of Real Options in Purchasing Strategies," (with Juan Orozco), presented at the International Applied Business Research Conference, March 2000.

"A Future for Real Estate Futures," (with Linda Stoller) at the Fairfield County chapter of the Real Estate Finance Association, November 1999, and at the Greater Boston Real Estate Board, November 2000.

"Atlanta Park Medical Center v. Hamlin Asset Management," (with Natalie Taylor) at the 1999 convention of the North American Case Research Association.

"Using Future Worlds™ in the Financial Planning Process," (with Jeffrey Ellis) at the Institute of Certified Financial Planners Masters Retreat, October 1999.

"Toward a Better Understanding of Real Options: A Weighted Average Discount Rate Approach," at the 1999 Financial Management Association Conference, the 1999 European Financial Management Association Conference, and the 1999 Multinational Finance Society Conference.

"Just-In-Time Mathematics: Integrating the Teaching of Finance Theory and Mathematics," (with Gordon Prichett) at the 1999 Financial Management Association Conference.

"Alternative Dow Investments for the Individual Investor: Diamonds, Synthetics, and the Real Thing," at the 1999 Academy of Financial Services Convention.

"Evidence of Yield Burning in Municipal Refundings," at Financial Management Association Convention, October 1997; Government Finance Officers Association, 1997; and Northeast Regional Convention of the National Association of State Treasurers, 1997.

"Teaching the Strong-Form Efficient Market Hypothesis," at Conference on Classroom Experiments in the Teaching of Economics at University of Virginia, September 1995.

"Efficient Consolidation of Implied Standard Deviations," (with Shaikh Hamid) at Midwest Finance Association, March 1995.

"A Test of Intertemporal Averaging of Implied Volatilities," (with Shaikh Hamid) at Eastern Finance Association, April 1995.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Taking Advantage of Volatility:  Non-linear Forecasting and Options Strategies," (with Hassan Ahmed) at Chicago Board of Trade / Chicago Board Options Exchange Conference on Risk Management, February 1992.

"Immunizing Against Interest Rate Risk Using the Macaulay Duration Statistic: An Assessment," (with Don Smith) at Japan-U.S. Conference on Financial Strategies in the 1990s, Osaka, Japan, August 1991.

"The Hull and White Implied Volatility," at American Finance Association Convention, December 1990.

**REVIEWED ARTICLES AND BOOKS FOR:**

Harvard Business School Publishing
Elsevier
Journal of Economic Education
Journal of Forensic Economics
Journal of Risk
Financial Review
North American Case Research Association
Financial Management
Journal of Business
Journal of Money, Credit and Banking
Quarterly Review of Economics and Finance
Blackwell
Prentice Hall
Southwestern Publishing

**COURSES TAUGHT**

Advanced Derivative Securities (MBA)
Babson College Fund (Undergraduate and MBA)
Capital Markets (MBA)
Continuous-Time Finance (Doctoral)
Corporate Finance (MBA and Executive)
Corporate Financial Strategy (MBA)
Cross-Functional Management (Integrated curriculum, Undergraduate) Equity Markets (MBA)
Derivatives: Theory and Practice (MBA)
Financial Reporting and Corporate Finance (MBA)
Financial Management (MBA)
Fixed Income Analysis (Undergraduate and MBA)

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

Introduction to Derivative Securities (Executive)
International Finance (Executive)
Integrated Management (Undergraduate)
Investments (MBA and Executive)
Mod B: Decision Making and Applications, Finance stream (MBA)
Options and Futures (Undergraduate)
Risk Management (MBA)
Portfolio Theory / Management Information Systems (Executive)
Quantitative Methods for Investment Management (Undergraduate and MBA)
Security Valuation (Undergraduate and MBA)

## TEACHING AWARDS

Reid Teaching Award, Washington University, Olin School of Business, 1993-94.

## SELECT LIST OF MEDIA CITATIONS

"Is Insider Trading Part of the Fabric?" by Gretchen Morgenson, *The New York Times*, May 19, 2012.

"Bankers Rigging Municipal Contract Bids Admit to Cover-Up Lies," by William Selway and Martin Z. Braun, *Bloomberg Markets Magazine*, November 24, 2010.

"Hospital Move Presents Buy-Out Groups with New Risks," by Francesco Guerra, Christopher Bowe, and Rebecca Knight, *Financial Times*, July 15, 2006.

"Funds of Knowledge Add Value," by Rebecca Knight, *Financial Times*, March 12, 2006.

"City's Financial Picture Worse Than Ever, Sanders Says," by Matthew T. Hall, *San Diego Union-Tribune*, January 7, 2006.

"Downer: Stock Market Takes Another Dive," by John Chesto, *Boston Herald*, July 23, 2002.

"Banks, Developers, Are Main Beneficiaries," [editorial column] by Steven Feinstein, *The Boston Globe*, March 31, 2002, p. C4.

"Washington Investing: What Michael Saylor is Really Worth," by Jerry Knight, *The Washington Post*, March 6, 2000.

"IBM Retools Pensions," by Stephanie Armour, *USA Today*, May 4, 1999.

Confidential                                        84

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"L.A. MTA's Law Firm Says Lissack Strategy Will be a Replay," by Andrea Figler, *Bond Buyer,* September 30, 1998.

"Fed Key Player in Rescue of Floundering Hedge Fund," by Andrew Fraser, Associated Press, September 25, 1998.

"Top Banks Plan Bailout for Fund," by Andrew Fraser, Associated Press, September 24, 1998.

"Clarion Call to the Small Investor," by Jo-Ann Johnston, *The Boston Globe*, March 4, 1998.

"L.A. Authority Study Shows Rampant Yield Burning Abuse," by Michael Stanton, *The Bond Buyer*, April 22, 1997.

"Dispute Over Yield Burning Dominates GFOA Session," by Michael Stanton, *The Bond Buyer*, January 29, 1997.

"Men Behaving Badly (Yield Burning)," *Grants Municipal Bond Observer*, January 24, 1997.

"Municipal Bond Dealers Face Scrutiny," by Peter Truell, *The New York Times*, December 17, 1996.

"Iowa Market Takes Stock of Presidential Candidates," by Stanley W. Angrist, *The Wall Street Journal*, August 28, 1995.

"Looking for Clues in Options Prices," by Sylvia Nasar, *The New York Times*, July 18, 1991.

"For Fed, A New Set of Tea Leaves," by Sylvia Nasar, *The New York Times*, July 5, 1991.

**MEMBERSHIP IN PROFESSIONAL SOCIETIES**

American Finance Association
CFA Society Boston
Chartered Financial Analyst Institute
Financial Management Association
Foundation for Advancement of Research in Financial Economics (founding member)
National Association of Forensic Economics
North American Case Research Association

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony Provided in the Last Four Years**

In Re Blackberry Limited Securities Litigation
Case No. 13-cv-07060-CM-KHP
United States District Court
Southern District Of New York
Deposition Testimony
July 2018
Deposition Testimony
July 2020

In Re Johnson & Johnson Securities Litigation
Civil Action No. 3:18-cv-01833-FLW-TJB
United States District Court
District of New Jersey
Deposition Testimony
October 2020

In Re Envision Healthcare Corporation Securities Litigation
Civil Action No. 3:17-cv-01112
United States District Court
Middle District of Tennessee
Nashville Division
Deposition Testimony
January 2021

In Re Novo Nordisk Securities Litigation
Civil Action No. 3:17-cv-209-BRM-LHG
United States District Court
District of New Jersey
Deposition Testimony
February 2021

In Re Jeld-Wen Holding, Inc. Securities Litigation
Civil Action No. 3:20-cv-00112-JAG
United States District Court
Eastern District of Virginia
Richmond Division
Deposition Testimony
January 2021
Deposition Testimony
February 2021

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony Provided in the Last Four Years**

In Re Endo International PLC Securities Litigation
Case No. 2:17-cv-05114-MMB
United States District Court
Eastern District of Pennsylvania
Deposition Testimony
July 2021

In Re McKesson Corporation Securities Litigation
Master File No. 3:18-cv-06525-CRB
United States District Court
Northern District of California
Deposition Testimony
August 2021

In Re Perrigo Company PLC Securities Litigation
Master File No. 2:18-cv-02074
United States District Court
District of New Jersey
Deposition Testimony
October 2021

In Re Wells Fargo & Company Securities Litigation
Master File No. 3:18-cv-03948-JD
United States District Court
Northern District of California
Deposition Testimony
November 2021

In Re Microchip Technology, Inc. Securities Litigation
Case No. 2:18-cv-02914-JJT
United States District Court
District of Arizona
Deposition Testimony
October 2020
Deposition Testimony
January 2022

In Re Super Micro Computer, Inc. Securities Litigation
Master File No. 4:18-cv-00838-JST
United States District Court
Northern District of California
Deposition Testimony
January 2022

Confidential                                         87

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony Provided in the Last Four Years**

In Re Cardinal Health, Inc. Securities Litigation
Master File No. 2:19-cv-03347
United States District Court
Southern District of Ohio
Eastern Division
Deposition Testimony
May 2022

In Re Gannett Co., Inc. ERISA Litigation
Civil Action No. 1:18-cv-00325-AJT-JFA
United States District Court
Eastern District of Virginia
Alexandria Division
Deposition Testimony
May 2022

In Re Apple Inc. Securities Litigation
Case No. 4:19-cv-02033-YGR
United States District Court
Northern District of California
Oakland Division
Deposition Testimony
June 2021
Deposition Testimony
July 2022

In Re Sealed Air Co., Securities Litigation
Case No. 1:19-cv-10161-LLS
United States District Court
Southern District of New York
Deposition Testimony
July 2022

In Re Aegean Marine Petroleum Network, Inc. Securities Litigation
Case No. 18 Civ. 4993 (NRB)
United States District Court
Southern District of New York
Deposition Testimony
November 2022

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony Provided in the Last Four Years**

In Re Synchrony Financial Securities Litigation
Case No. 3:18-cv-01818-VAB
United States District Court
District of Connecticut
Deposition Testimony
December 2022

In Re Cabot Oil & Gas Corporation Securities Litigation
Case No. 4:21-cv-02045
United States District Court
Southern District of Texas
Deposition Testimony
June 2023

In Re Mallinckrodt Public Limited Company Securities Litigation
Civil Action No. 20-10100(AET)(TJB)
United States District Court
District of New Jersey
Deposition Testimony
July 2023

In re Acadia Pharmaceuticals Inc. Securities Litigation
Case No. 3:21-cv-00762-WQH-MSB
United States District Court
Southern District of California
Deposition Testimony
October 2023

In re Kirkland Lake Gold Ltd. Securities Litigation
Case No. 20-cv-04953
United States District Court
Southern District of New York
Deposition Testimony
March 2023
Deposition Testimony
October 2023

In re Vale S.A. Securities Litigation
Case No. 19-cv-526-RJD-SJB
United States District Court
Eastern District of New York
Deposition Testimony
March 2021
Deposition Testimony
October 2023

Confidential                                89

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony Provided in the Last Four Years**

In re Alta Mesa Resources, Inc.
Case No. 4:19-cv-00957
United States District Court
Southern District of Texas
Houston Division
Deposition Testimony
November 2023

In Re Ripple Labs Inc. Litigation
Case No. 4:18-cv-06753-PJH
United States District Court
Northern District of California
Deposition Testimony
January 2023
Deposition Testimony
December 2023

In Re EQT Corporation Securities Litigation
Master File No. 2:19-cv-00754-MPK
United States District Court
Western District of Pennsylvania
Deposition Testimony
May 2021
Deposition Testimony
July 2021
Deposition Testimony
July 2023
Deposition Testimony
March 2024

In Re Valeant Pharmaceuticals International, Inc. Securities Litigation
Master No. 3:15-cv-07658-MAS-LHG
United States District Court
District of New Jersey
Deposition Testimony
May 2024

In Re Cassava Sciences, Inc. Securities Litigation
Master File No. 1:21-cv-00751-DAE
United States District Court
Western District of Texas
Austin Division
Deposition Testimony
June 2024

## Exhibit-4



me of 13 days in 2003 between successive trades and 12 days in 2005.



| Percentile | 2003 | 2004 | 2005 |
|---|---|---|---|

**Average Days Elapsed Between Successive Trades for Waste Management Notes**

| Note Designation | Class Period |
|---|---|
| LBF5 | |
| LBH1 | |
| LBG3 | |
| LBJ7 | |
| **Minimum** | |
| **Maximum** | |

**Sources:**

**Exhibit-5**

**Analyst Reports**

13 February 2020 through 23 June 2020

| Date | Analyst Firm | Report Title |
|---|---|---|
| 2/13/2020 | BMO Capital Markets | 4Q19 Takeaways: Lots of Noise, but Bullish Outlook; Adj. Ests. for Int. Exp. |
| 2/13/2020 | BMO Capital Markets | 4Q19 First Thoughts: EPS Beat, 2020 Guidance Mixed (But Consensus Skewed) |
| 2/13/2020 | BofA Global Research | Waste Management: Falls short of a high bar |
| 2/13/2020 | CFRA Equity Research | Waste Management, Inc. |
| 2/13/2020 | CIBC Capital Markets | Q4 First Pass: Generally In-line Results |
| 2/13/2020 | Deutsche Bank | Waste Management: 4Q19 First Haul |
| 2/13/2020 | JPMorgan | Waste Management: 4Q Operational Miss. 2020 Guidance OK but Street Expectations High |
| 2/13/2020 | Morningstar, Inc. | Morningstar | Recycling Hangover Continues in Waste Management's Q4; Traditional Solid Waste Pricing Still Strong |
| 2/13/2020 | RBC Capital Markets | Waste Management Inc - WM - Softer volumes and recycling weigh on Q4/19 results, 2020 EBITDA outlook looks light |
| 2/13/2020 | RBC Capital Markets | Waste Management Inc - Core trends remain healthy into 2020 despite ongoing headwinds in recycling |
| 2/13/2020 | Scotiabank GBM | Sustaining Momentum into 2020 |
| 2/13/2020 | UBS Equities | First Read: Waste Management Inc "4Q19: Guide in-line w/ pre-ADSW expectations" |
| 2/14/2020 | Argus Research Corporation | Argus Analyst Report, WM |
| 2/14/2020 | CIBC Capital Markets | No Major Surprises |
| 2/14/2020 | Jefferies | Environmental Services 4Q19: The Good, the Bad and the Outlook |
| 2/14/2020 | Oppenheimer & Co., Inc. | WM: Solid Organic Growth and Margin Outlook, ADS Moving Closer to Closing |
| 2/18/2020 | JPMorgan | Waste Management: Pricing Strength Appears Resilient. Raising PT to $124 |
| 2/21/2020 | BofA Global Research | Waste Management: Pending acquisition – ADSW – comes up short |
| 2/21/2020 | RBC Capital Markets | Waste Sector Primer: Key investment considerations and overview of the North American waste sector |
| 3/18/2020 | BofA Global Research | Waste Management: Not advancing yet |
| 3/23/2020 | CFRA Equity Research | Waste Management, Inc. |
| 3/25/2020 | Scotiabank GBM | Waste & Environmental Services |
| 3/30/2020 | JPMorgan | Waste: Solid Waste Favorably Positioned Despite Negatives from Oil Price Fall and COVID-19; Upgrading RSG to OW |
| 3/31/2020 | BMO Capital Markets | Reducing Estimates/Target for COVID-19 Impact |
| 3/31/2020 | Morningstar, Inc. | Morningstar | Regulatory Permits and Cost Advantages Support Waste Management's Wide Moat |
| 4/2/2020 | CIBC Capital Markets | Solid Waste Sector: COVID-19 Scenario Analysis |
| 4/9/2020 | RBC Capital Markets | Q1/20 Waste Sector Preview: Recalibrating forecasts for COVID-19 |
| 4/9/2020 | RBC Capital Markets | Waste Management Inc  - Reducing to Sector Perform on lower relative returns |
| 4/14/2020 | Jefferies | Commercial Waste Survey Shows Space Not as Defensive; Downgrading RSG |
| 4/21/2020 | JPMorgan | Waste: 1Q20 Earnings Preview - All Eyes on Revised 2020 Guidance |
| 4/23/2020 | Jefferies | Waste Sector (WM, RSG, WCN, CWST, GFL) Q1 Preview - What to Expect? |
| 4/28/2020 | Morningstar, Inc. | Morningstar | Waste Management's Wide Moat Will Help It Withstand a Virus-Driven Downturn |
| 5/4/2020 | Deutsche Bank | Solid Waste Monitor 1Q20 Preview: Adjusting for COVID-19 |
| 5/6/2020 | BMO Capital Markets | 1Q20 First Thoughts: EPS Beat, 2020 Guidance Suspended |
| 5/6/2020 | BofA Global Research | Waste Management: More questions for the garbage man |

Confidential

**Exhibit-5**

**Analyst Reports**

13 February 2020 through 23 June 2020

| Date | Analyst Firm | Report Title |
|---|---|---|
| 5/6/2020 | CIBC Capital Markets | Bouncing Off The Bottom But Pace Of Recovery Remains Uncertain |
| 5/6/2020 | CIBC Capital Markets | Q1 First Look: No Major Surprises |
| 5/6/2020 | Deutsche Bank | Waste Management: 1Q20 First Haul |
| 5/6/2020 | Jefferies | 1Q20: The Good, the Bad and the Outlook |
| 5/6/2020 | JPMorgan | Waste Management: 1Q20 in Line; 2020 Guidance Withdrawn |
| 5/6/2020 | RBC Capital Markets | Waste Management Inc  - Merits of Waste sector fundamentals on display amid uncertainty and volatility |
| 5/6/2020 | RBC Capital Markets | Waste Management Inc  - WM reports in-line Q1/20 results, suspends 2020 financial guidance |
| 5/6/2020 | Scotiabank GBM | Seeing Early Signs of Green Shoots |
| 5/6/2020 | UBS Equities | First Read: Waste Management Inc "1Q20: 2020 guide pulled, staying with 2Q ..." |
| 5/7/2020 | BMO Capital Markets | 1Q20 Takeaways: Significant COVID-19 Impact; Mostly Raising Estimates |
| 5/7/2020 | BofA Global Research | Waste Management: Pending acquisition – ADSW – struggles to the finish line |
| 5/7/2020 | CFRA Equity Research | Waste Management, Inc. |
| 5/7/2020 | Morningstar, Inc. | Morningstar \| Pricing Was Strong During Waste Management's Q1; Q2 Will Be More Severely Impacted by COVID-19 |
| 5/7/2020 | Oppenheimer & Co., Inc. | WM: Scenarios Aplenty to Consider, Strong FCF Generation in All |
| 5/8/2020 | Jefferies | CEO Call Takeaways |
| 5/8/2020 | JPMorgan | Waste Management: Preparing for Some Shifts in the Business Post COVID-19 |
| 5/10/2020 | Deutsche Bank | US Solid Waste 1Q20 Review: Digesting April commentary and trends |
| 5/10/2020 | Jefferies | WM/ADSW Deal Update/Thoughts |
| 5/15/2020 | Argus Research Corporation | Argus Analyst Report, WM |
| 6/11/2020 | CFRA Equity Research | Waste Management, Inc. |
| 6/23/2020 | Jefferies | Waste Sector (WM, RSG, WCN, CWST): June Commercial Volume Update |

Confidential

**Exhibit-6a**

**Waste Management Notes' Bid and Ask Prices (Bloomberg Estimates)**

13 February 2020 through 23 June 2020

| Date | LBF5 Notes | | LBH1 Notes | | LBG3 Notes | | LBJ7 Notes | |
|---|---|---|---|---|---|---|---|---|
| | Closing Bid | Closing Ask | Closing Bid | Closing Ask | Closing Bid | Closing Ask | Closing Bid | Closing Ask |
| 2/13/2020 | $104.39 | $104.53 | $106.49 | $106.70 | $109.39 | $109.67 | $116.54 | $117.29 |
| 2/14/2020 | $104.53 | $104.65 | $106.66 | $106.86 | $109.67 | $109.94 | $117.10 | $117.73 |
| 2/18/2020 | $104.52 | $104.66 | $106.77 | $107.00 | $109.89 | $110.09 | $117.28 | $118.14 |
| 2/19/2020 | $104.48 | $104.64 | $106.74 | $106.92 | $109.66 | $109.94 | $117.14 | $118.00 |
| 2/20/2020 | $104.60 | $104.74 | $106.91 | $107.04 | $110.00 | $110.31 | $117.92 | $118.44 |
| 2/21/2020 | $104.66 | $104.80 | $107.03 | $107.30 | $109.99 | $110.25 | $118.43 | $119.22 |
| 2/24/2020 | $105.03 | $105.18 | $107.43 | $107.65 | $110.31 | $110.58 | $118.80 | $119.76 |
| 2/25/2020 | $104.98 | $105.12 | $107.70 | $107.91 | $110.63 | $110.89 | $119.07 | $119.75 |
| 2/26/2020 | $104.98 | $105.16 | $107.52 | $107.85 | $110.33 | $110.81 | $118.24 | $119.15 |
| 2/27/2020 | $105.07 | $105.26 | $107.50 | $107.75 | $110.03 | $110.28 | $117.54 | $118.82 |
| 2/28/2020 | $105.55 | $105.68 | $108.46 | $108.57 | $110.48 | $110.85 | $119.34 | $120.25 |
| 3/2/2020 | $105.54 | $105.73 | $108.23 | $108.34 | $110.53 | $110.79 | $118.33 | $119.04 |
| 3/3/2020 | $106.41 | $106.55 | $109.41 | $109.53 | $112.02 | $112.28 | $120.16 | $121.02 |
| 3/4/2020 | $106.24 | $106.48 | $109.46 | $109.85 | $112.15 | $112.54 | $120.27 | $121.13 |
| 3/5/2020 | $106.60 | $106.67 | $109.61 | $109.93 | $113.17 | $113.42 | $121.47 | $122.31 |
| 3/6/2020 | $106.51 | $106.71 | $109.65 | $110.11 | $113.47 | $113.71 | $124.20 | $124.72 |
| 3/9/2020 | $105.84 | $106.05 | $108.66 | $110.23 | $111.96 | $112.97 | $122.12 | $125.46 |
| 3/10/2020 | $105.43 | $105.60 | $108.41 | $108.56 | $111.21 | $111.72 | $117.85 | $121.29 |
| 3/11/2020 | $104.92 | $105.32 | $104.55 | $105.49 | $110.00 | $110.46 | $117.77 | $119.79 |
| 3/12/2020 | $103.72 | $103.96 | $103.86 | $106.62 | $109.03 | $109.27 | $94.75 | $95.74 |
| 3/13/2020 | $102.31 | $102.57 | $105.68 | $105.94 | $108.16 | $108.45 | $113.34 | $113.80 |
| 3/16/2020 | $101.91 | $102.08 | $104.51 | $104.72 | $109.92 | $110.25 | $118.54 | $119.83 |
| 3/17/2020 | $100.89 | $101.06 | $95.91 | $103.95 | $104.70 | $105.15 | $108.91 | $110.07 |
| 3/18/2020 | $99.60 | $99.77 | $96.17 | $97.64 | $103.00 | $103.34 | $102.86 | $103.24 |
| 3/19/2020 | $94.34 | $98.79 | $98.66 | $101.00 | $98.51 | $98.94 | $96.63 | $96.96 |
| 3/20/2020 | $95.47 | $96.16 | $93.12 | $98.86 | $97.05 | $97.74 | $97.04 | $98.13 |
| 3/23/2020 | $96.09 | $96.25 | $98.74 | $99.25 | $94.01 | $100.36 | $97.41 | $97.75 |
| 3/24/2020 | $96.35 | $98.04 | $102.15 | $102.35 | $98.47 | $98.78 | $97.45 | $99.20 |
| 3/25/2020 | $100.08 | $100.35 | $103.27 | $103.44 | $101.04 | $101.34 | $100.59 | $102.80 |
| 3/26/2020 | $99.91 | $101.32 | $103.31 | $103.47 | $101.12 | $101.47 | $104.46 | $104.82 |
| 3/27/2020 | $101.24 | $101.75 | $102.83 | $103.51 | $103.72 | $104.81 | $105.59 | $106.75 |
| 3/30/2020 | $101.08 | $101.58 | $103.92 | $104.24 | $104.78 | $106.41 | $106.00 | $106.97 |
| 3/31/2020 | $102.65 | $103.27 | $104.22 | $105.73 | $107.11 | $107.56 | $108.73 | $109.08 |
| 4/1/2020 | $102.22 | $102.84 | $103.89 | $105.50 | $107.40 | $107.95 | $108.30 | $109.45 |

Confidential

94

**Exhibit-6a**

**Waste Management Notes' Bid and Ask Prices (Bloomberg Estimates)**

13 February 2020 through 23 June 2020

| Date | LBF5 Notes | | LBH1 Notes | | LBG3 Notes | | LBJ7 Notes | |
|------|------------|------------|------------|------------|------------|------------|------------|------------|
|      | Closing Bid | Closing Ask | Closing Bid | Closing Ask | Closing Bid | Closing Ask | Closing Bid | Closing Ask |
| 4/2/2020 | $102.08 | $102.47 | $104.06 | $105.12 | $105.75 | $107.10 | $110.09 | $110.74 |
| 4/3/2020 | $102.05 | $102.63 | $103.68 | $103.95 | $105.16 | $105.51 | $110.49 | $111.37 |
| 4/6/2020 | $102.03 | $102.76 | $103.67 | $104.35 | $104.94 | $105.30 | $109.45 | $111.48 |
| 4/7/2020 | $101.91 | $102.55 | $103.77 | $104.01 | $104.59 | $104.89 | $108.67 | $110.69 |
| 4/8/2020 | $102.05 | $102.69 | $104.37 | $104.66 | $107.23 | $107.58 | $108.29 | $110.29 |
| 4/9/2020 | $102.38 | $102.98 | $105.01 | $105.51 | $107.85 | $108.41 | $113.14 | $115.25 |
| 4/13/2020 | $104.19 | $104.74 | $106.23 | $106.55 | $110.17 | $110.48 | $111.92 | $114.01 |
| 4/14/2020 | $105.17 | $105.46 | $108.00 | $109.29 | $110.28 | $110.59 | $111.86 | $113.94 |
| 4/15/2020 | $105.77 | $106.03 | $107.29 | $107.59 | $111.94 | $112.41 | $113.44 | $115.56 |
| 4/16/2020 | $106.11 | $106.37 | $107.29 | $107.87 | $111.94 | $112.62 | $114.22 | $116.36 |
| 4/17/2020 | $105.80 | $107.56 | $107.71 | $108.18 | $111.73 | $112.82 | $114.40 | $116.55 |
| 4/20/2020 | $106.18 | $106.45 | $108.26 | $108.56 | $112.64 | $113.37 | $117.75 | $118.15 |
| 4/21/2020 | $106.24 | $106.55 | $108.32 | $108.62 | $112.89 | $113.81 | $116.82 | $119.02 |
| 4/22/2020 | $106.03 | $106.34 | $108.05 | $108.60 | $113.17 | $113.48 | $117.01 | $119.31 |
| 4/23/2020 | $106.39 | $106.72 | $108.91 | $109.24 | $113.64 | $114.03 | $118.05 | $120.69 |
| 4/24/2020 | $106.73 | $107.02 | $108.92 | $109.22 | $113.61 | $114.01 | $119.95 | $120.38 |
| 4/27/2020 | $106.45 | $106.69 | $109.00 | $109.40 | $113.44 | $113.82 | $118.22 | $119.07 |
| 4/28/2020 | $106.25 | $106.60 | $109.41 | $109.69 | $113.46 | $113.90 | $120.71 | $121.18 |
| 4/29/2020 | $106.45 | $106.79 | $109.42 | $109.73 | $113.41 | $114.28 | $120.14 | $121.34 |
| 4/30/2020 | $106.52 | $106.83 | $109.45 | $109.82 | $113.47 | $113.88 | $120.37 | $120.88 |
| 5/1/2020 | $106.55 | $106.84 | $109.30 | $109.62 | $113.55 | $114.02 | $120.70 | $121.73 |
| 5/4/2020 | $106.59 | $106.83 | $109.27 | $109.71 | $113.08 | $113.54 | $120.31 | $121.39 |
| 5/5/2020 | $106.88 | $107.18 | $109.31 | $109.52 | $113.12 | $114.00 | $118.49 | $118.99 |
| 5/6/2020 | $106.56 | $106.74 | $109.20 | $109.53 | $112.38 | $112.79 | $116.98 | $117.92 |
| 5/7/2020 | $106.91 | $107.22 | $109.34 | $109.64 | $112.69 | $113.13 | $116.60 | $117.87 |
| 5/8/2020 | $106.36 | $106.61 | $109.12 | $109.41 | $111.66 | $112.04 | $115.40 | $116.59 |
| 5/11/2020 | $106.42 | $106.70 | $109.12 | $109.40 | $111.33 | $112.02 | $113.17 | $114.21 |
| 5/12/2020 | $106.41 | $106.67 | $109.01 | $109.24 | $111.27 | $111.71 | $114.43 | $115.34 |
| 5/13/2020 | $106.32 | $106.52 | $109.03 | $109.23 | $111.78 | $112.31 | $114.26 | $115.05 |
| 5/14/2020 | $106.57 | $106.77 | $109.07 | $109.24 | $111.40 | $111.85 | $115.05 | $115.70 |
| 5/15/2020 | $106.37 | $106.59 | $109.05 | $109.19 | $111.49 | $112.21 | $114.81 | $115.24 |
| 5/18/2020 | $106.32 | $106.55 | $108.90 | $109.04 | $111.26 | $112.99 | $113.48 | $113.94 |
| 5/19/2020 | $106.89 | $107.11 | $108.78 | $109.02 | $111.28 | $111.71 | $113.76 | $114.79 |
| 5/20/2020 | $106.72 | $106.93 | $108.87 | $109.14 | $110.80 | $111.24 | $114.16 | $115.73 |

Confidential

**Exhibit-6a**

**Waste Management Notes' Bid and Ask Prices (Bloomberg Estimates)**

13 February 2020 through 23 June 2020

| Date | LBF5 Notes | | LBH1 Notes | | LBG3 Notes | | LBJ7 Notes | |
|---|---|---|---|---|---|---|---|---|
| | Closing Bid | Closing Ask | Closing Bid | Closing Ask | Closing Bid | Closing Ask | Closing Bid | Closing Ask |
| 5/21/2020 | $106.75 | $106.94 | $108.44 | $108.75 | $110.82 | $111.23 | $114.18 | $114.64 |
| 5/22/2020 | $106.73 | $106.92 | $108.76 | $109.04 | $110.62 | $111.03 | $114.48 | $115.41 |
| 5/26/2020 | $106.83 | $107.01 | $107.95 | $108.26 | $110.68 | $111.03 | $114.55 | $115.07 |
| 5/27/2020 | $106.59 | $106.76 | $108.16 | $108.43 | $110.04 | $110.34 | $113.59 | $115.05 |
| 5/28/2020 | $106.76 | $106.95 | $108.14 | $108.42 | $110.27 | $110.66 | $112.58 | $113.53 |
| 5/29/2020 | $106.86 | $107.06 | $109.40 | $109.70 | $110.72 | $111.10 | $113.73 | $114.20 |
| 6/1/2020 | $106.92 | $107.09 | $109.31 | $109.61 | $110.85 | $111.20 | $113.16 | $113.63 |
| 6/2/2020 | $107.05 | $107.23 | $108.58 | $109.23 | $110.78 | $111.13 | $113.87 | $114.31 |
| 6/3/2020 | $106.95 | $107.11 | $109.99 | $110.56 | $110.45 | $110.88 | $112.74 | $113.28 |
| 6/4/2020 | $106.87 | $107.12 | $109.78 | $110.36 | $110.47 | $110.89 | $112.18 | $112.89 |
| 6/5/2020 | $106.90 | $107.14 | $109.52 | $110.07 | $111.40 | $111.82 | $113.42 | $113.80 |
| 6/8/2020 | $106.81 | $107.05 | $109.50 | $110.06 | $111.28 | $111.70 | $114.18 | $114.64 |
| 6/9/2020 | $106.87 | $107.08 | $109.69 | $110.18 | $111.57 | $112.34 | $113.71 | $115.91 |
| 6/10/2020 | $107.14 | $107.32 | $110.09 | $110.67 | $111.95 | $112.38 | $116.01 | $116.46 |
| 6/11/2020 | $106.96 | $107.10 | $108.94 | $109.51 | $111.19 | $111.59 | $116.55 | $117.27 |
| 6/12/2020 | $106.77 | $106.93 | $109.21 | $109.62 | $110.94 | $111.34 | $115.53 | $116.05 |
| 6/15/2020 | $106.96 | $107.10 | $108.96 | $109.37 | $110.14 | $110.74 | $115.52 | $116.29 |
| 6/16/2020 | $107.39 | $107.68 | $110.41 | $110.86 | $111.19 | $111.71 | $116.00 | $116.78 |
| 6/17/2020 | $107.30 | $107.61 | $110.36 | $110.70 | $110.67 | $111.28 | $115.34 | $116.20 |
| 6/18/2020 | $107.22 | $107.52 | $110.30 | $110.62 | $110.48 | $111.05 | $115.45 | $116.19 |
| 6/19/2020 | $107.05 | $107.34 | $109.87 | $110.29 | $108.57 | $109.11 | $114.55 | $115.29 |
| 6/22/2020 | $105.66 | $105.97 | $108.90 | $109.27 | $107.93 | $108.39 | $111.80 | $112.50 |
| 6/23/2020 | $104.95 | $105.35 | $107.99 | $108.33 | $108.22 | $108.67 | $111.27 | $111.90 |

**Source:** Bloomberg.

Confidential

**Exhibit-6b**

**Waste Management Notes' Bid and Ask Prices (LSEG Workspace Estimates)**

13 February 2020 through 23 June 2020

| Date | LBF5 Notes | | LBH1 Notes | | LBG3 Notes | | LBJ7 Notes | |
|---|---|---|---|---|---|---|---|---|
| | Closing Bid | Closing Ask | Closing Bid | Closing Ask | Closing Bid | Closing Ask | Closing Bid | Closing Ask |
| 2/13/2020 | $104.32 | $104.45 | $106.63 | $106.81 | $109.16 | $109.43 | $116.40 | $116.88 |
| 2/14/2020 | $104.55 | $104.68 | $106.79 | $106.98 | $109.76 | $110.02 | $116.92 | $117.41 |
| 2/18/2020 | $104.51 | $104.64 | $107.00 | $107.18 | $109.94 | $110.20 | $117.47 | $117.97 |
| 2/19/2020 | $104.44 | $104.57 | $106.73 | $106.92 | $109.57 | $109.84 | $117.28 | $117.77 |
| 2/20/2020 | $104.54 | $104.67 | $106.98 | $107.16 | $109.58 | $109.85 | $117.67 | $118.16 |
| 2/21/2020 | $104.71 | $104.83 | $107.31 | $107.49 | $109.89 | $110.16 | $118.58 | $119.08 |
| 2/24/2020 | $104.95 | $105.08 | $107.71 | $107.89 | $110.16 | $110.43 | $119.53 | $120.04 |
| 2/25/2020 | $104.99 | $105.12 | $107.92 | $108.10 | $110.77 | $111.04 | $120.21 | $120.72 |
| 2/26/2020 | $104.99 | $105.12 | $107.86 | $108.05 | $110.63 | $110.89 | $119.81 | $120.31 |
| 2/27/2020 | $105.22 | $105.34 | $107.47 | $107.65 | $111.04 | $111.31 | $118.96 | $119.46 |
| 2/28/2020 | $105.58 | $105.71 | $108.31 | $108.49 | $110.56 | $110.83 | $119.72 | $120.23 |
| 3/2/2020 | $105.91 | $106.04 | $108.66 | $108.84 | $111.01 | $111.27 | $120.24 | $120.75 |
| 3/3/2020 | $106.23 | $106.36 | $109.11 | $109.30 | $112.40 | $112.67 | $121.84 | $122.36 |
| 3/4/2020 | $106.42 | $106.55 | $109.60 | $109.79 | $112.64 | $112.91 | $122.02 | $122.54 |
| 3/5/2020 | $106.50 | $106.63 | $109.77 | $109.96 | $112.96 | $113.23 | $122.65 | $123.17 |
| 3/6/2020 | $106.77 | $106.90 | $110.30 | $110.48 | $114.18 | $114.45 | $125.49 | $126.03 |
| 3/9/2020 | $106.29 | $106.42 | $109.62 | $109.81 | $113.68 | $113.95 | $125.33 | $125.87 |
| 3/10/2020 | $105.70 | $105.82 | $108.66 | $108.85 | $112.81 | $113.09 | $123.16 | $123.68 |
| 3/11/2020 | $105.07 | $105.20 | $104.38 | $104.56 | $110.67 | $110.94 | $120.16 | $120.66 |
| 3/12/2020 | $103.85 | $103.97 | $102.61 | $102.78 | $109.28 | $109.54 | $114.26 | $114.73 |
| 3/13/2020 | $102.64 | $102.76 | $104.85 | $105.03 | $108.15 | $108.41 | $113.35 | $113.82 |
| 3/16/2020 | $102.43 | $102.55 | $104.51 | $104.69 | $107.97 | $108.22 | $113.10 | $113.57 |
| 3/17/2020 | $101.14 | $101.26 | $103.34 | $103.51 | $104.88 | $105.13 | $109.09 | $109.54 |
| 3/18/2020 | $99.68 | $99.80 | $99.27 | $99.44 | $100.44 | $100.68 | $102.81 | $103.23 |
| 3/19/2020 | $100.16 | $100.28 | $98.26 | $98.43 | $99.06 | $99.30 | $103.81 | $104.23 |
| 3/20/2020 | $99.90 | $100.02 | $99.13 | $99.29 | $96.53 | $96.76 | $106.51 | $106.95 |
| 3/23/2020 | $97.96 | $98.07 | $97.48 | $97.65 | $97.00 | $97.23 | $96.22 | $96.60 |
| 3/24/2020 | $96.52 | $96.63 | $102.12 | $102.30 | $96.55 | $96.77 | $95.74 | $96.12 |
| 3/25/2020 | $99.95 | $100.07 | $103.04 | $103.21 | $96.32 | $96.54 | $95.18 | $95.56 |
| 3/26/2020 | $100.97 | $101.09 | $102.88 | $103.06 | $98.21 | $98.44 | $104.71 | $105.14 |
| 3/27/2020 | $101.14 | $101.26 | $103.26 | $103.43 | $98.71 | $98.94 | $105.58 | $106.01 |
| 3/30/2020 | $101.30 | $101.42 | $103.43 | $103.60 | $103.24 | $103.49 | $106.48 | $106.92 |
| 3/31/2020 | $101.29 | $101.41 | $103.39 | $103.57 | $106.99 | $107.25 | $108.57 | $109.01 |
| 4/1/2020 | $102.96 | $103.08 | $103.51 | $103.68 | $107.47 | $107.73 | $109.54 | $109.99 |

**Exhibit-6b**

**Waste Management Notes' Bid and Ask Prices (LSEG Workspace Estimates)**

13 February 2020 through 23 June 2020

| Date | LBF5 Notes | | LBH1 Notes | | LBG3 Notes | | LBJ7 Notes | |
|---|---|---|---|---|---|---|---|---|
| | Closing Bid | Closing Ask | Closing Bid | Closing Ask | Closing Bid | Closing Ask | Closing Bid | Closing Ask |
| 4/2/2020 | $102.91 | $103.03 | $103.44 | $103.62 | $106.27 | $106.52 | $109.75 | $110.20 |
| 4/3/2020 | $102.96 | $103.09 | $103.77 | $103.95 | $105.47 | $105.72 | $110.42 | $110.87 |
| 4/6/2020 | $102.65 | $102.77 | $103.29 | $103.46 | $104.84 | $105.09 | $109.22 | $109.67 |
| 4/7/2020 | $102.53 | $102.65 | $103.76 | $103.93 | $104.38 | $104.62 | $108.46 | $108.91 |
| 4/8/2020 | $102.61 | $102.73 | $104.42 | $104.59 | $107.06 | $107.32 | $109.53 | $109.98 |
| 4/9/2020 | $103.74 | $103.87 | $106.20 | $106.38 | $109.58 | $109.84 | $113.82 | $114.29 |
| 4/13/2020 | $104.95 | $105.08 | $106.29 | $106.47 | $110.14 | $110.40 | $113.29 | $113.76 |
| 4/14/2020 | $104.85 | $104.97 | $106.38 | $106.56 | $110.16 | $110.42 | $113.12 | $113.59 |
| 4/15/2020 | $105.10 | $105.22 | $107.03 | $107.21 | $111.81 | $112.08 | $115.34 | $115.82 |
| 4/16/2020 | $105.87 | $106.00 | $107.41 | $107.59 | $112.02 | $112.29 | $116.07 | $116.55 |
| 4/17/2020 | $105.80 | $105.93 | $108.04 | $108.22 | $111.64 | $111.91 | $115.71 | $116.20 |
| 4/20/2020 | $106.37 | $106.50 | $108.24 | $108.42 | $112.72 | $112.99 | $117.26 | $117.75 |
| 4/21/2020 | $106.28 | $106.40 | $107.38 | $107.56 | $112.45 | $112.72 | $119.15 | $119.65 |
| 4/22/2020 | $105.43 | $105.55 | $107.17 | $107.35 | $113.15 | $113.41 | $118.27 | $118.76 |
| 4/23/2020 | $106.42 | $106.54 | $107.13 | $107.31 | $113.39 | $113.66 | $118.47 | $118.97 |
| 4/24/2020 | $105.34 | $105.46 | $108.91 | $109.10 | $113.68 | $113.95 | $119.49 | $120.00 |
| 4/27/2020 | $106.61 | $106.74 | $109.16 | $109.34 | $113.16 | $113.43 | $118.44 | $118.93 |
| 4/28/2020 | $106.18 | $106.31 | $109.40 | $109.58 | $113.36 | $113.63 | $119.15 | $119.65 |
| 4/29/2020 | $106.57 | $106.69 | $109.26 | $109.44 | $113.23 | $113.50 | $119.15 | $119.65 |
| 4/30/2020 | $106.71 | $106.83 | $109.31 | $109.49 | $113.69 | $113.96 | $120.48 | $120.98 |
| 5/1/2020 | $106.62 | $106.75 | $109.00 | $109.19 | $113.54 | $113.81 | $120.29 | $120.79 |
| 5/4/2020 | $106.66 | $106.78 | $109.06 | $109.24 | $113.25 | $113.52 | $117.91 | $118.40 |
| 5/5/2020 | $106.95 | $107.07 | $109.23 | $109.41 | $113.04 | $113.31 | $118.15 | $118.64 |
| 5/6/2020 | $106.92 | $107.04 | $109.15 | $109.34 | $112.19 | $112.45 | $116.95 | $117.43 |
| 5/7/2020 | $106.66 | $106.78 | $109.32 | $109.51 | $112.65 | $112.91 | $116.37 | $116.85 |
| 5/8/2020 | $106.44 | $106.56 | $109.08 | $109.26 | $111.56 | $111.82 | $115.49 | $115.97 |
| 5/11/2020 | $106.37 | $106.49 | $109.05 | $109.23 | $111.18 | $111.44 | $112.98 | $113.45 |
| 5/12/2020 | $106.48 | $106.60 | $109.04 | $109.22 | $111.01 | $111.27 | $114.26 | $114.73 |
| 5/13/2020 | $106.34 | $106.46 | $108.98 | $109.16 | $111.33 | $111.59 | $114.45 | $114.93 |
| 5/14/2020 | $106.69 | $106.81 | $109.03 | $109.21 | $111.58 | $111.85 | $115.25 | $115.73 |
| 5/15/2020 | $106.36 | $106.48 | $109.03 | $109.22 | $111.47 | $111.74 | $114.83 | $115.30 |
| 5/18/2020 | $106.36 | $106.48 | $108.71 | $108.89 | $111.06 | $111.32 | $112.98 | $113.45 |
| 5/19/2020 | $106.46 | $106.58 | $108.65 | $108.83 | $111.13 | $111.39 | $113.39 | $113.85 |
| 5/20/2020 | $106.72 | $106.84 | $108.77 | $108.95 | $110.82 | $111.08 | $113.93 | $114.40 |

Confidential

**Exhibit-6b**

**Waste Management Notes' Bid and Ask Prices (LSEG Workspace Estimates)**

13 February 2020 through 23 June 2020

| Date | LBF5 Notes | | LBH1 Notes | | LBG3 Notes | | LBJ7 Notes | |
|---|---|---|---|---|---|---|---|---|
| | Closing Bid | Closing Ask | Closing Bid | Closing Ask | Closing Bid | Closing Ask | Closing Bid | Closing Ask |
| 5/21/2020 | $106.83 | $106.95 | $108.46 | $108.64 | $111.17 | $111.43 | $114.17 | $114.64 |
| 5/22/2020 | $106.82 | $106.94 | $108.51 | $108.69 | $110.64 | $110.90 | $114.73 | $115.20 |
| 5/26/2020 | $106.76 | $106.88 | $107.84 | $108.02 | $110.73 | $110.99 | $114.47 | $114.94 |
| 5/27/2020 | $106.52 | $106.64 | $108.13 | $108.31 | $110.22 | $110.47 | $114.64 | $115.11 |
| 5/28/2020 | $106.72 | $106.85 | $107.99 | $108.17 | $110.27 | $110.52 | $112.35 | $112.82 |
| 5/29/2020 | $106.92 | $107.04 | $109.40 | $109.58 | $110.82 | $111.08 | $113.67 | $114.14 |
| 6/1/2020 | $106.92 | $107.04 | $109.33 | $109.51 | $110.86 | $111.13 | $113.02 | $113.49 |
| 6/2/2020 | $107.04 | $107.16 | $109.63 | $109.81 | $110.51 | $110.77 | $113.54 | $114.01 |
| 6/3/2020 | $106.90 | $107.02 | $110.04 | $110.22 | $110.75 | $111.01 | $112.32 | $112.78 |
| 6/4/2020 | $106.69 | $106.81 | $109.79 | $109.98 | $110.79 | $111.05 | $112.35 | $112.82 |
| 6/5/2020 | $106.79 | $106.91 | $109.45 | $109.63 | $111.06 | $111.32 | $112.94 | $113.40 |
| 6/8/2020 | $106.80 | $106.92 | $109.44 | $109.62 | $111.39 | $111.65 | $114.02 | $114.49 |
| 6/9/2020 | $106.91 | $107.03 | $109.72 | $109.90 | $111.84 | $112.10 | $115.07 | $115.54 |
| 6/10/2020 | $107.15 | $107.27 | $109.99 | $110.17 | $111.68 | $111.95 | $115.93 | $116.41 |
| 6/11/2020 | $107.00 | $107.12 | $109.46 | $109.64 | $111.08 | $111.34 | $116.67 | $117.15 |
| 6/12/2020 | $106.84 | $106.96 | $109.33 | $109.51 | $111.07 | $111.33 | $115.51 | $115.99 |
| 6/15/2020 | $106.78 | $106.90 | $108.97 | $109.15 | $110.16 | $110.42 | $115.43 | $115.91 |
| 6/16/2020 | $107.55 | $107.67 | $110.52 | $110.70 | $111.16 | $111.42 | $116.25 | $116.73 |
| 6/17/2020 | $107.34 | $107.47 | $110.31 | $110.49 | $111.17 | $111.43 | $115.32 | $115.80 |
| 6/18/2020 | $107.21 | $107.33 | $110.47 | $110.65 | $110.75 | $111.01 | $115.49 | $115.96 |
| 6/19/2020 | $107.01 | $107.13 | $109.87 | $110.05 | $108.47 | $108.73 | $114.30 | $114.77 |
| 6/22/2020 | $105.48 | $105.60 | $108.99 | $109.17 | $108.08 | $108.33 | $111.68 | $112.14 |
| 6/23/2020 | $105.23 | $105.35 | $107.99 | $108.17 | $108.28 | $108.53 | $111.43 | $111.88 |

**Source:** LSEG Workspace.

Confidential

**Exhibit-7a**

**Waste Management Notes Price, Volume, and Returns**

21 June 2019 through 24 June 2020

| | LBF5 Notes | | | LBH1 Notes | | |
|---|---|---|---|---|---|---|
| Date | VWAP | VWAP Volume | Logarithmic Return | VWAP | VWAP Volume | Logarithmic Return |

**Exhibit-7a**

**Waste Management Notes Price, Volume, and Returns**

21 June 2019 through 24 June 2020

| | LBF5 Notes | | | LBH1 Notes | | |
|---|---|---|---|---|---|---|
| Date | VWAP | VWAP Volume | Logarithmic Return | VWAP | VWAP Volume | Logarithmic Return |

Confidential

101

**Exhibit-7a**

**Waste Management Notes Price, Volume, and Returns**

21 June 2019 through 24 June 2020

| | LBF5 Notes | | | LBH1 Notes | | |
|---|---|---|---|---|---|---|
| **Date** | **VWAP** | **VWAP Volume** | **Logarithmic Return** | **VWAP** | **VWAP Volume** | **Logarithmic Return** |

**Exhibit-7a**

**Waste Management Notes Price, Volume, and Returns**

21 June 2019 through 24 June 2020

| | LBF5 Notes | | | LBH1 Notes | | |
|---|---|---|---|---|---|---|
| Date | VWAP | VWAP Volume | Logarithmic Return | VWAP | VWAP Volume | Logarithmic Return |

103

**Exhibit-7a**

**Waste Management Notes Price, Volume, and Returns**

21 June 2019 through 24 June 2020

| | LBF5 Notes | | | LBH1 Notes | | |
|---|---|---|---|---|---|---|
| Date | VWAP | VWAP Volume | Logarithmic Return | VWAP | VWAP Volume | Logarithmic Return |

104

**Exhibit-7a**

**Waste Management Notes Price, Volume, and Returns**

21 June 2019 through 24 June 2020

| | LBF5 Notes | | | LBH1 Notes | | |
|---|---|---|---|---|---|---|
| Date | VWAP | VWAP Volume | Logarithmic Return | VWAP | VWAP Volume | Logarithmic Return |

105

**Exhibit-7b**

**Waste Management Notes Price, Volume, and Returns**

21 June 2019 through 24 June 2020

| | LBG3 Notes | | | LBJ7 Notes | | |
|---|---|---|---|---|---|---|
| Date | VWAP | VWAP Volume | Logarithmic Return | VWAP | VWAP Volume | Logarithmic Return |

106

**Exhibit-7b**

**Waste Management Notes Price, Volume, and Returns**

21 June 2019 through 24 June 2020

| | LBG3 Notes | | | LBJ7 Notes | | |
|---|---|---|---|---|---|---|
| Date | VWAP | VWAP Volume | Logarithmic Return | VWAP | VWAP Volume | Logarithmic Return |

107

**Exhibit-7b**

**Waste Management Notes Price, Volume, and Returns**

21 June 2019 through 24 June 2020

| | LBG3 Notes | | | LBJ7 Notes | | |
|---|---|---|---|---|---|---|
| Date | VWAP | VWAP Volume | Logarithmic Return | VWAP | VWAP Volume | Logarithmic Return |

**Exhibit-7b**

**Waste Management Notes Price, Volume, and Returns**

21 June 2019 through 24 June 2020

| | LBG3 Notes | | | LBJ7 Notes | | |
|---|---|---|---|---|---|---|
| Date | VWAP | VWAP Volume | Logarithmic Return | VWAP | VWAP Volume | Logarithmic Return |

109

**Exhibit-7b**

**Waste Management Notes Price, Volume, and Returns**

21 June 2019 through 24 June 2020

| Date | LBG3 Notes | | | LBJ7 Notes | | |
| --- | --- | --- | --- | --- | --- | --- |
| | VWAP | VWAP Volume | Logarithmic Return | VWAP | VWAP Volume | Logarithmic Return |

**Exhibit-7b**

**Waste Management Notes Price, Volume, and Returns**

21 June 2019 through 24 June 2020

| Date | LBG3 Notes | | | LBJ7 Notes | | |
|---|---|---|---|---|---|---|
| | VWAP | VWAP Volume | Logarithmic Return | VWAP | VWAP Volume | Logarithmic Return |

**Exhibit-8**

**Market and Sector Indices**

24 June 2019 through 24 June 2020

| Date | Market Index Return | Sector Index Return |
|------|---------------------|---------------------|
| 6/24/2019 | -0.29% | 0.25% |
| 6/25/2019 | -0.90% | -0.30% |
| 6/26/2019 | -0.10% | -0.94% |
| 6/27/2019 | 0.58% | 1.59% |
| 6/28/2019 | 0.66% | 0.81% |
| 7/1/2019 | 0.66% | -0.17% |
| 7/2/2019 | 0.20% | 0.40% |
| 7/3/2019 | 0.77% | 1.05% |
| 7/5/2019 | -0.11% | 0.14% |
| 7/8/2019 | -0.54% | -0.83% |
| 7/9/2019 | 0.18% | -0.27% |
| 7/10/2019 | 0.40% | 0.30% |
| 7/11/2019 | 0.12% | -0.37% |
| 7/12/2019 | 0.47% | 0.17% |
| 7/15/2019 | -0.02% | 0.15% |
| 7/16/2019 | -0.30% | 0.43% |
| 7/17/2019 | -0.56% | -0.26% |
| 7/18/2019 | 0.34% | 0.44% |
| 7/19/2019 | -0.56% | -0.40% |
| 7/22/2019 | 0.23% | 0.08% |
| 7/23/2019 | 0.62% | 0.18% |
| 7/24/2019 | 0.60% | 0.16% |
| 7/25/2019 | -0.64% | -0.27% |
| 7/26/2019 | 0.73% | 1.90% |
| 7/29/2019 | -0.27% | -1.04% |
| 7/30/2019 | -0.13% | 0.20% |
| 7/31/2019 | -1.00% | 0.06% |
| 8/1/2019 | -0.93% | -1.40% |
| 8/2/2019 | -0.78% | 0.36% |
| 8/5/2019 | -2.88% | -2.33% |
| 8/6/2019 | 1.18% | 1.20% |
| 8/7/2019 | 0.13% | 0.65% |
| 8/8/2019 | 1.84% | 2.26% |
| 8/9/2019 | -0.72% | -0.48% |
| 8/12/2019 | -1.21% | -0.85% |
| 8/13/2019 | 1.32% | 0.92% |
| 8/14/2019 | -2.82% | -2.02% |

112

**Exhibit-8**

**Market and Sector Indices**

24 June 2019 through 24 June 2020

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 8/15/2019 | 0.18% | 0.95% |
| 8/16/2019 | 1.48% | 1.24% |
| 8/19/2019 | 1.06% | 0.79% |
| 8/20/2019 | -0.68% | -1.62% |
| 8/21/2019 | 0.79% | 0.50% |
| 8/22/2019 | -0.10% | -0.52% |
| 8/23/2019 | -2.46% | -2.78% |
| 8/26/2019 | 0.99% | 1.57% |
| 8/27/2019 | -0.39% | 0.24% |
| 8/28/2019 | 0.63% | 0.99% |
| 8/29/2019 | 1.25% | 0.34% |
| 8/30/2019 | 0.06% | -0.05% |
| 9/3/2019 | -0.72% | -0.01% |
| 9/4/2019 | 1.07% | 1.06% |
| 9/5/2019 | 1.23% | -0.50% |
| 9/6/2019 | 0.03% | -0.20% |
| 9/9/2019 | 0.06% | -0.32% |
| 9/10/2019 | 0.12% | -0.95% |
| 9/11/2019 | 0.81% | 0.68% |
| 9/12/2019 | 0.24% | 1.21% |
| 9/13/2019 | -0.04% | -0.73% |
| 9/16/2019 | -0.13% | 0.19% |
| 9/17/2019 | 0.22% | 0.02% |
| 9/18/2019 | -0.07% | 0.25% |
| 9/19/2019 | -0.01% | -0.28% |
| 9/20/2019 | -0.41% | 1.35% |
| 9/23/2019 | -0.01% | -0.46% |
| 9/24/2019 | -0.92% | -0.77% |
| 9/25/2019 | 0.56% | 0.05% |
| 9/26/2019 | -0.31% | 0.66% |
| 9/27/2019 | -0.57% | -0.71% |
| 9/30/2019 | 0.44% | 1.48% |
| 10/1/2019 | -1.26% | -1.52% |
| 10/2/2019 | -1.63% | -0.59% |
| 10/3/2019 | 0.76% | -0.72% |
| 10/4/2019 | 1.26% | 1.68% |
| 10/7/2019 | -0.39% | -0.60% |

113

**Exhibit-8**

**Market and Sector Indices**

24 June 2019 through 24 June 2020

| Date | Market Index Return | Sector Index Return |
| --- | --- | --- |
| 10/8/2019 | -1.52% | -1.14% |
| 10/9/2019 | 0.83% | 1.01% |
| 10/10/2019 | 0.56% | 1.10% |
| 10/11/2019 | 1.13% | 0.55% |
| 10/14/2019 | -0.16% | -0.92% |
| 10/15/2019 | 0.91% | 0.05% |
| 10/16/2019 | -0.19% | 0.02% |
| 10/17/2019 | 0.37% | 1.16% |
| 10/18/2019 | -0.37% | 2.25% |
| 10/21/2019 | 0.66% | -0.19% |
| 10/22/2019 | -0.33% | -0.86% |
| 10/23/2019 | 0.24% | -0.69% |
| 10/24/2019 | 0.23% | -0.32% |
| 10/25/2019 | 0.41% | -0.45% |
| 10/28/2019 | 0.52% | 0.25% |
| 10/29/2019 | -0.06% | 1.42% |
| 10/30/2019 | 0.28% | 1.39% |
| 10/31/2019 | -0.35% | -0.11% |
| 11/1/2019 | 1.02% | -0.02% |
| 11/4/2019 | 0.38% | 0.43% |
| 11/5/2019 | -0.11% | 0.12% |
| 11/6/2019 | -0.03% | 0.48% |
| 11/7/2019 | 0.28% | -0.88% |
| 11/8/2019 | 0.26% | 0.49% |
| 11/11/2019 | -0.16% | -0.25% |
| 11/12/2019 | 0.11% | -0.04% |
| 11/13/2019 | 0.03% | 0.65% |
| 11/14/2019 | 0.10% | -0.18% |
| 11/15/2019 | 0.70% | 0.28% |
| 11/18/2019 | 0.01% | 0.22% |
| 11/19/2019 | 0.00% | 0.10% |
| 11/20/2019 | -0.30% | 0.24% |
| 11/21/2019 | -0.17% | -0.91% |
| 11/22/2019 | 0.20% | 0.74% |
| 11/25/2019 | 0.85% | -0.02% |
| 11/26/2019 | 0.22% | 1.26% |
| 11/27/2019 | 0.43% | 0.34% |

**Exhibit-8**

**Market and Sector Indices**

24 June 2019 through 24 June 2020

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 11/29/2019 | -0.41% | -0.53% |
| 12/2/2019 | -0.86% | -0.61% |
| 12/3/2019 | -0.57% | 0.13% |
| 12/4/2019 | 0.60% | 0.31% |
| 12/5/2019 | 0.11% | 0.18% |
| 12/6/2019 | 0.84% | 0.94% |
| 12/9/2019 | -0.27% | -0.22% |
| 12/10/2019 | -0.07% | -0.20% |
| 12/11/2019 | 0.27% | 0.50% |
| 12/12/2019 | 0.78% | -0.34% |
| 12/13/2019 | 0.00% | -0.23% |
| 12/16/2019 | 0.70% | 0.42% |
| 12/17/2019 | 0.05% | 0.34% |
| 12/18/2019 | 0.02% | -1.10% |
| 12/19/2019 | 0.42% | 0.05% |
| 12/20/2019 | 0.45% | 0.83% |
| 12/23/2019 | 0.10% | 0.24% |
| 12/24/2019 | 0.04% | 0.02% |
| 12/26/2019 | 0.46% | 0.29% |
| 12/27/2019 | -0.06% | 0.17% |
| 12/30/2019 | -0.51% | -0.11% |
| 12/31/2019 | 0.30% | -0.18% |
| 1/2/2020 | 0.74% | -0.23% |
| 1/3/2020 | -0.58% | 0.28% |
| 1/6/2020 | 0.33% | 0.38% |
| 1/7/2020 | -0.21% | -0.64% |
| 1/8/2020 | 0.40% | -0.35% |
| 1/9/2020 | 0.58% | 0.87% |
| 1/10/2020 | -0.26% | -0.33% |
| 1/13/2020 | 0.71% | 0.98% |
| 1/14/2020 | -0.04% | -0.08% |
| 1/15/2020 | 0.19% | 0.51% |
| 1/16/2020 | 0.84% | 1.42% |
| 1/17/2020 | 0.25% | -0.19% |
| 1/21/2020 | -0.30% | 0.19% |
| 1/22/2020 | 0.04% | 0.79% |
| 1/23/2020 | 0.10% | -0.14% |

**Exhibit-8**

**Market and Sector Indices**

24 June 2019 through 24 June 2020

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 1/24/2020 | -0.89% | -0.25% |
| 1/27/2020 | -1.50% | -0.02% |
| 1/28/2020 | 0.96% | 0.25% |
| 1/29/2020 | -0.12% | -0.04% |
| 1/30/2020 | 0.28% | 0.89% |
| 1/31/2020 | -1.68% | -1.85% |
| 2/3/2020 | 0.75% | 1.24% |
| 2/4/2020 | 1.47% | 0.64% |
| 2/5/2020 | 0.93% | 1.05% |
| 2/6/2020 | 0.26% | 0.37% |
| 2/7/2020 | -0.55% | 0.11% |
| 2/10/2020 | 0.67% | -0.31% |
| 2/11/2020 | 0.34% | 0.42% |
| 2/12/2020 | 0.64% | 0.92% |
| 2/13/2020 | -0.08% | 0.80% |
| 2/14/2020 | 0.17% | 1.06% |
| 2/18/2020 | -0.19% | -0.31% |
| 2/19/2020 | 0.52% | 0.42% |
| 2/20/2020 | -0.26% | -0.62% |
| 2/21/2020 | -0.98% | 0.24% |
| 2/24/2020 | -3.23% | -1.15% |
| 2/25/2020 | -2.99% | -2.59% |
| 2/26/2020 | -0.54% | -0.77% |
| 2/27/2020 | -4.19% | -5.19% |
| 2/28/2020 | -0.86% | -3.30% |
| 3/2/2020 | 3.95% | 5.54% |
| 3/3/2020 | -2.49% | -2.93% |
| 3/4/2020 | 3.69% | 5.08% |
| 3/5/2020 | -3.20% | -3.43% |
| 3/6/2020 | -1.79% | -0.45% |
| 3/9/2020 | -8.26% | -6.74% |
| 3/10/2020 | 4.34% | 2.46% |
| 3/11/2020 | -5.12% | -3.94% |
| 3/12/2020 | -10.19% | -10.49% |
| 3/13/2020 | 8.20% | 7.74% |
| 3/16/2020 | -12.58% | -12.46% |
| 3/17/2020 | 5.17% | 8.89% |

**Exhibit-8**

**Market and Sector Indices**

24 June 2019 through 24 June 2020

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 3/18/2020 | -6.15% | -9.87% |
| 3/19/2020 | 1.42% | 0.52% |
| 3/20/2020 | -3.79% | -3.42% |
| 3/23/2020 | -2.72% | -6.69% |
| 3/24/2020 | 8.76% | 7.73% |
| 3/25/2020 | 1.62% | 0.34% |
| 3/26/2020 | 5.59% | 6.74% |
| 3/27/2020 | -3.36% | -3.15% |
| 3/30/2020 | 2.86% | 3.74% |
| 3/31/2020 | -1.24% | -0.93% |
| 4/1/2020 | -4.61% | -4.54% |
| 4/2/2020 | 1.93% | 3.01% |
| 4/3/2020 | -1.59% | -3.60% |
| 4/6/2020 | 6.57% | 3.37% |
| 4/7/2020 | 0.05% | 1.15% |
| 4/8/2020 | 3.33% | 4.38% |
| 4/9/2020 | 1.81% | 4.82% |
| 4/13/2020 | -1.02% | -3.45% |
| 4/14/2020 | 2.78% | 1.41% |
| 4/15/2020 | -2.33% | -4.20% |
| 4/16/2020 | 0.42% | -0.08% |
| 4/17/2020 | 2.73% | 3.93% |
| 4/20/2020 | -1.57% | -3.17% |
| 4/21/2020 | -2.96% | -3.24% |
| 4/22/2020 | 2.16% | 1.67% |
| 4/23/2020 | 0.12% | -0.11% |
| 4/24/2020 | 1.30% | -0.51% |
| 4/27/2020 | 1.74% | 4.60% |
| 4/28/2020 | -0.23% | 0.87% |
| 4/29/2020 | 2.85% | 2.06% |
| 4/30/2020 | -1.32% | -3.88% |
| 5/1/2020 | -2.84% | -2.87% |
| 5/4/2020 | 0.48% | -0.20% |
| 5/5/2020 | 0.87% | 0.79% |
| 5/6/2020 | -0.59% | -0.05% |
| 5/7/2020 | 1.32% | 3.84% |
| 5/8/2020 | 1.84% | 1.58% |

**Exhibit-8**

**Market and Sector Indices**

24 June 2019 through 24 June 2020

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 5/11/2020 | -0.04% | 0.21% |
| 5/12/2020 | -2.06% | -2.87% |
| 5/13/2020 | -1.92% | -2.71% |
| 5/14/2020 | 1.02% | 1.97% |
| 5/15/2020 | 0.52% | -0.10% |
| 5/18/2020 | 3.28% | 5.21% |
| 5/19/2020 | -0.98% | -0.67% |
| 5/20/2020 | 1.72% | 1.27% |
| 5/21/2020 | -0.67% | -1.19% |
| 5/22/2020 | 0.27% | 0.20% |
| 5/26/2020 | 1.41% | 3.22% |
| 5/27/2020 | 1.49% | 1.85% |
| 5/28/2020 | -0.35% | 0.26% |
| 5/29/2020 | 0.47% | -0.09% |
| 6/1/2020 | 0.66% | 0.14% |
| 6/2/2020 | 0.84% | 1.38% |
| 6/3/2020 | 1.48% | 2.59% |
| 6/4/2020 | -0.30% | 0.04% |
| 6/5/2020 | 2.47% | 3.98% |
| 6/8/2020 | 1.41% | 0.24% |
| 6/9/2020 | -0.96% | -2.46% |
| 6/10/2020 | -0.67% | -2.22% |
| 6/11/2020 | -6.00% | -6.84% |
| 6/12/2020 | 1.40% | 0.62% |
| 6/15/2020 | 1.06% | 0.66% |
| 6/16/2020 | 1.75% | 2.02% |
| 6/17/2020 | -0.41% | -0.72% |
| 6/18/2020 | 0.12% | -0.79% |
| 6/19/2020 | -0.46% | -1.45% |
| 6/22/2020 | 0.67% | 0.98% |
| 6/23/2020 | 0.39% | 0.53% |
| 6/24/2020 | -2.61% | -3.57% |

**Sources:** CRSP (Market Index) and S&P Global (Sector Index).

**Exhibit-9**

**ICE BofA Single-A and BBB US Corporate
Index Yields**

24 June 2019 through 24 June 2020

| Date | ICE BofA Single-A US Corporate Index Yield | ICE BofA BBB US Corporate Index Yield |
|---|---|---|
| 6/24/2019 | 2.94% | 3.58% |
| 6/25/2019 | 2.93% | 3.57% |
| 6/26/2019 | 2.97% | 3.61% |
| 6/27/2019 | 2.93% | 3.57% |
| 6/28/2019 | 2.92% | 3.55% |
| 7/1/2019 | 2.95% | 3.57% |
| 7/2/2019 | 2.90% | 3.53% |
| 7/3/2019 | 2.88% | 3.51% |
| 7/5/2019 | 2.97% | 3.59% |
| 7/8/2019 | 2.96% | 3.58% |
| 7/9/2019 | 2.99% | 3.61% |
| 7/10/2019 | 2.97% | 3.59% |
| 7/11/2019 | 3.01% | 3.63% |
| 7/12/2019 | 3.00% | 3.61% |
| 7/15/2019 | 2.98% | 3.59% |
| 7/16/2019 | 3.01% | 3.62% |
| 7/17/2019 | 2.96% | 3.57% |
| 7/18/2019 | 2.93% | 3.55% |
| 7/19/2019 | 2.94% | 3.55% |
| 7/22/2019 | 2.93% | 3.54% |
| 7/23/2019 | 2.95% | 3.55% |
| 7/24/2019 | 2.93% | 3.53% |
| 7/25/2019 | 2.94% | 3.54% |
| 7/26/2019 | 2.95% | 3.54% |
| 7/29/2019 | 2.92% | 3.51% |
| 7/30/2019 | 2.93% | 3.53% |
| 7/31/2019 | 2.93% | 3.53% |
| 8/1/2019 | 2.82% | 3.42% |
| 8/2/2019 | 2.81% | 3.42% |
| 8/5/2019 | 2.73% | 3.36% |
| 8/6/2019 | 2.74% | 3.37% |
| 8/7/2019 | 2.71% | 3.34% |
| 8/8/2019 | 2.74% | 3.37% |
| 8/9/2019 | 2.75% | 3.38% |

**Exhibit-9**

**ICE BofA Single-A and BBB US Corporate
Index Yields**

24 June 2019 through 24 June 2020

| Date | ICE BofA Single-A US Corporate Index Yield | ICE BofA BBB US Corporate Index Yield |
|---|---|---|
| 8/12/2019 | 2.68% | 3.32% |
| 8/13/2019 | 2.73% | 3.37% |
| 8/14/2019 | 2.67% | 3.31% |
| 8/15/2019 | 2.62% | 3.28% |
| 8/16/2019 | 2.62% | 3.28% |
| 8/19/2019 | 2.67% | 3.31% |
| 8/20/2019 | 2.62% | 3.27% |
| 8/21/2019 | 2.64% | 3.28% |
| 8/22/2019 | 2.66% | 3.30% |
| 8/23/2019 | 2.59% | 3.23% |
| 8/26/2019 | 2.60% | 3.24% |
| 8/27/2019 | 2.56% | 3.20% |
| 8/28/2019 | 2.54% | 3.19% |
| 8/29/2019 | 2.58% | 3.22% |
| 8/30/2019 | 2.57% | 3.20% |
| 9/3/2019 | 2.54% | 3.18% |
| 9/4/2019 | 2.53% | 3.17% |
| 9/5/2019 | 2.63% | 3.26% |
| 9/6/2019 | 2.61% | 3.24% |
| 9/9/2019 | 2.66% | 3.29% |
| 9/10/2019 | 2.74% | 3.36% |
| 9/11/2019 | 2.76% | 3.38% |
| 9/12/2019 | 2.80% | 3.41% |
| 9/13/2019 | 2.88% | 3.49% |
| 9/16/2019 | 2.83% | 3.43% |
| 9/17/2019 | 2.81% | 3.40% |
| 9/18/2019 | 2.79% | 3.38% |
| 9/19/2019 | 2.77% | 3.36% |
| 9/20/2019 | 2.75% | 3.34% |
| 9/23/2019 | 2.70% | 3.29% |
| 9/24/2019 | 2.64% | 3.24% |
| 9/25/2019 | 2.73% | 3.33% |
| 9/26/2019 | 2.69% | 3.29% |
| 9/27/2019 | 2.68% | 3.28% |

**Exhibit-9**

**ICE BofA Single-A and BBB US Corporate
Index Yields**

24 June 2019 through 24 June 2020

| Date | ICE BofA Single-A US Corporate Index Yield | ICE BofA BBB US Corporate Index Yield |
|---|---|---|
| 9/30/2019 | 2.69% | 3.30% |
| 10/1/2019 | 2.65% | 3.26% |
| 10/2/2019 | 2.62% | 3.24% |
| 10/3/2019 | 2.56% | 3.19% |
| 10/4/2019 | 2.54% | 3.17% |
| 10/7/2019 | 2.58% | 3.21% |
| 10/8/2019 | 2.57% | 3.20% |
| 10/9/2019 | 2.61% | 3.24% |
| 10/10/2019 | 2.66% | 3.29% |
| 10/11/2019 | 2.73% | 3.34% |
| 10/14/2019 | 2.72% | 3.34% |
| 10/15/2019 | 2.72% | 3.33% |
| 10/16/2019 | 2.70% | 3.30% |
| 10/17/2019 | 2.70% | 3.30% |
| 10/18/2019 | 2.68% | 3.28% |
| 10/21/2019 | 2.71% | 3.31% |
| 10/22/2019 | 2.68% | 3.27% |
| 10/23/2019 | 2.67% | 3.27% |
| 10/24/2019 | 2.68% | 3.27% |
| 10/25/2019 | 2.70% | 3.29% |
| 10/28/2019 | 2.73% | 3.31% |
| 10/29/2019 | 2.72% | 3.30% |
| 10/30/2019 | 2.70% | 3.28% |
| 10/31/2019 | 2.63% | 3.22% |
| 11/1/2019 | 2.65% | 3.24% |
| 11/4/2019 | 2.69% | 3.27% |
| 11/5/2019 | 2.74% | 3.32% |
| 11/6/2019 | 2.70% | 3.28% |
| 11/7/2019 | 2.77% | 3.36% |
| 11/8/2019 | 2.78% | 3.36% |
| 11/11/2019 | 2.77% | 3.36% |
| 11/12/2019 | 2.76% | 3.34% |
| 11/13/2019 | 2.73% | 3.31% |
| 11/14/2019 | 2.68% | 3.27% |

121

**Exhibit-9**

**ICE BofA Single-A and BBB US Corporate
Index Yields**

24 June 2019 through 24 June 2020

| Date | ICE BofA Single-A US Corporate Index Yield | ICE BofA BBB US Corporate Index Yield |
|---|---|---|
| 11/15/2019 | 2.70% | 3.28% |
| 11/18/2019 | 2.68% | 3.26% |
| 11/19/2019 | 2.66% | 3.25% |
| 11/20/2019 | 2.63% | 3.22% |
| 11/21/2019 | 2.67% | 3.26% |
| 11/22/2019 | 2.67% | 3.26% |
| 11/25/2019 | 2.65% | 3.24% |
| 11/26/2019 | 2.63% | 3.20% |
| 11/27/2019 | 2.65% | 3.22% |
| 11/29/2019 | 2.65% | 3.22% |
| 12/2/2019 | 2.70% | 3.29% |
| 12/3/2019 | 2.60% | 3.19% |
| 12/4/2019 | 2.65% | 3.24% |
| 12/5/2019 | 2.65% | 3.24% |
| 12/6/2019 | 2.68% | 3.26% |
| 12/9/2019 | 2.67% | 3.24% |
| 12/10/2019 | 2.67% | 3.24% |
| 12/11/2019 | 2.63% | 3.20% |
| 12/12/2019 | 2.71% | 3.28% |
| 12/13/2019 | 2.64% | 3.19% |
| 12/16/2019 | 2.68% | 3.23% |
| 12/17/2019 | 2.67% | 3.21% |
| 12/18/2019 | 2.68% | 3.23% |
| 12/19/2019 | 2.66% | 3.20% |
| 12/20/2019 | 2.67% | 3.20% |
| 12/23/2019 | 2.68% | 3.22% |
| 12/24/2019 | 2.66% | 3.19% |
| 12/26/2019 | 2.66% | 3.19% |
| 12/27/2019 | 2.62% | 3.15% |
| 12/30/2019 | 2.63% | 3.16% |
| 12/31/2019 | 2.65% | 3.19% |
| 1/2/2020 | 2.63% | 3.17% |
| 1/3/2020 | 2.57% | 3.11% |
| 1/6/2020 | 2.60% | 3.14% |

**Exhibit-9**

**ICE BofA Single-A and BBB US Corporate
Index Yields**

24 June 2019 through 24 June 2020

| Date | ICE BofA Single-A US Corporate Index Yield | ICE BofA BBB US Corporate Index Yield |
|---|---|---|
| 1/7/2020 | 2.62% | 3.15% |
| 1/8/2020 | 2.66% | 3.19% |
| 1/9/2020 | 2.63% | 3.16% |
| 1/10/2020 | 2.60% | 3.13% |
| 1/13/2020 | 2.61% | 3.14% |
| 1/14/2020 | 2.59% | 3.12% |
| 1/15/2020 | 2.57% | 3.09% |
| 1/16/2020 | 2.58% | 3.10% |
| 1/17/2020 | 2.58% | 3.10% |
| 1/21/2020 | 2.53% | 3.04% |
| 1/22/2020 | 2.52% | 3.03% |
| 1/23/2020 | 2.50% | 3.02% |
| 1/24/2020 | 2.46% | 2.98% |
| 1/27/2020 | 2.42% | 2.96% |
| 1/28/2020 | 2.45% | 2.99% |
| 1/29/2020 | 2.40% | 2.94% |
| 1/30/2020 | 2.39% | 2.93% |
| 1/31/2020 | 2.37% | 2.93% |
| 2/3/2020 | 2.38% | 2.93% |
| 2/4/2020 | 2.44% | 2.99% |
| 2/5/2020 | 2.46% | 3.00% |
| 2/6/2020 | 2.44% | 2.99% |
| 2/7/2020 | 2.39% | 2.94% |
| 2/10/2020 | 2.36% | 2.91% |
| 2/11/2020 | 2.40% | 2.94% |
| 2/12/2020 | 2.42% | 2.96% |
| 2/13/2020 | 2.41% | 2.95% |
| 2/14/2020 | 2.39% | 2.92% |
| 2/18/2020 | 2.36% | 2.90% |
| 2/19/2020 | 2.38% | 2.91% |
| 2/20/2020 | 2.35% | 2.89% |
| 2/21/2020 | 2.31% | 2.85% |
| 2/24/2020 | 2.26% | 2.82% |
| 2/25/2020 | 2.24% | 2.81% |

**Exhibit-9**

**ICE BofA Single-A and BBB US Corporate
Index Yields**

24 June 2019 through 24 June 2020

| Date | ICE BofA Single-A US Corporate Index Yield | ICE BofA BBB US Corporate Index Yield |
|---|---|---|
| 2/26/2020 | 2.23% | 2.81% |
| 2/27/2020 | 2.26% | 2.86% |
| 2/28/2020 | 2.16% | 2.80% |
| 3/2/2020 | 2.15% | 2.80% |
| 3/3/2020 | 2.08% | 2.72% |
| 3/4/2020 | 2.03% | 2.67% |
| 3/5/2020 | 2.00% | 2.65% |
| 3/6/2020 | 1.93% | 2.63% |
| 3/9/2020 | 2.04% | 2.95% |
| 3/10/2020 | 2.24% | 3.17% |
| 3/11/2020 | 2.37% | 3.31% |
| 3/12/2020 | 2.63% | 3.63% |
| 3/13/2020 | 2.78% | 3.77% |
| 3/16/2020 | 2.82% | 3.86% |
| 3/17/2020 | 3.16% | 4.27% |
| 3/18/2020 | 3.64% | 4.82% |
| 3/19/2020 | 3.89% | 5.23% |
| 3/20/2020 | 4.07% | 5.48% |
| 3/23/2020 | 4.00% | 5.56% |
| 3/24/2020 | 3.84% | 5.48% |
| 3/25/2020 | 3.55% | 5.23% |
| 3/26/2020 | 3.31% | 4.94% |
| 3/27/2020 | 3.18% | 4.80% |
| 3/30/2020 | 3.04% | 4.66% |
| 3/31/2020 | 2.96% | 4.59% |
| 4/1/2020 | 2.91% | 4.58% |
| 4/2/2020 | 2.92% | 4.59% |
| 4/3/2020 | 2.91% | 4.59% |
| 4/6/2020 | 2.93% | 4.61% |
| 4/7/2020 | 2.88% | 4.52% |
| 4/8/2020 | 2.81% | 4.42% |
| 4/9/2020 | 2.60% | 4.09% |
| 4/13/2020 | 2.49% | 3.93% |
| 4/14/2020 | 2.41% | 3.79% |

124

**Exhibit-9**

**ICE BofA Single-A and BBB US Corporate
Index Yields**

24 June 2019 through 24 June 2020

| Date | ICE BofA Single-A US Corporate Index Yield | ICE BofA BBB US Corporate Index Yield |
|---|---|---|
| 4/15/2020 | 2.34% | 3.72% |
| 4/16/2020 | 2.33% | 3.68% |
| 4/17/2020 | 2.35% | 3.68% |
| 4/20/2020 | 2.34% | 3.69% |
| 4/21/2020 | 2.34% | 3.71% |
| 4/22/2020 | 2.36% | 3.73% |
| 4/23/2020 | 2.33% | 3.69% |
| 4/24/2020 | 2.31% | 3.68% |
| 4/27/2020 | 2.34% | 3.72% |
| 4/28/2020 | 2.29% | 3.67% |
| 4/29/2020 | 2.28% | 3.64% |
| 4/30/2020 | 2.26% | 3.42% |
| 5/1/2020 | 2.28% | 3.44% |
| 5/4/2020 | 2.28% | 3.45% |
| 5/5/2020 | 2.29% | 3.45% |
| 5/6/2020 | 2.32% | 3.48% |
| 5/7/2020 | 2.26% | 3.43% |
| 5/8/2020 | 2.32% | 3.48% |
| 5/11/2020 | 2.36% | 3.53% |
| 5/12/2020 | 2.32% | 3.48% |
| 5/13/2020 | 2.29% | 3.45% |
| 5/14/2020 | 2.26% | 3.42% |
| 5/15/2020 | 2.26% | 3.42% |
| 5/18/2020 | 2.27% | 3.42% |
| 5/19/2020 | 2.20% | 3.33% |
| 5/20/2020 | 2.14% | 3.24% |
| 5/21/2020 | 2.11% | 3.21% |
| 5/22/2020 | 2.09% | 3.18% |
| 5/26/2020 | 2.09% | 3.15% |
| 5/27/2020 | 2.07% | 3.11% |
| 5/28/2020 | 2.06% | 3.09% |
| 5/29/2020 | 2.00% | 3.02% |
| 6/1/2020 | 2.01% | 3.03% |
| 6/2/2020 | 2.00% | 2.99% |

125

**Exhibit-9**

**ICE BofA Single-A and BBB US Corporate
Index Yields**

24 June 2019 through 24 June 2020

| Date | ICE BofA Single-A US Corporate Index Yield | ICE BofA BBB US Corporate Index Yield |
|---|---|---|
| 6/3/2020 | 2.00% | 2.97% |
| 6/4/2020 | 2.01% | 2.95% |
| 6/5/2020 | 1.99% | 2.88% |
| 6/8/2020 | 1.95% | 2.82% |
| 6/9/2020 | 1.93% | 2.80% |
| 6/10/2020 | 1.89% | 2.76% |
| 6/11/2020 | 1.90% | 2.79% |
| 6/12/2020 | 1.93% | 2.82% |
| 6/15/2020 | 1.94% | 2.83% |
| 6/16/2020 | 1.88% | 2.73% |
| 6/17/2020 | 1.86% | 2.70% |
| 6/18/2020 | 1.84% | 2.68% |
| 6/19/2020 | 1.83% | 2.67% |
| 6/22/2020 | 1.83% | 2.67% |
| 6/23/2020 | 1.84% | 2.67% |
| 6/24/2020 | 1.84% | 2.68% |

**Source:** FRED.

**Exhibit-10a**

**Waste Management LBF5 Notes Regression Results**

Estimation Period: 24 June 2019 through 23 June 2020

| Regression Statistics | |
| --- | --- |
| ██████████ | ██ |
| ██████████ | ██ |
| ████ | |
| ████ | |

| | Coefficients | Standard Error | t- statistic |
| --- | --- | --- | --- |
| ████ | ██ | ██ | █ |
| ████ | ██ | ██ | █ |

127

**Exhibit-10b**

**Waste Management LBH1 Notes Regression Results**

Estimation Period: 24 June 2019 through 23 June 2020

| Regression Statistics | |
|---|---|
| ███████████ | █ |
| ██████████ | ██ |
| ██████ | |

| | Coefficients | Standard Error | t- statistic |
|---|---|---|---|
| ███████ | ███ | ███ | ██ |
| ████████ | | | |

128

**Exhibit-10c**

**Waste Management LBG3 Notes Regression Results**

Estimation Period: 24 June 2019 through 23 June 2020

| Regression Statistics | | |
|---|---|---|
| ██████ | ██ | |
| ██████ | ██ | |
| ██████ | | |

| | Coefficients | Standard Error | t- statistic |
|---|---|---|---|
| ████ | ██ | ██ | ██ |
| ████ | ██ | ██ | ██ |

129

**Exhibit-10d**

**Waste Management LBJ7 Notes Regression Results**

Estimation Period: 24 June 2019 through 23 June 2020

| Regression Statistics | |
| --- | --- |
| ███████ | ██ |
| ███████ | ██ |
| ███████ | |

| | Coefficients | Standard Error | t- statistic |
| --- | --- | --- | --- |
| ████ | ██ | ██ | ██ |
| ████ | ██ | ██ | ██ |

**Exhibit-11**

**Waste Management Notes Event Study Results**

| Date | Note | Waste Management Note VWAP | Waste Management Note Prior Day VWAP | Waste Management Note VWAP Return | Market Index Return | Sector Index Return | Benchmark Bond Return | Waste Management Note Explained Return | Waste Management Note Residual Return | OLS $t$-statistic | Newey-West $t$-statistic |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ███ | ██ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ██ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ██ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ██ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |

**Notes:**

███████████████████████████

131

**Exhibit-12a**

**LBF5 Notes' Daily Event Study Results**

24 June 2019 through 24 June 2020

| Date | VWAP | Prior Day VWAP | Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | Benchmark Bond Logarithmic Return | Explained Return | Residual Return | Residual Return OLS $t$-statistic | Residual Return Newey-West $t$-statistic |
|------|------|----------------|--------------------|--------------------------------|---------------------------------|-----------------------------------|------------------|-----------------|-----------------------------------|------------------------------------------|

132

**Exhibit-12a**

**LBF5 Notes' Daily Event Study Results**

24 June 2019 through 24 June 2020

| Date | VWAP | Prior Day VWAP | Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | Benchmark Bond Logarithmic Return | Explained Return | Residual Return | Residual Return OLS $t$-statistic | Residual Return Newey-West $t$-statistic |
|------|------|----------------|--------------------|--------------------------------|--------------------------------|-----------------------------------|------------------|-----------------|-----------------------------------|------------------------------------------|

133

**Exhibit-12a**

**LBF5 Notes' Daily Event Study Results**

24 June 2019 through 24 June 2020

| Date | VWAP | Prior Day VWAP | Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | Benchmark Bond Logarithmic Return | Explained Return | Residual Return | Residual Return OLS *t*-statistic | Residual Return Newey-West *t*-statistic |
|------|------|----------------|--------------------|----------------------------------|----------------------------------|------------------------------------|------------------|-----------------|------------------------------------|-------------------------------------------|
| █ | █ | █ | █ | █ | █ | █ | █ | █ | █ | █ |

134

**Exhibit-12a**

**LBF5 Notes' Daily Event Study Results**

24 June 2019 through 24 June 2020

| Date | VWAP | Prior Day VWAP | Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | Benchmark Bond Logarithmic Return | Explained Return | Residual Return | Residual Return OLS *t*-statistic | Residual Return Newey-West *t*-statistic |
|------|------|----------------|--------------------|---------------------------------|---------------------------------|-----------------------------------|------------------|-----------------|-----------------------------------|------------------------------------------|

135

**Exhibit-12a**

**LBF5 Notes' Daily Event Study Results**

24 June 2019 through 24 June 2020

| Date | VWAP | Prior Day VWAP | Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | Benchmark Bond Logarithmic Return | Explained Return | Residual Return | Residual Return OLS $t$-statistic | Residual Return Newey-West $t$-statistic |
|------|------|----------------|--------------------|--------------------------------|--------------------------------|-----------------------------------|------------------|-----------------|-----------------------------------|------------------------------------------|

**Exhibit-12a**

**LBF5 Notes' Daily Event Study Results**

24 June 2019 through 24 June 2020

| Date | VWAP | Prior Day VWAP | Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | Benchmark Bond Logarithmic Return | Explained Return | Residual Return | Residual Return OLS $t$-statistic | Residual Return Newey-West $t$-statistic |
|------|------|----------------|--------------------|---------------------------------|---------------------------------|-----------------------------------|------------------|-----------------|-----------------------------------|------------------------------------------|

**Exhibit-12a**

**LBF5 Notes' Daily Event Study Results**

24 June 2019 through 24 June 2020

| Date | VWAP | Prior Day VWAP | Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | Benchmark Bond Logarithmic Return | Explained Return | Residual Return | Residual Return OLS *t*-statistic | Residual Return Newey-West *t*-statistic |
|---|---|---|---|---|---|---|---|---|---|---|

**Exhibit-12a**

**LBF5 Notes' Daily Event Study Results**

24 June 2019 through 24 June 2020

| Date | VWAP | Prior Day VWAP | Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | Benchmark Bond Logarithmic Return | Explained Return | Residual Return | Residual Return OLS $t$-statistic | Residual Return Newey-West $t$-statistic |
|------|------|----------------|--------------------|--------------------------------|--------------------------------|-----------------------------------|------------------|-----------------|-----------------------------------|-----------------------------------------|

**Exhibit-12a**

**LBF5 Notes' Daily Event Study Results**

24 June 2019 through 24 June 2020

| Date | VWAP | Prior Day VWAP | Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | Benchmark Bond Logarithmic Return | Explained Return | Residual Return | Residual Return OLS *t*-statistic | Residual Return Newey-West *t*-statistic |
|------|------|------|------|------|------|------|------|------|------|------|
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |

**Exhibit-12b**

**LBH1 Notes' Daily Event Study Results**

24 June 2019 through 24 June 2020

| Date | VWAP | Prior Day VWAP | Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | Benchmark Bond Logarithmic Return | Explained Return | Residual Return | Residual Return OLS $t$-statistic | Residual Return Newey-West $t$-statistic |
|------|------|----------------|--------------------|----------------------------------|----------------------------------|------------------------------------|------------------|-----------------|-----------------------------------|-------------------------------------------|

141

**Exhibit-12b**

**LBH1 Notes' Daily Event Study Results**

24 June 2019 through 24 June 2020

| Date | VWAP | Prior Day VWAP | Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | Benchmark Bond Logarithmic Return | Explained Return | Residual Return | Residual Return OLS $t$-statistic | Residual Return Newey-West $t$-statistic |
|------|------|------|------|------|------|------|------|------|------|------|

**Exhibit-12b**

**LBH1 Notes' Daily Event Study Results**

24 June 2019 through 24 June 2020

| Date | VWAP | Prior Day VWAP | Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | Benchmark Bond Logarithmic Return | Explained Return | Residual Return | Residual Return OLS $t$-statistic | Residual Return Newey-West $t$-statistic |
|------|------|----------------|--------------------|----------------------------------|----------------------------------|------------------------------------|------------------|-----------------|-----------------------------------|------------------------------------------|

143

**Exhibit-12b**

**LBH1 Notes' Daily Event Study Results**

24 June 2019 through 24 June 2020

| Date | VWAP | Prior Day VWAP | Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | Benchmark Bond Logarithmic Return | Explained Return | Residual Return | Residual Return OLS *t*-statistic | Residual Return Newey-West *t*-statistic |
|------|------|----------------|--------------------|--------------------------------|--------------------------------|-----------------------------------|------------------|-----------------|-----------------------------------|------------------------------------------|

144

**Exhibit-12b**

**LBH1 Notes' Daily Event Study Results**

24 June 2019 through 24 June 2020

| Date | VWAP | Prior Day VWAP | Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | Benchmark Bond Logarithmic Return | Explained Return | Residual Return | Residual Return OLS *t*-statistic | Residual Return Newey-West *t*-statistic |
|------|------|----------------|--------------------|--------------------------------|--------------------------------|-----------------------------------|------------------|-----------------|-----------------------------------|------------------------------------------|

**Exhibit-12b**

**LBH1 Notes' Daily Event Study Results**

24 June 2019 through 24 June 2020

| Date | VWAP | Prior Day VWAP | Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | Benchmark Bond Logarithmic Return | Explained Return | Residual Return | Residual Return OLS *t*-statistic | Residual Return Newey-West *t*-statistic |
|------|------|----------------|--------------------|--------------------------------|--------------------------------|-----------------------------------|-----------------|-----------------|-----------------------------------|------------------------------------------|

**Exhibit-12b**

**LBH1 Notes' Daily Event Study Results**

24 June 2019 through 24 June 2020

| Date | VWAP | Prior Day VWAP | Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | Benchmark Bond Logarithmic Return | Explained Return | Residual Return | Residual Return OLS $t$-statistic | Residual Return Newey-West $t$-statistic |
|------|------|----------------|--------------------|----------------------------------|----------------------------------|-----------------------------------|------------------|-----------------|-----------------------------------|------------------------------------------|

147

**Exhibit-12c**

**LBG3 Notes' Daily Event Study Results**

24 June 2019 through 24 June 2020

| Date | VWAP | Prior Day VWAP | Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | Benchmark Bond Logarithmic Return | Explained Return | Residual Return | Residual Return OLS $t$-statistic | Residual Return Newey-West $t$-statistic |
|------|------|----------------|--------------------|--------------------------------|--------------------------------|-----------------------------------|------------------|-----------------|-----------------------------------|------------------------------------------|

**Exhibit-12c**

**LBG3 Notes' Daily Event Study Results**

24 June 2019 through 24 June 2020

| Date | VWAP | Prior Day VWAP | Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | Benchmark Bond Logarithmic Return | Explained Return | Residual Return | Residual Return OLS $t$-statistic | Residual Return Newey-West $t$-statistic |
|------|------|----------------|--------------------|---------------------------------|---------------------------------|-----------------------------------|------------------|-----------------|-----------------------------------|------------------------------------------|

**Exhibit-12c**

**LBG3 Notes' Daily Event Study Results**

24 June 2019 through 24 June 2020

| Date | VWAP | Prior Day VWAP | Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | Benchmark Bond Logarithmic Return | Explained Return | Residual Return | Residual Return OLS *t*-statistic | Residual Return Newey-West *t*-statistic |
|------|------|----------------|--------------------|---------------------------------|---------------------------------|-----------------------------------|------------------|-----------------|-----------------------------------|------------------------------------------|

**Exhibit-12c**

**LBG3 Notes' Daily Event Study Results**

24 June 2019 through 24 June 2020

| Date | VWAP | Prior Day VWAP | Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | Benchmark Bond Logarithmic Return | Explained Return | Residual Return | Residual Return OLS $t$-statistic | Residual Return Newey-West $t$-statistic |
|------|------|----------------|--------------------|---------------------------------|---------------------------------|-----------------------------------|------------------|-----------------|-----------------------------------|------------------------------------------|

151

**Exhibit-12c**

**LBG3 Notes' Daily Event Study Results**

24 June 2019 through 24 June 2020

| Date | VWAP | Prior Day VWAP | Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | Benchmark Bond Logarithmic Return | Explained Return | Residual Return | Residual Return OLS *t*-statistic | Residual Return Newey-West *t*-statistic |
|------|------|----------------|--------------------|---------------------------------|----------------------------------|------------------------------------|------------------|-----------------|-----------------------------------|------------------------------------------|

**Exhibit-12c**

**LBG3 Notes' Daily Event Study Results**

24 June 2019 through 24 June 2020

| Date | VWAP | Prior Day VWAP | Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | Benchmark Bond Logarithmic Return | Explained Return | Residual Return | Residual Return OLS *t*-statistic | Residual Return Newey-West *t*-statistic |
|------|------|----------------|--------------------|--------------------------------|--------------------------------|-----------------------------------|------------------|-----------------|-----------------------------------|------------------------------------------|

**Exhibit-12c**

**LBG3 Notes' Daily Event Study Results**

24 June 2019 through 24 June 2020

| Date | VWAP | Prior Day VWAP | Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | Benchmark Bond Logarithmic Return | Explained Return | Residual Return | Residual Return OLS *t*-statistic | Residual Return Newey-West *t*-statistic |
|------|------|----------------|--------------------|--------------------------------|--------------------------------|-----------------------------------|------------------|-----------------|------------------------------------|-------------------------------------------|

**Exhibit-12c**

**LBG3 Notes' Daily Event Study Results**

24 June 2019 through 24 June 2020

| Date | VWAP | Prior Day VWAP | Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | Benchmark Bond Logarithmic Return | Explained Return | Residual Return | Residual Return OLS $t$-statistic | Residual Return Newey-West $t$-statistic |
|------|------|----------------|--------------------|--------------------------------|--------------------------------|----------------------------------|------------------|-----------------|-----------------------------------|------------------------------------------|

155

**Exhibit-12d**

**LBJ7 Notes' Daily Event Study Results**

24 June 2019 through 24 June 2020

| Date | VWAP | Prior Day VWAP | Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | Benchmark Bond Logarithmic Return | Explained Return | Residual Return | Residual Return OLS $t$-statistic | Residual Return Newey-West $t$-statistic |
|---|---|---|---|---|---|---|---|---|---|---|

**Exhibit-12d**

**LBJ7 Notes' Daily Event Study Results**

24 June 2019 through 24 June 2020

| Date | VWAP | Prior Day VWAP | Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | Benchmark Bond Logarithmic Return | Explained Return | Residual Return | Residual Return OLS $t$-statistic | Residual Return Newey-West $t$-statistic |
|------|------|----------------|--------------------|--------------------------------|---------------------------------|------------------------------------|------------------|-----------------|------------------------------------|------------------------------------------|

157

**Exhibit-12d**

**LBJ7 Notes' Daily Event Study Results**

24 June 2019 through 24 June 2020

| Date | VWAP | Prior Day VWAP | Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | Benchmark Bond Logarithmic Return | Explained Return | Residual Return | Residual Return OLS $t$-statistic | Residual Return Newey-West $t$-statistic |
|------|------|----------------|--------------------|----------------------------------|----------------------------------|-----------------------------------|------------------|-----------------|-----------------------------------|------------------------------------------|

**Exhibit-12d**

**LBJ7 Notes' Daily Event Study Results**

24 June 2019 through 24 June 2020

| Date | VWAP | Prior Day VWAP | Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | Benchmark Bond Logarithmic Return | Explained Return | Residual Return | Residual Return OLS *t*-statistic | Residual Return Newey-West *t*-statistic |
|------|------|----------------|--------------------|----------------------------------|---------------------------------|-----------------------------------|------------------|-----------------|-----------------------------------|------------------------------------------|

159

**Exhibit-12d**

**LBJ7 Notes' Daily Event Study Results**

24 June 2019 through 24 June 2020

| Date | VWAP | Prior Day VWAP | Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | Benchmark Bond Logarithmic Return | Explained Return | Residual Return | Residual Return OLS *t*-statistic | Residual Return Newey-West *t*-statistic |
|------|------|----------------|--------------------|---------------------------------|---------------------------------|-----------------------------------|------------------|-----------------|-----------------------------------|------------------------------------------|
| █ | █ | █ | █ | █ | █ | █ | █ | █ | █ | █ |

160