UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

In re WASTE MANAGEMENT SECURITIES :    Civil Action No. 1:22-cv-04838-LGS
LITIGATION
                                   :
_____ x    <u>CLASS ACTION</u>


**DECLARATION OF NOAM MANDEL IN SUPPORT OF
LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND
APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

I, NOAM MANDEL, declare as follows:

1.      I am a member in good standing of the bar of the state of New York.  I am a partner in the law firm of Robbins Geller Rudman & Dowd LLP.  I submit this Declaration in Support of the Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    Declaration of Margaret R. Bowen in Support of Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel;

Exhibit B:    Report on Market Efficiency and Damages Methodology of Professor Steven P. Feinstein, Ph.D., CFA, dated June 14, 2024; and

Exhibit C:    Firm Résumé of Robbins Geller Rudman & Dowd LLP.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on the 14th of June 2024.



*/s/ Noam Mandel*
NOAM MANDEL