**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re WASTE MANAGEMENT SECURITIES LITIGATION | Case No. 1:22-cv-04838-LGS |

**DECLARATION OF AMY PHARR HEFLEY**

I, Amy Pharr Hefley, declare the following pursuant to 28 U.S.C. § 1746:

1.      I am an attorney with the law firm of Baker Botts L.L.P., which is counsel of record for Defendants Waste Management, Inc. ("Waste Management" or "WM"), James C. Fish, Jr., Devina A. Rankin, and John J. Morris in the above-styled cause of action. I am a member in good standing of the State Bars of Texas and New York.

2.      I am legally competent to make this declaration. I have personal knowledge and am familiar with the matters stated in this declaration, and all the facts and statements contained herein are true in correct.

3.      Attached as **Exhibit A** is a true and correct copy of the Report of Lucy P. Allen dated August 16, 2024.

4.      Attached as **Exhibit B** is a true and correct copy of Waste Management's Notes Prospectus Supplement dated May 14, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 16, 2024.

_____
Amy Pharr Hefley

1