UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re WASTE MANAGEMENT SECURITIES LITIGATION | x : : x | Civil Action No. 1:22-cv-04838-LGS  CLASS ACTION |

**DECLARATION OF NOAM MANDEL IN FURTHER SUPPORT OF
LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND
APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

I, NOAM MANDEL, declare as follows:

1.      I am a member in good standing of the bar of the state of New York.  I am a partner in the law firm of Robbins Geller Rudman & Dowd LLP.  I submit this Declaration in Further Support of the Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Rebuttal Report of Professor Steven P. Feinstein, Ph.D., CFA, dated October 16, 2024;

Exhibit B:      Excerpts of the deposition transcript of Lucy P. Allen, dated October 1, 2024; and

Exhibit C:      Excerpts of the deposition transcript of Steven P. Feinstein, Ph.D., CFA, dated September 27, 2024.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on the 16th of October 2024.



/s/ Noam Mandel

NOAM MANDEL