
Application **DENIED** without prejudice to renewal as follows: By **November 1, 2024**, Defendants shall refile any motion to seal contents that Defendants seek to maintain under seal. Defendants shall also file under seal an unredacted version, with the redacted portions highlighted. Defendants shall support each request to redact or maintain under seal with the basis for the request. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006). The parties' confidentiality designations and the terms of the protective order are not dispositive of whether the public's right of access to judicial documents overcomes competing considerations. The document filed at Dkt. No. 117 shall remain under seal in the meantime.

Dated: October 28, 2024
New York, New York

*/s/ Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

---

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 100007

Re: <u>In re Waste Management Securities Litigation</u>, No. 1:22-cv-04838-LGS (S.D.N.Y.)

Dear Judge Schofield:

In accordance with Rule I.D.3 of Your Honor's Individual Rules and Procedures for Civil Cases and the Confidentiality Agreement and Stipulated Protective Order (ECF No. 69), Lead Plaintiffs respectfully request leave to file a redacted version of Lead Plaintiffs' accompanying letter requesting a pre-motion conference. Lead Plaintiffs seek the Court's permission to file this material with redactions based on Defendants' confidentiality designations regarding materials cited in the letter.

Respectfully submitted,

*/s/ Noam Mandel*

Noam Mandel

cc: All Counsel of Record (via ECF)

420 Lexington Avenue, Suite 1832   New York, NY 10170   Tel 212-432-5100   Fax 212-432-5100   rgrdlaw.com

**Robbins Geller Rudman & Dowd LLP**

Chicago   Melville   Nashville   San Diego   Wilmington
Boca Raton   Manhattan   Philadelphia   San Francisco   Washington, D.C.

## APPENDIX

Parties:

1. Seafarers Officers & Employees Pension Plan
2. Seafarers Money Purchase Pension Plan
3. United Industrial Workers Pension Plan
4. Waste Management, Inc.
5. James C. Fish, Jr.
6. John J. Morris
7. Devina A. Rankin

Attorneys:

1. Noam Mandel
2. Chad Johnson
3. Desiree Cummings
4. Jonathan Zweig
5. Christopher T. Gilroy
6. Amy Hefley
7. Jessica B. Pulliam
8. David D. Sterling
9. James J. Beha II
10. Brendan Quigley
11. John B. Strasburger

420 Lexington Avenue, Suite 1832   New York, NY 10170   Tel 212-432-5100   Fax 212-432-5100   rgrdlaw.com