UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ECF CASE

IN RE WASTE MANAGEMENT SECURITIES
LITIGATION

Civil Case No.: 1:22-cv-04838 (LGS)

**DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF DR. STEVEN FEINSTEIN**

PLEASE TAKE NOTICE that upon the annexed Declaration of Amy Pharr Hefley, dated October 29, 2024, and the accompanying Memorandum of Law, the undersigned hereby moves this Court on behalf of all Defendants, before the Honorable Lorna G. Schofield in Courtroom 1106 of the United States District Court for the Southern District of New York, Thurgood Marshall, 40 Centre Street, New York, New York, 10007, for an Order excluding the opinions and testimony of Lead Plaintiffs' expert Dr. Steven Feinstein pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrill Dow Pharm., Inc.,* 509 U.S. 579 (1993)

PLEASE TAKE FURTHER NOTICE, that pursuant to the Court's Order entered October 22, 2024, Lead Plaintiff's opposition submission, if any, shall be filed by November 5, 2024; and Defendants' reply submission, if any, shall be filed by November 8, 2024.

1

2

Dated:  October 29, 2024

Respectfully submitted,

BAKER BOTTS L.L.P.

By*: /s/ David D. Sterling*
David D. Sterling
Amy Pharr Hefley
910 Louisiana Street
Houston, Texas 77002
Tel:  (713) 229-1946
Fax: (713) 229-7946
david.sterling@bakerbotts.com
amy.hefley@bakerbotts.com

James J. Beha II
30 Rockefeller Plaza
New York, New York 10112
Tel:  (212) 408-2510
Fax: (212) 259-2510
jim.beha@bakerbotts.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th of October, 2024, true and correct copies of NOTICE OF MOTION TO EXCLUDE OPINIONS OF LEAD PLAINTIFFS' CLASS CERTIFICATION EXPERT DR. STEVEN FEINSTEIN, DECLARATION OF AMY PHARR HEFLEY and [PROPOSED] ORDER GRANTING MOTION TO EXCLUDE OPINIONS OF LEAD PLAINTIFFS' CLASS CERTIFICATION EXPERT DR. STEVEN FEINSTEIN were filed with the Clerk of the Court, Southern District of New York, and will be sent via email and electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/*David D. Sterling*