**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re WASTE MANAGEMENT SECURITIES LITIGATION | Case No. 1:22-cv-04838-LGS |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE
OPINIONS AND TESTIMONY OF DR. STEVEN FEINSTEIN**

The Court has considered Defendants' Motion to Exclude the Opinions of Lead Plaintiffs' Class Certification Expert Dr. Steven Feinstein, the response and replies thereto, the evidence, and any argument of counsel. The Court finds that the Motion is well founded and should be GRANTED in its entirety.

It is THEREFORE ORDERED that the expert testimony and opinions of Dr. Steven Feinstein are hereby excluded and many not be considered or relied upon in connection with Lead Plaintiff's case.

DATED: _____        _____
                                                                    THE HONORABLE LORNA G. SCHOFIELD
                                                                    UNITED STATES DISTRICT JUDGE

1