**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re WASTE MANAGEMENT SECURITIES
LITIGATION

Case No. 1:22-cv-04838-LGS

## DECLARATION OF AMY PHARR HEFLEY

I, Amy Pharr Hefley, declare the following pursuant to 28 U.S.C. § 1746:

1. I am an attorney with the law firm of Baker Botts L.L.P., which is counsel of record for Defendants Waste Management, Inc. ("Waste Management" or "WM"), James C. Fish, Jr., Devina A. Rankin, and John J. Morris in the above-styled cause of action. I am a member in good standing of the State Bars of Texas and New York.

2. I am legally competent to make this declaration. I have personal knowledge and am familiar with the matters stated in this declaration, and all the facts and statements contained herein are true in correct.

3. Attached as **Exhibit 1** is a true and correct copy of excerpts of the transcript of the deposition of Dr. Steven Feinstein, taken September 27, 2024.

4. Attached as **Exhibit 2** is a true and correct copy of excerpts of *The "Less Than" Efficient Capital Markets Hypothesis: Requiring More Proof From Plaintiffs in Fraud-On-The-Market Cases*, 78 St. John's L. Rev. 81 (2004)).

5. Attached as **Exhibit 3** is a true and correct copy of excerpts of the transcript of the evidentiary hearing on August 24, 2017 in *In re American Realty Capital Properties, Inc. Litigation*, No. 1:15-mc-00040-AKH, in the Southern District of New York, ECF No. 516.

6.      Attached as **Exhibit 4** is a true and correct copy of excerpts of the expert report of Dr. Steven Feinstein, filed in *In re American Realty Capital Properties, Inc. Litigation*, No. 1:15-mc-00040-AKH, in the Southern District of New York, ECF No. 474-2.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 29, 2024.

Amy Pharr Hefley