# EXHIBIT 3

H8OAARC1ps-corrected          corrected

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------x

IN RE:                                    15-mc-40 (AKH)

AMERICAN CAPITAL PROPERTIES, INC.
LITIGATION

--------------------------------x

                                          New York, N.Y.
                                          August 24, 2017
                                          10:40 a.m.


Before:

                    HON. ALVIN K. HELLERSTEIN

                                          District Judge


                          APPEARANCES

ROBBINS GELLER RUDMAN & DOWD LLP
      Attorneys for Plaintiffs TIAA-CREF
      and the class
BY:   DEBRA J. WYMAN, ESQ.
      DANIEL S. DROSMAN, ESQ.

STULL STULL & BRODY
      Attorneys for Plaintiff IRA FBO John Esposito
BY:   MARK LEVINE, ESQ.

ROBBINS GELLER RUDMAN & DOWD LLP
      Attorneys for Plaintiffs TIAA-CREF
      and the class
BY:   ROBERT M. ROTHMAN, ESQ.

WEISS & LURIE
      Attorneys for Plaintiff Simon Abadi
BY:   DAVID C. KATZ, ESQ.

MILBANK, TWEED, HADLEY & McCLOY LLP
      Attorneys for Defendants
BY:   SCOTT A. EDELMAN, ESQ.
      ANTONIA M. APPS, ESQ.
      DAVID MARCOU, ESQ.
      JED M. SCHWARTZ, ESQ.

H8OAARC1ps-corrected        corrected


WEIL, GOTSHAL & MANGES LLP
      Attorneys for Defendants Frank, Michelson,
      Andruskevich, Rendell, and Stanley
BY:  RICHARD W. SLACK, ESQ.
     EVERT J. CHRISTENSEN, ESQ.

SHEARMAN & STERLING LLP
      Attorneys for the Underwriter Defendants
BY:  DANIEL C. LEWIS, ESQ.

MORRIS MANNING & MARTIN
      Attorneys for Defendant Sealy
BY:  JOHN P. MacNAUGHTON, ESQ.

SIDLEY AUSTIN LLP
      Attorneys for Defendant Grant Thornton LLP
BY:  GARY F. BENDINGER, ESQ.
     MELANIE E. WALKER, ESQ.

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK PLLC
      Attorneys for Defendants Arc Capital LLC,
      William Kahane, Peter Budko, Edward Weil,
      Brian Jones, and Scott Bowman
BY:  REID M. FIGEL, ESQ.
     CODY HERCHE, ESQ.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
      Attorneys for Defendant Nicholas Schorsch
BY:  AUDRA J. SOLOWAY, ESQ.




        (In open court)

        THE COURT:  As I had stated, we will walk through with

the experts first on the motions for certification, the overall

issue being if, after my rigorous analysis, I find evidence to

show that the alleged misrepresentations alleged in the third

amended complaint affected ARCP's stock prices between May 9,

2012 and October 29, 2014.

        How shall we begin?  I guess there's a rebuttable

H8O5arc4                     JAMES and FEINSTEIN.

WITNESS FEINSTEIN:  '12.

THE COURT:  Pardon?

WITNESS FEINSTEIN:  August 1st, 2012.

THE COURT:  Sorry.

And, the last factor we have already talked about.

As to the factors under the Krogman case, the company capitalization, although much smaller, didn't have -- how much capitalization?

MS. WYMAN:  I think at the very beginning of the class period it was $75 million and within a few weeks it was up above $100 million for the common stock.

THE COURT:  The relative size of the bid-ask spread for the security?

WITNESS FEINSTEIN:  Narrow from the very beginning.

THE COURT:  And the company's float, and that changed a substantial amount.

From all of this I feel that it's appropriate, with regard to the common stock, to certify the class from the entire period.  As to the preferred and the debt, there is larger question.  Although there was significant price movement following the 8-K of October 29, 2014, that is not proof sufficient to go backward in time.  The Latin notion is *post hoc ergo propter hoc* which is a proposition of logic that doesn't follow.  That is to say, just because it happened now doesn't mean it happened before.  However, the discovery is not