UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ─────────────────────── x |  |
| In re WASTE MANAGEMENT SECURITIES : | Civil Action No. 1:22-cv-04838-LGS |
| LITIGATION : |  |
| ─────────────────────── x | CLASS ACTION |

**DECLARATION OF NOAM MANDEL IN SUPPORT OF LEAD PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE**

I, NOAM MANDEL, declare as follows:

1.      I am a member in good standing of the bar of the state of New York.  I am a partner in the law firm of Robbins Geller Rudman & Dowd LLP.  I submit this Declaration in Support of Lead Plaintiffs' Opposition to Defendants' Motion to Exclude the Opinions and Testimony of Dr. Steven P. Feinstein.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Excerpts of the deposition transcript of Lucy P. Allen, dated October 1, 2024;

Exhibit B:      Excerpts of the deposition transcript of Steven P. Feinstein, Ph.D., CFA, dated September 27, 2024; and

Exhibit C:      Hendrik Bessembinder, Kathleen M. Kahle, William F. Maxwell & Danielle Xu, *Measuring Abnormal Bond Performance*, 22 Rev. Fin. Stud. 4219 (2009).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on the 5th of November, 2024.



/s/ Noam Mandel

NOAM MANDEL