# EXHIBIT C

# Measuring Abnormal Bond Performance

**Hendrik Bessembinder**
University of Utah

**Kathleen M. Kahle**
University of Arizona

**William F. Maxwell**
Southern Methodist University

**Danielle Xu**
Gonzaga University

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

We analyze the empirical power and specification of test statistics designed to detect abnormal bond returns in corporate event studies, using monthly and daily data. We find that test statistics based on frequently used methods of calculating abnormal monthly bond returns are biased. Most methods implemented in monthly data also lack power to detect abnormal returns. We also consider unique issues arising when using the newly available daily bond data, and formulate and test methods to calculate daily abnormal bond returns. Using daily bond data significantly increases the power of the tests, relative to the monthly data. Weighting individual trades by size while eliminating noninstitutional trades from the TRACE data also increases the power of the tests to detect abnormal performance, relative to using all trades or the last price of the day. Further, value-weighted portfolio-matching approaches are better specified and more powerful than equal-weighted approaches. Finally, we examine abnormal bond returns to acquirers around mergers and acquisitions to demonstrate how the abnormal return model and use of daily versus monthly data can affect inferences. (*JEL* G12, G14)

Numerous empirical papers use event study methods to examine the impact of various corporate events on shareholder wealth and to test market efficiency. While the majority of these event studies focus on abnormal stock returns, a substantial number of studies also examine abnormal bond returns surrounding corporate events. According to Kothari and Warner (2004), the number of published event studies exceeds five hundred and continues to grow. They further document that dozens of other papers explicitly study the statistical properties of event studies. However, Kothari and Warner focus on event studies

We would like to thank Roberto Gutierrez, Chris Lamoureux, Michael Piwowar, Ralph Walkling, an anonymous referee, and Joel Hasbrouk (the editor) for comments that greatly improved the article. We also thank Shrikant Jategoankar for his research assistance. Maxwell and Xu gratefully acknowledge financial support provided by a grant from Moody's Credit Markets Research Fund. Send correspondence to William F. Maxwell, Southern Methodist University, Edwin L. Cox School of Business, Dallas, TX 75275; telephone: (214) 768-4182; fax: (214) 768-3173. E-mail: maxwell@cox.smu.edu

© The Author 2008. Published by Oxford University Press on behalf of The Society for Financial Studies. All rights reserved. For Permissions, please e-mail: journals.permissions@oxfordjournals.org.
doi:10.1093/rfs/hhn105                    Advance Access publication December 11, 2008

that "examine the behavior of firms' stock prices around corporate events." Thus, they overlook the growing number of studies that examine the reaction of firms' bond prices to different events.

Table 1 provides a partial listing of bond event studies and an overview of methods used to calculate abnormal returns. This list includes over twenty event studies using abnormal bond returns that have been published in top finance journals, including the *Journal of Finance, Journal of Financial Economics, Journal of Financial and Quantitative Analysis,* and *Review of Financial Studies*. Given the increased transparency of the bond market and the recent availability of daily bond transaction data, the use of bond returns in empirical studies is likely to increase.[1] However, there has been no work to date on the power and specification of the models used to test abnormal bond returns, nor on the relative power of monthly versus daily bond data.

The implicit assumption is that the existing methods used to test abnormal bond returns are well specified. We find that they are not. This gives rise to the possibility that prior work suffers from an inordinate proportion of either Type I (rejecting the null hypothesis of no abnormal bond return when it is in fact true) or Type II (failing to reject the null hypothesis of no abnormal bond returns when it is in fact false) errors. Although we do find biases suggesting the possibility of Type I errors in prior studies, the more significant issue is the low power, or number of Type II errors, of several existing models. We find that these issues become less problematic when examining the newly available daily TRACE data.

Compared to the estimation of abnormal stock returns, the estimation of abnormal bond returns presents researchers with a number of unique issues. First, some firms have multiple bond issues, and each has its own return series. Prior research has used different approaches to handle this problem. Some researchers treat each bond as a unique observation, others pick a representative bond for each firm, and some aggregate all of the firm's bonds into a single return. Second, the maturity of any individual bond constantly decreases. Hence, the bond's sensitivity to risk factors is constantly changing, which makes it difficult to benchmark against a static return metric. Third, given the lack of liquidity in the bond market, care must be taken in determining the appropriate price and model used in the calculation of abnormal returns.

In calculating abnormal bond returns using monthly data, we begin with methods commonly used in prior research, including the mean-adjusted model and a Lehman index-matching portfolio. We also propose and test several additional models for calculating monthly abnormal bond returns. For the TRACE data, we examine different methods of measuring daily price changes

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

---

[1] The National Association of Securities Dealers began to publicly report transactions in approximately five hundred corporate bond issues through its Trade Reporting and Compliance Engine (TRACE) on 1 July 2002. The number of corporate issues covered under TRACE has steadily increased to nearly complete coverage for bonds trading at least once a day (Bessembinder, Maxwell, and Venkataraman 2006). The TRACE data were made available on Wharton Research Data Services in April 2006.

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

*Measuring Abnormal Bond Performance*

**Table 1**
**Prior research using abnormal bond returns**

| Study authors, publication, and year of publication (by date) | Level of analysis | No. of firms | No. of bonds | Method(s) to calculate excess returns | Test statistic | Time period and data source |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| Kim and McConnell (JF 1977) | Firm | 39 | 44 | Factor model, matching bonds | P | Monthly (S&P, Record) |
| Dann (JFE 1981) | Firm | 122 | 75 | Mean adjusted (days −10, −1) | P | Daily (WSJ, Moody's) |
| Asquith and Kim (JF 1982) | Firm | 50 | 62 | Matching bonds | P | Daily & Monthly (WSJ, S&P, Record) |
| Woolridge (JF 1983) | Firm | 119 | 293 | Mean adjusted (days −10, +10) | P | Daily (WSJ, S&P) |
| Hite and Owers (JFE 1983) | Representative | 31 | 32 | Mean adjusted (days −50, −11) | P | Daily (WSJ, Moody's) |
| Eger (JFQA 1983) | Representative | 39 | 41 | Matching bond | P | Daily (WSJ, Moody's) |
| Handjinicolaou and Kalay (JFE 1984) | Representative | 255 | 255 | Mean-adjusted (days −60, −16) | P | Daily (WSJ) |
| Dennis and McConnell (JFE 1986) | Firm | 69 | 100 | Mean adjusted (days −15, −5), Risk-adjusted | P | Daily (WSJ, S&P) |
| Narayanan and Shastri (JFQA 1988) | Bond | 63 | 154 | Mean adjusted (days −60, −16) | P | Daily (WSJ, Moody's) |
| Marais, Schipper, and Smith (JFE 1989) | Bond | 73 | 30 | Factor model | P | Daily (WSJ, Moody's) |
| Asquith and Wizman (JFE 1990) | Representative | 65 | 214 | Risk adjusted | P | Monthly (Moody's, S&P) |
| DeFusco, Johnson, and Zorn (JF 1990) | Representative | 36 | 36 | Risk adjusted | P, NP | Daily (WSJ, Moody's) |
| Crabbe (JF 1991) | Firm | 28 | 56 | Risk adjusted | P | Monthly (Moody's, S&P) |
| Hand, Holthausen, and Leftwich (JF 1992) | Bond | na | 1133 | Mean adjusted (days −60, −16) | P, NP | Daily (IDC Bond Database) |
| Warga and Welch (RFS 1993) | Bond | 16 | 43 | Risk adjusted | P | Monthly (LBBD) |
| Cook and Easterwood (JF 1994) | Bond | 271 | 877 | Risk adjusted | P, NP | Monthly (Moody's) |
| Dhillon and Johnson (JF 1994) | Representative | 46 | 46 | Mean adjusted (days −10, +10) | P, NP | Daily (WSJ, Moody's) |
| Parrino (JFE 1997) | Firm | 1 | 13 | Risk adjusted | none | Daily (S&P, Bloomberg) |
| Maquiera, Megginson, and Nail (JFE 1998) | Firm | 260 | 602 | Risk adjusted | P, NP | Monthly (Moody's) |
| Eberhart and Siddique (RFS 2002) | Firm | 189 | n/a | Risk adjusted, factor model | P, NP | Monthly (LBBD) |
| Maxwell and Stephens (JF 2003) | Firm | 945 | 2817 | Mean adjusted (months −3, −1) | P, NP | Monthly (LBBD) |
| Maxwell and Rao (JF 2003) | Firm | 80 | 311 | Mean adjusted (months −3, −1) | P, NP | Monthly (LBBD) |
| Billet, King, and Mauer (JF 2004) | Firm | 940 | 3901 | Risk adjusted | P, NP | Monthly (LBBD) |

This table provides a partial listing of research studies that calculated abnormal bond returns. Journals are represented as: *Journal of Finance* (JF), *Journal of Financial Economics* (JFE), *Review of Financial Studies* (RFS), *and Journal of Financial and Quantitative Analysis* (JFQA). The second column lists the method used to deal with firms with multiple bond issues. The method for dealing with multiple bonds includes (a) Firm—average of firm's bonds, (b) Representative—one bond per firm, (c) Bond—each bond is treated as a separate observation. The third and fourth columns contain the number of firms and number of bonds in the sample, respectively. When the mean-adjusted method is used, the period over which the mean is calculated is included. The fifth column provides a listing of the method(s) used to calculate abnormal returns. The sixth column lists whether parametric (P) or nonparametric (NP) test statistics were used. Sources of bond data include *The Wall Street Journal* (WSJ), Standard and Poor's *Bond Guide* (S&P), Moody's *Bond Guide* (Moody's), *Bank and Quotation Record* (Record), and Lehman Brothers' Bond Data (LBBD).

*The Review of Financial Studies / v 22 n 10 2009*

from the individual transactions data and of defining abnormal returns. Finally, while most bond pricing models have been developed to focus on investment grade bonds (e.g., Fama and French 1993; Elton, Gruber, and Blake 1995), the number of companies with noninvestment grade bonds continues to increase; Moody's reports that 63% of industrial firms are now rated noninvestment grade.[2] Consequently, we examine both investment grade and noninvestment grade bonds.

In addition to assessing the properties of different methods of measuring abnormal bond returns, we contribute to the literature on the size and power of parametric and nonparametric test statistics. To do so, we use simulation methods to construct empirical power curves for the parametric *t*-test and for the nonparametric sign and signed-rank tests, implemented in both daily and monthly bond return data. While investigations of size and power in empirical finance applications are reported in a number of studies, including Richardson and Smith (1991) and Shanken and Zhou (2007), none have considered the issues in the context of measuring abnormal bond returns. Our approach is most similar overall to that of Brown and Warner (1980). To assess the size of the tests, i.e., the probability of Type I errors, we simulate multiple draws of randomly selected bond returns and examine the distributional properties of measured abnormal returns and their test statistics (both parametric and nonparametric). Since the samples are drawn from a random population, no abnormal performance is present, and well-specified tests should reject the null hypothesis at the appropriate significance level. To examine the power of the tests to correctly reject a false null, we simulate multiple draws from a random sample after introducing an abnormal return "shock" into the sample. We vary both the sample size and the magnitude of the shock to assess power curves for parametric and nonparametric test statistics. Finally, we use an illustrative example, acquirer abnormal bond returns around acquisition announcements, to demonstrate how the choice of methodology and return interval can significantly affect inferences.

Our results indicate that parametric *t*-statistics obtained using common methods of calculating monthly abnormal returns are not well specified: *t*-statistics are associated with excessive Type I errors, attributable to negative skewness in bond returns, and low power. Nonparametric statistics are better specified and more powerful in detecting events that affect all bonds equally. However, the distribution of abnormal bond returns around many corporate events is skewed. That is, for many events, there is little impact on most bonds, but a large impact for a few bonds in the sample, as evidenced by mean returns that exceed median returns in absolute value. Nonparametric tests are likely to be less powerful for events with skewed return distributions. Further, mean returns more accurately reflect the aggregate experience of investors. Hence, we believe it is important

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

---

[2] The Distribution of Common Financial Ratios by Rating and Industry for North American Nonfinancial Corporations, Moody's Investors Service, 2006.

to examine both parametric and nonparametric tests when studying the effects of corporate events on bond returns. Value-weighted portfolio-matching approaches appear to be the best specified and most powerful. Notably, we find that daily bond data can significantly increase the power of tests. Our results suggest merit in reexamining studies previously conducted using monthly data with daily data.

The remainder of the article is organized as follows. Section 1 discusses our sample selection. Section 2 further discusses the unique issues involved in calculating abnormal bond returns. Section 3 discusses the various models we use to calculate abnormal bond returns. Section 4 presents our results for the monthly bond data, while Section 5 examines the daily data. In Section 6, we provide further analysis, including an illustrative example of how the choice of methodology and use of daily versus monthly data can affect inferences, and then discuss the advantages and disadvantages in using credit default swaps (CDS) to assess debtholder returns in event studies. Finally, Section 7 concludes.

## 1. Data Selection

### 1.1 The sample
Previous studies of abnormal bond returns have used both daily and monthly data (see column 7 of Table 1). Early studies on daily bond returns relied on data reported in *The Wall Street Journal*, while studies of monthly returns used Moody's and Standard and Poor's Bond Guides. Since these data were hand collected, sample sizes tended to be small. Since the 1990s, many researchers have obtained monthly data from the Lehman Brothers Bond Database (LBBD), and the availability of these data has increased sample sizes for recent monthly bond return studies.

We use the LBBD as the source of monthly bond data. The LBBD has been used extensively in both the asset pricing and the corporate finance literature.[3] The LBBD provides month-end security-specific information on publicly traded corporate debt, including bid price, accrued interest, yield to maturity, Standard and Poor's and Moody's credit ratings, call and put provisions, and maturity for both investment and noninvestment grade debt.[4] To be included in our sample, the bonds must be issued by industrial firms. As in Elton et al. (2001), we eliminate all puttable bonds, as well as bonds that are matrix priced. We also eliminate zero-coupon bonds, as they tend to be unique and to behave more like stocks. In addition, we require nonmissing information

---

[3] A partial listing of studies using the LBBD is Flannery and Sorescu (1996); Blume, Lim, and Mackinlay (1998); Duffee (1999); Elton et al. (2001); Collin-DuFresne, Goldstein, and Martin (2001); Mansi and Reeb (2002); Eberhart and Siddique (2002); Anderson, Mansi, and Reeb (2003); Maxwell and Stephens (2003); Maxwell and Rao (2003); Billet, King, and Mauer (2003); and Gebhardt, Hvidkjaer, and Swaminathan (2004).

[4] Both Hong and Warga (2000) and Elton et al. (2001) provide a more complete discussion of the data. Both papers discuss the importance of using trader versus matrix quotations.

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

on bond rating, issue size, price, and maturity date, as this information is needed for the calculation of our portfolio returns. In order to focus on bonds that are not in or near default, the bond must have a Moody's credit rating of B- or higher. We eliminate the first observation for each bond, since it reflects a partial month return, and we require that the bond has three months of prior trade data, which is the minimum requirement for the mean-adjusted model. Our sample period for the monthly data is from January 1987 to December 2004.

Although the difficulty with finding accurate bond pricing data is well known, Elton et al. (2001) analyze the corporate bond pricing data in the LBBD and conclude that it is comparable in accuracy to the CRSP database. However, Elton et al. also note the possibility of data entry errors and screen for these errors by eliminating large price reversals. We perform a similar screen and eliminate 454 large return reversals, defined as a 20% or greater return followed by a 20% or greater return of the opposite sign. We randomly select ten of these observations and confirm that they are errors using Moody's Bond Record.[5] We are left with a final sample of 389,015 monthly observations.

We rely on the recently available TRACE dataset to examine daily data. TRACE reports on individual bond transactions and can be used to construct bond return data at a daily (or finer) frequency. A disadvantage is that TRACE data are available only since 1 July 2002; our sample covers the period from that date through 31 December 2006.

While TRACE was first implemented on 1 July 2002, it was expanded in stages and was only fully implemented in February 2005 (it now covers essentially all publicly traded bonds).[6] TRACE provides bond identification information (CUSIP or NASD symbol), as well as the date and time of execution, the price, and the yield. In addition, trade size is provided for investment grade bonds if the par value of the transaction is less than or equal to $5 million; otherwise an indicator variable denotes a trade of greater than $5 million. However, TRACE does not provide a buy-sell indicator. The price information contained in TRACE reflects the "clean" price. Accrued interest is then added to reflect the full or "dirty" price paid at settlement. There appear to be a number of problematic trades during the early period of the database. Consequently, we eliminate canceled, corrected, and commission trades from the data.[7] We merge the remaining data with the Fixed Income Security Database (FISD), which contains information regarding each bond's rating, time to maturity, and coupon payments, used to compute accrued interest. In doing so, we match approximately 95% of the TRACE trades with the FISD data. As with the

---

[5] We repeat our tests without this screen and find that the rejection rates are similar using the unfiltered data, but the moments of the abnormal returns vary more dramatically. We also use an alternative procedure that requires that the absolute value of the bond return is less than 20%. This screen eliminates 2601 observations. The results are similar to those shown.

[6] Bessembinder, Maxwell, and Venkataraman (2006) and Edwards, Harris, and Piwowar (2007) provide a complete description of TRACE.

[7] A SAS program to clean up the TRACE data for known issues is available on Professor Maxwell's website.

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

*Measuring Abnormal Bond Performance*

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

monthly data, we require nonmissing information on bond rating, return, and maturity date. Finally, we require that the absolute value of the return is less than 20%. This screen eliminates 450 observations.[8] Our final sample for the daily data consists of 562,924 observations from 2002 through 2006.

The TRACE data illuminate some striking differences between bond and stock trading. Compared to the stock market, the bond market is illiquid and dominated by institutions. While some bonds are actively traded, the average bond only trades 52 days a year, and conditional on trading, only 4.62 times per day.[9] This low trading activity reflects the institutional nature of the market; round lot transactions are those greater than or equal to $1 million, and account for 85.6% of bond trading volume. Trades of $100,000 or more account for 96.7% of bond trading volume. To accommodate this illiquidity, we require that a bond trades on at least ten of the twenty days prior to the simulated event date to be included in the daily sample.

Given the institutional nature of the market, the related large average trade size, and the illiquidity of the market, it is not surprising that the cost of trading varies significantly by trade size. For example, Edwards, Harris, and Piwowar (2007) find that average execution cost for a small retail trade ($5000) is 75 basis points (bps), compared to an average cost for a large institutional trade ($10 MM) of only 4 bps. This difference in trading costs was estimated using relatively liquid bonds and may be even more pronounced for the more illiquid bonds added to TRACE recently. The TRACE data do not contain information regarding quotations or spread widths. The evidence of larger trade executions costs for small trades indicates wider effective spreads and the potential for greater noise attributable to bid-ask bounce in small trade prices. A simple approach of constructing daily returns from the TRACE data by relying on the last trade of the day could introduce excessive noise on days when the last trade is small.[10] We examine the extent of this problem by using alternative approaches to measure the daily bond price.

We begin with the naïve strategy of using the last price reported in TRACE to calculate daily returns. We refer to this method as the "last price, all trades" approach. As an alternative, we construct a daily price by weighting each trade by its size, which we refer to as the "trade-weighted price, all trades" approach. This approach puts more weight on the institutional trades that incur lower execution costs and should more accurately reflect the underlying price

---

[8] Of the 450 observations eliminated, 241 had returns greater than 20% and 209 had returns less than −20%. The mean of the returns less than −20% is −42.4%. Although the median of the returns greater than 20% is only 33.3%, the mean is 69.8%. Forty-five of the 241 positive returns are greater than 100%, and ten are greater than 1000%. These large positive returns are generally due to bonds with prices less than $5. We also considered screening for large return reversals; however, since most bonds do not trade on consecutive days, this screen was not feasible.

[9] The first full year of complete TRACE implementation is 2006. Hence, we report statistics for just this year.

[10] Given that in general investment grade corporate bonds only earn between 50 bps and 200 bps more than Treasuries in any year, the difference in trading costs by the size of the trade can have a very significant impact on any return calculation.

*The Review of Financial Studies / v 22 n 10 2009*

of the bond. However, this price will reflect market conditions throughout, rather than at the end of the day. Another alternative is to follow Harris and Piwowar (2006) and eliminate all trades under $100,000, which tend to be noninstitutional trades, and then rely on the last trade price in the remaining sample (the "last price, trade $\geq$ 100k" approach). A problem with this approach is the loss of daily observations for bonds that only have small trades during the day; further, the trade selected may not reflect end-of-day market conditions. The problem of losing observations is somewhat mitigated if the firm has multiple bonds, and this approach will tend to reflect the price changes on the most liquid bonds of a particular firm. Finally, we use a combination of the two approaches (trade weight and eliminate small trades, which we call the "trade-weighted price, trade $\geq$ 100k" method). We therefore consider four possible daily price observations for each bond. To ensure that sampling is from a common distribution, we retain all observations from each bond that has at least one $100,000 trade during the day. Our descriptive statistics reflect this sample.

Finally, to calculate bond returns, we start by calculating actual returns over the holding period:

$$\text{Bond Return}_{\text{Actual}} = \frac{((P_t - P_{t-1}) + AI)}{P_{t-1}},$$

where *AI* is accrued interest and *P* reflects the price of the bond. Since researchers may not have access to the FISD to determine the accrued interest, we also examine the effect of using the clean price, in which accrued interest is not included:

$$\text{Bond Return}_{\text{Clean}} = \frac{(P_t - P_{t-1})}{P_{t-1}}. \tag{1}$$

We also present results that rely on this clean price approximation and the "trade-weighted price, trade $\geq$ 100k" approach to determine the bond's daily price. We refer to this as the "trade-weighted price, trade $\geq$ 100k, no accrued interest" method. We note that using a clean price could be problematic for bonds in which the accrued interest differs significantly from the average accrued interest for the matched index. In a small event window the bias should be small, but we examine this empirically.

Table 2 provides descriptive statistics and distributional characteristics for the entire sample of monthly and daily returns, as well as for the subsamples of investment grade and noninvestment grade bonds. As shown in panel A, the mean monthly bond return for our entire sample is 70.0 bps. The mean monthly return to the investment grade bonds is 68.6 bps (std. dev. = 223.8), while the mean monthly return to the noninvestment grade bonds is 72.9 bps (std. dev. = 481.9). The results for the daily data are shown in panel B. The mean daily return to the investment grade bonds is 2.2 bps (std. dev. = 89.5), while the

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

*Measuring Abnormal Bond Performance*

**Table 2**
**Summary statistics**

|  | N | Mean (basis pts) | Median (basis pts) | Standard deviation | Skewness | Excess kurtosis | *p*-value |
|---|---|---|---|---|---|---|---|
| **Panel A: Monthly returns** | | | | | | | |
| All sample | 389,015 | 70.0 | 77.1 | 329.7 | −2.168 | 89.572 | 0.158 |
| Investment | 263,782 | 68.6 | 69.9 | 223.8 | −1.080 | 23.983 | 0.099 |
| Noninvestment | 125,233 | 72.9 | 86.3 | 481.9 | −1.943 | 57.435 | 0.201 |
| **Panel B: Daily returns** | | | | | | | |
| All sample | 562,924 | 2.7 | 1.8 | 101.5 | 0.259 | 50.252 | 0.175 |
| Investment | 475,904 | 2.2 | 1.4 | 89.5 | 0.323 | 51.260 | 0.170 |
| Noninvestment | 87,020 | 5.4 | 2.4 | 151.2 | 0.106 | 30.588 | 0.178 |

This table provides summary statistics of monthly and daily bond returns for the entire sample, as well as for subsamples by risk (investment grade bonds and noninvestment grade bonds). Monthly bond return data are from the Lehman Brothers Bond Database (LBBD) and cover the period from January 1987 through December 2004. Daily bond return data are from TRACE and cover 1 July 2002 through 31 December 2006. The *p*-value is the *p*-value from a Kolmogorov D test of the normality of the distribution.

mean daily return to the noninvestment grade bonds is 5.4 bps (std. dev. = 151.2).

Based on the statistics in Table 2, both daily and monthly bond returns exhibit some evidence of departure from normality. Monthly returns are negatively skewed and exhibit significant positive excess kurtosis, in both the investment grade and noninvestment grade subsamples. Panel B shows the results for daily bond returns. The daily sample exhibits positive skewness and excess kurtosis.

## 1.2  LBBD coverage of the bond market

While the LBBD has been used extensively in the literature, we examine whether the database provides a large cross section of publicly traded bonds. To compare the coverage of the LBBD relative to the universe of all publicly traded bonds, we pull all firms from Compustat$^{®}$ that have a Standard & Poor's (S&P) senior bond rating and nonzero long-term debt for the 1997 fiscal year end (1747 observations). After deleting all financial firms (294 observations), we are left with a sample of 1453 industrial firms. Next, we examine the number of firms with an S&P bond rating in the LBBD that are coded as industrial firms. On 31 December 1997, the LBBD had 3377 traded bonds from 1703 firms. Since the LBBD contains both subsidiaries (which might publicly issue debt but not equity) and firms, the finding of a larger sample size in the LBDD is not surprising. However, it does suggest that the database provides a comprehensive cross section of the publicly traded industrial bonds in the debt market.

## 1.3  Comparison of month-end pricing across LBBD and TRACE

In this section, we report on a comparison of monthly prices provided in the LBDD and prices extracted from the TRACE dataset at monthly intervals to assess where any systematic differences exist. We compare prices during 2005 and 2006, a time period during which TRACE included the majority

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

*The Review of Financial Studies / v 22 n 10 2009*

of traded bonds. We begin by selecting from TRACE all bonds that traded (minimum trade size = 100k) on the last trading day of the month. Next, we match this sample with the month-end pricing information from Lehman Brothers. Of the sample of firms in the Lehman data, we find a matching trade from TRACE on the monthly closing date 65% of the time, providing a sample of 36,013 observations. We use the TRACE "trade-weighted price, trade ≥ 100k" method, described above, to infer the end of the month TRACE price. A simple regression of TRACE prices against matched Lehman prices produces a coefficient estimate of 0.997 on the Lehman price. That the coefficient estimate is less than one reflects that the Lehman quotes are bid prices, while the TRACE transaction prices on average equate to quotation midpoints. The $R$-square from this regression is 0.996, indicating the two data series contain very similar information.

To further assess the relation between TRACE trade prices and Lehman bid quote data, we estimate the average quoted half-spreads that are implied by the two datasets. Specifically, we regress the difference in the TRACE versus Lehman price against a noninvestment grade indicator, as well as a low volume indicator variable (trading volume in the day < $1 million). The constant is the estimated quoted half-spread for investment grade bonds, the coefficient on the noninvestment grade indicator estimates the differential in bid-ask spreads for noninvestment grade bonds, and the volume indicator captures the fact that bonds with low trading volume trade, on average, further away from the true midpoint in an institutional market. The results indicate average implied half-spreads of 16.5 and 33 bps for investment grade and noninvestment grade bonds, respectively. These implied half-spreads are larger than the actual half-spreads estimated in Bessembinder, Maxwell, and Venkataraman (2006) and Edwards, Harris, and Piwowar (2007), which likely reflects that the Lehman quotes are indicative. But, since the estimates are reasonable, they also support the conclusion that the two datasets contain similar information regarding bond valuations.

## 2. Sampling Procedure and Methodology

### 2.1 Sampling procedures

There are three primary methods employed for drawing random samples when evaluating event study methodologies, each with its own strengths and weaknesses. The first approach is used by Brown and Warner (1980, 1985) and Kothari and Warner (1997). These papers draw their samples by first randomly selecting a firm and then drawing a hypothetical "event" date (day or month) for that firm. This approach assumes that events occur with equal probability in each date. Since the number of firms in our sample increases over time, this approach implies a greater likelihood of selecting firms that existed in the latter part of the sample, and thus weights the latter dates in the sample more heavily.

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

*Measuring Abnormal Bond Performance*

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

In addition, this method equally weights firms in the sample and thus makes no distinction between firms that are in the sample for ten months versus ten years. The second approach, used by Barber and Lyon (1997), first randomly selects an "event" date and then selects a firm from that date. Using this approach, each event date has an equal probability of being included, but the sample is weighted more heavily toward firms that are in the sample longer. The third approach randomly selects firm-date observations. Given that the number of firm-date observations increases over our sample period, this procedure weights both the latter dates and firms that remain in the sample longer more heavily.

The appropriate sampling technique depends on the type of corporate event being studied. If the event is equally likely for all firms, the first approach is most appropriate. If the event is equally likely over a time period, the second approach is the most appropriate. If the probability of an event is a function of both the number of firms in the sample and how long they remain in the sample, then the third approach is best. After examining the typical bond event studies, we believe the third approach (firm-date) most closely approximates a typical bond event study. However, to ensure that our sampling approach is not affecting our inferences, we simulate the results using all three approaches and find no appreciable differences.

### 2.2 Firms with multiple bonds

Our prior discussion of the sampling procedure is at the firm level. However, while the majority of firms in the sample have a single bond outstanding, a number of firms have multiple bonds. In the prior literature, this issue has been dealt with using three different approaches, as detailed in Column 2 of Table 1. Some researchers treat each bond as a separate observation (denoted as the *Bond Level Approach*). However, this presents several significant problems. First, it violates the assumption that the sample observations are independent, as the error in the pricing model would be correlated across bonds issued by the same firm. This leads to lowering the standard deviation of the sample and biasing the *t*-statistics upward.[11] Second, it excessively weights firms in the sample with multiple bond observations (at least in an equal-weighted calculation). These are typically larger firms with higher bond ratings. While it is possible to correct for both of these problems in the statistical tests, we believe aggregating the bonds at the firm level, as discussed below, is a parsimonious approach producing similar results.

Earlier researchers also pick a representative bond for each firm in the sample (denoted as the *Representative Bond Approach*). However, this approach is unlikely to accurately capture the value change for a firm's publicly traded debt, and depending on how the representative bond is selected, could bias the results. For example, some events might have a more significant impact

---

[11] Though not tabulated in the article, we reexamine our results after allowing each bond to be treated as a separate observation. We find that using this approach produces an inordinate number of Type I errors in our sampling.

on bonds with the longest time to maturity, and hence the representative bond might overstate any firm-level effects.

The last approach (denoted the *Firm Level Approach*) treats the firm as a portfolio; the abnormal return is calculated for each bond and the firm's abnormal bond return is the value-weighted average of the abnormal returns to the different bond issues. Hence, the weighted average abnormal bond return (ABR) for firm $k$ in the announcement month is calculated as

$$\text{ABR}_k = \sum_{i=1}^{J} \text{ABR}_i \, w_i, \tag{2}$$

where $J$ is the number of bonds outstanding for firm $k$ and $w$ is the market value weight of bond $i$ relative to the total market value of bonds outstanding for firm $k$.

The firm-level approach mitigates the two main problems associated with the other methods. First, it does not suffer from a cross-correlation problem (in fact, it should produce more stable results since any model misspecification is mitigated by taking multiple observations from the same firm). Second, it accurately represents the change in value of the firm associated with a corporate event (the goal of most corporate event studies). Hence, we focus solely on this approach.

### 2.3 Sample size

Since fewer firms issue bonds than issue stock, the number of firm observations in bond event studies is significantly smaller than in stock event studies. An examination of previous research using abnormal bond returns shows that sample sizes vary greatly, from a low of 1 firm with 13 bonds to a high of 940 firms with 3901 bonds (see columns 3 and 4 of Table 1). The median number of firms in these studies is 67. Since small samples tend to lack power, we start by drawing multiple random samples of two hundred firms for our primary analysis. In order to understand the impact of sample size on the statistical properties of abnormal bond returns, we conduct simulations that include from ten to five hundred firms.

### 2.4 Sampling methodology: Type I and II errors

We first randomly select five thousand samples of two hundred firms and calculate abnormal bond returns using the methods described in Section 3. Given that the existing literature on abnormal bond returns uses two-tailed test statistics, our analysis focuses on two-tailed tests. We examine the distributional properties of the abnormal bond returns and size of test statistics (the frequency of rejection in the absence of abnormal performance) using the models specified below, relying on both parametric and nonparametric test statistics. Next, we introduce abnormal return "shocks" ranging from 0 to $\pm$ 50 bps into each bond return and again examine the distributional properties of the abnormal returns

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

and test statistics, as well as the power of the different models to detect the abnormal performance.

## 2.5  What constitutes economically significant abnormal bond returns?

The power of any test statistic depends on the alternatives against which it is tested. To make a realistic assessment of the power of the parametric and nonparametric tests considered here, it is important to introduce shocks that are economically significant, but reasonably representative of actual corporate events. Prior studies document abnormal bond returns ranging from approximately 20 to over 100 bps. Given that nondefaulted bond values are generally less sensitive than common stock values to changes in underlying asset value, it is appropriate to consider relatively small abnormal bond returns.

Brown and Warner (1980) introduce abnormal stock returns starting at 1%, which is roughly one-sixth of the historical stock market risk premium for a year. When examining abnormal returns for bonds, some distinction should be made relating to the risk of the bond. The lowest possible yield on any corporate bond is the risk-free rate. When comparing a bond rated Aaa with a 20-bp spread to Treasury to a bond rated Ba with a 200-bp spread to Treasury, a corporate event (especially as it relates to a positive shock) will have less of an effect on the bond rated Aaa. However, a small change in the spread, such as 5 bps, is a significant change for an Aaa bond. Since the power of the tests might depend on the risk of the bonds, in our primary analysis we examine how the risk of a firm's debt influences our results by examining both investment and noninvestment grade bonds separately. As a benchmark, if the typical bond earns a risk premium of 100–150 bps per year, this suggests a 15- to 25-bp abnormal return (approximately one-sixth of the historical premium). Hence, for the investment (noninvestment) grade sample, and for our main tests, we introduce a $\pm15$ (25) bp shock for our tests of Type II errors (we vary sample size and shock size for both monthly and daily returns in latter sections of the article after examining our baseline cases). Prior literature documents both positive and negative abnormal bond returns; consequently, we introduce both positive and negative shocks.

## 3.  Measuring Abnormal Bond Performance

In this section, we discuss the methods previously used in the literature to calculate abnormal bond returns. In addition, we propose and test several additional models designed to control for various risk-based factors. Column 5 of Table 1 lists selected papers and the methods they use to calculate excess bond returns. When the mean-adjusted method is used, we include the estimation period in parentheses. Column 6 indicates whether parametric or nonparametric test statistics were used to assess the presence of abnormal performance. To test for statistical significance, the prior literature uses the *t*-statistic, the signed-rank test, and/or the sign test. We rely on these same test statistics in

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

our simulations as they are the most prevalent and no other test statistics are known to be superior in terms of size or power.

### 3.1 Mean-adjusted model

The mean-adjusted model, introduced by Handjinicolaou and Kalay (1984) to account for term structure changes, is the most frequently used method of calculating abnormal bond returns, for both daily and monthly data. In the mean-adjusted return model, the abnormal return is calculated as the historical return on the security less the return to the matched Treasury security with the most similar maturity date. The premium holding period return (*PBR*) for bond *i* during period *t* is calculated as the bond's return (*BR*), minus the return on a matched Treasury security (*TR*):

$$PBR_i = BR_i - TR_i. \tag{3}$$

The mean expected excess return (*EBR*) for bond *i* is equal to the average *PBR* for the previous *y* periods (the estimation period):

$$EBR_i = \left( \sum_{t=-1}^{-y} PBR_{i,t} \right) \frac{1}{y}. \tag{4}$$

After calculating the expected excess return, the abnormal bond return (*ABR*) for bond *i* is calculated as

$$ABR_i = PBR_i - EBR_i. \tag{5}$$

One of the assumptions inherent in this model is that bonds earn a constant premium relative to the matched Treasury security. Since this need not be accurate, but is less likely to be incorrect over short time intervals, prior studies use a short window for the estimation period. However, a shorter window is inherently noisier. We estimate the mean-adjusted model using a six-month window for monthly data and a 126-day (six-month) window for daily data.[12] We require at least three months for the monthly analysis and thirty days for the daily analysis.

We use both time-series and cross-sectional variance to estimate the significance of the mean-adjusted model. However, given the limited sampling period and the corresponding loss of degrees of freedom, we find that using the time-series variance biases the results against finding statistical significant differences in samples (looking at both Type I errors and power tests). Hence, we report our results using the cross-sectional estimates of variance to compute

---

[12] In unreported results, we also estimate a three-month window for the monthly data. We find that the three- and six-month windows have similar distributional properties (Type I errors), but the six-month window provides more power in detecting abnormal bond returns (fewer Type II errors). Thus, we present the six-month window results.

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

*Measuring Abnormal Bond Performance*

the test statistics. Results using the time-series estimates are available from the authors on request.

## 3.2  Matching portfolio models

The second category of models used to calculate abnormal bond returns rely on a matching portfolio. The two primary risk factors that are typically controlled for are default risk (proxied by bond rating) and time-to-maturity. Though not reported, we also created matching portfolios using size as a proxy for a risk and liquidity factor, as well as controlling for callability, but find that they do not improve the test statistics. Likewise, using duration rather than time-to-maturity gave similar results.

We first form various matching portfolios, and then use these reference portfolios or matched bonds as the expected return (*EBR*) for the bond (firm) in our sample. That is, the abnormal return (*ABR*) for bond *i* is calculated as the difference between the observed return (*OBR*) and the expected return:

$$ABR_i = OBR_i - EBR_i. \tag{6}$$

Similar to previous studies, we form matching portfolios designed to adjust for risk using both equal-weighted and value-weighted returns as benchmarks. First, we rely on the commonly used Lehman Brothers indexes to form the matching portfolio. Lehman Brothers classifies bonds into six major rating categories (Aaa, Aa, A, Baa, Ba, and B), and then segments these categories into intermediate and long-term indices based upon time to maturity, resulting in twelve matching portfolios. The Lehman indices are value weighted, and we refer to this benchmark portfolio as the "Lehman Index Portfolio."

We also develop several additional reference portfolios for the monthly data. First, in an effort to better match bonds based on default risk (defined by Moody's bond rating) and maturity risk, we create matching portfolios segmented on finer partitions than those found in the Lehman Brothers indices. In particular, we segment the indices by both bond rating and time-to-maturity. That is, we segment bonds by Moody's six major rating categories (Aaa,....,B) and three time-to-maturity categories. For investment grade bonds, the time-to-maturity cutoffs are 0 to 5 years, +5 to 10 years, and +10 years. For noninvestment grade bonds, the cutoffs are 0 to 6 years, +6 to 9 years, and +9 years. These cutoffs are designed to ensure roughly equivalent terciles. The Aaa sample size is too small to split into three subsets based on maturity (some sample months have four observations in a particular subset), so instead we split the Aaa sample into two maturity categories, 0 to 7 years and +7 years. This provides a total of seventeen matching portfolios, which we refer to as the "Ratings & Maturity" match. The size of a bond might directly impact risk or might be related to liquidity costs, but this might not be fully captured in the

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

bond rating. Consequently, we examine both equal- and value-weighted indices in order to further capture the effect that size might have on bond returns.[13]

For the daily data, we form matching portfolios (both equal- and value-weighted) based on Moody's six major rating categories (referred to as "Rating"). We do not further partition by size or time-to-maturity due to the fact that a number of bonds do not trade on a daily basis; thus, finer partitions result in small sample sizes within each partition. An issue in creating daily indices from the TRACE data is the lack of trading activity. Very few bonds trade on a daily basis. If we focused only on these firms in creating the indices, the index would reflect the return to only the most liquid firms (bonds), which are typically the largest issues/bonds. Instead we include all observations for which we are able to calculate returns based on trading activity (i.e., we require trading on two continuous days). Hence, the composition of the sample changes from day to day, but this is partly mitigated by using a value-weighted index.

### 3.3 Factor models
We also consider two factor models that have been used to estimate abnormal bond returns. First, we use the five-factor bond model developed in Fama and French (1993). This model is an extension of the commonly used three-factor stock return model, which includes the market risk premium, small minus big factor, and high minus low factor. The bond model adds two additional factors. *Term* represents the slope of the Treasury yield curve, and *Def* the default premium measured as the difference between the returns on long-term corporate bond indices and long-term Treasuries. The Fama and French (FF, 1993) model to estimate expected bond returns is

$$R_{Bondpt} - R_{ft} = \alpha + b(R_{mt} - R_{ft}) + sSMB_t + hHMT_t \\ + tTerm_t + dDef_t + \varepsilon_{pt}. \tag{7}$$

The second factor model is based on Elton, Gruber, and Blake (1995):

$$R_{Bondpt} - R_{ft} = \alpha + \beta_1 UnxGDP_t + \beta_2 UnxCPI_t + \beta_3 DRP_t \\ + \beta_4 R_{BondMktt} + \beta_5 R_{mt} + \beta_6 Term_t + \varepsilon_t, \tag{8}$$

where $R_{Bondpt}$ is the average raw bond return for month $t$ (i.e., the cross-sectional average of each firm's "one" bond return), *UnxGDP* is the unexpected change in gross domestic product, *UnxCPI* is the unexpected change in the consumer price index, *DRP* is the default risk premium, $R_{BondMkt}$ is the return on the Lehman corporate bond index, $R_{mt}$ is the excess return on the CRSP value-weighted stock index, and *Term* is the slope of the term structure. However, we exclude the two macroeconomic factors (*UnxGDP* and *UnxCPI*) as they are no

---

[13] In other unreported results, we examine individual matching approaches. These models were less powerful than the matching portfolio approaches, so for parsimony, we focus on the matching portfolios.

*Measuring Abnormal Bond Performance*

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

longer available, and Gutierrez, Maxwell, and Xu (2007) find that excluding these factors does not affect the model's goodness of fit.

In each of these models, the intercept comprises the estimate of the abnormal bond return in the announcement month. We report the results using a calendar time estimate. Although not reported, we find similar results using event time. Given the changing duration of bonds over time, we do not believe it is appropriate to use a preestimation period for the factor loadings as the loadings would be nonstationary.

## 4. Results: Monthly Sample

In this section, we examine the results for the monthly sample. We first examine the distributional properties of monthly abnormal bond returns. We then examine the power and specification of test statistics designed to detect abnormal performance. Finally, we examine the effect of changing the sample size and the size of the return shock on the power of the tests. Section 5 examines these same issues using the daily data.

### 4.1 Distributional properties of the abnormal bond returns and *t*-statistics

While the monthly return statistics in Table 2 suggest that the distributions are not normal, this need not imply that the abnormal return measures will also be nonnormal. In addition, inferences about the normality of distributions are problematic for large samples since smaller departures from normality can be detected as sample size increases, even if these departures from normality do not severely affect the underlying inferences. Our simulation approach helps us to understand if these deviations from normality are problematic in bond event studies. In order to examine the distributional properties of the cross-sectional mean monthly abnormal bond returns, we randomly select five thousand samples of two hundred firms. The results are reported in Table 3.

Table 3 shows that the measures of mean and median monthly abnormal investment grade bond returns differ from zero, even though no abnormal performance has been introduced, and vary substantially across models. Both the mean and median abnormal returns are quite positive when the Lehman index is used. On the other hand, the mean and median abnormal returns are generally negative when the other models are used. For the FF factor model, the mean and median are positive for the investment grade bonds but negative for the noninvestment grade bonds. The percentage of positive returns is below 50% for most of the models.

Compared to the Table 2 results, departures from normality are less pronounced for the cross-sectional mean excess returns than for individual returns. However, the monthly abnormal bond returns generally exhibit negative skewness and positive kurtosis. A Kolmogorov D test rejects the null that the returns are normally distributed for all models, although some caution should be used as this test tends to overreject normality for large samples. In the last three

*The Review of Financial Studies / v 22 n 10 2009*

**Table 3**
**Distribution of monthly abnormal bond returns**

| | Mean (basis pts) | Median (basis pts) | % Positive | Std. dev. | Skewness | Excess kurtosis | Normality *p*-value |
|---|---|---|---|---|---|---|---|
| | | | Distribution of monthly abnormal bond returns | | | | |
| Investment grade bonds | | | | | | | |
| Mean-adjusted model | −1.7 | −1.6 | 45.1 | 12.3 | −0.12 | 0.38 | 0.063 |
| Portfolio matching methods | | | | | | | |
|   Lehman index | 2.9 | 3.4 | 63.7 | 10.3 | −0.23 | 0.39 | < 0.01 |
|   Ratings & maturity (VW) | −1.9 | −1.6 | 44.9 | 10.0 | −0.29 | 0.42 | < 0.01 |
|   Ratings & maturity (EW) | −3.9 | −3.5 | 36.0 | 10.1 | −0.32 | 0.47 | < 0.01 |
|   FF factor model | 7.1 | 7.1 | 54.4 | 24.0 | 0.13 | 0.61 | < 0.01 |
|   EGB four-factor model | −1.4 | −1.3 | 47.0 | 15.7 | −0.24 | 0.77 | < 0.01 |
| Noninvestment grade bonds | | | | | | | |
| Mean-adjusted model | −13.0 | −12.7 | 36.3 | 38.3 | −0.07 | 0.11 | 0.110 |
| Portfolio matching methods | | | | | | | |
|   Lehman index | 7.0 | 7.7 | 60.3 | 32.1 | −0.14 | 0.40 | < 0.01 |
|   Ratings & maturity (VW) | −12.4 | −11.8 | 35.0 | 32.0 | −0.14 | 0.37 | < 0.01 |
|   Ratings & maturity (EW) | −14.3 | −14.6 | 32.5 | 33.6 | −0.03 | 0.38 | < 0.01 |
|   FF factor model | −8.3 | −8.2 | 45.5 | 74.8 | −0.02 | 0.73 | 0.017 |
|   EGB four-factor model | −6.7 | −5.7 | 45.4 | 51.4 | −0.04 | 0.37 | 0.042 |

This table reports the descriptive statistics of monthly abnormal bond returns for each methodology with no abnormal performance introduced. The statistics are based on 5000 randomly drawn samples of 200 firm-bond returns. The *p*-value is the *p*-value from a Kolmogorov D test of the normality of the distribution.

columns of Table 3, the higher moments suggest positive skewness and a negative excess kurtosis. Again, normality is rejected. This suggests that parametric test statistics might be biased, which we do in fact find in later analysis.

For the noninvestment grade sample, we also find that that the majority of models result in negative mean and median abnormal returns. The exception to this is the use of the Lehman index, which leads to positive mean and median abnormal returns.[14] In contrast to the investment grade sample, the noninvestment grade sample displays less skewness and excess kurtosis. However, Kolmogorov tests reject the normality of abnormal returns constructed with all of the models.

Overall, the descriptive statistics suggest significant problems when using the Lehman index and the FF factor model to construct abnormal bond returns, for both the investment grade and the noninvestment grade samples. The Lehman index leads to an upward bias, i.e., positive estimated abnormal bond returns, while the bias in the FF factor model depends on the sample used (investment versus noninvestment grade). The prevalence of skewness and kurtosis in abnormal returns from most models supports the reasoning that both parametric and nonparametric test statistics should be examined.

---

[14] We examine why this occurs. For most months, the Lehman index value is very close to the portfolios that we develop. The difference is driven by a few months in the post-2000 period in which there were large bankruptcies. Since we screened our sample for returns of ±20%, our index returns in those months were much higher. We believe our screening process is more realistic since most studies are not examining firms in which bankruptcy is expected to occur in the estimation period or the event month.

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

*Measuring Abnormal Bond Performance*

**Table 4**
**Size of tests in monthly data**

|  | *t*-test | | Signed-rank test | | Sign test | |
|---|---|---|---|---|---|---|
| Investment grade bonds | 2.5% | 97.5% | 2.5% | 97.5% | 2.5% | 97.5% |
| Mean-adjusted model | 2.90%* | 1.92% | 5.92%* | 1.02% | 4.66%* | 0.84% |
| Lehman index | 0.48% | 7.54%* | 0.48% | 9.92%* | 1.00% | 4.90% |
| Ratings & maturity (VW) | 2.40% | 2.16% | 2.60% | 2.30% | 2.70% | 1.32% |
| Ratings & maturity (EW) | 4.16%* | 1.42% | 4.04%* | 1.72% | 3.80%* | 1.32% |
| FF factor model | 1.12% | 4.92%* | 1.38% | 4.46%* | 1.70% | 2.74% |
| EGB four-factor model | 2.36% | 2.14% | 3.46%* | 1.96% | 3.44%* | 1.10% |
| Noninvestment grade bonds |  |  |  |  |  |  |
| Mean-adjusted model | 5.20% | 0.80% | 8.20%* | 0.50% | 8.90%* | 0.40% |
| Lehman index | 0.90% | 5.90%* | 0.20% | 20.10%* | 0.20% | 12.20%* |
| Ratings & maturity (VW) | 4.40%* | 1.00% | 2.30% | 2.80% | 2.40% | 2.00% |
| Ratings & maturity (EW) | 6.60%* | 0.60% | 3.40%* | 1.90% | 2.70% | 2.00% |
| FF factor model | 3.10%* | 1.90% | 4.00%* | 1.50% | 3.40%* | 0.90% |
| EGB four-factor model | 2.70% | 2.00% | 3.40%* | 2.10% | 3.10%* | 1.50% |

This table reports average rejection rates in the absence of abnormal performance across 5000 randomly drawn samples of 200 firm-bond returns, using one-tailed tests and significance levels of 2.5% and 97.5%. The null hypothesis is that the average abnormal return is zero. We report results using the *t*-test, signed-rank test, and sign test. As noted in Brown and Warner (1980), the percentage of rejections under the null hypothesis of zero abnormal performance will not be exactly equal to the test level. Assuming the outcomes of each test for the 5000 replications are independent, the rejection rate for such a Bernoulli process has a mean of 0.025 (either lower tail of 2.5% or higher tail of 97.5%) and a standard deviation of 0.002. At the 5% level, the proportion of rejections should be between 2.13% and 2.87%, approximately 95% of the time. An * denotes a statistically significant (at the 95% level) excess rejection rate.

One additional point should be noted. The standard deviation of monthly excess returns is much larger for the factor models than for the other approaches, in both the investment grade and noninvestment grade samples. This suggests that the factor-based approaches will have less power to detect abnormal performance when it is in fact present.

## 4.2 The size of tests in monthly returns

In Table 4, we report the empirical size of the test statistics for the randomly drawn samples of monthly abnormal returns using a standard *t*-statistic, a signed-rank test, and a sign test. For this analysis, we again examine investment grade versus noninvestment grade bonds separately. We report results for both the 2.5% and 97.5% distributional tails. From this, we can draw conclusions about the probability of Type I errors and whether there is a bias in either rejection region.

As Brown and Warner (1980) note, even if the empirical sampling distribution of a test statistic corresponds exactly to the assumed theoretical distribution, the percentage of rejections under the null hypothesis of zero abnormal performance will not exactly equal the test's significance level. We examine the rejection rates for both the parametric and nonparametric test statistics. Assuming the outcomes of each test for the five thousand replications are independent, the rejection rate for a correctly specified test statistic follows a Bernoulli process, with a mean of 0.025 (either lower tail of 2.5% or higher tail of 97.5%) and a standard deviation of 0.0022 ($\sqrt{0.025 \times 0.975}/\sqrt{5000}$). At the

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

5% level, the proportion of rejections for a correctly specified test should be between $(0.025 \pm (1.69 \times 0.0022))$, or approximately 2.13% and 2.87%, 95% of the time. Our main focus is on overrejections, or Type I errors, so we focus our discussion on the implications for overrejections.

For investment grade bonds, we find that the mean-adjusted model is well specified when parametric tests are used. When nonparametric tests are used, the model tends to reject the null of no abnormal performance too often in the lower portion of the distribution and not often enough in the upper portion. These results reflect that the mean-adjusted model displays negative mean and median abnormal returns. Also consistent with the results in Table 3, the Lehman index model rejects the null too often in the upper portion of the distribution and not often enough in the lower portion of the distribution, for both parametric and nonparametric tests. For the matching approaches, the equal-weighted indices overreject in the lower part of the distribution using either the parametric or nonparametric approach. This negative bias is less pronounced for the value-weighted approach, which only overrejects when using the signed-rank test. For the factor models, the EGB model seems well specified. In contrast, the FF model underrejects on the lower side of the distribution using any test statistic.

For noninvestment grade bonds, the mean-adjusted model tends to overreject in the lower tail of the distribution and underreject in the upper tail. As in the investment grade sample, the Lehman index model rejects the null too often in the upper portion of the distribution and not often enough in the lower portion. The matching approaches do much better when using the nonparametric test statistics, as the parametric approach overrejects when using either equal- or value-weighted models. The FF model overrejects across all test statistics in the lower tail, but underrejects in the upper tail. The EGB model remains well specified.

Results reported in Tables 3 and 4 support the conclusion that some of the models for computing abnormal returns have significant problems, whether used with parametric or nonparametric test statistics. The Lehman index approach results in positive mean and median abnormal monthly returns and rejects too often in the upper part of the tail using any of the test statistics. As noted in Footnote 14, this reflects that the Lehman index includes firms in bankruptcy, which can have a dramatic impact on the value-weighted return during that month. We conclude that this skews the index for purposes of studying typical corporate events, and does not provide the appropriate benchmark. Using the equal-weighted approach also leads to a significant bias, but in the opposite direction; the mean and median abnormal returns are negative and there is significant overrejection in the lower tail of the distribution, for all three test statistics. The FF factor model also consistently performs poorly, regardless of whether parametric or nonparametric tests are used. Consequently, we drop these three approaches in the remaining sections when examining monthly data.

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

4238

*Measuring Abnormal Bond Performance*

**Table 5**
**Power of the tests in monthly data**

| Monthly investment grade bonds | −15 basis point shock | | | 15 basis point shock | | |
|---|---|---|---|---|---|---|
| | *t*-test | Signed-rank | Sign | *t*-test | Signed-rank | Sign |
| Mean-adjusted model | 33.0% | 83.8% | 88.3% | 25.5% | 60.0% | 67.1% |
| Ratings & maturity (VW) | 45.6% | 93.2% | 97.2% | 37.3% | 93.0% | 95.4% |
| EGB four-factor model | 22.6% | 64.2% | 71.0% | 20.4% | 56.6% | 58.4% |

| Monthly noninvestment grade bonds | −25 Basis point shock | | | 25 Basis point shock | | |
|---|---|---|---|---|---|---|
| | *t*-test | Signed-rank | Sign | *t*-test | Signed-rank | Sign |
| Mean-adjusted model | 18.4% | 47.3% | 50.3% | 6.5% | 11.6% | 9.9% |
| Ratings & maturity (VW) | 22.6% | 49.2% | 54.1% | 8.9% | 53.3% | 53.0% |
| EGB four-factor model | 11.3% | 22.6% | 25.3% | 7.3% | 15.1% | 14.8% |

This table reports average rejection rates of the null hypothesis of zero abnormal performance for various test statistics across 5000 randomly drawn samples of 200 firm-bond returns, each using a two-tail test and a 5% significance level. Actual abnormal returns of −15 bps and +15 bps are introduced to the monthly investment grade bonds, while abnormal returns of −25 bps and +25 bps are introduced to the monthly noninvestment grade bonds. Results using *t*-tests, signed-rank tests, and sign tests are reported.

## 4.3 Monthly returns: power tests

We next examine the power of the different methods to detect abnormal performance when it actually exists. We do this by introducing return shocks of $\pm 15$ bps into our monthly investment grade sample and $\pm 25$ bps into the monthly noninvestment grade sample, and assessing the frequency with which the null hypothesis of no abnormal performance is rejected. Given the nonsymmetrical nature of the return distribution, we consider positive and negative shocks. Relying on results from Tables 3 and 4, we focus on the mean-adjusted model, the value-weighted portfolio approach, and the EGB four-factor model for the monthly analysis. The results of these power tests are reported in Table 5.

Several results are observed for both the investment and noninvestment grade samples. Comparing models, the EGB model is the least powerful, reflecting the higher standard deviation of abnormal returns noted in Table 3. The value-weighted matching approach is the most powerful regardless of the test statistic used. Notably, the *t*-test is dramatically less powerful than either nonparametric test statistic. The *t*-statistic generally rejects at less than half the rate of nonparametric tests. The maximum rejection rate for the *t*-statistic reported on Table 5 is 45.6%, compared to 93.2% for the signed-rank test and 97.2% for the sign test. Among the two nonparametric tests, the sign test consistently rejects more often than the signed-rank test, though differences in rejection rates are small. While patterns across tests are similar, all tests are significantly less powerful in the noninvestment grade sample as compared to the investment grade sample.

The results in Table 5 indicate that nonparametric tests are consistently more powerful than parametric tests, which are attributable to the negative skewness reported in mean abnormal returns in Table 3. Consistent with their higher variability of returns, the results for noninvestment grade samples are less

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

*The Review of Financial Studies / v 22 n 10 2009*

powerful than for investment grade bonds. When examining the performance of the individual models, the EGB model has very low power, and the mean-adjusted model has less power than the portfolio-matching methods.[15] The value-weighted index is almost universally the most powerful across all of the approaches. Hence, given that it is generally well specified and the most power-ful, we believe that matching returns to a value-weighted index and relying on nonparametric test statistics provides the best approach for identifying monthly abnormal bond returns.

### 4.4 Power to reject for different sample sizes and abnormal returns
Having identified what we consider to be the most appropriate approach to identify abnormal returns, we next examine the relative power of these tests to identify abnormal shocks. Table 6 examines the power of the value-weighted matching portfolio approach to identify different size shocks ($\pm15$, $\pm25$, and $\pm50$ bps) for samples of investment and noninvestment grade bonds. We also vary the sample size, using samples of 50, 100, and 500 firms, to assess the effect of sample size on the power of the test statistics and to determine whether any notable biases remain as the sample size increases.

Results in Table 6 again demonstrate that the *t*-statistic lacks power com-pared to the nonparametric tests for detecting abnormal shocks. Even with a sample size of only fifty investment grade firms, the nonparametric approaches correctly identify a 25-bp shock at least 76% of the time, compared to less than 40% for the parametric. For the smaller shock of 15 bps, a fifty-firm sample correctly identifies the shock approximately 40% ($<20\%$) of the time using nonparametric (parametric) tests. When examining noninvestment grade bond returns, a researcher would correctly identify a $\pm50$-bp shock less than 50% of the time when using nonparametric tests with a fifty-firm sample; even with a sample of 100 firms, the probability of identifying a 25-bp shock is less than 30% for nonparametric tests and less than 15% for the *t*-test.

Table 6 reports average rejection rates for three possible sample sizes and for four specific performance levels. Of course, the power of the test statistics will differ for alternate sample sizes and depending on the actual quantity of abnormal returns. To ensure that the conclusions reported here are robust and to provide insights regarding the large sample properties of the test statistics, we expand the simulations to cover a broad range of parameters.

For parsimony, and since many actual empirical studies rely on samples containing bonds of varying credit worthiness, we draw from a pooled sample containing both investment grade and noninvestment grade bonds. Since we continue to randomly draw at the firm level, this approach leads to a sample that has a mix of investment and noninvestment grade bonds consistent with the time-series average of the proportion of investment and noninvestment grade firms in the monthly or daily data (for the monthly analysis, 54% of the

---

[15] In unreported results, we also find that the mean-adjusted model performs particularly poorly for bonds in the upper or lower quartile of past performance.

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

**Table 6**
**The effect of sample size and abnormal return on power in monthly data**

| Shocks | −25 | | | −15 | | | 15 | | | 25 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Investment grade bonds | *t*-stat | Signed-rank | Sign | *t*-stat | Signed-rank | Sign | *t*-stat | Signed-rank | Sign | *t*-stat | Signed-rank | Sign |
| 50 firms | 39.8% | 75.9% | 79.2% | 18.2% | 40.0% | 43.9% | 19.1% | 39.7% | 39.0% | 40.4% | 77.0% | 78.5% |
| 100 firms | 58.6% | 96.7% | 98.5% | 28.1% | 68.8% | 75.7% | 27.5% | 68.3% | 70.2% | 53.3% | 96.6% | 98.0% |
| 500 firms | 98.9% | 100.0% | 100.0% | 79.5% | 100.0% | 100.0% | 58.8% | 100.0% | 100.0% | 91.0% | 100.0% | 100.0% |

| Shocks | −50 | | | −25 | | | 25 | | | 50 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Noninvestment grade bonds | *t*-stat | Signed-rank | Sign | *t*-stat | Signed-rank | Sign | *t*-stat | Signed-rank | Sign | *t*-stat | Signed-rank | Sign |
| 50 firms | 22.5% | 48.0% | 46.5% | 8.6% | 16.4% | 13.9% | 8.2% | 17.8% | 13.7% | 17.2% | 49.3% | 47.5% |
| 100 firms | 35.2% | 76.8% | 78.3% | 14.8% | 27.9% | 28.1% | 8.0% | 29.3% | 26.0% | 21.8% | 79.9% | 81.9% |
| 500 firms | 87.9% | 100.0% | 100.0% | 48.7% | 86.6% | 92.0% | 12.1% | 90.5% | 92.0% | 48.9% | 100.0% | 100.0% |

This table reports average rejection rates of the null hypothesis of zero abnormal returns for various test statistics, across 5000 randomly drawn samples of 50, 100, and 500 firm-bond returns, each using a two-tail test and a 5% significance level. Actual abnormal returns of −25, −15, +15, and +25 bps are introduced into the monthly investment grade bonds, while shocks of −50, −25, +25, and +50 bps are introduced to the monthly noninvestment grade bonds sample. Results using the sign test, *t*-test, and signed-rank tests are reported. The null hypothesis is that the average abnormal return is zero.

sample is investment grade and for the daily analysis, this number is 79%). We rely on our preferred value-weighted matching portfolio approach to measure abnormal returns. We conduct simulations where the level of abnormal shock introduced varies from $-50$ to $+50$ bps, in increments of 2 bps, and where the number of sample firms varies from 10 to 500, in increments of ten firms. For each sample size, $N$, and level of abnormal performance, we draw five thousand random samples of size $N$ and compile average rejection rates for each test statistic. Due to the breadth of the exercise, we present the results in graphical form.

Figure 1A displays average rejection rates, or power curves, for the $t$-test implemented in the pooled monthly sample, while Figure 1B displays power curves for the signed-rank test implemented in the pooled monthly sample. Results for the sign test are visually almost identical to those for the signed-rank test and are omitted. Several results are apparent. First, the nonparametric test displays superior power. Power curves for the nonparametric test converge to 100% rejection rates with abnormal shocks of $\pm 15$ bps or more when the sample size is large ($N = 500$ firms), or with a sample size as small as 120 firms when abnormal performance is larger ($+50$ or $-50$ bps). In contrast, power curves for the $t$-statistic generally indicate power less than 100% for the entire range of parameters considered. Power curves for the $t$-statistic also display a notable asymmetry, with higher rejection rates for negative as compared to positive abnormal shocks. For example, with $N = 120$ sample firms, the rejection rate is 65.8% for $-50$ bps of induced performance, compared to 52.5% for $+50$ bps of induced performance. This likely reflects the effect of negative mean abnormal returns, particularly in the noninvestment grade bonds, as reported in Table 3. In contrast, power curves for the nonparametric test are essentially symmetric for positive and negative return shocks.

In summary, both parametric and nonparametric tests are more powerful when studying monthly returns on investment grade bonds as compared to noninvestment grade bonds. Not surprisingly, the power of the test statistics increases significantly with sample size. The possibility of detecting moderate shocks of 20 bps or less for a noninvestment grade sample is extremely low unless the sample size approaches 500 firms. The $t$-statistic is uniformly less powerful in detecting abnormal performance in monthly bond returns as compared to nonparametric tests. Further, the $t$-statistic displays lower power for positive as compared to negative return shocks, even in large samples, while power curves for the nonparametric tests are symmetric. In light of the generally small sample sizes utilized in typical corporate bond event studies, these results suggest that Type II errors have likely occurred.

## 5. Results: Daily Sample

In this section, we repeat the analysis in Section 4, but using the daily bond data. As discussed earlier, the TRACE dataset comprises the first readily

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

*Measuring Abnormal Bond Performance*

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

**A**



**B**



**Figure 1**
(A) Power curves for the *t*-test implemented in monthly return data. (B) Power curves for the sign test implemented in monthly return data.

4243

Case 1:22-cv-04838-LGS    Document 126-3    Filed 11/05/24    Page 27 of 41

*The Review of Financial Studies / v 22 n 10 2009*

accessible source for compiling daily bond returns and potentially allows for more powerful tests of whether bondholders earn abnormal returns around corporate events. The disadvantage of the TRACE data is that the time series is limited, since the data only begin on 1 July 2002. For the daily analysis, we test the mean-adjusted model but find this approach to be clearly less powerful than a matched index approach. The mean-adjusted model is also problematic in a daily setting because many of the bonds trade infrequently, creating problems in accurately calculating an expected return. Hence, we do not report these results for the daily sample.

### 5.1 Distributional properties of daily abnormal bond returns

Table 7 reports various distributional properties of the daily sample of abnormal bond returns, using each of the previously described approaches for selecting the daily price of each bond and deducting the matched portfolio return on an equal- or value-weighted basis. For the investment grade sample, the mean abnormal returns for all the models are close to zero, ranging from 0.03 to 0.48 bps, and the percentage of positive values is close to the expected 50%. There is little skewness or excess kurtosis. The pattern is similar for the noninvestment grade sample, although the means are slightly higher but still less than one basis point. Consistent with the slightly higher skewness of the noninvestment grade bonds, the percentage of positive values is generally greater than 50%. When comparing the different methods to determine the end-of-the-day price, the standard deviation of abnormal returns is largest when relying on the "last price, all trades" approach. The volatility decreases when using trade-weighted prices and is at its lowest level when eliminating noninstitutional trades (<\$100,000) and trade weighting the results. Ignoring accrued interest does not seem to greatly affect the standard deviation or the other test statistics.

### 5.2 The size of tests in daily returns

In Table 8, we report the empirical size of the test statistics for the randomly drawn daily samples, when no abnormal performance is present, using a standard $t$-statistic, a signed-rank test, and a sign test. As in the monthly results, we report results for the 2.5% and 97.5% distributional tails. The difference in the results for the daily versus monthly data is noteworthy. The parametric tests are poorly specified in the monthly data but are well specified in the daily data, with rejection rates quite close to the nominal 2.5% significance level. Using the "last price, all trades" approach is somewhat problematic, with both over- and underrejection compared to the other pricing approaches. When comparing the matching portfolios, the equal-weighted index suffers from more frequent overrejections based on the nonparametric test statistics relative to the value-weighted index. As in the monthly data, the investment grade sample conforms more closely to the expected rejection rates compared to the noninvestment grade sample.

4244

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

*Measuring Abnormal Bond Performance*

**Table 7**
**Distribution of daily abnormal bond returns**

| Investment grade bonds | Mean (basis pts) | Median (basis pts) | % Positive | Standard deviation | Skewness | Excess kurtosis |
|---|---|---|---|---|---|---|
| Last price, all trades | | | | | | |
| Rating (VW) | 0.48 | 0.51 | 52.3 | 9.23 | 0.03 | 0.00 |
| Rating (EW) | 0.29 | 0.39 | 51.7 | 9.28 | 0.02 | 0.00 |
| Trade-weighted price, all trades | | | | | | |
| Rating (VW) | 0.18 | 0.17 | 51.1 | 7.18 | 0.00 | 0.18 |
| Rating (EW) | 0.03 | 0.05 | 50.4 | 7.24 | 0.00 | 0.19 |
| Last price, trade ≥ 100k | | | | | | |
| Rating (VW) | 0.14 | 0.23 | 51.6 | 5.60 | −0.06 | 0.45 |
| Rating (EW) | 0.08 | 0.16 | 51.1 | 5.60 | −0.06 | 0.47 |
| Trade-weighted price, trade ≥ 100k | | | | | | |
| Rating (VW) | 0.07 | 0.11 | 50.9 | 4.84 | 0.02 | 0.27 |
| Rating (EW) | 0.05 | 0.05 | 50.5 | 4.84 | 0.01 | 0.25 |
| Trade-weighted price, trade ≥ 100k, no accrued interest | | | | | | |
| Rating (VW) | 0.29 | 0.25 | 52.1 | 4.82 | 0.02 | 0.38 |
| Rating (EW) | 0.26 | 0.25 | 52.1 | 4.81 | 0.02 | 0.38 |
| Noninvestment grade bonds | | | | | | |
| Last price, all trades | | | | | | |
| Rating (VW) | 0.75 | 0.75 | 52.6 | 14.08 | 0.01 | 0.03 |
| Rating (EW) | 0.64 | 0.75 | 52.1 | 14.04 | 0.01 | 0.03 |
| Trade-weighted price, all trades | | | | | | |
| Rating (VW) | 0.41 | 0.44 | 51.2 | 10.96 | 0.02 | 0.08 |
| Rating (EW) | 0.46 | 0.37 | 51.4 | 10.94 | 0.02 | 0.08 |
| Last price, trade ≥ 100k | | | | | | |
| Rating (VW) | −0.15 | −0.27 | 48.9 | 11.50 | 0.06 | 0.07 |
| Rating (EW) | 0.81 | 0.64 | 52.0 | 10.90 | 0.07 | −0.02 |
| Trade-weighted price, trade ≥ 100k | | | | | | |
| Rating (VW) | 0.71 | 0.52 | 52.5 | 8.25 | 0.05 | 0.14 |
| Rating (EW) | 0.94 | 0.77 | 53.9 | 8.28 | 0.06 | 0.14 |
| Trade-weighted price, trade ≥ 100k, no accrued interest | | | | | | |
| Rating (VW) | 0.65 | 0.56 | 52.9 | 8.12 | 0.02 | 0.20 |
| Rating (EW) | 0.85 | 0.81 | 54.4 | 8.11 | 0.03 | 0.19 |

This table reports the descriptive statistics of daily abnormal bond returns for each methodology with no abnormal performance introduced. Rating (VW or EW) indicates the method used to form the matching portfolios (We sort into Moody's six major rating categories and we equal- or value-weight the portfolios). The statistics are based on 5000 randomly drawn samples of 200 firm-bond returns. The $p$-value is the $p$-value from a Kolmogorov D test of the normality of the distribution.

## 5.3 Daily returns: power tests

We next examine the empirical power of the different methods to detect abnormal performance in the daily data when it actually is present. We do this by introducing a shock of ±15 bps into both the investment and noninvestment grade samples. The results are presented in Table 9.

Similar to the monthly data, the most noticeable result is the superior power of the nonparametric tests as compared to the parametric $t$-test. This is especially apparent when examining the noninvestment grade sample, where

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

*The Review of Financial Studies / v 22 n 10 2009*

**Table 8**
**Size of tests in daily data**

| | t-test | | Signed-rank test | | Sign test | |
|---|---|---|---|---|---|---|
| Investment grade bonds | 2.5% | 97.5% | 2.5% | 97.5% | 2.5% | 97.5% |
| Last price, all trades | | | | | | |
| Rating (VW) | 1.84% | 2.22% | 2.88%* | 1.62% | 2.64%* | 1.24% |
| Rating (EW) | 1.94% | 2.14% | 3.30%* | 1.52% | 3.42%* | 0.98% |
| Trade-weighted price, all trades | | | | | | |
| Rating (VW) | 2.46% | 2.70% | 2.80%* | 2.22% | 2.88%* | 1.46% |
| Rating (EW) | 2.68% | 2.42% | 3.28%* | 1.98% | 2.90%* | 1.12% |
| Last price, trade ≥ 100k | | | | | | |
| Rating (VW) | 2.42% | 2.44% | 3.00%* | 2.46% | 2.60% | 1.58% |
| Rating (EW) | 2.54% | 2.32% | 2.88%* | 2.34% | 2.38% | 1.74% |
| Trade-weighted price, trade ≥ 100k | | | | | | |
| Rating (VW) | 2.30% | 2.18% | 2.68%* | 2.30% | 2.54% | 1.50% |
| Rating (EW) | 2.46% | 1.94% | 2.90%* | 2.18% | 2.58% | 1.62% |
| Trade-weighted price, trade ≥ 100k, no accrued interest | | | | | | |
| Rating (VW) | 2.08% | 2.22% | 2.50% | 2.38% | 2.36% | 1.60% |
| Rating (EW) | 2.00% | 2.22% | 2.66% | 2.16% | 2.40% | 1.74% |
| | | | | | | |
| Noninvestment grade bonds | | | | | | |
| Last price, all trades | | | | | | |
| Rating (VW) | 2.34% | 3.18%* | 3.82%* | 1.94% | 3.96%* | 1.50% |
| Rating (EW) | 2.44% | 3.08%* | 3.94%* | 1.88% | 3.86%* | 1.42% |
| Trade-weighted price, all trades | | | | | | |
| Rating (VW) | 2.42% | 2.88%* | 3.88%* | 1.62% | 3.76%* | 1.30% |
| Rating (EW) | 2.48% | 2.82% | 3.56%* | 1.62% | 3.36%* | 1.26% |
| Last price, trade ≥ 100k | | | | | | |
| Rating (VW) | 2.00% | 2.80% | 2.84% | 1.82% | 2.66% | 1.20% |
| Rating (EW) | 1.92% | 3.00%* | 2.40% | 2.16% | 2.14% | 1.72% |
| Trade-weighted price, trade ≥ 100k | | | | | | |
| Rating (VW) | 2.06% | 3.00%* | 3.52%* | 2.14% | 3.22%* | 1.38% |
| Rating (EW) | 1.96% | 3.06%* | 3.22%* | 2.48% | 3.02%* | 1.72% |
| Trade-weighted price, trade ≥ 100k, no accrued interest | | | | | | |
| Rating (VW) | 1.82% | 2.62% | 3.02%* | 1.72% | 3.02%* | 1.16% |
| Rating (EW) | 1.70% | 2.72% | 2.78% | 2.04% | 2.52% | 1.34% |

This table reports average rejection rates in the absence of abnormal performance across 5000 randomly drawn samples of 200 firm-bond returns, using one-tailed tests and significance levels of 2.5% and 97.5%. Rating (VW or EW) indicates the method used to form the matching portfolios (We sort into Moody's six major rating categories and we equal- or value-weight the portfolios). The null hypothesis is that the average abnormal return is zero. We report results using t-tests, signed-rank tests, and sign tests. As noted in Brown and Warner (1980), the percentage of rejections under the null hypothesis of zero abnormal performance will not be exactly equal to the test level. Assuming the outcomes of each test for the 5000 replications are independent, the rejection rate for such a Bernoulli process has a mean of 0.025 (either lower tail of 2.5% or higher tail of 97.5%) and a standard deviation of 0.002. At the 5% level, the proportion of rejections should be between 2.13% and 2.87%, approximately 95% of the time. An * denotes a statistically significant (at the 95% level) excess rejection rate.

the rejection rates are more than twice as high for the nonparametric approaches. When comparing the different pricing approaches, not eliminating noninstitutional trades lowers the power of the test significantly. This decrease in power reflects the higher return standard deviations attributable to noise in small trade prices. Trade weighting also improves the power of the tests. We only find a small difference in power if accrued interest is included or not included. The value-weighted matched index approach is generally more powerful than an equal-weighted approach, but the difference is minimal.

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

*Measuring Abnormal Bond Performance*

**Table 9**
**Power of the tests in daily data**

| Shock | −15 | | | 15 | | |
|---|---|---|---|---|---|---|
| | t | SR | S | t | SR | S |
| **Investment grade bonds** | | | | | | |
| Last price, all trades | | | | | | |
| Rating (VW) | 38.6% | 86.1% | 93.5% | 40.6% | 81.5% | 88.1% |
| Rating (EW) | 39.2% | 85.7% | 93.5% | 39.0% | 78.8% | 86.4% |
| Trade-weighted price, all trades | | | | | | |
| Rating (VW) | 58.9% | 98.5% | 99.8% | 60.7% | 98.0% | 99.6% |
| Rating (EW) | 58.7% | 98.1% | 99.7% | 59.2% | 97.2% | 99.0% |
| Last price, trade ≥ 100k | | | | | | |
| Rating (VW) | 76.6% | 100.0% | 100.0% | 78.3% | 100.0% | 100.0% |
| Rating (EW) | 77.0% | 100.0% | 100.0% | 78.5% | 100.0% | 100.0% |
| Trade-weighted price, trade ≥ 100k | | | | | | |
| Rating (VW) | 85.9% | 100.0% | 100.0% | 87.5% | 100.0% | 100.0% |
| Rating (EW) | 86.2% | 100.0% | 100.0% | 87.7% | 100.0% | 100.0% |
| Trade-weighted price, trade ≥ 100k, no accrued interest | | | | | | |
| Rating (VW) | 85.9% | 100.0% | 100.0% | 86.7% | 100.0% | 100.0% |
| Rating (EW) | 86.0% | 100.0% | 100.0% | 86.7% | 100.0% | 100.0% |
| **Noninvestment grade bonds** | | | | | | |
| Last price, all trades | | | | | | |
| Rating (VW) | 19.2% | 52.4% | 61.6% | 20.9% | 42.3% | 46.9% |
| Rating (EW) | 19.3% | 52.9% | 60.4% | 20.8% | 40.3% | 42.6% |
| Trade-weighted price, all trades | | | | | | |
| Rating (VW) | 30.7% | 81.4% | 87.5% | 31.7% | 72.6% | 77.4% |
| Rating (EW) | 30.4% | 78.5% | 83.0% | 31.9% | 69.8% | 71.8% |
| Last price, trade ≥ 100k | | | | | | |
| Rating (VW) | 37.4% | 90.6% | 90.3% | 44.2% | 88.2% | 87.2% |
| Rating (EW) | 36.3% | 87.0% | 85.2% | 45.0% | 87.2% | 84.7% |
| Trade-weighted price, trade ≥ 100k | | | | | | |
| Rating (VW) | 47.7% | 96.6% | 97.3% | 54.0% | 95.2% | 94.2% |
| Rating (EW) | 46.4% | 94.4% | 93.5% | 54.8% | 93.5% | 91.6% |
| Trade-weighted price, trade ≥ 100k, no accrued interest | | | | | | |
| Rating (VW) | 46.9% | 97.2% | 97.7% | 54.5% | 95.2% | 94.5% |
| Rating (EW) | 45.9% | 95.2% | 94.3% | 54.8% | 93.6% | 91.7% |

This table reports average rejection rates of the null hypothesis of zero abnormal performance for various test statistics across 5000 randomly drawn samples of 200 firm-bond returns, each using a two-tail test and a 5% significance level. Rating (VW or EW) indicates the method used to form the matching portfolios (We sort into Moody's six major rating categories and we equal- or value-weight the portfolios). Actual abnormal returns of −15 bps and +15 bps are introduced to the monthly investment grade bonds, while abnormal returns of −25 bps and +25 bps are introduced to the monthly noninvestment grade bonds. Results using *t*-tests (t), signed-rank tests (SR), and sign tests (S) are reported.

The results reported in Tables 8 and 9 support the following recommendations regarding the calculation of daily abnormal bond returns. First, eliminating noninstitutional trades from the TRACE data increases the power of the tests (Table 9) while also lowering Type I errors (Table 8). Based on the lower frequency of Type I errors, value weighting the matched portfolio is more appropriate. There is little difference in either the Type I errors or power tests if the researcher uses accrued interest in the calculation or not. For investment grade bonds, it is apparent that a nonparametric test statistic is more powerful and does not suffer from an inordinate number of Type I errors. It is less

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

clear what the appropriate approach is with noninvestment grade bonds as the nonparametric tests are more powerful (Table 9), but falsely reject the null hypothesis of no abnormal return at slightly too high of a rate (Table 8).

### 5.4 Power to reject for different sample sizes and abnormal returns

Having assessed the optimal method to measure daily abnormal bond returns, we next examine the relative power of the test by varying the sample size and shock level to assess the ability to accurately detect abnormal bond returns. We once again draw 5,000 randomly drawn samples of 50, 100, and 500 firm-bond returns for the investment grade bonds and 50 and 100 firm-bond returns for the noninvestment grade bonds. (The majority of the noninvestment grade bonds were not covered by TRACE until the last phase in 2005, so a larger sample size of noninvestment grade bonds is impractical.) Using the recommended value-weighted matching portfolio with the "trade-weighted price, trade $\geq$100k" approach, shocks of $\pm 20$ and $\pm 10$ bps are introduced into the daily bond sample. The null hypothesis is that the average abnormal return is zero, and we report the rejection rates using a two-tail test with a 5% significance level for the $t$-test, signed-rank test, and sign test.

Results reported in Table 10 continue to demonstrate the relative power of the nonparametric tests. Not surprisingly, the sample size also has a dramatic impact. For the investment grade bonds and a sample size of only fifty firms, the probability of detecting a $\pm 10$ bps shock is less than 50%, regardless of the method used; it rises to a minimum of 74% using the nonparametric tests and a hundred-firm sample, and is detected 100% of the time (using nonparametric statistics) if the sample size is five hundred firms. A similar pattern emerges for the noninvestment grade bonds. Sample size becomes less problematic as the shock increases to $\pm 20$ bps. Comparing the monthly sample analysis in Table 6 to those reported in Table 10, the increase in relative power of the daily tests is apparent.

We expand on the results reported in Table 10 by conducting simulations that rely on daily bond returns, with abnormal performance ranging from $-50$ bps to 50 bps, and with the number of firms in the sample ranging from 10 to 500. For parsimony, we again report results for samples of the indicated size that contain both investment grade and noninvestment grade bonds in proportion to the presence in the daily sample. Results for the $t$-test and the sign test are displayed in Figure 2A and B, respectively; results for the signed-rank test are essentially indistinguishable from those for the sign test and are not displayed. Also, to facilitate comparison of empirical power curves across daily and monthly bond returns, Figure 3 displays empirical power curves for a samples size of $N = 100$. That is, Figure 3 displays the "slice" of Figures 1A and B, and 2A and B pertaining to $N = 100$ firms.

These figures verify that the power to detect abnormal returns is much greater in daily bond return data than in monthly bond return data. Empirical power curves for the sign test implemented in daily data converge to rejection rates

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

*Measuring Abnormal Bond Performance*

**Table 10**
**The effect of sample size and abnormal return on power in daily data**

| Shocks | −20 | | | −10 | | | 10 | | | 20 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | *t*-stat | Signed-rank | Sign | *t*-stat | Signed-rank | Sign | *t*-stat | Signed-rank | Sign | *t*-stat | Signed-rank | Sign |
| Investment grade bonds | | | | | | | | | | | | |
| 50 firms | 57.0% | 92.8% | 94.0% | 22.4% | 48.6% | 48.1% | 22.7% | 46.0% | 43.2% | 58.1% | 93.0% | 93.7% |
| 100 firms | 76.9% | 99.8% | 100.0% | 33.6% | 77.7% | 78.6% | 32.4% | 74.0% | 74.8% | 76.5% | 99.8% | 99.9% |
| 500 firms | 99.8% | 100.0% | 100.0% | 79.6% | 100.0% | 100.0% | 79.8% | 100.0% | 100.0% | 99.8% | 100.0% | 100.0% |
| Noninvestment grade bonds | | | | | | | | | | | | |
| 50 firms | 26.4% | 56.0% | 51.5% | 10.6% | 21.1% | 16.6% | 12.0% | 18.9% | 14.5% | 28.0% | 54.4% | 48.0% |
| 100 firms | 38.4% | 84.5% | 82.3% | 14.6% | 35.0% | 33.4% | 15.1% | 31.0% | 26.0% | 42.7% | 83.7% | 80.2% |

This table reports average rejection rates of the null hypothesis of zero abnormal returns for various test statistics, across 5000 randomly drawn samples, each using a two-tail test and a 5% significance level. Sample sizes are 50, 100, and 500 firm-bond returns for the investment grade bonds and 50 and 100 firm-bond returns for the noninvestment grade bonds, and we use the recommended value-weighted matched portfolio with the "trade-weighted price, trade ≥ 100k" approach. Actual abnormal returns of −20, −10, +10, and +20 bps are introduced. Results using the sign test, *t*-test, and signed-rank tests are reported. The null hypothesis is that the average abnormal return is zero.

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024





**Figure 2**
(A) Power curves for the *t*-test implemented in daily return data. (B) Power curves for the sign test implemented in daily return data.

of 100% for abnormal performance of only 10 bps when sample sizes are large ($N = 500$ firms), or when the sample includes as few as fifty firms in the presence of greater (50 bps) abnormal performance. Power curves for the *t*-statistic continue to indicate that the *t*-test is less powerful than the sign test, but the asymmetry in power for positive versus negative abnormal performance is not detected in daily return data. Further, the *t*-test is much more powerful



**Figure 3**
Power curves for tests conducted with $N = 100$ firms in daily and monthly bond return data.

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

in daily data as compared to monthly. For example, with $N = 100$ firms and abnormal performance equal to 40 bps, the *t*-test correctly rejects 95.6% of the time in daily data, compared to 36.7% of the time in monthly data.

To summarize, daily bond return data allow for uniformly more powerful tests than monthly data, even though the available time series of daily bond returns is short. The performance and power of the daily bond data can be improved by measuring daily prices as the trade-weighted average of individual trades, while excluding the smallest (<\$100,000 trades) and by measuring abnormal returns against those of a value-weighted benchmark portfolio. The nonparametric sign test remains more powerful than the *t*-statistic, though the power of the *t*-test is dramatically improved relative to monthly return data.

### 6. Further Analysis

In this section, we first examine a specific empirical analysis of abnormal bond returns to illustrate the potential advantages of using daily bond data to assess corporate events. Second, we discuss the impact of asymmetric event shocks on our conclusions. Finally, we briefly discuss some of the relative advantages and disadvantages of using price data for CDSs instead of bond prices to assess debtholder returns in corporate event studies.

#### 6.1 Illustrative example: acquirer returns

To illustrate how the choice of methodology and periodicity of the data can potentially influence inferences, we calculate abnormal bond returns to acquirers around merger or acquisition announcements. Studies of bondholder acquisition returns comprise a useful example, as the prior studies of the issue have

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

shown mixed results. Kim and McConnell (1977) [sample = 39] and Asquith and Kim (1982) [sample = 50] find insignificant returns to acquirers. Eger (1983) [sample = 39] and Maquiera, Megginson, and Nail (1998) [sample = 260] find positive abnormal returns. Dennis and McConnell (1986) [sample = 69] find some evidence of negative abnormal returns. Most recently, Billett, King, and Maurer (2004) using the largest sample to date [sample = 831 acquiring firms] document negative mean and median abnormal bond returns of −17 and −3 bps, respectively. While some of the differences in returns to bond acquirers across studies are likely related to differences in samples (stock only versus stock and cash transactions, and different time periods), the studies also use different methodologies, data sources, and return intervals (see Table 1).

We calculate acquirer returns for a sample of firms announcing acquisitions from 2002 to 2006, the time period during which TRACE data are available. To do so, we collect all merger or acquisition announcements from SDC over this time period. To focus on meaningful events, we limit the sample to acquisitions for which the target represents at least 5% of the acquirer's market capitalization. Next, we match this sample against firms with both bond return data available on TRACE and stock return data available on CRSP during the announcement window, Days −1 to +1. Note that this creates a selection bias, since during the earlier part of the sample TRACE only captures firms with the largest, highest rated bonds. Hence, the early and later time periods of our study include different types of firms, but for the purpose of this analysis, it does not impact the inferences.

Using these screening criteria, we are left with fifty-four sample firms. We match these firms with the Lehman Brothers data and obtain monthly observations with trade prices available for fifty of the fifty-four firms. These fifty firms have 118 bond issues in the TRACE sample and 202 bond issues in the Lehman sample.[16] For these samples, we calculate abnormal stock (daily) and bond returns (monthly and daily). For the daily stock and bond analyses, we focus on cumulated returns in the standard −1 to +1 event window. For the stock analysis, we calculate the value-weighted returns with an estimation period of 255 days. To calculate abnormal bond returns, we follow the methodologies outlined in Section 3. We provide monthly results using the mean-adjusted, Lehman index, and the value- and equal-weighed matching models. For comparison purposes, we also perform a monthly analysis using prices drawn from TRACE. This allows us to better understand what drives the differences in the daily and monthly results: possible differences in the information content of prices across the Lehman dataset and TRACE, or the periodicity of the data (monthly versus daily). Finally, for the daily results, we provide both equal- and value-weighted matched model results. We test for significance using a *t*-statistic, and signed-rank and sign tests.

---

[16] The difference in sample sizes reflects that TRACE eligibility was initially related to the bond issuance size, so a firm could have some bonds TRACE eligible while others are not.

4252

**Table 11**
**Illustrative example: abnormal bidder returns**

| | Mean (basis points) | Median (basis points) | % Positive |
|---|---|---|---|
| Abnormal stock returns | | | |
| CAR: −1 to 1 | −94.8 (0.127) | −77.9 (0.109) | 38.9% (0.134) |
| Month zero abnormal bond returns | | *Lehman data* | |
| Mean-adjusted model | −9.9 (0.638) | −1.8 (0.406) | 42.9% (0.392) |
| Lehman index | −3.3 (0.862) | −0.7 (0.765) | 48.1% (0.704) |
| Ratings & maturity (VW) | −8.8 (0.625) | −8.1 (0.591) | 44.4% (0.480) |
| Ratings & maturity (EW) | −6.9 (0.702) | −5.6 (0.728) | 48.1% (0.888) |
| | | *TRACE monthly analysis* | |
| Ratings & maturity (VW) | −14.5 (0.601) | −11.4 (0.217) | 38.8% (0.134) |
| Ratings & maturity (EW) | −10.2 (0.716) | −4.8 (0.346) | 46.3% (0.683) |
| Daily abnormal bond returns | | *TRACE daily* | |
| CAR: −1 to 1 (VW) | −20.0**(0.013) | −9.6*(0.095) | 31.5%**(0.011) |
| CAR: −1 to 1 (EW) | −21.4***(0.008) | −11.2**(0.020) | 33.3%**(0.018) |

This table presents the bidder's abnormal bond returns on the announcement of a merger using the different methodologies employed in the article. For comparison purposes, we also report on a monthly analysis using pricing information drawn from TRACE. The sample consists of SDC firms announcing bids between 1 January 2002 and 31 December 2006 for which daily bond data are available from TRACE and stock returns are available on CRSP. The final sample consists of 54 firms. The abnormal stock returns are calculated using standard event study methodology. The monthly and daily abnormal bond returns are calculated as in the prior tables ("trade-weighted price, trade ≥ 100k" approach is used for the daily calculations). The exception is that, similar to common abnormal return calculations, we cumulate returns over a −1 to 1 window for the daily analysis. The null hypothesis is that the average abnormal return is zero, and we report the probabilities for the *t*-test, signed-rank tests, and sign test. Statistical significance at the 1, 5, and 10% levels is denoted by ***, **, and *, respectively.

The results regarding acquirers' returns are in Table 11. We find no evidence of significant abnormal returns to acquirer shareholders, regardless of the metric used. Based on monthly data, there is also no evidence of abnormal returns to bondholders, for any methodology, data source (Lehman or TRACE), or test statistic. Though not significant, it is interesting to note that three of the four methodologies using the Lehman monthly data lead to negative mean and median returns and abnormal bond returns. This difference in the point estimates across the monthly models is consistent with our simulation results. When comparing results obtained from monthly returns using the TRACE versus Lehman data, coefficient estimates are quite similar in magnitude. This indicates that any differences in inferences when using TRACE versus Lehman data will stem mainly from data periodicity, not from differences in the quality of the data.

In contrast to results obtained from the monthly datasets, examining daily abnormal bond returns leads to evidence of negative and significant abnormal returns to bondholders, using all three test statistics, for both the value- and equal-weighted approaches (though the signed-rank test using the value-weighted matching approach is only significant at the 10% level). In assessing the difference in the results across monthly and daily abnormal bond returns, we note lower mean estimates in the daily returns, but similar median estimates. The median abnormal returns for the monthly rating and maturity matches

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

range from $-11$ bps to $-6$ bps for the Lehman and TRACE results, respectively. In the daily analysis, the medians are $-10$ bps and $-11$ bps for the value- and equal-weighted approaches, respectively. The similarity in the coefficient estimates across the daily and monthly analysis in combination with the large difference in the test statistics again reflects the increased power associated with the daily data. Finally, it is interesting to compare these results to those of Billett, King, and Mauer (2004). We find broadly similar results and reach the same inferences as their study, but use a sample size less than 7% as large.[17] This example illustrates the increase in statistical power associated with the use of daily bond data in corporate event studies.

## 6.2 Asymmetric shocks

The evidence reported so far indicates that nonparametric tests are more powerful in detecting abnormal bond returns. However, the implications of this fact for research design should be tempered for two reasons. First, the mean and median have very different interpretations in an event study. While the median provides valuable information, the mean accurately reflects the experience of investors in aggregate. Further, we focus on cases where the shock associated with the event itself is static. However, mean and median abnormal bond returns reported in recent studies display a pattern of asymmetric shocks. For example, the abnormal returns associated with acquisitions (prior section results and Billett, King, and Mauer 2004), repurchases (Maxwell and Stephens 2003), and spin-offs (Maxwell and Rao 2003) all show a distinct asymmetric pattern, with the absolute value of the mean two or more times greater than the median. We therefore believe it is desirable to report test statistics that evaluate both mean and median returns.

## 6.3 CDSs and corporate event studies

CDSs provide payments in the event of corporate defaults and, in combination with positions in Treasury securities, can be used to replicate the payoffs of corporate bonds. CDS data therefore provide an alternate venue to study the impact of corporate events on a firm's debt claimants.[18] CDS pricing data have recently become available to academics, from vendors including Datastream and Mark-it. However, the data cover a limited time period, reflecting the relative youth of the CDS market. There are some advantages to using CDSs to assess changes in debtholder wealth. CDSs are more liquid than corporate

---

[17] The absolute magnitudes of our estimates are greater than reported in their study, which is likely attributable to their use of the Lehman indices to form matching portfolios. Our earlier analysis anticipates this difference.

[18] The prices can diverge slightly between the two instruments as the lack of liquidity makes it hard to instantaneously enter into offsetting position, there is typically a difference in the maturity of the bonds and the CDS (most CDSs are written as five-year contracts while a firm may have multiple bonds outstanding with different maturities), and the CDS has counter-party risk (hence, investors need to adjust the spread to Treasury quoted in the cash bond to a spread over LIBOR. There are a number of alternatives to do this and typically these measures are accurate as long as the cash bond trades close to par). For a complete description of the CDS market, see Taksler (2007).

bonds, and therefore may capture changes in the debtholder value in a more accurate and timely manner than bond data. Further, contract maturities are standardized at five years, allowing easier comparisons across firms. Finally, only one security per issuing firm needs to be valued, as opposed to aggregating value changes across several bonds with potentially different liquidity and trading intensities.

On the downside, however, there is a potentially serious selection bias in using CDS data for event studies. Taksler (2007) reports that only 57% of investment grade firms have actively traded CDSs, while only 13% of noninvestment grade firms have actively traded CDSs. This discrepancy will tend to bias studies that require CDS data toward larger and more liquid-issuing firms. The CDS market does provide better coverage of the corporate bond market when assessed on a value-weighted basis, as firms with actively traded CDSs are typically large. On a value-weighted basis, CDSs are actively traded for 85% (42%) of investment (noninvestment) grade issues (Taksler 2007). The coverage in terms of bonds and market value for noninvestment grade CDSs overstates the percentage covered in a typical corporate event study, however, since a significant portion of this stated coverage is for utility companies, which are typically excluded from event studies. Nonetheless, the coverage creates significant problems for academic researchers, as the coverage is not complete and is biased toward large, investment grade firms; given the limited coverage, relying on CDS data would severely limit sample size. Hence, we believe that until the CDS market expands to cover a broader cross section of the universe of cash bonds, corporate bond pricing will be the primary means of inferring debtholder reaction to corporate events.

## 7. Conclusion

A significant number of papers examine abnormal bond returns around corporate events, and research of this type can only be expected to increase as financial researchers use the newly released TRACE data (the first expansive, publicly available source of daily bond data). However, no one has examined the power of the test statistics used in these studies. We do so and provide a better understanding of historical methods of calculating abnormal bond returns, as well as provide a methodology for using the TRACE data.

First, we find that historical methods using monthly data are not well specified. Although we do find biases suggesting the possibility of Type I errors in prior studies, the more significant issue is the low power, particularly when parametric *t*-statistics are used in monthly data or in small sample sizes. In contrast, nonparametric statistics are well specified and more powerful. For standard bond event studies, we draw some general guidelines from this study. Constructing abnormal bond returns using the Lehman index data induces a significantly positive bias due to Lehman's inclusion of bankruptcies, which we do not believe should be used in a benchmark portfolio for studies that

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

examine corporate events unrelated to bankruptcy. The mean-adjusted model is the least powerful of all the tests examined, which makes it the most susceptible to Type II errors. While the problems associated with the above methods in regard to providing false inferences could be addressed by bootstrapping the statistics, we believe there are alternative approaches in which bootstrapping is unnecessary.

We find that the use of the daily bond returns constructed from the TRACE data significantly increases the power and specification of the tests. However, given the unique features of the TRACE data, care must be taken in determining the appropriate daily price and model for calculating abnormal bond returns. We recommend that researchers eliminate noninstitutional trades (trades <\$100,000) and compute a trade-weighted average of the remaining transaction prices to estimate the daily bond price, to minimize the effect of large bid-ask bounce associated with small trades. We find that using value-weighted portfolios as a matched sample is better specified and more powerful than an equal-weighted approach.

Finally, we use an illustrative example, acquirer abnormal bond returns around acquisition announcements, to demonstrate how the choice of methodology and return interval can significantly influence inferences. Our findings have implications for previous and future research using bond event studies. In particular, our results suggest that the inferences drawn in previous studies could in fact be incorrect, depending on the sample size, the magnitude of the event, whether the study used daily or monthly data, and whether parametric or nonparametric tests were used. This also suggests the possibility of new research avenues with the advent of the TRACE data.

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

**References**

Anderson, R., S. Mansi, and D. Reeb. 2003. Founding Family Ownership and the Agency Costs of Debt. *Journal of Financial Economics* 68:263–85.

Asquith, P., and E. Kim. 1982. The Impact of Merger Bids on the Participating Firms' Security Holders. *Journal of Finance* 37:1209–28.

Asquith, P., and T. Wizman. 1990. Event Risk, Covenants, and Bondholder Returns in Leveraged Buyouts. *Journal of Financial Economics* 27:195–213.

Barber, B., and J. Lyon. 1997. Detecting Long-Run Abnormal Returns: The Empirical Power and Specification of Test Statistics. *Journal of Financial Economics* 43:341–72.

Bessembinder, H., W. Maxwell, and K. Venkataraman. 2006. Market Transparency, Liquidity Externalities, and Institutional Trading Costs in Corporate Bonds. *Journal of Financial Economics* 82:251–88.

Billett, M., D. King, and D. Mauer. 2004. Bondholders Wealth Effects in Mergers and Acquisitions: New Evidence from the 1980s and 1990s. *Journal of Finance* 59:107–35.

Blume, M., F. Lim, and A. Mackinlay. 1998. The Declining Credit Quality of U.S. Corporate Debt: Myth or Reality. *Journal of Finance* 53:1389–413.

Brown, S., and J. Warner. 1980. Measuring Security Price Performance. *Journal of Financial Economics* 8:205–58.

*Measuring Abnormal Bond Performance*

Brown, S., and J. Warner. 1985. Using Daily Stock Returns: The Case of Event Studies. *Journal of Financial Economics* 14:3–31.

Collin-Dufresne, P., R. Goldstein, and J. Martin. 2001. The Determinants of Credit Spread Changes. *Journal of Finance* 56:2177–207.

Cook, D., and J. Easterwood. 1994. Poison Put Bonds: An Analysis of Their Economic Role. *Journal of Finance* 49:1905–20.

Crabbe, L. 1991. Event Risk: An Analysis of Losses to Bondholders and "Super Poison Put" Bond Covenants. *Journal of Finance* 46:689–706.

Dann, L. 1981. Common Stock Repurchases: An Analysis of Returns to Bondholders and Stockholders. *Journal of Financial Economics* 9:113–38.

DeFusco, R., R. Johnson, and T. Zorn. 1990. The Effect of Executive Stock Option Plans on Stockholders and Bondholders. *Journal of Finance* 45:617–27.

Dennis, D., and J. McConnell. 1986. Corporate Mergers and Security Returns. *Journal of Financial Economics* 16:143–87.

Dhillon, U., and H. Johnson. 1994. The Effect of Dividend Changes on Stock and Bond Prices. *Journal of Finance* 49:281–89.

Duffee, G. 1999. Estimating the Price of Default Risk. *Review of Financial Studies* 12:197–226.

Eberhart, A., and A. Siddique. 2002. The Long-Term Performance of Corporate Bonds (and Stocks) Following Seasoned Equity Offerings. *Review of Financial Studies* 15:1385–406.

Edwards, A., L. Harris, and M. Piwowar. 2007. Corporate Bond Market Transparency and Transactions Costs. *Journal of Finance* 62:1421–51.

Eger, C. 1983. An Empirical Test of the Redistribution Effect in Pure Exchange Mergers. *Journal of Financial and Quantitative Analysis* 18:547–72.

Elton, E., M. Gruber, and C. Blake. 1995. Fundamental Economic Variables, Expected Returns, and Bond Fund Performance. *Journal of Finance* 50:1229–56.

Elton, E., M. Gruber, D. Agrawal, and C. Mann. 2001. Explaining the Rate Spread on Corporate Bonds. *Journal of Finance* 56:247–77.

Fama, E., and K. French. 1993. Common Risk Factors in the Returns on Stocks and Bonds. *Journal of Financial Economics* 33:3–56.

Flannery, M., and S. Sorescu. 1996. Evidence of Bank Market Discipline in Subordinated Debenture Yields: 1983–1991. *Journal of Finance* 51:1347–77.

Gebhardt, W., S. Hvidkjaer, and B. Swaminathan. 2004. The Cross-Section of Expected Corporate Bond Returns: Betas or Characteristics? *Journal of Financial Economics* 75:85–114.

Gutierrez, R., W. Maxwell, and D. Xu. 2007. Performances and Flows of Corporate-Bond Funds. Working Paper, University of Arizona.

Hand, J., R. Holthausen, and R. Leftwich. 1992. The Effect of Bond Rating Agency Announcements on Bond and Stock Prices. *Journal of Finance* 47:733–52.

Handjinicolaou, G., and A. Kalay. 1984. Wealth Redistributions or Changes in Firm Value: An Analysis of Returns to Bondholders and Stockholders around Dividend Announcements. *Journal of Financial Economics* 13:35–63.

Harris, L., and M. Piwowar. 2006. Secondary Trading Costs in the Municipal Bond Market. *Journal of Finance* 61(3):1361–97.

Hite, G., and J. Owers. 1983. Security Price, Reactions around Corporate Spin-Off Announcements. *Journal of Financial Economics* 12:409–36.

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024

*The Review of Financial Studies / v 22 n 10 2009*

Hong, G., and A. Warga. 2000. An Empirical Study of Bond Market Transactions. *Financial Analysts Journal* 56(2):32–46.

Kim, E., and McConnell J. 1977. Corporate Mergers and the Co-Insurance of Corporate Debt. *Journal of Finance* 32:349–65.

Kothari, S., and J. Warner. 1997. Measuring Long-Horizon Security Price Performance. *Journal of Financial Economics* 43:301–39.

Kothari, S., and J. Warner. 2004. Econometrics of Event Studies. Working Paper, University of Rochester.

Mansi, S., and D. Reeb. 2002. Corporate Diversification: What Gets Discounted? *Journal of Finance* 57:2167–83.

Maquieira, C., W. Megginson, and L. Nail. 1998. Wealth Creation versus Wealth Redistributions in Pure Stock-For-Stock Mergers. *Journal of Financial Economics* 48:3–33.

Marais, L., K. Schipper, and A. Smith. 1989. Wealth Effects of Going Private for Senior Securities. *Journal of Financial Economics* 23:155–91.

Maxwell, W., and C. Stephens. 2003. The Wealth Effects of Repurchases on Bondholders. *Journal of Finance* 63:895–919.

Maxwell, W., and R. Rao. 2003. Do Spin-Offs Expropriate Wealth from Bondholders? *Journal of Finance* 58:2087–108.

Narayanan, J., and K. Shastri. 1988. The Valuation Impacts of Specially Designated Dividends. *Journal of Financial and Quantitative Analysis* 23:301–12.

Parrino, R. 1997. Spinoffs and Wealth Transfers: The Marriott Case. *Journal of Financial Economics* 43:241–74.

Richardson, M., and T. Smith. 1991. Tests of Financial Models in the Presence of Overlapping Observations. *Review of Financial Studies* 4:227–54.

Shanken, J., and G. Zhou. 2007. Estimating and Testing Beta Pricing Models: Alternative Methods and Their Performance in Simulations. *Journal of Financial Economics* 84:40–86.

Taksler, G. 2007. *Credit Default Swap Primer*, 3rd ed. Bank of America.

Warga, A., and I. Welch. 1993. Bondholder Losses in Leveraged Buyouts. *Review of Financial Studies* 6:959–82.

Woolridge, R. 1983. Dividend Changes and Security Prices. *Journal of Finance* 38:1607–1615.

Downloaded from https://academic.oup.com/rfs/article/22/10/4219/1588509 by Babson College user on 20 August 2024