# Exhibit 3

**ERRATA SHEET:**

**Case Name: In re WASTE MANAGEMENT SECURITIES LITIGATION**
**Deposition Date: 09/27/2024**
**Deponent: Steven P. Feinstein, Ph.D., CFA**

I wish to make the following changes for the following reasons:

| Pg. | Ln. | Now Reads | Should Read | Reasons Therefore |
|---|---|---|---|---|
| 73 | 17-21 | I don't recall. As I said, the firm was retained to do work without me for a while. So we've been -- I just don't recall. Clearly before the date of the report, but I don't -- I don't remember how much before the date of the report. | I don't recall. So we've been -- I just don't recall. Clearly before the date of the report, but I don't -- I don't remember how much before the date of the report. | Factual Correction |
| 73 | 25 | I don't know. The work they did without me, I did not look at. | No. | Clarification |
| 75 | 12 | Luke, and then Luca Avila. | Luca Avila. | Transcription and to conform to the facts |
| 81 | 8 | S3 | S-3 | Transcription |
| 86 | 22-23 | Barber and Love | Barber, Griffin, and Lev | Transcription and to conform to the facts |
| 87 | 21 | trade-in-price | trading price | Transcription |
| 97 | 13 | Dan Bettencourt. | There was no earlier engagement. Dan Bettencourt worked on that project after I submitted my report. | Factual Clarification |
| 97 | 15 | He headed it up. He put | He would have headed it up. He would have put | Factual Clarification |
| 97 | 19 | That's right. | No. There was no earlier work, but there was some later work. | Factual Clarification |
| 97 | 22 | That's accurate. | There was no earlier work, and I had no involvement in the later work. | Factual Clarification |
| 97 | 25 | I don't think so. | There was no earlier work, but there was some later work. I had no involvement in the later work. I don't think it was related to assessing market efficiency. | Factual Clarification |
| 98 | 9-10 | After. I mean, I became -- I got involved in this after that. | Before. I mean, I became -- I got involved in this before that. | Factual Correction |
| 102 | 19 | period. | period and the day after. | Factual Correction |
| 103 | 25 | background of volatility, | background volatility, | Transcription |
| 105 | 18 | stock | note | Clarification |
| 105 | 19 | stock | note | Clarification |
| 131 | 12 | Yes. | Yes, but the mediation work was done after I submitted my report. | Factual Clarification |
| 131 | 18 | I wouldn't know what they knew or didn't know. | No. Their mediation work was conducted after my report was submitted. I wouldn't know what they knew or didn't know from their later mediation work, when I wrote my report. | Factual Clarification |
| 142 | 4 | stock | note | Clarification |
| 144 | 9 | 92 | 91 | Factual Correction |
| 156 | 5 | handed. | handled. | Transcription |
| 162 | 9 | market of | market's valuation of | Transcription |
| 162 | 18 | valuated | value-weighted | Transcription |
| 182 | 23 | volume in coverage | volume and coverage | Transcription |
| 182 | 25 | VAM | And | Transcription |
| 183 | 17 | volume analyst coverage, | volume, analyst coverage, and | Transcription |

| 183 | 18 | S3 | S-3 | Transcription |
|---|---|---|---|---|
| 183 | 19 | S3 registration | S-3 registration eligibility | Transcription |
| 183 | 20 | makes a market | indicates a market is | Clarification |
| 225 | 23 | was | were | Clarification |
| 225 | 24 | was | were | Clarification |
| 247 | 3 | same thing. | same thing as the JP Morgan analyst. | Clarification |
| 247 | 13 | Relates | It relates | Transcription |
| 247 | 15 | other analysts did not agree. | other analysts did not disagree. | Transcription |
| 261 | 2 | stock | note | Clarification |
| 261 | 9 | stock | note | Clarification |
| 266 | 11 | Mahonte's | Mahanti's | Transcription |
| 269 | 9 | Mahonte's | Mahanti's | Transcription |
| 269 | 10 | of editors | the editors | Transcription |
| 290 | 9 | read a report | read the report | Transcription |
| 304 | 18-19 | plaintiffs' intent | plaintiffs intend | Transcription |



STEVEN P. FEINSTEIN, Ph.D., CFA

Subscribed and sworn before me this 1st day of November, 2024.

ALISON D. LEVINS
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
April 3, 2026