**<u>Joint Letter Regarding Settlement</u>**

May 22, 2025

Application **GRANTED**.  By **July 10, 2025**, the parties shall file a motion for preliminary approval of the settlement.  All deadlines in the amended civil case management plan at Dkt. 135 are adjourned *sine die*.  The parties shall continue to file status letters every 45 days, with the next one due on **June 1, 2025**.

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dated: May 23, 2025
New York, New York

Re:  *In re Waste Management Securities Litigation*,
<u>Case No. 1:22-cv-04838-LGS (S.D.N.Y.)</u>

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Dear Judge Schofield:

Lead Plaintiffs and Defendants respectfully submit this joint letter to inform the Court that they have reached an agreement in principle to resolve the action.  The parties intend to work expeditiously to finalize formal settlement documentation and to submit the proposed settlement for preliminary approval by July 10, 2025.  Accordingly, the parties respectfully request that the Court suspend the schedule set forth in the Court's December 11, 2024 order (ECF 134) and in the amended Civil Case Management Plan and Scheduling Order, entered on December 11, 2024 (ECF 135).

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Noam Mandel*
NOAM MANDEL

*/s/ David D. Sterling*
DAVID D. STERLING

**ROBBINS GELLER RUDMAN & DOWD LLP**
420 Lexington Avenue, Suite 1832
New York, NY 10170
Telephone: (212) 432-5100
noam@rgrdlaw.com

**BAKER BOTTS L.L.P.**
910 Louisiana Street
Houston, TX 77002
Telephone: (713) 229-1234
david.sterling@bakerbotts.co

*Lead Counsel for the Class*

*Counsel for Defendants*