UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————— x

In re WASTE MANAGEMENT SECURITIES :    Civil Action No. 1:22-cv-04838-LGS
LITIGATION                               :
                                           :    <u>CLASS ACTION</u>
                                           :
                                           :    DECLARATION OF NOAM MANDEL IN
                                           :    SUPPORT OF LEAD PLAINTIFFS'
                                           :    MOTION FOR PRELIMINARY APPROVAL
                                           :    OF SETTLEMENT AND APPROVAL OF

————————————————————— x    NOTICE TO THE CLASS

- 1 -

I, Noam Mandel, declare as follows:

1.      I am a member in good standing of the bar of the state of New York.  I am a partner in the law firm of Robbins Geller Rudman & Dowd LLP, counsel for Lead Plaintiffs Seafarers Officers & Employees Pension Plan, Seafarers Money Purchase Pension Plan, and United Industrial Workers Pension Plan ("Lead Plaintiffs").  I respectfully submit this Declaration in Support of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and Approval of Notice to the Class.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation of Settlement, with annexed exhibits, dated July 10, 2025.

3.      Attached hereto as Exhibit 2 is a true and correct copy of Laarni T. Bulan and Eric Tam, *2024 Review & Analysis: Securities Class Action Settlements* (Cornerstone Research 2025).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 10th day of July 2025.

*/s/ Noam Mandel*
NOAM MANDEL

- 1 -