# EXHIBIT B



in re WASTE MANAGEMENT Securities Litigation
Civil action No: 1:22-CV-04838-LGS class action
   MY FEDERAL Registration - hand written printed sig
   I JOVELLE Durst Elizabeth Brockway am requesting
to comment in regards to entire class, all acquisitions. counsel.

Name: Jovelle E Brockway        Email:
address:

Telephone:

P.O.A ESTATES of:
Florence Elizabeth Miller    (Grandmother)
Florence Elizabeth Brockway
Kenneth LeRoy Brockway    (Father)

Signature