UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re WASTE MANAGEMENT SECURITIES LITIGATION | Civil Action No. 1:22-cv-04838-LGS<br><br>CLASS ACTION<br><br>LEAD COUNSEL'S NOTICE OF MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARDS TO LEAD PLAINTIFFS PURSUANT TO 15 U.S.C. §78u-4(a)(4) |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Robbins Geller Rudman & Dowd LLP, Court-appointed Lead Counsel in the above-captioned class action (the "Litigation"), will move this Court on December 16, 2025, at 2:30 p.m., at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1106, New York, New York 10007, or as soon thereafter as the parties can be heard, for entry of an Order, pursuant to Rule 23 of the Federal Rules of Civil Procedure: (i) awarding attorneys' fees; (ii) paying litigation expenses incurred in prosecuting the Litigation; and (iii) granting awards to Lead Plaintiffs Seafarers Officers & Employees Pension Plan, Seafarers Money Purchase Pension Plan, and United Industrial Workers Pension Plan in connection with their representation of the Class as authorized by the Private Securities Litigation Reform Act of 1995.

In support of this motion, Lead Counsel submits and is filing herewith: (i) the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and Awards to Lead Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4); (ii) the Declaration of Noam Mandel in Support of: (1) Lead Plaintiffs' Motion for Final Approval of Class Litigation Settlement and Approval of Plan of Allocation; and (2) Lead Counsel's Motion for an Award of Attorneys' Fees and

- 1 -

4924-9831-0520.v1

Expenses and Awards to Lead Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4); (iii) the Declaration of

Leslie Tarantola; (iv) the Declaration of Ross D. Murray; (v) the Declaration of Lead Counsel; and

(vi) the Declaration of David C. Harrison.

A proposed Order will be submitted with Lead Counsel's reply submission on or before

December 9, 2025, after the deadline for objections has passed.

DATED:  November 10, 2025                Respectfully submitted,

                                        ROBBINS GELLER RUDMAN
                                          & DOWD LLP
                                        CHAD JOHNSON
                                        NOAM MANDEL
                                        DESIREE CUMMINGS
                                        JONATHAN ZWEIG
                                        CHRISTOPHER T. GILROY


                                                s/ Noam Mandel
                                        NOAM MANDEL

                                        420 Lexington Avenue, Suite 1832
                                        New York, NY  10170
                                        Telephone:  212/432-5100
                                        chadj@rgrdlaw.com
                                        noam@rgrdlaw.com
                                        dcummings@rgrdlaw.com
                                        jzweig@rgrdlaw.com
                                        cgilroy@rgrdlaw.com

                                        ROBBINS GELLER RUDMAN
                                            & DOWD LLP
                                        ELLEN GUSIKOFF STEWART (admitted *pro hac
                                        vice*)
                                        655 West Broadway, Suite 1900
                                        San Diego, CA  92101-8498
                                        Telephone:  619/231-1058
                                        619/231-7423 (fax)
                                        elleng@rgrdlaw.com

                                        Lead Counsel for the Class

4924-9831-0520.v1