UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re WASTE MANAGEMENT SECURITIES LITIGATION | x<br><br>: Civil Action No. 1:22-cv-04838-LGS<br>:<br>: <u>CLASS ACTION</u><br>:<br>: DECLARATION OF ROSS D. MURRAY<br>: REGARDING NOTICE DISSEMINATION,<br>: PUBLICATION, ESTABLISHMENT OF<br>x PUBLICATION, ESTABLISHMENT OF<br> CALL CENTER SERVICES AND<br> WEBSITE, AND REQUESTS FOR<br> EXCLUSION RECEIVED TO DATE |

I, ROSS D. MURRAY, declare and state as follows:

1.    I am employed as a Vice President of Securities by Verita Global, located at 1 McInnis Parkway, Suite 250, San Rafael, California.  The following statements are based on my personal knowledge and information provided to me by others and if called to testify I could and would do so competently.

2.    Pursuant to the Court's August 26, 2025 Order Preliminarily Approving Settlement and Providing for Notice (ECF 154) (the "Notice Order"), Verita Global was appointed as the Claims Administrator in connection with the proposed Settlement of the above-captioned litigation (the "Litigation").[1]  I oversaw the notice services that Verita Global provided in accordance with the Notice Order.

3.    I submit this declaration in order to provide the Court and the parties to the Litigation with information regarding: (i) mailing and emailing of the Court-approved Postcard Notice (attached hereto as Exhibit A) and, if requested by potential Class Members, mailing of the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") and Proof of Claim and Release form (the "Proof of Claim") (collectively, the "Claim Package," attached hereto as Exhibit B); (ii) publication of the Summary Notice of Pendency and Proposed Settlement of Class Action (the "Summary Notice"); (iii) establishment of the website and toll-free telephone number dedicated to this Settlement; and (iv) the number of requests for exclusion from the Class received to date by Verita Global.

## DISSEMINATION OF NOTICE

4.    Pursuant to the Notice Order, Verita Global is responsible for disseminating notice of the Settlement to potential Class Members.  The Class consists of all Persons who purchased or otherwise acquired any of the following Waste Management, Inc. ("WM" or the "Company") redeemable senior notes, between February 13, 2020 and June 23, 2020, inclusive, in one or more

---

[1] Any capitalized terms used that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation of Settlement dated July 10, 2025 (ECF 146-1) (the "Stipulation"), which is    available    on    the    website    established    for    the    Litigation    at www.WasteManagementSettlement.com.

- 1 -

domestic transactions, and were damaged thereby: (i) 2.95% Senior Notes due 2024 (CUSIP 94106LBF5); (ii) 3.20% Senior Notes due 2026 (CUSIP 94106LBH1); (iii) 3.45% Senior Notes due 2029 (CUSIP 94106LBG3); or (iv) 4.00% Senior Notes due 2039 (CUSIP 94106LBJ7) ("WM Notes"). Excluded from the Class are Defendants, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest. Also excluded from the Class are any Persons who exclude themselves by submitting a valid and timely request for exclusion which is accepted by the Court.

5. On September 16, 2025, as part of its normal mailing procedures, Verita Global mailed, by First-Class Mail, Postcard Notices and cover letters to 256 brokerages, custodial banks, and other institutions ("Nominee Holders") that hold securities in "street name" as nominees for the benefit of their customers who are the beneficial owners of the securities. The Nominee Holders also include a group of filers/institutions who have requested notification of every securities case. These Nominee Holders are included in a proprietary database created and maintained by Verita Global. In our experience, the Nominee Holders included in this proprietary database represent a significant majority of the beneficial holders of securities. The cover letter accompanying the Postcard Notices advised the Nominee Holders of the proposed Settlement and requested their cooperation in forwarding the Postcard Notices to potential Class Members. In the more than four decades that we have been providing notice and claims administration services in securities class actions, we have found the majority of potential class members hold their securities in street name and are notified through the Nominee Holders. Verita Global also mailed Postcard Notices and cover letters to 4,413 institutions included on the U.S. Securities and Exchange Commission's ("SEC") list of active brokers and dealers at the time of mailing. A sample of the cover letter mailed to Nominee Holders and the institutions included on the SEC's list of active brokers and dealers is attached hereto as Exhibit C.

6. On September 16, 2025, Verita Global also delivered electronic copies of the Postcard Notice to 331 registered electronic filers who are qualified to submit electronic claims.

- 2 -

These filers are primarily institutions and third-party filers who typically file numerous claims on behalf of beneficial owners for whom they act as trustees or fiduciaries.

7.      As part of the notice program for this Settlement, on September 16, 2025, Verita Global also delivered electronic copies of the Claim Package and Postcard Notice via email to be published by the Depository Trust Company ("DTC") on the DTC Legal Notice System ("LENS"). LENS enables the participating bank and broker nominees to review the Claim Package and Postcard Notice and contact Verita Global for copies of the Postcard Notice for their beneficial holders.

8.      Verita Global has acted as a repository for shareholder and nominee inquiries and communications received in this Settlement.  In this regard, Verita Global has forwarded the Postcard Notice on request to nominees who purchased or otherwise acquired WM Notes during the Class Period for the beneficial interest of other persons.  Verita Global has also forwarded the Postcard Notice directly to beneficial owners upon receipt of the names and addresses from such beneficial owners or nominees.

9.      Following the initial mailing, Verita Global received nine responses to the outreach efforts described above, which included computer files containing a total of 1,471 names and addresses and 403 email addresses of potential Class Members.  In addition, 17 institutions requested that Verita Global send them a total of 2,941 Postcard Notices for forwarding directly to their clients.  Each of these requests has been completed in a timely manner.

10.      As of November 10, 2025, Verita Global has mailed or emailed a total of 9,815 Postcard Notices to potential Class Members and nominees.  In addition, one institution reported that they anticipated sending Postcard Notices via email to 282 potential Class Members.

## PUBLICATION OF THE SUMMARY NOTICE

11.      In accordance with the Notice Order, on September 23, 2025, Verita Global caused the Summary Notice to be published in the national edition of *The Wall Street Journal* and transmitted over *Business Wire,* as shown in the confirmations of publication attached hereto as Exhibit D.

**ESTABLISHMENT OF CALL CENTER SERVICES**

12.     On September 16, 2025, Verita Global established and continues to maintain a case-specific, toll-free telephone number, 1-888-333-4592, to accommodate potential Class Member inquiries.  The toll-free telephone number is set forth in the Postcard Notice, Notice, Proof of Claim, and on the case website.  Verita Global has been and will continue to promptly respond to all inquiries to the toll-free telephone helpline.  As of the date of this declaration, Verita Global has received eight calls to the toll-free telephone helpline.

**ESTABLISHMENT OF SETTLEMENT WEBSITE**

13.     On September 16, 2025, Verita Global established and continues to maintain a website dedicated to this Settlement (www.WasteManagementSettlement.com) to provide additional information to Class Members and to provide answers to frequently asked questions. The web address is set forth in the Postcard Notice, Notice, Proof of Claim, and Summary Notice. The website includes information regarding the Litigation and the Settlement, including the exclusion, objection, and claim filing deadlines, and details about the Court's Settlement Hearing. Copies of the Notice, Proof of Claim, Stipulation, and Notice Order are posted on the website and are available for downloading.  In addition, the website provides Class Members with the ability to submit their Proofs of Claim online.  As of the date of this declaration, there have been 886 unique visitors to the website and 1,979 page views.

**REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED TO DATE**

14.     The Notice informs potential Class Members that written requests for exclusion from the Class are to be sent to Verita Global, such that they are postmarked or received no later than November 25, 2025.

15.     The Notice also sets forth the information that must be included in each request for exclusion.  As of the date of this declaration, Verita Global has not received any requests for exclusion.

16.     Although the Notice Order (and the Notice) provides that Class Members who wish to file objections must file them with the Court and copy them to relevant counsel (rather than to

- 5 -

Verita Global), I also note for the sake of completeness that as of the date of this declaration Verita Global has not received any objections.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 10th day of November, 2025, at San Rafael, California.

ROSS D. MURRAY