# EXHIBIT D

# TECHNOLOGY

## Roche to Launch Late-Stage Trial Of Weight-Loss Drug

By Billy Gray

**Roche** plans to move one of its weight-loss treatment candidates to late-stage trials next year, as the Swiss pharmaceutical group aims to become a top-three player in the booming market.

The group said on Monday that the experimental drug, called CT-388, showed strong efficacy in early-stage studies and that mid-stage trials were under way.

A late-stage, or Phase 3, study is set to begin in the first half of 2026, it said.

Roche's aim is to become a strong entrant in the weight-loss market before 2030 and eventually a top-three competitor in the field, the head of the group's pharmaceuticals business, Teresa Graham, said at a company event with investors in London.

U.S.-based Eli Lilly and Denmark's Novo Nordisk currently dominate the market, with other companies such as Amgen and AstraZeneca trying to catch up.

Pfizer on Monday agreed to buy weight-loss drug developer Metsera for up to $7.3

### 18.8%

Average body weight lost over 24 weeks in a Phase 1 trial of the experimental drug

billion in a bid to get back into the burgeoning market.

CT-388 is a medication injected weekly that, like Lilly's Mounjaro and Zepbound drugs currently on the market, activates both glucagon-like peptide 1, or GLP-1, hormones and a second class of hormones to help suppress appetite and shed weight.

Roche said the drug stands out by more precisely activating appetite- and metabolism-related pathways while avoiding those linked to side effects such as nausea and vomiting.

Phase 1 results showed participants lost an average 18.8% of their body weight over 24 weeks.

Graham spoke at the event of the unprecedented size and scale of the obesity drug market and the vast and fragmented unmet needs within it.

Key treatment needs include tolerability, long-term weight maintenance, and administration methods.

Graham also said Roche's existing portfolio is uniquely suited to treat overweight and obese people with one or more comorbidities, which comprise 70% of patients.

## Riverwood Capital Purchases A Minority Stake in AppZen

The $180 million cash infusion will help fuel company's push in 'agentic AI'

By Maria Armental



AppZen's co-founders Kunal Verma and Anant Kale.

Riverwood Capital is investing $180 million in artificial-intelligence-powered technology company AppZen, betting on growing adoption of autonomous AI bots that help companies curb expenses and flag potential fraud.

Forge Global, an online marketplace for buying and selling shares of private firms, pegs AppZen's valuation following the minority investment at more than $650 million. That is higher than the $500 million valuation reported by technology-focused publication TechCrunch in 2019, when AppZen raised $50 million in a round led by Coatue Management.

AppZen Chief Executive Anant Kale and Riverwood managing partner Francisco Alvarez-Demalde declined to comment on those reported valuations.

However, Kale said earlier investors, including Coatue and venture-capital firms Redpoint Ventures and Lightspeed Venture Partners, are retaining their minority stakes.

Finance teams across industries have adopted AI to bolster analytical tools, lower costs and ensure regulatory compliance, automating what were once manual tasks. AppZen customer Amazon.com's finance teams are using AI for more-complex tasks such as tax compliance and strategy.

Kale said he is seeing "amazing tailwinds" created as more companies embrace the transformative power of AI.

"It's about improving efficiency, eliminating processes, which AI can enable," he said.

Kale founded San Jose, Calif.-based AppZen in 2012 with friend and neighbor Kunal Verma, AppZen's chief technology officer. They zeroed in on expense reports, a time-consuming and error-prone task of reviewing and approving countless employees' business meals, travel and entertainment costs. And they chose to focus on back-office operations, considered the backbone of a business, where the bulk of transactions are handled but are generally not visible to customers.

Kale said they noticed businesses in his industry focused on improving the expense report process for employees, allowing them to upload receipt photos, for example, but still relied on people to review and approve those reports. That created an opportunity for AppZen to help automate that review process, freeing finance teams to focus on high-risk expense claims.

AppZen integrates with popular expense-management software packages, including those from Workday and SAP's Concur, and handles everything but payroll, Kale said.

The company's customers include large enterprises, such as JPMorgan Chase, aerospace companies Airbus and Boeing, data-analytics software company Databricks and universities such as Duke, Georgetown and Johns Hopkins, according to the company's website.

AppZen has been cash-flow positive for the past two years and generates annual revenue in the mid-$60 million range, Kale said.

The latest cash infusion will help fuel AppZen's investments in "agentic AI," essentially supercharged chatbots that can perform complex tasks without humans' help and that AppZen estimates can replace more than half of the work currently done by hand, helping companies expand operations without needing to hire more employees.

Riverwood—whose investments have included Billtrust, an AI-powered financial software company that went public before European buyout shop EQT acquired it—sees a similar growth path for AppZen, said Alvarez-Demalde, who founded the firm with fellow KKR veteran Jeff Parks. He added that AppZen's next growth phase will focus on reaching the $100 million annual revenue range.

"We're seeing a lot of excitement and innovation" in everything involving AI, Alvarez-Demalde said, adding that the firm's goal is to build multibillion-dollar enterprises. "AppZen is in the sweet spot," he said.

*Maria Armental covers private equity for WSJ Pro.*

---

ADVERTISEMENT

## The Marketplace
To advertise: 800-366-3975 or WSJ.com/classifieds

### CLASS ACTION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re WASTE MANAGEMENT SECURITIES LITIGATION

Civil Action No. 1:22-cv-04838-LGS

CLASS ACTION

SUMMARY NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION

**TO:** ALL PERSONS WHO BETWEEN FEBRUARY 13, 2020 AND JUNE 23, 2020, INCLUSIVE, PURCHASED OR OTHERWISE ACQUIRED IN DOMESTIC TRANSACTIONS CERTAIN REDEEMABLE SENIOR NOTES ISSUED BY WASTE MANAGEMENT, INC. IN MAY 2019

THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.

**YOU ARE HEREBY NOTIFIED**, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of New York ("Court"), that the above-captioned action ("Litigation") has been certified as a class action, except for certain Persons who are excluded from the Class by definition as set forth in the Stipulation of Settlement dated July 10, 2025 (the "Stipulation") and the detailed Notice of Pendency and Proposed Settlement of Class Action (the "Notice"). The Stipulation and Notice can be viewed at www.WasteManagementSettlement.com.

**YOU ARE ALSO HEREBY NOTIFIED** that Seafarers Officers & Employees Pension Plan, Seafarers Money Purchase Pension Plan, and United Industrial Workers Pension Plan ("Lead Plaintiffs"), and defendants Waste Management, Inc. ("WM"), James C. Fish, Jr., John J. Morris, and Devina A. Rankin ("Defendants") have reached a proposed settlement of the Litigation on behalf of the Class for **$30 million in cash** (the "Settlement"). If approved by the Court, the Settlement will resolve all claims in the Litigation.

**YOU ARE ALSO HEREBY NOTIFIED** that a hearing will be held on December 16, 2025, at 2:30 p.m., at the United States District Court, Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1106, New York, NY 10007, to determine whether: (1) the Settlement of the Litigation as set forth in the Stipulation for $30 million in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered dismissing the Litigation with prejudice; (3) to award Lead Counsel's attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice) and, if so, in what amount; (4) to award Lead Plaintiffs their costs and expenses in representing the Class out of the Settlement Fund and, if so, in what amount; and (5) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

The Court may decide to change the date and/or time of the Settlement Hearing, conduct the hearing by video or telephonic conference, or otherwise allow Class Members to appear at the hearing by telephone or videoconference, without further written notice to the Class. It is important that you check the Settlement website, www.WasteManagementSettlement.com, before making any plans to attend the Settlement Hearing. Any updates regarding the Settlement Hearing, including any changes to the date or time of the hearing or updates regarding in-person or telephonic appearances at the hearing, will be posted to the Settlement website. Also, if the Court requires or allows Class Members to participate in the hearing by telephone or videoconference, the access information will be posted to the website.

IF YOU PURCHASED OR OTHERWISE ACQUIRED ANY OR ALL OF THE FOLLOWING WM REDEEMABLE SENIOR NOTES: (i) 2.95% SENIOR NOTES DUE 2024 (CUSIP 94106LBF5); (ii) 3.20% SENIOR NOTES DUE 2026 (CUSIP 94106LBH1); (iii) 3.45% SENIOR NOTES DUE 2029 (CUSIP 94106LBG3); or (iv) 4.00% SENIOR NOTES DUE 2039 (CUSIP 94106LBJ7), BETWEEN FEBRUARY 13, 2020 AND JUNE 23, 2020, INCLUSIVE, IN ONE OR MORE DOMESTIC TRANSACTIONS, AND WERE DAMAGED THEREBY, YOUR RIGHTS ARE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION.

**To share in the distribution of the Net Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Claim Form") by mail (postmarked no later than November 21, 2025) or electronically via the Settlement website (no later than November 21, 2025).** Failure to submit your Claim Form by November 21, 2025, will subject your claim to rejection and preclude you from receiving any of the recovery in connection with the Settlement of this Litigation. If you are a Class Member and do not request exclusion from the Class (as described below), you will be bound by the Settlement and any judgment and release entered in the Litigation, including, but not limited to, the Judgment, whether or not you submit a Claim Form.

**The Notice**, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), the Claim Form, the Stipulation (which, among other things, contains definitions for the capitalized terms used in this Summary Notice), and other important documents, **may be accessed online at www.WasteManagementSettlement.com, or by writing to:**

*Waste Management Notes Securities Settlement*
*Claims Administrator*
*c/o Verita Global*
*P.O. Box 301170*
*Los Angeles, CA 90030-1170*

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Claim Form, may be made to Lead Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 1-800-449-4900
settlementinfo@rgrdlaw.com

**IF YOU DESIRE TO BE EXCLUDED FROM THE CLASS**, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **POSTMARKED BY NOVEMBER 25, 2025**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. IF YOU PROPERLY EXCLUDE YOURSELF FROM THE CLASS, YOU WILL NOT BE BOUND BY ANY RELEASES, JUDGMENTS, OR ORDERS ENTERED BY THE COURT IN THE LITIGATION AND YOU WILL NOT RECEIVE ANY BENEFITS FROM THE SETTLEMENT. EXCLUDING YOURSELF FROM THE CLASS IS THE ONLY OPTION THAT MAY ALLOW YOU TO BE PART OF ANY OTHER CURRENT OR FUTURE LAWSUIT AGAINST DEFENDANTS CONCERNING THE CLAIMS BEING RESOLVED BY THE SETTLEMENT.

IF YOU ARE A CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY LEAD COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 33-1/3% OF THE $30 MILLION SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $1,000,000, PLUS INTEREST ON BOTH AMOUNTS, AND/OR THE REQUEST FOR AWARDS TO LEAD PLAINTIFFS PURSUANT TO 15 U.S.C. §78u-4(a)(4). ANY OBJECTIONS MUST BE FILED WITH THE COURT AND SENT TO LEAD COUNSEL AND DEFENDANTS' COUNSEL BY NOVEMBER 25, 2025, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: August 26, 2025

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BUSINESS OPPORTUNITIES

**Pre-Permitted**
**Hydroelectric/byproduct gold project.**
$6 million investment proformas 500% ROI on $350O per oz gold and much higher if gold is revalued during the financial reset.
Accredited investors contact the **Olancho Energy Group** office at 530-575-2240 in UTC-8 for a Pitch Deck

THE WALL STREET JOURNAL

## THE MARKETPLACE
ADVERTISE TODAY
(800) 366-3975 | sales.mart@wsj.com

© 2025 Dow Jones & Company, Inc. All Rights    | DOW JONES

---

## Google Remedies Weighed

Continued from page B1

a company to sell off a business, even to address anticompetitive conduct, is exceptionally high.

"Nothing short of structural change—an AdX divestiture—is sufficient to enable meaningful change," Justice Department lawyer Julia Tarver Wood said.

The Justice Department's case, taking place in northern Virginia, was joined by a bipartisan coalition of 17 states. Brinkema has allotted about two weeks for the second phase of trial, known as a remedies hearing.

The proceeding marks the second time this year a federal judge has weighed how to deal with Google's monopolization of a market.

Google argues divestiture would be a radical solution that has never been imposed on a company facing the claims that Google does. Brinkema found that Google illegally tied its advertising exchange to the technology that web publishers use to offer ad space.

Karen Dunn, a lawyer for Google, said divestiture would be an overreach that would remove Google from the advertising-exchange business completely, while other measures sought by the government would require the court to supervise the market for over a decade.

Earlier this month, U.S. District Judge Amit Mehta in



Google facilitates much of the buying and selling of digital ads.

Washington, D.C., declined to order Google to divest itself of its Chrome browser in order to address his finding that Google had illegally monopolized the online search market.

Mehta decided against forcing significant changes to Google's search business, largely because the artificial-intelligence race has generated many chatbots that have begun to compete with the company's traditional search engine.

In his ruling, Mehta said that the market had changed significantly since the Justice Department sued Google in 2020 and since his ruling last year that the company maintained an illegal monopoly.

William Kovacic, a George Washington University law professor and former Federal Trade Commission chairman, said that because AI hasn't done as much to upend the ad-tech space, Brinkema might find latitude to levy wider penalties.

"AI may not figure so

prominently in the assessment of the remedial solution in the end," he said. "My sense of reading her opinion and noticing what she had to say during the trial is that she may take a more unfavorable view of what Google did."

Google's ad-tech capabilities facilitate much of the buying and selling of digital ads that help fund online publishers.

Google has a platform for publishers to offer and manage ad space, tools for ad buyers and a marketplace where buyers and sellers transact.

The Justice Department began questioning its witnesses on Monday.

Grant Whitmore, a vice president of ad technology for news publisher Advance Local, testified that Google wields too much market power and should be forced to sell off its ad exchange and the platform that publishers use, known as DoubleClick for Publishers.

Google has said it will appeal Brinkema's earlier finding that it violated the law.

---

## Investors Back New Token Firm

Continued from page B1

new investors and will lead Agriforce's advisory board. He will help with capital raising and marketing.

Hivemind Capital, led by former Citigroup executive Matt Zhang, said it has invested "meaningful capital" in the company.

Zhang is expected to become chairman of the company.

Hivemind, Scaramucci and other investors will become the majority shareholders of the company. It will be renamed AVAX One.

Agriforce's share price more than doubled on Mon-



Anthony Scaramucci will lead Agriforce's advisory board.

day and closed with a market capitalization of $7.5 million, more than doubling its Friday market cap of just $3.2 million.

Launched in 2020, the Avalanche blockchain is a high-speed network used by various

Wall Street banks and asset managers.

The AVAX token has a market cap of about $13 billion.

AVAX One aims to own more than $700 million in AVAX tokens and tokenize, or represent traditional assets to be traded, on the Avalanche blockchain.

Over the long term, it plans to acquire fintech and insurance companies and move them to the Avalanche network.

SkyBridge, which first invested in AVAX tokens in February 2024, has tokenized $300 million of its flagship hedge funds on the Avalanche blockchain.

"I believe all assets will eventually be tokenized, and Avalanche is positioned as a go-to chain for tokenization of all types of real-world assets," Scaramucci said in an email.

The rush to bet on tokenization follows Trump's signing of the Genius Act.

Declaration of Publication

I, Jonathan D. Carameros, as Senior Vice President, Settlement Administration at Verita Global LLC f/k/a Gilardi Settlement Administration Company in San Rafael, California, hereby certify that I caused the attached notice to be printed in said publication on September 23, 2024:

Name of Publication: The Wall Street Journal

Address: 1211 Avenue of the Americas

City, State, Zip: New York, NY 10036

Phone #: 1-800-568-7625

State of: New York

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of September 2025, at Danville, California.

Jonathan D. Carameros

**Robbins Geller Rudman & Dowd LLP Announces Proposed Settlement in the Waste Management Notes Securities Litigation**

Share

SAN DIEGO--(BUSINESS WIRE)--The following statement is being issued by Robbins Geller Rudman & Dowd LLP regarding the proposed Settlement in the Waste Management Notes Securities Litigation:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re WASTE MANAGEMENT SECURITIES LITIGATION | Civil Action No. 1:22-cv-04838-LGS |
|---|---|
| | CLASS ACTION |
| | SUMMARY NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION |

TO: ALL PERSONS WHO BETWEEN FEBRUARY 13, 2020 AND JUNE 23, 2020, INCLUSIVE, PURCHASED OR OTHERWISE ACQUIRED IN DOMESTIC TRANSACTIONS CERTAIN REDEEMABLE SENIOR NOTES ISSUED BY WASTE MANAGEMENT, INC. IN MAY 2019

THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of New York ("Court"), that the above-captioned action ("Litigation") has been certified as a class action, except for certain Persons who are excluded from the Class by definition as set forth in the Stipulation of Settlement dated July 10, 2025 (the "Stipulation") and the detailed Notice of Pendency and Proposed Settlement of Class Action (the "Notice"). The Stipulation and Notice can be viewed at www.WasteManagementSettlement.com.

YOU ARE ALSO HEREBY NOTIFIED that Seafarers Officers & Employees Pension Plan, Seafarers Money Purchase Pension Plan, and United Industrial Workers Pension Plan ("Lead Plaintiffs"), and defendants Waste Management, Inc. ("WM"), James C. Fish, Jr., John J. Morris, and Devina A. Rankin ("Defendants") have reached a proposed settlement of the Litigation on behalf of the Class for **$30 million in cash** (the "Settlement"). If approved by the Court, the Settlement will resolve all claims in the Litigation.

YOU ARE ALSO HEREBY NOTIFIED that a hearing will be held on December 16, 2025, at 2:30 p.m., at the United States District Court, Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1106, New York, NY 10007, to determine whether: (1) the Settlement of the Litigation as set forth in the Stipulation for $30 million in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered dismissing the Litigation with prejudice; (3) to award Lead Counsel's attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice) and, if so, in what amount; (4) to award Lead Plaintiffs their costs and expenses in representing the Class out of the Settlement Fund and, if so, in what amount; and (5) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

The Court may decide to change the date and/or time of the Settlement Hearing, conduct the hearing by video or telephonic conference, or otherwise allow Class Members to appear at the hearing by telephone or videoconference, without further written notice to the Class. It is important that you check the Settlement website, www.WasteManagementSettlement.com, before making any plans to attend the Settlement Hearing. Any updates regarding the Settlement Hearing, including any changes to the date or time of the hearing or updates regarding in-person or telephonic appearances at the hearing, will be posted to the Settlement website. Also, if the Court requires or allows Class Members to participate in the hearing by telephone or videoconference, the access information will be posted to the Settlement website.

IF YOU PURCHASED OR OTHERWISE ACQUIRED ANY OR ALL OF THE FOLLOWING WM REDEEMABLE SENIOR NOTES: (i) 2.95% SENIOR NOTES DUE 2024 (CUSIP 94106LBF5); (ii) 3.20% SENIOR NOTES DUE 2026 (CUSIP 94106LBH1); (iii) 3.45% SENIOR NOTES DUE 2029 (CUSIP 94106LBG3); or (iv) 4.00% SENIOR NOTES DUE 2039 (CUSIP 94106LBJ7), BETWEEN FEBRUARY 13, 2020 AND JUNE 23, 2020, INCLUSIVE, IN ONE OR MORE DOMESTIC TRANSACTIONS, AND WERE DAMAGED THEREBY, YOUR RIGHTS ARE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION.

To share in the distribution of the Net Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Claim Form") by mail (postmarked no later than November 21, 2025) or electronically via the Settlement website (no later than November 21, 2025). Failure to submit your Claim Form by November 21, 2025, will subject your claim to rejection and preclude you from receiving any of the recovery in connection with the Settlement of this Litigation. If you are a Class Member and do not request exclusion from the Class (as described below), you will be bound by the Settlement and any judgment and release entered in the Litigation, including, but not limited to, the Judgment, whether or not you submit a Claim Form.

The Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), the Claim Form, the Stipulation (which, among other things, contains definitions for the capitalized terms used in this Summary Notice), and other important documents, **may be accessed online at** www.WasteManagementSettlement.com, or by writing to:

Waste Management Notes Securities Settlement
Claims Administrator
c/o Verita Global
P.O. Box 301170
Los Angeles, CA 90030-1170

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Claim Form, may be made to Lead Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 1-800-449-4900
settlementinfo@rgrdlaw.com

IF YOU DESIRE TO BE EXCLUDED FROM THE CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **POSTMARKED BY NOVEMBER 25, 2025**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. IF YOU PROPERLY EXCLUDE YOURSELF FROM THE CLASS, YOU WILL NOT BE BOUND BY ANY RELEASES, JUDGMENTS, OR ORDERS ENTERED BY THE COURT IN THE LITIGATION AND YOU WILL NOT RECEIVE ANY BENEFITS FROM THE SETTLEMENT. EXCLUDING YOURSELF FROM THE CLASS IS THE ONLY OPTION THAT MAY ALLOW YOU TO BE PART OF ANY OTHER CURRENT OR FUTURE LAWSUIT AGAINST DEFENDANTS CONCERNING THE CLAIMS BEING RESOLVED BY THE SETTLEMENT.

IF YOU ARE A CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY LEAD COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 33-1/3% OF THE $30 MILLION SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $1,000,000, PLUS INTEREST ON BOTH AMOUNTS, AND/OR THE REQUEST FOR AWARDS TO LEAD PLAINTIFFS PURSUANT TO 15 U.S.C. §78u-4(a)(4). **ANY OBJECTIONS MUST BE FILED WITH THE COURT AND SENT TO LEAD COUNSEL AND DEFENDANTS' COUNSEL BY NOVEMBER 25, 2025, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.**

DATED: August 26, 2025

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Contacts**

Media Contact:
Robbins Geller Rudman & Dowd LLP
Shareholder Relations Department
Greg Wood
(619) 231-1058

Industry:   Class Action Lawsuit    Professional Services    Legal

---

**RELEASE VERSIONS**

English

**CONTACTS**

Media Contact:
Robbins Geller Rudman & Dowd LLP
Shareholder Relations Department
Greg Wood
(619) 231-1058

Declaration of Publication

I, Jonathan D. Carameros, as Senior Vice President, Settlement Administration at Verita Global LLC f/k/a Gilardi Settlement Administration Company in San Rafael, California, hereby certify that I caused the attached notice to be published as a press release by the following wire service:

Name of Publication: BusinessWire

Address: 101 California Street 20th Floor

City, ST Zip: San Francisco, CA 94111

Phone #: 415-986-4422

State of: California

The press release was distributed on September 23, 2025 to the following media circuits offered by the above-referenced wire service:

1.  National Newsline

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of September 2025, at Danville, California.

Jonathan D. Carameros