# EXHIBIT A

**EXHIBIT A**

*In re Waste Management Securities Litigation*, Civil Action No. 1:22-cv-04838-LGS
Robbins Geller Rudman & Dowd LLP
Inception through August 26, 2025

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Alba, Mario | (P) | 48.50 | 1020 | $     49,470.00 |
| Cochran, Brian E. | (P) | 52.40 | 885 | 46,374.00 |
| Cummings, Desiree | (P) | 865.10 | 1000 | 865,100.00 |
| Daley, Joseph D. | (P) | 35.90 | 1110 | 39,849.00 |
| Gusikoff Stewart, Ellen A. | (P) | 89.40 | 1270 | 113,538.00 |
| Johnson, C. Chad | (P) | 200.60 | 1270 | 254,762.00 |
| Mandel, Noam N. | (P) | 1,502.50 | 1020 | 1,532,550.00 |
| Wilens, Douglas | (P) | 109.50 | 1140 | 124,830.00 |
| Zweig, Jonathan C. | (P) | 26.50 | 990 | 26,235.00 |
| Avalos Cuellar, Ana S. | (A) | 452.10 | 490 | 221,529.00 |
| Bornstein, Mia S. | (A) | 615.80 | 425 | 261,715.00 |
| Giuggio, Carolyn A. | (A) | 10.70 | 280 | 2,996.00 |
| Plascoff, Alyssa H. | (A) | 939.70 | 395 | 371,181.50 |
| Rabban, Cristelle R. | (A) | 1,433.15 | 520 | 745,238.00 |
| Gilroy, Christopher | (OC) | 1,635.50 | 885 | 1,447,417.50 |
| Karam, Francis P. | (OC) | 293.00 | 1300 | 380,900.00 |
| Brody, Ian G. | (SA) | 315.20 | 485 | 152,872.00 |
| Rosing, Robert A. | (SA) | 253.70 | 500 | 126,850.00 |
| Barhoum, Anthony J. | (EA) | 35.40 | 485 | 17,169.00 |
| Topp, Jennifer M. | (EA) | 14.90 | 385 | 5,736.50 |
| Roelen, Scott R. | (RA) | 19.80 | 335 | 6,633.00 |
| Crowley, Mark S. | (I) | 289.80 | 325 | 94,185.00 |
| Peitler, Steven J. | (I) | 24.00 | 395 | 9,480.00 |
| Keita, Omar C. | (LS) | 63.20 | 335 | 21,172.00 |
| Paralegals | | 637.30 | 435 | 277,225.50 |
| Document Clerks | | 41.70 | 165 | 6,880.50 |
| **TOTAL** | | **10,005.35** | | **$ 7,201,888.50** |

(P) Partner                                  (EA) Economic Analyst
(A) Associate                               (RA) Research Analyst
(OC) Of Counsel                          (I) Investigator
(SA) Staff Attorney                       (LS) Litigation Support