# EXHIBIT B

**EXHIBIT B**

*In re Waste Management Securities Litigation*, Civil Action No. 1:22-cv-04838-LGS
Robbins Geller Rudman & Dowd LLP
Expense Summary
Inception through September 30, 2025

| CATEGORY | AMOUNT |
|---|---|
| Filing and Attorney Service Fees | $     1,115.20 |
| Business Wire | 155.00 |
| Transportation, Hotels, and Meals | 29,474.36 |
| Messenger/Overnight Delivery | 2,361.73 |
| Deposition Reporting, Transcripts, and Videography | 24,567.48 |
| Experts (Crowninshield Financial Research, Inc.) | 827,569.00 |
| Online Legal and Financial Research | 16,331.15 |
| eDiscovery Database Hosting | 8,633.70 |
| Mediation Fees (JAMS, Inc.) | 36,454.69 |
| *TOTAL* | *$  946,662.31* |