# EXHIBIT C

## EXHIBIT C

*In re Waste Management Securities Litigation*, Civil Action No. 1:22-cv-04838-LGS
Robbins Geller Rudman & Dowd LLP

Filing and Attorney Service Fees: $1,115.20

| DATE | VENDOR | PURPOSE |
|---|---|---|
| 06/10/22 | NEW YORK SOUTHERN DISTRICT COURT | FILING FEE FOR NEW COMPLAINT - S. WILLIAMS |
| 06/16/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: WASTE MANAGEMENT, INC., SUMMONS IN A CIVIL ACTION: CLASS ACTION COMPLAINT; CIVIL COVER SHEET; INDIVIDUAL PRACTICES IN CIVIL CASES FOR JUDGE ANALISA TORRES; ECF RULES & INSTRUCTIONS. |
| 05/07/24 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: FINANCIAL INDUSTRY REGULATORY, INC., SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A. |
| 07/10/25 | NEW YORK SOUTHERN DISTRICT COURT | NEW YORK SOUTHERN DISTRICT COURT - *PRO HAC VICE* APPLICATION FOR E. GUSIKOFF STEWART (REFILING). |
| 07/10/25 | NEW YORK SOUTHERN DISTRICT COURT | NEW YORK SOUTHERN DISTRICT COURT - *PRO HAC VICE* APPLICATION FOR E. GUSIKOFF STEWART. |