# EXHIBIT D

**EXHIBIT D**

*In re Waste Management Securities Litigation*, Civil Action No. 1:22-cv-04838-LGS
Robbins Geller Rudman & Dowd LLP

Transportation, Hotels, and Meals: $29,474.36

| NAME | DATE | DESTINATION | PURPOSE |
|---|---|---|---|
| Tarantola, Leslie (Client) c/o Mandel, Noam | 08/01/24-08/02/24 | New York, NY | Deposition preparation with counsel |
| Bowen, Mararet (Client) c/o Mandel, Noam | 08/01/24-08/02/24 | New York, NY | Deposition preparation with counsel; sit for deposition |
| Hoffa, David | 08/02/24 | New York, NY | Deposition preparation with clients |
| Mandel, Noam | 09/27/24 | New York, NY | Defend Feinstein deposition |
| Mandel, Noam | 10/01/24 | New York, NY | Prepare for and take Allen expert deposition |
| Rabban, Cristelle | 03/17/25 | New York, NY | Deposition preparation |
| Karam, Francis | 03/18/25 | New York, NY | Prepare for H. Miller deposition |
| Karam, Francis | 03/19/25 | New York, NY | Prepare for H. Miller deposition |
| Karam, Francis | 03/26/25 | New York, NY | Prepare for H. Miller deposition |
| Rabban, Cristelle | 03/26/25 | New York, NY | Mediation preparation |
| Karam, Francis | 04/01/25 | New York, NY | Prepare for H. Miller deposition |
| Karam, Francis | 04/09/25-04/12/25 | Houston, TX | Prepare for and conduct H. Miller deposition |
| Plascoff, Alyssa | 04/10/25-04/11/25 | Houston, TX | Prepare for and attend H. Miller deposition |
| Gilroy, Christopher | 04/10/25-04/12/25 | Houston, TX | Prepare for and attend H. Miller deposition |
| Rabban, Cristelle | 04/15/25 | New York, NY | Prepare for Morris deposition |
| Bornstein, Mia | 04/23/25-04/24/25 | Houston, TX | Prepare for and second chair of deposition of fact witness |
| Karam, Francis | 04/23/25-04/24/25 | Houston, TX | Prepare for and attend Nagy deposition |

| NAME | DATE | DESTINATION | PURPOSE |
|---|---|---|---|
| Gilroy, Christopher | 04/23/25-04/25/25 | Houston, TX | Prepare for and take Nagy deposition |
| Karam, Francis | 04/26/25 | New York, NY | Prepare for Morris deposition |
| Karam, Francis | 04/28/25 | New York, NY | Prepare for Morris deposition |
| Karam, Francis | 04/29/25-05/02/25 | Houston, TX | Prepare for and take Morris deposition |
| Rabban, Cristelle | 04/29/25-04/30/25 | Houston, TX | Prepare for and attend Morris deposition |
| Cummings, Desiree | 05/01/25-05/02/25 | New York, NY | Prepare for and take Boettcher deposition |
| Avalos Cuellar, Ana S. | 05/01/25-05/02/25 | Houston, TX | Prepare for and attend Boettcher deposition |
| Rabban, Cristelle | 05/05/25-05/06/25 | New York, NY | Finalized deposition prep for Reed |
| Mandel, Noam | 05/08/25-05/09/25 | Houston, TX | Prepare for deposition of fact witness |
| Bornstein, Mia | 05/08/25-05/09/25 | Houston, TX | Prepare for deposition of fact witness |
| Gusikoff Stewart, Ellen | 08/17/25-08/18/25 | New York, NY | Prep for and argue preliminary settlement approval motion |