# EXHIBIT E

**EXHIBIT E**

*In re Waste Management Securities Litigation*, Civil Action No. 1:22-cv-04838-LGS
Robbins Geller Rudman & Dowd LLP

Deposition Reporting, Transcripts, and Videography: $24,567.48

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 08/14/24 | DEPOSITION SOLUTIONS, LLC DBA LEXITAS | TRANSCRIPT COPY - VIDEOTAPED TESTIMONY, ROUGH DRAFT OF TRANSCRIPT, REALTIME TEXT - IN ROOM CONNECTION X 2, MINI / CONDENSED TRANSCRIPT, PTX / PDF FILES - COMPLIMENTARY, EXHIBITS, E-BUNDLE / LIT SUPPORT PACKAGE, DEPOSITION INSIGHT AL-ENABLE SUMMARIES (75-150 PAGES), PROCESSING, HANDLING & ARCHIVING |
| 09/27/24 | DEPOSITION SOLUTIONS, LLC DBA LEXITAS | WITNESS: STEVEN P. FEINSTEIN, PH. D, CFA, EXPERT TRANSCRIPT COPY - VIDEO/TECHNICAL TESTIMONY, EVENING PAGES, ROUGH DRAFT OF TRANSCRIPT, REALTIME TEXT - IN-ROOM CONNECTION. MINI / CONDENSED TRANSCRIPT, PTX / PDF FILES - COMPLIMENTARY, EXHIBITS - BULK DISCOUNTED RATE, E-BUNDLE / LIT SUPPORT PACKAGE, DEPOSITION INSIGHTS AL-ENABLED SUMMARIES (151+ PAGES), PROCESSING, HANDLING & ARCHIVING, SHIPPING/DELIVERY - COMPLIMENTARY |
| 10/01/24 | HUDSON COURT REPORTING & VIDEO, INC. | LUCY ALLEN; ATTENDANCE (VIDEOGRAPHER), ATTENDANCE (AFTER HOURS), HYBRID SETUP |
| 10/01/24 | HUDSON COURT REPORTING & VIDEO, INC. | ORIGINAL AND 1 CERTIGIED COPY OF TRANSCRIPT OF: LUCY ALLEN (PM SESSION); REALTIME/ROUGH DRAFT BUNDLE, ATTENDANCE (AFTER HOURS) |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 10/01/24 | HUDSON COURT REPORTING & VIDEO, INC. | ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: LUCY ALLEN (AM SESSION); 3 DAY EXPEDITED RUSH, REALTIME/LIVENOTE SETUP, REALTIME/ROUGH DRAFT BUNDLE, COPY OF EXHIBITS, LITIGATION PACKAGE - COMPLIMENTARY |
| 04/11/25 | HUDSON COURT REPORTING & VIDEO, INC. | HEATHER MILLER; ATTENDANCE (VIDEOGRAPHER), HYBRID SETUP, SYNCHRONIZED VIDEO WITH TRANSCRIPT, PARKING |
| 04/11/25 | HUDSON COURT REPORTING & VIDEO, INC. | ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: HEATHER MILLER; REALTIME/LIVENOTE SETUP, REALTIME/ROUGH DRAFT BUNDLE, COPY OF EXHIBITS, LAPTOP RENTAL, ATTENDANCE (TEXAS), PARKING, SHIPPING |
| 04/24/25 | HUDSON COURT REPORTING & VIDEO, INC. | ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: LESLIE K. NAGY; REALTIME/LIVENOTE SETUP, REALTIME/ROUGH DRAFT BUNDLE, COPY OF EXHIBITS, LAPTOP RENTAL, ATTENDANCE (TEXAS), PARKING, SHIPPING |
| 04/24/25 | HUDSON COURT REPORTING & VIDEO, INC. | LESLIE K. NAGY; ATTENDANCE (VIDEOGRAPHER), HYBRID SETUP, SYNCHRONIZED VIDEO WITH TRANSCRIPT, PARKING |
| 04/30/25 | HUDSON COURT REPORTING & VIDEO, INC. | ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: JOHN J. MORRIS; REALTIME/LIVENOTE SETUP, REALTIME/ROUGH DRAFT BUNDLE, COPY OF EXHIBITS, LAPTOP RENTAL, ATTENDANCE (TEXAS), PARKING, SHIPPING |
| 04/30/25 | HUDSON COURT REPORTING & VIDEO, INC. | JOHN J. MORRIS; ATTENDANCE (VIDEOGRAPHER), HYBRID SETUP, SYNCHRONIZED VIDEO WITH TRANSCRIPT, PARKING |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 05/02/25 | HUDSON COURT REPORTING & VIDEO, INC. | ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: CHARLES BOETTCHER; ROUGH DRAFT/ASCII, COPY OF EXHIBITS, LAPTOP RENTAL, ATTENDANCE (TEXAS), PARKING, SHIPPING |
| 05/02/25 | HUDSON COURT REPORTING & VIDEO, INC. | CHARLES BOETTCHER; ATTENDANCE (VIDEOGRAPHER), HYBRID SETUP, SYNCHRONIZED VIDEO WITH TRANSCRIPT, PARKING |
| 05/09/25 | HUDSON COURT REPORTING & VIDEO, INC. | DEVINA A. RANKIN; CANCELLATION (VIDEOGRAPHER) |
| 05/09/25 | HUDSON COURT REPORTING & VIDEO, INC. | DEVINA A. RANKIN; CANCELLATION (REPORTER) |