UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                        :

In re Waste Management Securities Litigation   :   22 Civ. 4838 (LGS)

                                                        :   **ORDER**
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on November 18, 2025, the Court received the letter attached to this Order as Exhibit A (the "Letter"). It is hereby

       ORDERED that by **November 26, 2025**, Lead Plaintiffs (Seafarers Officers & Employees Pension Plan, Seafarers Money Purchase Pension Plan and United Industrial Workers Pension Plan) and Defendants (Waste Management, Inc., James C. Fish, Jr., Devina A. Rankin, and John J. Morris) shall file a joint letter responding to the Letter.

Dated: November 19, 2025
        New York, New York

                                                        LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE

EXHIBIT A

J.R. Brockway
1015th St ste
Saint Paul, MN, 55101
General delivery

CLERK of THE COURT
UNITED STATES DISTRICT COURT
SOUTHREN DISTRICT of NEW YORK
DANIEL PATRICK MOYNIHAN
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007-1312

SAINT PAUL MN 550
30 OCT 2025 PM
RECEIVED
NOV 3 - 2025
CLERK'S OFFICE
SDNY

101 5th st suite 150
763.337.4915
thedevilsweaknessislove@gmail.com

In re WASTE MANAGEMENT Securities Litigation
Civil action No: 1:22-CV-04838-LGS class action
MY FEDERAL Registration - hand written printed sig
I Jovelle duret Elizabeth Brockway am Requesting
to comment in regards to entire class, all acquisitions, + counsel.

Name: Jovelle E Brockway          Email: thedevilsweaknessislove@gmail
address: 101 5th S Suite 150        elle23mn651@gmail
SAINT PAUL, MN, 55101              gophergut5b@gmail
Telephone: 763.337.4915

P.O.A ESTATES of:
Florence Elizabeth Miller  (Grandmother)
Florence Elizabeth Brockway
Kenneth Leroy Brockway  (father)

Signature [signed]