### Joint Letter Regarding Settlement

November 26, 2025

VIA ECF

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *In re Waste Management Securities Litigation*,
             Case No. 1:22-cv-04838-LGS (S.D.N.Y.)

Dear Judge Schofield:

    Pursuant to the Court's order dated November 19, 2025, Lead Plaintiffs and Defendants respectfully submit this joint letter regarding the correspondence from Jovelle E. Brockway. ECF 164. On November 21, 2025, Lead Counsel spoke with Ms. Brockway regarding her correspondence and the nature of her request to comment. Ms. Brockway was not certain whether she and/or those for whom she speaks are class member(s), and whether her request to comment pertained to the proposed settlement or to an unrelated probate dispute. Ms. Brockway indicated that she would follow up with Lead Counsel on both issues.

    Counsel are available to answer any questions Your Honor may have.

    Respectfully submitted,

| | |
|---|---|
| */s/ Noam Mandel* | */s/ David D. Sterling* |
| NOAM MANDEL | DAVID D. STERLING |
| | |
| **ROBBINS GELLER RUDMAN & DOWD LLP** | **BAKER BOTTS L.L.P.** |
| 420 Lexington Avenue, Suite 1832 | 910 Louisiana Street |
| New York, NY 10170 | Houston, TX 77002 |
| Telephone: (212) 432-5100 | Telephone: (713) 229-1234 |
| noam@rgrdlaw.com | david.sterling@bakerbotts.com |
| | |
| *Lead Counsel for the Class* | *Counsel for Defendants* |