UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
In re WASTE MANAGEMENT SECURITIES :   Civil Action No. 1:22-cv-04838-LGS
LITIGATION : 
                     :   <u>CLASS ACTION</u>
                     :
                     :   SUPPLEMENTAL DECLARATION OF
                     :   ROSS D. MURRAY REGARDING
———————————————————— x   CONTINUED NOTICE DISSEMINATION,
                         UPDATE ON CALL CENTER SERVICES
                         AND WEBSITE, PROOFS OF CLAIM
                         RECEIVED, AND REQUESTS FOR
                         EXCLUSION RECEIVED TO DATE

I, ROSS D. MURRAY, declare and state as follows:

1.      I am employed as a Vice President of Securities by Verita Global, located at 1 McInnis Parkway, Suite 250, San Rafael, California.  Pursuant to this Court's August 26, 2025 Order Preliminarily Approving Settlement and Providing for Notice (ECF 154) (the "Notice Order"), Verita Global was appointed as the Claims Administrator in connection with the proposed Settlement of the above-captioned litigation (the "Litigation").[1]  I oversaw the notice services that Verita Global provided in accordance with the Notice Order.

2.      I submit this declaration as a supplement to my previously filed declaration, the Declaration of Ross D. Murray Regarding Notice Dissemination, Publication, Establishment of Call Center Services and Website, and Requests for Exclusion Received to Date (ECF 161) (the "Initial Mailing Declaration").  The following statements are based on my personal knowledge and information provided to me by other Verita Global employees, and, if called as a witness, I could and would testify competently thereto.

### CONTINUED DISSEMINATION OF NOTICE

3.      As more fully detailed in the Initial Mailing Declaration, as of November 10, 2025, Verita Global had mailed or emailed a total of 9,815 Postcard Notices to potential Class Members and their nominees.  In addition, one institution reported that they anticipated sending Postcard Notices via email to 282 potential Class Members.  *See* Initial Mailing Declaration, ¶10.

4.      Since November 10, 2025, Verita Global has mailed or emailed an additional 183 Postcard Notices in response to requests from potential Class Members, brokers, and nominees and as a result of mail returned as undeliverable for which new addresses were identified and re-mailed to those new addresses.[2]  Therefore, as of December 8, 2025, Verita Global has mailed or emailed a total of 9,998 Postcard Notices to potential Class Members and nominees.

---

[1] Any capitalized terms used that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation of Settlement, dated July 10, 2025 (ECF 146-1) (the "Stipulation"), which is available on the website established for the Settlement at www.WasteManagementSettlement.com.

[2] Verita Global has re-mailed a total of 14 Postcard Notices to persons whose original mailings were returned by the United States Postal Service ("USPS") and for whom updated addresses were provided to Verita Global by the USPS or were obtained through other means.

**UPDATE ON CALL CENTER SERVICES AND SETTLEMENT WEBSITE**

5.      Verita Global continues to maintain the toll-free telephone number (1-888-333-4592) to accommodate inquiries about the Settlement from potential Class Members.  Verita Global also monitors the case-dedicated e-mail address, info@WasteManagementSettlement.com.  Verita Global endeavors to respond timely to each telephone and e-mail inquiry and will continue to respond to Class Member inquiries via the toll-free telephone number and case dedicated e-mail address until the conclusion of the administration.

6.      Verita Global also continues to maintain the website dedicated to the Settlement, www.WasteManagementSettlement.com (the "Settlement Website"), to assist potential Class Members.  Following Lead Counsel's filing of their briefing in support of the Settlement on November 10, 2025, Verita Global posted to the Settlement Website copies of the papers in support of the Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation and the Motion for an Award of Attorneys' Fees and Expenses and Awards to Lead Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4).  Verita Global will continue operating, maintaining and, as appropriate, updating the Settlement Website until the conclusion of the administration of this Settlement.

**CLAIMS RECEIVED TO DATE**

7.      Pursuant to the Notice Order, the Summary Notice and Notice informed potential Class Members that Proofs of Claim must be postmarked or submitted online on or before November 21, 2025.  As of December 8, 2025, Verita Global has received 7,539 Proofs of Claim, all of which were timely.

**REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED TO DATE**

8.      Pursuant to the Notice Order, the Notice and Settlement Website informed potential Class Members that written requests for exclusion from the Class were to be mailed to Verita Global, postmarked or received no later than November 25, 2025.  At the time of the Initial Mailing Declaration, Verita Global reported that it had not received any requests for exclusion.  *See* Initial Mailing Declaration, ¶15.

9. Since the Initial Mailing Declaration was executed, and as of the date of this declaration, Verita Global has not received any requests for exclusion.

10. Although the Notice Order (and the Notice) provides that Class Members who wish to file objections must file them with the Court and copy them to relevant counsel (rather than to Verita Global), I also note for the sake of completeness that as of the date of this declaration Verita Global has not received any objections.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 8th day of December, 2025, at San Rafael, California.

ROSS D. MURRAY

- 3 -