UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re WASTE MANAGEMENT SECURITIES LITIGATION : : : | Civil Action No. 1:22-cv-04838-LGS<br><br>**CLASS ACTION**<br><br>[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE AS COUNSEL |

- 1 -

    Upon consideration of the Motion for Leave to Withdraw as Counsel, and for good cause shown, it is HEREBY ORDERED THAT Christopher Chad Johnson, Noam Mandel, Desiree Cummings, and Jonathan Zweig of Robbins Geller Rudman & Dowd LLP are hereby withdrawn as counsel of record.  The Clerk of the Court is directed to remove the above-named attorneys from the docket as well as the ECF Service List.

    IT IS SO ORDERED.

DATED:  _____    _____
                                                          THE HONORABLE LORNA G. SCHOFIELD
                                                          UNITED STATES DISTRICT JUDGE