**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of December, two thousand twenty-five.

_____

In Re: Waste Management Securities Litigation
*******************************************
Waste Management, Inc., James Fish, Devina Rankin, John Morris,

    Petitioners,

v.

United Industrial Workers Pension Plan, Individually and on Behalf of All Others Similarly Situated, Seafarers Officers & Employees Pension Plan, Seafarers Money Purchase Pension Plan,

    Respondents.
_____

ORDER

Docket No. 25-893

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED    12/31/2025

    Petitioners move to dismiss their petition for leave to appeal.

    IT IS HEREBY ORDERED that the motion is GRANTED.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 12/31/2025**